# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISON

| | |
|---|---|
| **WILLIAM RAINSBERGER,** ) | |
| ) | |
| PLAINTIFF, ) | Cause No. 1:16-cv-103 |
| ) | |
| v. ) | |
| ) | |
| **CHARLES BENNER,** ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |

### SUMMONS IN A CIVIL ACTION

TO:

Detective Charles Benner
Indianapolis Metropolitan Police Department
50 N. Alabama Street
Indianapolis, IN 46204

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) ─ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ─ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:]

                       **Richard A. Waples**
                       **WAPLES & HANGER**
                       **410 N. Audubon Road**
                       **Indianapolis, Indiana 46219**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____

                                                         *Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: **1:16-cv-103**

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

[X] Other *(specify)*: **The summons was served by U.S. Certified Mail, return receipt requested, article # _____ and signed by agent on _____, 2016.**

My fees are $ ___0.00____ for travel and $_____0.00____ for services, for a total of $___0.00_____.

I declare under penalty of perjury that this information is true.

Date: ____January 12, 2016             */s/ Richard A. Waples*_____
                                       *Server's Signature*


                                        _Richard A. Waples, Attorney_____
                                       *Printed name and title*

                                       Waples & Hanger
                                       410 N. Audubon Road, Indianapolis, IN 46219
                                       *Server's address*

Additional information regarding attempted service, etc.