# UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISON

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| PLAINTIFF, | )   Cause No. 1:16-cv-103 WTL-MJD |
| | ) |
| v. | ) |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |

### SUMMONS IN A CIVIL ACTION

TO:

Detective Charles Benner
Indianapolis Metropolitan Police Department
50 N. Alabama Street
Indianapolis, IN 46204

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) ─ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ─ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:]

                          **Richard A. Waples**
                          **WAPLES & HANGER**
                          **410 N. Audubon Road**
                          **Indianapolis, Indiana 46219**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date:  January 13, 2016

BY: _____

Civil Summons (Page 2)

Civil Action Number: **1:16-cv-103**

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _ was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

[X] Other *(specify)*: **The summons was served by U.S. Certified Mail, return receipt requested, article #** _____ **and signed by agent on** _____, **2016.**

My fees are $ ___0.00_____ for travel and $_____0.00_____ for services, for a total of $___0.00_____.

I declare under penalty of perjury that this information is true.

Date: ____January 12, 2016           */s/ Richard A. Waples*_____
                                      *Server's Signature*

                                      _Richard A. Waples, Attorney_____
                                      *Printed name and title*

                                      Waples & Hanger
                                      410 N. Audubon Road, Indianapolis, IN 46219
                                      *Server's address*

Additional information regarding attempted service, etc.