Civil Summons (Return)

Civil Action Number: **1:16-cv-103-WTL-MJD**

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for **Defendant Detective Charles Benner** was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: **The summons was served by U.S. Certified Mail, return receipt requested, article # 7015 0640 0005 8633 4370 and signed by agent on Jan. 19, 2016. (green card receipt attached).**

My fees are $ ___0.00____ for travel and $____0.00____ for services, for a total of $___0.00_____.

I declare under penalty of perjury that this information is true.

Date: ____January 23, 2016         */s/ Richard A. Waples* _____
                                    *Server's Signature*

                                     Richard A. Waples, Attorney_____
                                    *Printed name and title*

                                    Waples & Hanger
                                    410 N. Audubon Road, Indianapolis, IN 46219
                                    *Server's address*

Additional information regarding attempted service, etc.