UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES BENNER, )<br>)<br>Defendant. ) | Case No.: 1:16-cv-103-WTL-MJD |

**Notice of Enlargement of Time**

Defendant, Charles Benner, by counsel, hereby gives notice pursuant to Local Rule 6-1 of his initial enlargement of time to respond to Plaintiff's Complaint. That Complaint, having been served on January 19, 2016, requires a responsive pleading that would be due on February 9, 2016. With this enlargement, the Defendant's response will be due on March 8, 2016. Plaintiff's Counsel, Richard A. Waples, was contacted and does not object to this enlargement of time.

Respectfully submitted,

/s/ Benjamin J. Church
Benjamin J. Church (29634-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: Benjamin.Church@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2016, a copy of the foregoing served by electronic filing.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system   Parties may access this filing through the Court's system.


Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219

               */s/ Benjamin J. Church*_____
               Benjamin J. Church (29634-49)
               Assistant Corporation Counsel


OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968