UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No.:  1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER,    ) | |
| ) | |
| Defendant.    ) | |

## DEFENDANT' S NOTICE OF INITIAL DISCLOSURES

Charles Banner ("Defendant"), by counsel, notifies the Court that he has served his Fed. R. Civ. P. 26(a)(1) disclosures on the plaintiff.

Respectfully submitted,

/s/ *Lynne D. Hammer*
Lynne D. Hammer (28252-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: lynne.hammer@indy.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 12, 2016, a copy of the foregoing served by electronic filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219

        /s/ *Lynne D. Hammer*
        Lynne D. Hammer (28252-49)
        Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968