UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>CHARLES BENNER, )<br>)<br>DEFENDANT. ) | CAUSE NO. 1:16-cv-103-WTL-MJD |

**PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURES**

Plaintiff, by counsel, gives Notice that in accordance with the Case Management Plan and Federal Civil Rule Procedure 26(a)(1), he has served his Initial Disclosures upon Defendants.

                                                      Respectfully submitted,

Dated: April 12, 2016                 *Richard A. Waples*
                                                      Richard A. Waples
                                                      Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 12, 2016, this document was filed electronically. Notice and a copy of this document will be available to the following counsel of record through the court's electronic filing system:

Lynne D. Hammer at Lynne.Hammer@indy.gov

Benjamin J. Church at Benjamin.Church@indy.gov

*Richard A. Waples*
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com