UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff, by counsel, in accordance with Fed. R. Civ. P. 26 and the Case Management Plan Order, sets forth the following Preliminary list of witnesses.

**Preliminary Witnesses**

1. Robert Rainsberger, 7155 E. 21st Street, Apt 5, Indianapolis, IN 46219 (317) 357-5791. Mr. Rainsberger has knowledge about the malicious prosecution of his brother and plaintiff's damages.

2. Rebecca Rainsberger, 6 Hermitage Road, Greenville, S.C. 29615 (317) 679-4411. Ms. Rainsberger has knowledge about the malicious prosecution of her brother and plaintiff's damages.

3. David Hennessy, Attorney at Law, 424 East Wabash Street, Indianapolis, IN 46204, (317) 636-6160. Mr. Hennessy has knowledge about the incident and plaintiff's damages.

4. Mari Bilger, 221 S. Vine Street, Plainfield, IN 46168. (317) 710-7604. Ms. Bikger has knowledge about the incident and plaintiff's damages.

5.  Karen Pittman, 801 N. Shortridge Road, Apt. D3, Indianapolis, Indiana. Has knowledge of criminal activity in Jeffersonian Apartment complex and attack upon her.

6.  Maria Karnes, Jeffersonian Apartments, Indianapolis, Indiana. Has knowledge of criminal activity in apartment complex.

7.  Delbert Pickens, 5223 Brendon Park Driver, Indianapolis, Indiana. Knowledge of his attempted delivery of meal to Mrs. Rainsberger on Nov. 19, 2013.

8.  Jennifer Lane, Marion County Forensic Services Agency.

9.  Officer Jordan Lewis, IMPD, knowledge about his response to the incident.

10. Det. Benjamin Bierce, IMPD, knowledge about this investigation into cell phone data

11. David Rainsberger, Canton, Ohio. Knowledge of Bill Rainsberger and relationship with his mother.

12. Ruthanne Rainsberger, Canton, Ohio. Knowledge of Bill Rainsberger and relationship with his mother.

13. Amie Birch, Danville, Indiana. David. Knowledge of Bill Rainsberger and relationship with his mother.

14. Steve Darling, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

15. Debby Darling, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

16. Brad Knapp, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

17. Nadine Murphy, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

18. Barb Coulter, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

19. Bill Laker, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

20. Sharon Ogan, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

21. Linda Fletcher, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

22. Witnesses identified in discovery and listed as witnesses in *State of Indiana v. William Rainsberger*

Respectfully submitted,

Dated: April 12, 2016

*Richard A. Waples*
Richard A. Waples
Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 12, 2016, this document was filed electronically. Notice and a copy of this document will be available to the following counsel of record through the court's electronic filing system:

Lynne D. Hammer at Lynne.Hammer@indy.gov

Benjamin J. Church at Benjamin.Church@indy.gov

*Richard A. Waples*
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com