UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| PLAINTIFF, | ) CAUSE NO. 1:16-cv-103-WTL-MJD |
| | ) |
| v. | ) |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S PRELIMINARY EXHBIIT LIST**

Plaintiff, by counsel, in accordance with Fed. R. Civ. P. 26 and the Case Management Plan Order, sets forth the following Preliminary list of witnesses.

**Preliminary Exhibits**

1. Information, Count I, Murder
2. Affidavit of Probable Cause
3. Kroger videos
4. 911 Calls
5. Ruth Rainsberger's jacket
6. Cloth found on Ruth Rainsberger's head
7. DNA Test Results showing unidentified male's DNA found on items 4 and 5
8. DNA Test Results excluding Bill Rainsberger from items 4 and 5
9. Telephone Records
10. Photographs of Apartment
11. Crime scene photographs and videos

12. Aerial photograph of Apartment complex.

13. William Rainsberger's lockbox and documents

14. Reports of Criminal Activity in area surrounding Jeffersonian Apartments

15. Exhibits identified in discovery and listed as exhibits in *State of Indiana v. William Rainsberger*

                                              Respectfully submitted,

Dated: April 12, 2016                           *Richard A. Waples*
                                                               Richard A. Waples
                                                               Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 12, 2016, this document was filed electronically. Notice and a copy of this document will be available to the following counsel of record through the court's electronic filing system:

    Lynne D. Hammer at Lynne.Hammer@indy.gov

    Benjamin J. Church at Benjamin.Church@indy.gov

                              *Richard A. Waples*
                              Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com