UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) ) |

## **DEFENDANT'S PRELIMINARY EXHIBIT LIST**

Defendant, Charles Benner, by counsel, in accordance with the approved Case Management Plan, respectfully files the following preliminary list of exhibits:

### **Exhibits**

1. Affidavit for Probable Cause for the arrest warrant for William Rainsberger dated May 22, 2014;

2. Information charging William Rainsberger with Attempted Murder dated May 22, 2014;

3. Plaintiff William Rainsberger's Jail Packet;

4. Non-privileged and relevant documents contained in the investigation file;

5. Any and all relevant Indianapolis Metropolitan Police Department General Orders;

6. Any and all medical records of William Rainsberger;

7. Any and all criminal history records for William Rainsberger;

8. Any exhibits listed by William Rainsberger;

9. Any exhibits exchanged during the course of discovery;

10. Any and all depositions taken in connection with this action, including any exhibits thereto;

11. Any exhibits necessary for rebuttal or impeachment purposes;

12. Any exhibits necessary for the admission or the exclusion of another exhibit;

13. Any and all pleadings and motions filed in this case, including any exhibits thereto;

14. Any and all documents produced by non-parties; and

15. Any exhibits yet to be discovered throughout the course of discovery.

Respectfully submitted,

*/s/ Lynne D. Hammer*_____
Lynne D. Hammer (28252-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: lynne.hammer@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a copy of the foregoing served by electronic filing.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system   Parties may access this filing through the Court's system.


Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219

John F. Kautzman
Andrew R. Duncan
Edward J. Merchant
RUCKELSHAUS, KAUTZMAN,
BLACKWELL, BEMIS & HASBROOK
107 n. Pennsylvania Street, Suite #900
Indianapolis, IN  46204


                                                               */s/ Lynne D. Hammer*_____
                                                               Lynne D. Hammer (28252-49)
                                                               Assistant Corporation Counsel



OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968