UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) ) |

**<u>DEFENDANT'S PRELIMINARY WITNESS LIST</u>**

Defendant, Charles Benner, by counsel, in accordance with the approved Case Management Plan, respectfully files the following preliminary list of witnesses:

**<u>Witnesses</u>**

1. Plaintiff, William Rainsberger;

2. Detective Charles Benner;

3. Detective Thomas Tudor;

4. Officer Jordan Lewis;

5. Carl Wooldridge;

6. Jennifer Lane;

7. Delbert Pickens;

8. Pam Pulliam;

9. Robert Rainsberger;

10. Rebecca Rainsberger;

11. Mary Bilger;

12. Any other police officers, not yet identified, who can testify to the facts and circumstances leading up to and surrounding the events of November 19, 2013 and/or may have been on the scene of the incidents described in Plaintiff's Complaint;

13. Any other persons, not yet identified, who can testify to the facts and circumstances leading up to and surrounding the events November 19, 2013, and/or may have been on the scene of the incidents described in Plaintiff's Complaint;

14. Any other employees of the City of Indianapolis and/or its law enforcement agency who can testify to the City's statutes, ordinances, rules, regulations, trade standards, safety standards, guidelines, recommendations, policies, procedures, or similar provisions for its employees;

15. Any other unnamed customers and/or employees who may have observed the incidents on November 19, 2013, at 7101 E. 10th Street, Indianapolis, IN 46226;

16. Any witness listed by Plaintiff;

17. Any witness necessary for rebuttal or impeachment purposes;

18. Any witness necessary to adduce or refute the authenticity of any documents; and

19. Any witnesses yet to be discovered throughout the course of discovery.

Respectfully submitted,

*/s/ Lynne D. Hammer*
Lynne D. Hammer (28252-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: lynne.hammer@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2016, a copy of the foregoing served by electronic filing.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system   Parties may access this filing through the Court's system.


Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219


                                                                     */s/ Lynne D. Hammer*_____
                                                                     Lynne D. Hammer (28252-49)
                                                                     Assistant Corporation Counsel


OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968