UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO EXCUSE DEFENDANT CHARLES BENNER FROM ATTENDING THE SETTLEMENT CONFERENCE**

Comes now Defendant, Charles Benner, by counsel, and moves the Court to excuse him from attending the October 7, 2016, settlement conference. In support hereof, he states:

1. This case is set for a settlement conference before the Honorable Mark J. Dinsmore on Friday, October 7, 2016, at 1:00 p.m.

2. Defendant Benner is an employee of the Indianapolis Metropolitan Police Department who, at all times relevant to the claims asserted in this lawsuit, was acting within the scope and course of his employment and under the color of law.

3. The City of Indianapolis has agreed to defend and, in the event of an adverse judgment, indemnify Defendant Benner, including any judgment for punitive damages.

4. Defendant Benner does not and will not have any separate settlement authority.

5. A high ranking official with the Indianapolis Metropolitan Police Department with authority to negotiate and settle this case will attend the October 7, 2016 settlement conference.

6. Counsel for Defendant Benner has discussed this motion with Plaintiff's counsel and has been advised that Plaintiff has no objection.

WHEREFORE, Defendant Benner respectfully requests that the Court excuse him from attending the September 6, 2016, settlement conference.

        Respectfully Submitted,

        /s/ *Kathryn M. Box*
        Kathryn M. Box (31233-49)
        Assistant Corporation Counsel
        Office of Corporation Counsel
        200 East Washington Street, Room 1601
        Indianapolis, Indiana 46204
        Telephone: (317) 327-4055
        Fax:  (317) 327-3968
        E-Mail: kathryn.box@indy.gov

## CERTIFICATE OF SERVICE

  I certify that on September 1, 2016 a copy of the foregoing MOTION TO EXCUSE DEFENDANT BENNER FROM ATTENDING THE SETTLEMENT CONFERENCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219

              /s/ *Kathryn M. Box*
              Kathryn M. Box (31233-49)
              Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968