UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) ) |

**ORDER EXCUSING DEFENDANT CHARLES BENNER FROM ATTENDING THE SETTLEMENT CONFERENCE**

The Court, having considered Defendant Benner's motion to be excused from attending the October 7, 2016 settlement conference and being duly advised in the premises, finds that the motion is meritorious and should be **GRANTED**. Accordingly, Defendant Benner is excused from attending the settlement conference.

SO ORDERED.

Dated: 02 SEP 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record via CM/ECF