UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**<u>NOTICE OF APPEARANCE</u>**

Daniel P. Bowman, Assistant Corporation Counsel, hereby enters his appearance on behalf of the Defendant, Charles Benner, in the above-referenced matter.

Respectfully submitted,

*/s/ Daniel P. Bowman*
Daniel P. Bowman (31691-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, IN  46204
Telephone:  (317) 327-4055
Fax:  (317) 327-3968
E-mail:  daniel.bowman@indy.gov

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was filed electronically on October 7, 2016.  This filing will be served on the parties by operation of the Court's electronic case filing system, and the parties may access this filing through the Court's system.

                                              */s/ Daniel P. Bowman* _____
                                              Daniel P. Bowman (31691-49)
                                              Assistant Corporation Counsel

OFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, IN  46204
Telephone:  (317) 327-4055