UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR OCTOBER 7, 2016
SETTLEMENT CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference. Settlement was not achieved.

This matter is scheduled for a telephonic status conference on **Friday, March 10, 2017 at 1:30 p.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 07 OCT 2016

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.