UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) ) |

**Defendant's Unopposed Motion for Extension**

Defendant, by counsel, respectfully moves for a 30-day extension of the dispositive motion deadline, liability discovery deadline, and expert disclosure deadline. In support of this motion, Defendant states:

1. On March 15, 2016, the Court approved the Case Management Plan in this matter. Dkt. 12.

2. The current liability discovery deadline is November 23, 2016. Dkt. 12 at 5.

3. The current dispositive motion deadline is December 23, 2016. Dkt. 12 at 5.

4. The current expert disclosure deadline for Plaintiff is January 20, 2017 and the deadline for Defendant is February 21, 2017. Dkt. 12 at 2.

5. Defendant wishes to depose three more individuals identified on Plaintiff's Preliminary Witness List.

6. Due to the holidays and counsel's schedule, the Defendant respectfully requests an additional 30 days to complete discovery.

7. Counsel for Plaintiff does not oppose a 30-day extension of the liability discovery, dispositive motion, and expert disclosure deadlines.

8. The requested extension should not affect the current trial date, which is

1

September 11, 2017.

Accordingly, Defendant respectfully requests that the liability discovery deadline be extended to December 23, 2016, the dispositive motion deadline be extended to January 23, 2016, Plaintiff's expert disclosure deadline be extended to February 20, 2017, and Defendant's expert disclosure deadline be extended to March 2, 2017.

Respectfully submitted,

*/s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: kathryn.box@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard Waples
WAPLES & HANGER
410 North Audubon Road
Indianapolis, IN 46219

                                                */s/ Kathryn M. Box*
                                                Kathryn M. Box (31233-49)
                                                Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968