UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:16-cv-103-WTL-MJD |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| Defendant. | ) | |

**Order on Defendant's Unopposed Motion for Extension**

Having heard the Unopposed Motion for Extension filed by Defendant, and being duly

advised, the Court now finds that said Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the liability

discovery deadline is extended to December 23, 2016, the dispositive motion deadline is

extended to January 23, 2016, Plaintiff's expert disclosure deadline is extended to February 20,

2017, and Defendant's expert disclosure deadline is extended to March 21, 2017.

_____            _____

Date                                                      Judge


Distribution
Counsel of Record (via CM/ECF System)