## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 83-7, attorney Daniel P. Bowman withdraws his appearance as counsel for Defendant Charles Benner. Defendant Benner will continue to be represented in this matter by the Office of Corporation Counsel through attorneys Kathryn Box, Benjamin Church, and Lynne Hammer.

Respectfully submitted,

*/s/ Daniel P. Bowman*
Daniel P. Bowman (31691-49)
Assistant Corporation Counsel
OFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, IN  46204
Telephone:  (317) 327-4055
E-Mail: Daniel.Bowman@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

*/s/ Daniel P. Bowman*
Daniel P. Bowman (31691-49)
Assistant Corporation Counsel

OFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, IN  46204
Telephone:  (317) 327-4055