UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:16-cv-00103-WTL-MJD |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR NOVEMBER 23, 2016
STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference. The parties discussed Defendant's motion to enlarge certain case management deadlines. [Dkt. 32.] Following the discussion, and with the agreement of the parties' Defendant's motion [Dkt. 32] will be **GRANTED IN PART** and **DENIED IN PART** and the approved Case Management Plan [Dkt. 12] is hereby amended as follows:

**II. Jurisdiction and Statement of Claims**

C. On or before **December 23, 2016**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

**III. Pretrial Pleadings and Disclosures**

F. Plaintiff shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **January 30, 2017**. Defendant(s) shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) on or before **March 3, 2017**.

**IV. Discovery and Dispositive Motions**

B. Dispositive motions are expected and shall be filed by **January 6, 2017**; non-expert witness discovery and discovery relating to liability issues shall be completed by **December 21, 2016**; expert witness discovery and discovery relating to damages shall be completed by **April 21, 2017**.

All other requirements of the approved Case Management Plan [Dkt. 12] remain in effect.

The telephonic conference scheduled on March 10, 2017 [Dkt. 31] remains on calendar as scheduled.

Dated: 23 NOV 2016

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.