UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S STATEMENT OF CLAIMS AND DEFENSES**

Pursuant to the Court's Order, issued on November 23, 2016 (Dkt. 36), the Defendant, by counsel, respectfully submits his statement of claims and defenses and legal theories to be proven at trial:

I. Statement of Defenses

    A. Count I – Unlawful Seizure

        1. Detective Benner's actions did not constitute an unlawful seizure.

        2. Detective Benner had probable cause to arrest William Rainsberger for the death of his mother, Ruth Rainsberger.

        3. Detective Benner did not make knowingly false or misleading statements to the court in his probable cause affidavit or charging information.

        4. Detective Benner did not violate William Rainsberger's constitutional rights.

        5. Detective Benner is immune from suit under the doctrine of qualified immunity.

    B. Count II – Malicious Prosecution

1. Detective Benner's actions did not constitute malicious prosecution.

2. Detective Benner had probable cause to arrest and prosecute William Rainsberger for the death of his mother, Ruth Rainsberger.

3. Detective Benner did not act maliciously during his investigation or the prosecution of William Rainsberger.

4. Detective Benner did not violate William Rainsberger's constitutional rights.

5. Detective Benner is immune from suit under the doctrine of qualified immunity.

Per the Federal Rules of Civil Procedure and the Case Management Plan, the Plaintiff has waived his right to assert additional claims.

Respectfully submitted,

*/s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 E. Washington St., Ste., 1601
Indianapolis, IN 46204
Phone: (317) 327-4055
E-Mail: kathryn.box@indy.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2016, a copy of the foregoing was served electronically. Notice of this filing will be sent to all ECF registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                            */s/ Kathryn M. Box*
                                                            Kathryn M. Box (31233-49)

Office of Corporation Counsel
200 E. Washington St., Ste., 1601
Indianapolis, IN 46204
Phone: (317) 327-4055
E-Mail: kathryn.box@indy.gov

Case 1:16-cv-00103-TWP-MJD   Document 37   Filed 12/22/16   Page 3 of 3 PageID #: 116