UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | CAUSE NO. 1:16-cv-103-WTL-JD |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S STATEMENT OF CLAIMS FOR TRIAL**

Plaintiff, by counsel, pursuant to the Court's Case Management Plan, Section II D, states that at trial he will pursue the following claims against defendant Charles Benner on which he has the burden of proof:

Claim I:  Making False or Misleading Statements in Support of a Probable Cause Affidavit in Violation of the 4th and 14th Amendments to the U.S. Constitution

Claim II:  False Arrest/False Imprisonment in Violation of the 4th and 14th Amendments to the U.S. Constitution

Claim III:  Malicious Prosecution in Violation of the 4th and 14th Amendments to the U.S. Constitution

Each claim is actionable pursuant to 42 U.S.C. § 1983.

Plaintiff will also present a claim for attorney fees and costs to the Court following trial in the event he is a prevailing party pursuant to 42 U.S.C. § 1988.

                Respectfully submitted,

Dated: December 23, 2016      */s/ Richard A. Waples*
                Richard A. Waples
                Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that on December 23, 2016, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

    Kathryn M. Box:  kathryn.box@indy.gov

               */s/ Richard A. Waples*
               Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com