UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**Defendant's Motion for Extension of Time**

Defendant, by counsel, respectfully moves for a one-week extension of the dispositive motion deadline. In support of this motion, Defendant states:

1. The dispositive motion deadline in this matter is Friday, January 6, 2017.

2. On January 2, 2017, undersigned counsel's fiancée's father passed away unexpectedly.

3. Due to his passing, undersigned counsel will be out of town attending the viewing and funeral around the time of the dispositive motion deadline.

4. Accordingly, Defendant respectfully requests a one-week extension of the dispositive motion deadline to January 13, 2017.

5. This motion is made for good cause and is not asserted for the purpose of undue delay. Instead, this motion is being made to assure that the Defendant is provided the best defense possible.

6. Counsel for the Plaintiff objects to any extension that will affect the currently scheduled trial date.

Accordingly, Defendant respectfully requests that the dispositive motion deadline be extended to January 13, 2017.

1

Respectfully submitted,

*/s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: kathryn.box@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard Waples
WAPLES & HANGER
410 North Audubon Road
Indianapolis, IN 46219

*/s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968