UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) |
| Defendant. | ) |

**Order on Defendant's Motion for Extension of Time**

This matter is before the Court on Defendant's Motion for Extension of Time. The Court being duly advised finds the Motion is made for good cause and hereby GRANTS said Motion. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the dispositive motion deadline is extended to January 13, 2017.

_____        _____
Date                                                                      The Honorable Mark J. Dinsmore
                                                                                United States Magistrate Judge
                                                                                Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.