UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) |
| Defendant. | ) |

**ORDER ON DEFENDANT'S MOTION TO ENLARGE DISPOSITIVE MOTION DEADLINE**

This matter is before the Court on Defendant's Motion for Extension of Time. [Dkt. 39.] The Court being duly advised finds the Motion is made for good cause and hereby **GRANTS** said Motion. IT IS THEREFORE ORDERED that the dispositive motion deadline is extended to and including **January 13, 2017**.

SO ORDERED.

Dated: 04 JAN 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.