UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Charles Benner, by counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves for summary judgment on Plaintiff's claim against him in this cause of action. In support of this motion, Defendant states the following:

1. Plaintiff filed his complaint on January 12, 2016. Dkt. 1.

2. Plaintiff claims that Defendant violated his constitutional rights under ¶ 1983. Dkt. 1.

3. Specifically, Plaintiff asserts three claims: 1) False arrest; 2) Malicious prosecution; and 3) Knowingly making false or misleading statements and omitting exculpatory evidence in a probable cause affidavit. Dkt. 1.

4. There is no genuine issue of material fact and Plaintiff's claims fail as a matter of law.

5. Defendant had probable cause to arrest Plaintiff.

6. Defendant did not act with malicious intent and there is no constitutional right not to be prosecuted without probable cause.

7. There is no evidence that Defendant knowingly made false or misleading statements or omitted exculpatory evidence. And, the alleged false or misleading statements and omitted evidence were not material to the finding of probable cause.

8. Defendant is entitled to qualified immunity because he did not violate Plaintiff's clearly established constitutional rights.

9. Accordingly, Defendant is entitled to summary judgment.

10. Defendant files his Memorandum of Law in Support of Motion for Summary Judgment and Designation of Evidence in Support of Motion for Summary Judgment contemporaneously herewith.

Defendant respectfully moved for summary judgment on Plaintiff's claims against him in this action, and for all other appropriate relief.

                                          Respectfully submitted,

                                          */s/ Kathryn M. Box*
                                          Kathryn M. Box (31233-49)
                                          Assistant Corporation Counsel
                                          Office of Corporation Counsel
                                          200 East Washington Street, Room 1601
                                          Indianapolis, Indiana 46204
                                          Telephone: (317) 327-4055
                                          Fax: (317) 327-3968
                                          E-Mail: kathryn.box@indy.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2017, a copy of the foregoing was served by electronic filing. Notice of this filing will be sent to all ECF-registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               */s/ Kathryn M. Box*  
                                               Kathryn M. Box (31233-49)  
                                               Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL  
200 East Washington Street, Room 1601  
Indianapolis, Indiana 46204  
Telephone: (317) 327-4055  
Fax: (317) 327-3968