UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANTS' NOTICE OF MANUAL FILING</u>**

Please take notice that Defendant has manually filed the following Exhibits on January 13, 2017:

Exhibit 3:  911 Audio (manually filed)

Exhibit 9:  Photos (manually filed)

Exhibit 12:  Kroger Video Surveillance – Camera 30 (manually filed)

Exhibit 14:  Kroger Video Surveillance – Camera 7 (manually filed)

Exhibit 17:  Kroger Video Surveillance – Camera 29 (manually filed)

Exhibit 18:  Kroger Video Surveillance – Camera 44 (manually filed)

These exhibits have not been filed electronically because they are objects that cannot be converted into an electronic format that can be filed in ECF.

These exhibits have been manually served on Plaintiff.

Respectfully submitted,

*/s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: kathryn.box@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2017, a copy of the foregoing was served by electronic filing. Notice of this filing will be sent to all ECF-registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968