UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S DESIGNATION OF EVIDENCE IN SUPPORT OF**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Defendant Charles Benner, by counsel, respectfully designates the following evidence in support of his Motion for Summary Judgment:

Exhibit 1:  Affidavit for Probable Cause

Exhibit 2:  Deposition of William Rainsberger

Exhibit 3:  911 Audio (manually filed)

Exhibit 4:  Affidavit of Carl Wooldridge

    Attachment A – Statement of Carl Wooldridge

Exhibit 5:  Deposition of Charles Benner

Exhibit 6:  Deposition of Jennifer Lane

Exhibit 7:  Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report

Exhibit 8:  Affidavit of Charles Benner

Exhibit 9:  Photos (manually filed)

Exhibit 10:  Deposition of Michael Price

Exhibit 11:  Deposition of Pam Pulliam

Exhibit 12:  Kroger Video Surveillance – Camera 30 (manually filed)

Exhibit 13:  Kroger Video Surveillance – Camera 30 – Still Photos

Exhibit 14:  Kroger Video Surveillance – Camera 7 (manually filed)

Exhibit 15: Kroger Receipt – November 19, 2013

Exhibit 16:  Kroger Plus Card Records

Exhibit 17:  Kroger Video Surveillance – Camera 29 (manually filed)

Exhibit 18:  Kroger Video Surveillance – Camera 44 (manually filed)

Exhibit 19: Affidavit of Benjamin Bierce

    Attachment A – Robert Rainsberger's Phone Records – Original CDR

    Attachment B – Robert Rainsberger's Phone Records - Results

Exhibit 20:  Ruth Rainsberger's Phone Records

Exhibit 21:  Email – December 9, 2013

Exhibit 22:  Email – July 23, 2014

Exhibit 23: Deposition of Robert Rainsberger

Respectfully submitted,

 */s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: kathryn.box@indy.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2017, a copy of the foregoing was served by electronic filing. Notice of this filing will be sent to all ECF-registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Kathryn M. Box*
                                                Kathryn M. Box (31233-49)
                                                Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968