# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

### AFFIDAVIT OF CARL WOOLDRIDGE

I, Carl Wooldridge, am over the age of eighteen (18), am of sound mind, and am competent to testify that the below facts are true and correct based on my personal knowledge.

1. I am currently employed as a Firefighter/Paramedic with the Indianapolis Fire Department.

2. I have been employed by IFD for five years. I was employed by the Lawrence Township Fire Department for fourteen years prior to the merger with IFD.

3. On November 19, 2013, I was working as a Paramedic for IFD at Station 43 located at 7604 East 10th Street, Indianapolis, IN 46219.

4. On November 19, 2013, we were dispatched on an assault trauma run to 801 North Shortridge Road, Indianapolis, IN 46219.

5. Once I arrived on scene, I was met by the patient's son who stated that "someone had caved his mom's head in."

6. When I entered the residence, I noticed that the patient was laying on the ground with a piece of cloth covering her head. The cloth was stuck to her head and appeared to have not been removed.

7. I had to remove the cloth to visualize the patient's injuries.

8. Based on the patient's injuries, it was my initial medical opinion that the she was suffering from a gun shot wound.

9. I thought it was strange that the patient's son said his mother's head had been caved in because he did not remove the cloth to visualize her injuries and her injuries appeared consistent with a gun shot wound.

10. In addition to myself, there were three other individuals on Engine 43 and two or three other individuals in the ambulance crew on scene who assisted with treating the patient.

11. On December 4, 2013, I gave a recorded statement to Detective Charles Benner regarding my recollection of events on November 19, 2013.

12. I have reviewed Attachment A and it is a true and accurate transcript of the statement I gave to Detective Benner on December 4, 2013.

13. Additionally, to the best of my knowledge and recollection Attachment A is a true and accurate depiction of the events that occurred on November 19, 2013.

FURTHER AFFIANT SAYETH NOT.

## **AFFIRMATION**

In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing responses to interrogatories are true and correct.

Date: 12/5/2017

Carl Wooldridge

# ATTACHMENT A

This is a statement being given by Fireman Carl Wooldridge, the date is now 12-04-2013, the time is 1430 hours. This statement is being given to Detective Charles Benner. We're presently at 555 North New Jersey Street. This statement is being given in reference to case number DP 13153344 which occurred on 11-19-2013 at approximately 3:39 p.m., at 801 North Shortridge.

Q. Sir, can you state your name please?

A. Carl Wooldridge.

Q. Can you spell your last name for me?

A. W O O L D R I D G E.

Q. And what's your birthday sir?

A. ▓▓▓▓1962.

Q. And can you tell me where your home station is?

A. Station 43, A-Shift.

Q. Okay and where is that located? You know the address?

A. 7600 something, East 10th Street.

Q. Okay, so you're not too far from where this happened?

A. Yeah we're just down the road from it.

Q. Okay, so you were working on November 19, 2013 then?

A. Yes.

Q. And you received a run to 801 North Shortridge?

A. Yes.

Q. Okay can you tell me in your own words what you remember about that incident?

A. We were dispatched on an assault trauma. We normally wait on law enforcement on the MDT it said it had something to do with an autistic child, we read it as to go ahead and go in and start the search or treat the child that was injured. We were met by a man outside the residence stating that someone had caved his mom's head in. We went ahead and entered the apartment to find an elderly white female lying on her right side between a chair and a coffee table. I could hear the patient breathing, moved the chair and was able to make access to the patient. The patient had a greenish colored piece of cloth over her head with blood on it and a hole. Pulled the cloth back to reveal an area on the left back side of her head, two to three inches in diameter with brain matter protruding. The patient also had what I believed to be a hole in the left side of her forehead. Come to find out later from the medic that actually took it in she cleaned her head and that was not a hole in her forehead, it was a mark from blood, vomit, or something, but she cleaned it and said it was not a hole there. The patient was clutching her glasses in her left hand. The patient's robe, shirt sleeve cut to make access to get the vitals.

