# EXHIBIT 7



Indianapolis-Marion County Forensic Services Agency
40 S. Alabama Street
Indianapolis, IN 46204
(317)327-3670     FAX (317)327-3607

# Laboratory Examination Report     LAB13-07692        Page 1 of 3

**DATE:** 04/23/2014                    **Agency Case #:**    DP13153344

**TO:** Indianapolis Metropolitan Police Department

**FROM:** Shannin Guy, Forensic Scientist

**EXAMINATION REQUESTED: DNA**

**MATERIAL SUBMITTED:**

| | | |
|---|---|---|
| Item 001.001 | DP13153344 | Possible skin cell sample from the side of the blanket with Panda |
| Item 001.002 | DP13153344 | Possible skin cell sample from the side of the blanket with no Panda |
| Item 002.001 | DP13153344 | Swab for possible DNA taken from the edges of item 002 (glasses) |
| Item 003.001 | DP13153344 | Swab for possible DNA taken from grip area of item 003 (pen) |
| Item 004.001 | DP13153344 | Swab for possible DNA taken from edges of item 004 (glass dish) |
| Item 006.001.01 | DP13153344 | Possible skin cell sample collected from the outside back neck area and outside left sleeve of jacket |
| Item 006.004.01 | DP13153344 | Possible skin cell sample from the outside front legs of the gray pants |
| Item 006.004.02 | DP13153344 | Possible skin cell sample from the outside back legs of the gray pants |
| Item 011.001 | DP13153344 | Blood standard from Ruth Rainsberger |
| Item 013.001 | DP13153344 | Swab of the right hand fingernails |
| Item 014.001 | DP13153344 | Swab of the left hand fingernails *Blood detected .* |
| Item 024.001 | DP13153344 | Swab for possible DNA taken from head of item 024 (hammer) |
| Item 024.002 | DP13153344 | Swab for possible DNA taken from handle of item 024 (hammer) |
| Item 025.001 | DP13153344 | Swab for possible DNA taken from head of item 025 (hammer) |
| Item 025.002 | DP13153344 | Swab for possible DNA taken from handle of item 025 (hammer) |
| Item 030.001 | DP13153344 | Buccal cell standard labeled as from William Rainsberger |
| Item 031.001 | DP13153344 | Buccal cell standard labeled as from Robert Rainsberger |
| Item 001.002 | DP14012605 | Possible skin cell sample from cuffs of sweatshirt |
| Item 001.003 | DP14012605 | Possible skin cell sample from inside back neck area of sweatshirt |
| Item 001.004 | DP14012605 | Stain from outside front of sweatshirt |
| Item 001.005 | DP14012605 | Stain from outside front left sleeve of sweatshirt |
| Item 001.006 | DP14012605 | Stain from outside back right of sweatshirt |
| Item 004.001 | DP14012605 | Buccal cell standard from Jacquelyn Goldstein |

**RESULTS:**

DNA (Deoxyribonucleic Acid) was characterized using the Polymerase Chain Reaction (PCR) and the AmpFlSTR Identifiler Plus amplification kit. Amplification was performed at genetic loci D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, FGA and Amelogenin.

**CONCLUSIONS:**

The DNA profile obtained from items 001.001, 001.002, 006.004.01, 006.004.02, 014.001 and the partial DNA profiles obtained from items 002.001 and 004.001 match the DNA profile of Ruth Rainsberger (011.001).

The DNA profile obtained from item 006.001.01 is a mixture with major and minor contributors. The DNA profile of the major contributor matches the DNA profile of Ruth Rainsberger (011.001). The partial DNA profile of the minor contributor is from an unknown male individual A. An additional allele at genetic locus D8S1179 is inconclusive. The partial minor DNA profile from item 006.001.01 was entered in the Indiana DNA database and is being maintained on file for future searches.

The DNA profile obtained from item 013.001 is a mixture with major and minor contributors. The DNA profile of the major contributor matches the DNA profile of Ruth Rainsberger (011.001). The partial DNA profile of the minor contributor is inconclusive.

The partial DNA profile obtained from item 003.001 is an inconclusive mixture of at least two individuals.

The partial DNA profiles obtained from items 024.002 and 025.002 are inconclusive.

No DNA profile was obtained from items 024.001 or 025.001.

The DNA profiles obtained from items 001.002 (DP14012605) and 001.006 (DP14012605) are mixtures with major and minor contributors. The DNA profile of the major contributor is from unknown male B. The partial DNA profile of the minor contributor(s) is inconclusive. Ruth Rainsberger (011.001), William Rainsberger (030.001), Robert Rainsberger (031.001) and Jacquelyn Goldstein (004.001, DP14012605) are excluded as contributors to the mixed samples.

The DNA profile obtained from item 001.003 (DP14012605) is a mixture of two unknown individuals. Ruth Rainsberger (011.001), William Rainsberger (030.001), Robert Rainsberger (031.001) and Jacquelyn Goldstein (004.001, DP14012605) are excluded as contributors to the mixed sample.

The DNA profile obtained from items 001.004 (DP14012605) and 001.005 (DP14012605) is from unknown male B.

Portions of pertinent evidence items are being stored frozen.

**Laboratory Examination Report**     LAB13-07692          Page 3 of 3

G5025

Signature:

**Shannin Guy**
**Forensic Scientist**