# EXHIBIT 9

**(manually filed)**