# EXHIBIT 10

| | | |
|---|---|---|
| 1 | A | I mean it's your mother, usually that's your close, you know what I mean that's your |
| 2 | | family. You know what I mean I'd do it for any family or any. |
| 3 | Q | Have you cared for an elderly person with dementia like 88 or so? |
| 4 | A | Like 88? |
| 5 | Q | Yeah. |
| 6 | A | Any care for them? |
| 7 | Q | Yeah have you had any contact with close family relationship with dementia Alzheimer's |
| 8 | | people. |
| 9 | A | Alzheimer's we've had some Alzheimer's in our family yeah. |
| 10 | Q | Were you the primary care giver |
| 11 | A | No. |
| 12 | Q | Or and um how long have you been a police officer? |
| 13 | A | 5 years. |
| 14 | Q | And have you received, do you get any medical training or? |
| 15 | A | We get limited, yeah, |
| 16 | Q | Just the |
| 17 | A | But I'd also been a certified EMT before so. |
| 18 | Q | Oh where was that? |
| 19 | A | Um through Warren Township Buck Creek. |
| 20 | Q | And so you're saying defensive mode because you're thinking, you're thinking evidence |
| 21 | | and he's adamant that he didn't touch anything? |
| 22 | A | I wasn't thinking of evidence I was just asking the normal question. |
| 23 | Q | Well you're thinking that he's thinking evidence. |

11

| | | |
|---|---|---|
| 1 | A | Well I mean the way I wasn't even thinking anything until he jumped the way he did at |
| 2 | | the question. I mean it was straight no way in heck you know type of thing I didn't touch |
| 3 | | anything on the scene was the reaction. I mean of uh other than yeah up until that point I |
| 4 | | really wasn't feeling any uh you know wasn't feeling anything toward him as far as |
| 5 | Q | Suspicious? |
| 6 | A | Yeah really until that moment. |
| 7 | Q | So how did that conversation keep going then? |
| 8 | A | Um really I don't know if I got, I don't know if we talked a whole lot more because |
| 9 | | obviously I want uh to call a detective and get them involved and kind of go down the |
| 10 | | right, you know, set the way or however they wanted to handle everything. |
| 11 | Q | Did you call for homicide then? |
| 12 | A | I did at some point I believe. |
| 13 | Q | Can you testify to anything else that he said there at the scene? |
| 14 | A | Are you talking, William? |
| 15 | Q | Yes. |
| 16 | A | Um not that I recall while we were still on scene no. |
| 17 | Q | Did you get the other fellows identification? |
| 18 | A | I did not by then I had a partner. |
| 19 | Q | And did he? |
| 20 | A | Yeah I'm sure I know he sat in his car. We ended up separating them each in each car. |
| 21 | Q | Which officer was that? |
| 22 | A | I want to say that was officer I want to say it was Officer Staton that pulled up. |
| 23 | Q | Did anybody go around and get the identification of all civilians at the scene? |
| 24 | A | Are you talking paramedics and everything or just |

12

1  Q  Yeah.

2  A  No, no.

3  Q  How about all civilians that were not related to the emergency response?

4  A  Well I spoke to the two guys that were standing right there and I even spoke to a neighbor
5     and was kind of seeing if they, I got his ID and everything.

6  Q  Who was that?

7  A  I think it was the neighbor that lived I think he lived right upstairs but I put him in the run
8     he was the guy I just ran and to see you know just anybody that I spoke to.

9  Q  You don't remember the name at all?

10 A  Uh not off hand.

11 Q  And uh

12 A  I put him in the report.

13 Q  Uh anybody else that you remember that you talked to or got the identity of?

14 A  No just them the two brothers and him.

15 Q  And the neighbor can you remember anything he said?

16 A  Yeah he just said he worked uh late shift I believe gets home around 3:00 a.m. and that
17    basically he hadn't heard anything.

18 Q  Uh so what happens next?

19 A  Well detective comes to the scene, Det. Benner, and basically he takes over I kind of just
20    let him know what I've found so far and he takes over and I know we have the brothers
21    separated and at some point he wants us to transport them downtown to talk with him.

22 Q  So you take uh William?

23 A  Right.

24 Q  And you have some conversation?

13

1 A   Well he was talking. I wasn't asking him any questions or anything.

2 Q   What did he say?

3 A   He just kind of randomly um well out of the blue he was just he said um out of the blue
4     he had said he didn't know if it was a good thing or a bad thing that this had happened.