Statement of Carl Wooldridge        DP130153344                    Page 1 of 6

Unable to palpate a radial pulse, monitor wouldn't pick up patient's BP at this time. Medic 20 arrived, we patted patient's head with a towel and log rolled her onto a back board. The patient's eyes then opened, she moved her left arm, patient secured to back board and moved to cot for transport to Wishard. IFD Collup was driving the ambulance and the regular ambulance crew were (INAUDIBLE) in the back.

Q. Okay. So were you guys the first ones to arrive before the ambulance?

A. Yes, yes we were.

Q. Okay and you remember where the guy was that...

A. ...he was standing right outside the door to the left of the door, in between a couple of cars I believe that was sitting there and he seemed a little bit distraught and made that statement that somebody had caved his mom's head in, which kind of struck me as odd, especially when I got in there and her head was still covered up with that piece of cloth and as I went to remove the cloth the cloth was actually stuck to her head so if he knew her head was caved in that cloth would have already been removed and not have been stuck because that blood had already dried, so.

Q. Right. Could you tell if the cloth was laid over her while she was laying on the ground or was it completely, was she like laying on part of the cloth too so it was completely overhead before she hit the ground or were you able to determine that?

A. To the best, because I laid the cloth back, I would say it was on both sides of her head, because as we rolled her up it stayed laying down in the blood so I believe it was over...

Q. ...completely...

A. ...other than just over the one side.

Q. Okay, gotcha. Alright, and he was actually outside then, he wasn't in the apartment building anymore?

A. He was outside and the guy (INAUDIBLE) I told him to keep him outside, I didn't need him back inside after seeing what we thought was damage from a bullet, we hollered out to make sure he had law enforcement on the way.

Q. Okay. Do you remember at all what he looked like?

A. Tall guy, late 50s, blackish gray hair, kind of ear length. Just kind of common...

Q. ...did he say if he was the one that called the police? Or called for fire.

A. He directed us to his mom, where she was at. I can't, I wouldn't swear that he said that he's the one that actually called. There was another man standing there that he said was his brother I believe.

Q. Okay. So he was already on the scene too?

Statement of Carl Wooldridge        DP130153344        Page **2** of **6**

| | |
|---|---|
| A. | Yes. When we got ready to leave, now I only seen the one man when we showed up. Before we left the second man was there. I heard him refer to him, to another one of the officers that that was his brother. |
| Q. | Okay. So when you first got there was there anybody else around him then? |
| A. | Not that I seen. |
| Q. | Do you know, was he talking on the phone or was he smoking a cigarette or do you remember what he was doing? |
| A. | He wasn't doing either one of them. He was kind of... |
| Q. | ...messing with his hands? |
| A. | Messing with his hands. |
| Q. | Okay. When you got to the apartment door was it open? |
| A. | The door was opened probably about a foot, foot and a half. |
| Q. | Okay. And as soon as you stepped inside she was laying right there? |
| A. | Yeah. |
| Q. | Okay. You said she opened her eyes. Was she ever able to say anything? |
| A. | She never spoke in my presence and from my understanding the medic took it in. When I talked to her some time later she never spoke to her. She did grasp that lady's hand but, the medic's hand but she never spoke to them. |
| Q. | Okay. Do you remember when you made, when you went into the apartment did it look like anything was out of order or anything, besides her laying on the floor? |
| A. | It looked like a reasonably clean, neat apartment. Before we moved anything I looked behind and up after we seen it was a hole in the thing thinking it would be blood splatter on the ceiling or wall, never seen no blood splatter anywhere and made sure and told the officers there that we slid, how we slid the chair and the table back so we didn't disrupt anymore than we absolutely had to. |
| Q. | Okay. So when you're talking about the chair you're talking about that cloth covered chair that she may have been sitting on? You moved that just straight back? |
| A. | Just kind of at an angle to peel it away from her, the table and the chair both, just kind of pushed them at an angle to make access to her. |
| Q. | Okay. So was she touching either one of those two when you got there do you think? |
| A. | Her back would have been to the foot of the chair and her head was towards the coffee table. And she was really kind of wedged in between the two, not that they was real tight, but she was in between the two of them. |
| Q. | Okay. But she wasn't under the coffee table? |