5 Q   Do you remember how he says that?

6 A   Um something to the effect like you know as he's contemplating it I'm not sure if this is
7     good or bad. I asked him what he was talking about. He said his mother dying and
8     because of the dementia she was already had set in and everything. She was already,
9     basically she was already getting toward later stage in life basically.

10 Q  So yeah (inaudible) well earlier you said you know I don't know if it's a good thing or a
11    bad thing this had happened and I'm thinking in the reports I don't know if it's a good
12    thing or a bad thing if my mother dies but it was in reflecting that's the jest of it is that
13    whether she survived, right?

14 A   Yes

15 Q   He wasn't acting like she was dead or anything, was he?

16 A   Yeah he uh actually he was because he was, he just, you know he just kept saying I can't
17    believe it, can't believe it and he was saying that you know that's pretty understandable
18    hearing somebody say that so I didn't you know I just let him talk, you know I'm driving
19    so.

20 Q   Sure.

21 A   And then he kind of went into that don't know if it's a good thing or not.

22 Q   He was just in disbelief, mostly.

23 A   Yeah I mean that was his demeanor.

14

1  Q   And then he said I can't I'm not sure if that would be a good thing or a bad thing if she
2      dies? That's the version I've got.
3  A   I can't testify that he said yeah if she dies or that she's going to die or anything but it was
4      to that, that's what he was talking about.
5  Q   Well did he say or do anything that made you think he thought she was already dead?
6  A   Just other than that I mean not really other than he kept saying he can't believe it, he can't
7      believe it but that could have been just over anything I'm not positive.
8  Q.  Anything else he said that you recall?
9  A   Right now I can't remember.
10 Q   Well do you have any notes or anything you could look at to refresh your recollection?
11 A   Not really I mean other than what I wrote in the narrative and I reread that but.
12 Q   So you had prepared for today?
13 A   Yeah I read it.
14 Q   You read your report?
15 A   Yes.
16 Q   And the part that was in the report?
17 A   Yeah I read that.
18 Q   Here's the thing, I get a lot of guys that will say not that I can remember right now and
19     then you know then I got to bring them back once a week before trial.
20 A   Uh huh.
21 Q   Have you remembered anything yet? I like to try to avoid that.
22 A   Right.
23 Q   By trying to find out (a) they are fully prepared and you feel that you are?
24 A   Yes.

15

| | | |
|---|---|---|
| 1 | Q | And that they've looked at everything that's available to them to refresh their recollection |
| 2 | | you have, right? |
| 3 | A | I looked at my stuff, yes. |
| 4 | Q | Uh well how about this, if you come up with something new or you recall something |
| 5 | | different will you let me know? |
| 6 | A | Yes. |
| 7 | Q | Alright. Now I want to interrupt for just one minute because I want to try to find the |
| 8 | | CAD or the report to get this identification. --- Okay we're back on. The good Officer |
| 9 | | Price is gonna actually going to look on his laptop and then come back and tell me the |
| 10 | | name. We're not going to turn this back on for that. Uh you put it in your report, do you |
| 11 | | remember if you've given it to Benner there at the scene? |
| 12 | A | Uh not positive of it. |
| 13 | Q | It would be available to him because it's in your reports. |
| 14 | A | Yes, yes. |
| 15 | Q | And you don't recall, did you do any other canvassing, knocking on doors, talking to |
| 16 | | people? |
| 17 | A | Not talking or anything no. |
| 18 | Q | And you didn't have enough sufficient contact with any other people in the area that you |
| 19 | | got their identification but for the one person you put in your report? |
| 20 | A | Other than the two brothers. |
| 21 | Q | And the two brothers. Uh do you have any conversation with Robert, the other brother? |
| 22 | A | If I did it was very limited because he, he didn't he was very angry. |
| 23 | Q | Did you ever see him smoking a cigarette? |
| 24 | A | I can't recall the cigarette. |

16

1  Q    Okay.

2  A    I know he was pacing you know when I first walked up and.

3  Q    So he was like uh okay thank you that's all that I have.

4  Pros No questions asked

    END OF TAPED DEPOSITION OF OFFICER MICHAEL PRICE.

 

AND FURTHER AFFIANT SAYETH NAUGHT.

_____      _____
Officer Michael Price                       Date
IMPD (31326)