A. No.

Q. Okay. So it looked like she could have just came right down from the chair and just off to her right hand side?

A. Yeah.

Q. Okay, alright. And you didn't see any blood splattered on any of that stuff either, correct?

A. No.

Q. Okay.

A. That was, I mean I've been on a shooting before and I remember the blood splatter being on the ceiling and the wall as soon as you looked. It wasn't a lot but there was, and I didn't see anything on this wall, so.

Q. Okay. And the first thing that he said to you was, did he say my mom?

A. His statement was someone had caved his mom's head in.

Q. Okay. And that's the only thing he said about her?

A. Yeah. And I didn't wait to hear anything more, I just went to treat her, or see if she was treatable.

Q. And based upon what you saw in there with the blanket and everything, you said you thought that was kind of strange for him to say that?

A. Yes, because, I had to peel that off, it was stuck. If he'd have peeled that off so he could have seen what was there, I wouldn't have had too.

Q. Right.

A. And it just, I mean it kind of stuck in my head that yeah it was easy because you know, I was assuming it was a bullet hole and didn't want to pull anything more off than I had to, but it was stuck and I had to peel it back. If he'd have already done that...

Q. ...and she was breathing still?

A. She was, I could hear her breathing. When I got up to her I could still hear her breathing.

Q. Okay.

A. That's the reason I knew she was still alive.

Q. Okay. Alright did you have any more contact with him then before you left?

A. No, when we walked out the door I asked, there was two officers with him at the time, I asked them if they needed us to stay around, they said no and we went up, took our crew up to Wishard.

Q. Okay. Was the ambulance already taking her out then?

A.  The ambulance had already left at the point, before we left.

Q.  Okay, alright. Was there anybody else that might have heard what you heard about him saying that his mom's head was caved in? Was there an EMS person there?

A.  I don't know whether anybody else from our engine got up to him as fast as I did because I, I mean I come off the driver's seat too, I'm the medic and I was right there at him.

Q.  Okay.

A.  I don't know whether the officer got around or one of the EMT's got around in time to actually hear that or not, but after he said that I had the, Tony Landez was the officer that day, I had him stay with him, because I didn't want him back inside the apartment.

Q.  Okay. And you thought that that comment was strange enough that you actually made note of that in your report?

A.  Yep.

Q.  Okay, alright. Mr. Wooldridge is there anything else you might remember about this incident or anything you want to add?

A.  No, not really, I mean.

Q.  Okay. You didn't notice any injuries on him or anything that jumped out at you? Any blood on him or anything?

A.  No, but him or the other guy that I believe was his brother, neither one acted terribly, I mean if it had been my mom I'd have been either upset because you know she was hurt or I'd have been t-totally ticked because she was hurt, one of the two. And they really didn't show...

Q.  ...any emotion?

A.  Well that type of emotion anyway.

Q.  Right, right.

A.  The one that I believed to be the brother that never actually said nothing, he was smoking a cigarette like it was just another day in the park. Just didn't seem quite right.

Q.  Right, okay.

A.  People handle things in different ways, I know, but that didn't seem right.

Q.  Okay. And you don't remember them asking you anything before you left, about how she was, nobody asked her condition?

A.  Somebody said is she still alive but I can't say whether it was one of the officers or one of them.

Q.  Right, okay. And is it safe to say that everything that they did was kind of strange at the scene, the two brothers?

A.  I thought it was.

Statement of Carl Wooldridge          DP130153344          Page **5** of **6**

Q.  Okay, alright. Is there anything else you can think of at this time?

A.  Not right now.

Q.  Okay, alright. This will be the end of the statement being given by Fire Fighter Carl Wooldridge, the time is now 1441 hours.

END OF STATEMENT

KLM

IMPD

02-06-2014