# EXHIBIT 11

```
STATE OF INDIANA      )           IN THE MARION SUPERIOR COURT
                      ) SS:       CRIMINAL DIVISION 1
COUNTY OF MARION      )           CAUSE NO. 49G01-1405-MR-026747

STATE OF INDIANA,                 )
         Plaintiff,               )
   v.                             )
                                  )
                                  )
WILLIAM RAINSBERGER,              )
         Defendant.               )
```

## TAPED DEPOSITION OF PAMELA PULLIUM

Q     David R. Hennessy
A     Pamela Pullium
Pros  Marielle Vincent

This is September 8, 2014 depositions on William Rainsberger. Marielle Vincent for the State and David Hennessy for the defense.

1  Q  The next deponent is Pam Pullium. If you would raise your right hand please. Do you
2     solemnly swear to tell the truth so help you God?
3  A  I do.
4  Q  And do you have a hard copy of, did you bring the report or anything?
5  A  Report sir?
6  Q  Yeah they have me a report that you had done.
7  Pros  The one page think that you had
8  A  Oh the narrative, no I didn't.
9  Q  Oh, darn cause I don't have a paper copy. Uh well state your name.
10 A  Pamela Pullium P-U-L-L-I-U-M.
11 Q  And where do you work?
12 A  Kroger loss prevention district 3.
13 Q  How long have you worked there?

1

| | | |
|---|---|---|
| 1 | A | Uh I've been in this business since 1990. I've been in that district since April of I'm sorry |
| 2 | | I stand corrected 8 years. |
| 3 | Q | And uh the store we're talking about it uh what is it 10th and Shortridge? |
| 4 | A | 7101 E. 10th Street. |
| 5 | Q | And how do you identify it? J100? |
| 6 | A | J-100 sir. |
| 7 | Q | And uh how did you get involved in the, this case with regard to that Kroger's? |
| 8 | A | That is district 3 of the central region of the Kroger Company. Um I am the district loss |
| 9 | | prevention specialist. One of the specialists for that area and I do most of the video |
| 10 | | reconstruction also by virtue of the fact that that's my home store. So I start and end |
| 11 | | every day there. |
| 12 | Q | Um why's that? |
| 13 | A | Excuse me sir? |
| 14 | Q | Why is it? I mean why do you have a home store and why do you start and end your |
| 15 | | everyday at that store? |
| 16 | A | By virtue of the fact that you have to have subpoenas, your mail and everything come to |
| 17 | | one location. |
| 18 | Q | Ah oh so you have an office there? |
| 19 | A | Um I share. |
| 20 | Q | But you're very familiar with that store? |
| 21 | A | Very familiar with that store. |
| 22 | Q | And how did the first request regarding video come, did that? |
| 23 | A | There's an IMPD, IMPD Officer, Phil Thompson, who was working off duty on site was |
| 24 | | contacted by a detective. |

| | | |
|---|---|---|
| 1 | Q | Do you remember which detective? |
| 2 | A | I believe Benner B-E-N-N-E-R. |
| 3 | Q | Okay, so Thompson comes to you say hey they want video basically? |
| 4 | A | All he told me was there was an incident detective was investigating and needed to look |
| 5 | | at some video. |
| 6 | Q | So then what happens next? |
| 7 | A | They gave me a time frame and a date. They do not give me a physical description of the |
| 8 | | individual clothing or anything in nature. But they told me about a transaction and a |
| 9 | | purchase and by virtue of that information I went in and first searched the u-scan the self |
| 10 | | service checkout and subsequent to that I identified an individual that was making that |
| 11 | | purchase at that time and no one else matched that, those particular perimeters. |
| 12 | Q | So then what did you do? |
| 13 | A | Searched to see what else I had on the individual coming into the store out of the store |
| 14 | | and notified the detective that I had someone for him to look at and see if that was the |
| 15 | | individual they were looking for. |
| 16 | Q | So you screened it first, correct? |
| 17 | A | Sir, yes sir. |
| 18 | Q | How many cameras are on that store? |
| 19 | A | 84. |
| 20 | Q | And uh |
| 21 | A | I stand corrected there's 81 operable at the time. |
| 22 | Q | How many outside? |
| 23 | A | Oh my, outside in the parking lot, outside with the fuel center? |
| 24 | Q | Uh the main store parking lot? |

3

1  A   Sorry, I've got 18 stores I have to count. I believe there are 5.

2  Q   And then they are above the canopy, right?

3  A   Sir they are.

4  Q   And uh so they're not going to see stuff under the canopy, right?

5  A   The canopy meaning the edifice of the sidewalk?

6  Q   Yes Ma'am

7  A   Correct.

8  Q   So then like where the Red Box is the stuff we're interested on this case those cameras
9      were immediately inside the exit and entrance doors?

10 A   The camera that covers the what they call the seasonal area where they put Christmas
11     trees, pumpkins, items of that nature, the Red Box and the occasional beverage uh
12     distribution center those are covered by camera number 30 which is the main camera
13     inside the foyer.

14 Q   Correct. There's no other cameras under the uh

15 A   The edifice.

16 Q   The edifice, okay and then uh do you remember uh do you remember any video of him
17     getting out of a car or in a car?

18 A   I cannot say sir it has been so long.

19 Q   Okay, there's some video where he's walking up to the store and uh before he throws
20     something away and goes to the Red Box

21 A   Uh huh.

22 Q   Do you remember that?

23 A   Oh sure. I found that.

24 Q   And that view is from his looking at his left side walking up, do you remember?

1  A   I do.

2  Q   A picture of that?

3  A   I do.

4  Q   Well I know there's a camera on the outside, that has to be an outside camera above the
5      edifice, right?

6  A   Over it yes?

7  Q   Yeah and there's another one then on the other side that would have shown the right side
8      of him walking up.

9  A   No sir.

10 Q   Well

11 A   Any camera that would have shown the right side sir would have been the camera that, if
12     I understand where you're coming from it is a camera that protects the pharmacy sir
13     because the pharmacy has a drive up area. His left side is visible through camera 30 the
14     right side something that would be facing east sir on that sidewalk there is nothing facing
15     east.

16 Q   I'm not talking under the edifice I'm talking out in the parking lot as he approaches. It
17     cannot be camera 30.

18 A   No sir it is inside sir.

19 Q   Right I don't know what camera it is but do you remember what I'm talking about?

20 A   Truthfully sir I do not recall.

21 Q   Okay, did you make all video available to Benner or did you, he ended up with only 4
22     cameras, 7

23 A   7 issue stamped checkout

24 Q   30?

| | | |
|---|---|---|
| 1 | A | Foyer. |
| 2 | Q | 44? |
| 3 | A | Parking lot. |
| 4 | Q | And 29? |
| 5 | A | Exit door. |
| 6 | Q | Very good. Did you pick these and just give them to him or did he get to see everything and pick what he wanted? |
| 8 | A | Oh no sir it was the only places the individual was visible that I was able to discover and is such I showed him those were the ones he needed, sir. |
| 10 | Q | Okay so you went through everything, identified what you thought he might want and then said hey you can come look at it. |
| 12 | A | Sir, no sir, I did not make any determination, predetermination for him as far as I didn't anticipate what he would need. I just found all the views of the individual. |
| 14 | Q | Oh you're saying he looked at all 81 cameras and these 4 are the only ones that you could ever see him in? |
| 16 | A | No sir I didn't look at all 81 I just looked at, I tracked him when I could see the individual come in when I could see the individual leave. |
| 18 | Q | Right, okay so do you know the number of the cameras, the other cameras on the outside of the building above the edifice? |
| 20 | A | It runs 41 through 46. |
| 21 | Q | Did you look at 41 through 46? |
| 22 | A | Sir I did. |
| 23 | Q | Where's camera 7? |
| 24 | A | Camera 7 sir is just dated as uscan. |

1  Q  Okay, 44

2  A  Yes sir

3  Q  Is the only one we have of the lot, right, and you're telling me you?

4  A  I don't recall.

5  Q  Oh okay but you're telling me that you looked at 41 through 46?

6  A  Absolutely.

7  Q  Did Det. Benner ever look at 41 through 46?

8  A  To the best of my knowledge yes sir.

9  Q  And tell me how that occurred.

10  A  When he was upstairs sir.

11  Q  Well you told me that he went to uscan and then you watched everything and you
12     matched up this guy to the guy you saw at the uscan and then you called Benner.

13  A  Uh huh.

14  Q  Right?

15  A  Yes sir.

16  Q  So then what happens?

17  A  When he came I showed him what was available.

18  Q  Which is what you had already selected?

19  A  Yes except for the fact that in the parking lot we make a determined effort to view all the
20     cameras you can put as many as 16 cameras up at a time, sir, for the parking lot you can
21     put those up there in conjunction with that so you can watch others at a time to see if you
22     can for lack of a better description may I refer to a situation I had yesterday sir I can track
23     someone. I was not tracking him. I was looking for anything that was of interest to him
24     at that point sir.

7

1 Q Benner?

2 A Yes sir.

3 Q Okay now if 41 through 46 is the outside does it start and go left to right if you're facing
4 the building?

5 A If you are facing the building sir it goes right to left. If you are standing not facing 10th
6 Street but you are facing the building the lowest numbers are over by the fuel center the
7 highest numbers are by Shortridge.

8 Q Gotca.

9 A And if I may, I mean I'm sorry.

10 Q No go ahead.

11 A They do not intercept there are a number of blind spots quite unfortunately.

12 Q Well not that do you go around the building like with 41 be the right rear corner?

13 A No 41 as I said is the access way there's a Irish Bar and a Dollar Store and there's a lot by
14 the fuel center, 41 is in that area. 46 is the lot that is over just north of the post office and
15 just west of Shortridge.

16 Q Are there cameras on the western face of the building?

17 A On the western face of the building?

18 Q Yes.

19 A That you can see the western face of the building, no sir.

20 Q No the cameras are placed on the western face of the building so you can see that area.

21 A Well as I just said sir on the western side of the building it's the lot with the access way
22 by Dollar General and the Irish Pub.

23 Q Okay and then there's some around where the pharmacy pick up is?

24 A There is one yes sir.

| | | |
|---|---|---|
| 1 | Q | And then there's one further down to your left if you're facing the building from that, |
| 2 | | right? |
| 3 | A | I would say a good 85% of the parking lot is covered. |
| 4 | Q | Uh there was something about uh you did, you ran the Kroger Plus cards? |
| 5 | A | I asked my supervisor, Jonathan Nagle, to run the cards. |
| 6 | Q | Has anybody kept what you gave them, do you have like a file somewhere with copies of |
| 7 | | what you gave the police? |
| 8 | A | Everything that I gave the police I turned over to them. |
| 9 | Q | No I got that. I want to know like if I was you okay and the police wanted something |
| 10 | A | Uh huh. |
| 11 | Q | Like a Kroger Plus cards. |
| 12 | A | Yes sir. |
| 13 | Q | I'd keep them in a file so I would have proof of what I gave them. |
| 14 | A | I have a copy of the initial email and the response as due to whose card was whose. I have a copy of emails but anything else this was a video request, this was not something from Kroger's so we do not keep the supporting documentation. |
| 17 | Q | I'm talking about the Kroger Plus card print outs. |
| 18 | A | There, I never had a copy the Plus cards I was just received an email that said what card belonged to who. I don't get a copy of the printout and if there was one and if the police did receive one with a subpoena that was from my supervisor, Jonathan Nagel. |
| 21 | Q | Okay so do you know if he would have a, is there a file somewhere? |
| 22 | A | There is and I pulled the file and there's no copy in there, no sir. I thought it was imperative that I had anything that I was not aware of prior to coming today sir and there is no copy sir. |

| | | |
|---|---|---|
| 1 | Q | What's in that file then? |
| 2 | A | My report, my narrative. |
| 3 | Q | The one page thing I got? |
| 4 | A | There's uh I don't know what page you have sir. There is a cover sheet. The report that we use covers areas, a number of areas primarily done in theft. There's like one sheet that is going to be blank by virtue of the fact that you list product unrecovered it's not related to this. Because this category is video request the amount of information was extremely limited. |
| 9 | Q | Did you give them the gas station video they asked for? |
| 10 | A | I do not recall. I remembered that they were looking for a gas station video. I believe that he had asked for one but I do not recall. |
| 12 | Q | In that report as I recall there was something about identifying a, after the Kroger Plus request a gas purchase at 9:20 in the morning. |
| 14 | A | I do not recall sir. |
| 15 | Q | You don't okay, do you happen to have a hard copy of her report? |
| 16 | A | I might. |
| 17 | Q | I'm going off record for a minute. Okay right now I'm distracting myself so my first question is regarding the Kroger Plus cards it has Ruth Rainsberger's Plus card and has a whole long digits and then it just has William's last four why is that? |
| 20 | A | Elate to the best of my knowledge sir Ruth's card had been recovered and they had Ruth's card. They had receipts with, when you make a purchase it only shows the last 4 just like a credit card sir, it only shows the last 4. They said that his card ended in 9558 the receipts of recent transactions used that card were attached to assist so that if you have |

| | | |
|---|---|---|
| 1 | | the exact time, date, amount and location of a purchase then they can go back through the |
| 2 | | system and find the entire number for the card. |
| 3 | Q | If I requested all purchases over a 3 day period on 9558 can I get that? |
| 4 | A | 9558? |
| 5 | Q | Yeah. |
| 6 | A | Of his card? |
| 7 | Q | Yeah. |
| 8 | A | As long as we have the whole number, yes sir. |
| 9 | Q | Oh do you know if anybody has gotten the whole number yet? |
| 10 | A | But of course sir. |
| 11 | Q | I'm sorry, what? |
| 12 | A | Yes sir. |
| 13 | Q | Yes what? |
| 14 | A | The whole number was retrieved. |
| 15 | Q | Okay, can I know what that is? |
| 16 | A | I do not have it with me. It was turned over to the police. |
| 17 | Q | I want to get under both cards all purchases over a 3 day period, can you tell me how I |
| 18 | | can do that? I mean I'll give you a subpoena but. |
| 19 | A | Of course with a subpoena sir. |
| 20 | Q | Where do you want it to go? |
| 21 | A | Uh if it comes to Kroger Loss Prevention I will give you the address sir and on the |
| 22 | | subpoena put reference the case and the dates and the transactions and then request it. |
| 23 | Q | And how long is video kept? |

| | | |
|---|---|---|
| 1 | A | Video is kept it depends on the particular store, that location video is retained for up to 6 weeks. |
| 3 | Q | And then uh you'll give me just loss prevention is where I can get the other information right? Is that right? |
| 5 | A | Yes sir. |
| 6 | Q | And then uh here at the fuel center see that, pump 8, did you give anybody any video if you recall? |
| 8 | A | No sir as I told you I don't recall and it does not say that I did. |
| 9 | Q | It says they requested video. |
| 10 | A | Yes sir. |
| 11 | Q | So what happened with that request? |
| 12 | A | To the best of my knowledge sir I do not recall. |
| 13 | Q | Well did he look and it wasn't there, I mean you might have given it to them huh? |
| 14 | A | No sir. |
| 15 | Q | You're sure you didn't? |
| 16 | A | No sir I do not know sir. |
| 17 | Q | Well that's what I'm trying to figure out between what if you don't know that leaves open a number of possibilities, right? If you don't remember if you gave it to him you could have given it to him. |
| 20 | A | I truthfully do not know and it is not indicated that I gave it to him. |
| 21 | Q | Okay, so if you don't know you could have, but you don't know, right? |
| 22 | A | Historically when I give someone something the information is in here. |
| 23 | Q | Okay, if you had given it to him you would expect this to say that? |
| 24 | A | Sir, yes, sir. |

1  Q   Well where in here does it say uh okay you say you record the four, four things correct?

2      Well okay, do you know if he looked at it, the video of the fuel center?

3  A   No.

4  Q   And I want to go back to before you went through 46 does Benner come in and you just

5      put up the parts that you've identified?

6  A   In store yes.

7  Q   Now does he look at all the other cameras or to see for himself what else might be there?

8  A   We watched I had no idea what we were looking for by virtue of that instance is the

9      reason we looked through the parking lot and I cannot recall if that is when I was told that

10     was the vehicle on number 44. I do not remember. I found the gentlemen inside based

11     on the purchase and I followed it as I said, his actions in and out of the store to the best of

12     my ability. In the parking lot I had no description, no heads up on the vehicle or anything

13     of the nature that I was looking for and we reviewed the cameras together, said that we

14     put up a multi-screen we could see vehicles moving during that time sir.

15 Q   Do you believe that Benner left with everything he wanted?

16 A   To the best of my knowledge sir, yes.

17 Q   Okay, how many times have you met with Det. Benner?

18 A   To the best of my knowledge I believe it was twice.

19 Q   And is this the only thing of substances in that file?

20 A   Sir yes sir.

21     Turned tape over.

22 Q   Um I'm trying to figure out, I really need to find out, if possible, if Kroger has copies of

23     what they gave the police because I've got some photocopies of receipts and they are not

13

| | | |
|---|---|---|
| 1 | | making sense to me and they seem to contradict then stuff other people say. Do you |
| 2 | | know if that's in existence? |
| 3 | A | Are these the receipts you sent me the other day? |
| 4 | Pros | I'm not sure what he's referring to. |
| 5 | A | Okay. |
| 6 | Q | Is there anything at Kroger like somebody ask me for something, you know I'm going to |
| 7 | | give them like a written response and I'm going to attach copies of what I gave them so if |
| 8 | | they say hey I didn't get this I can say I gave you this, right. I'm wondering is there any at |
| 9 | | Kroger where I can go look independently to confirm what Kroger gave the police? |
| 10 | A | Because it was a video request that is, that is the summary of what I provided to them. |
| 11 | | The receipts if I may, the receipts that you, may I just |
| 12 | Q | Yeah, yeah. |
| 13 | A | There were three or four receipts ending in the number 9558 that were pulled by a co- |
| 14 | | manager that no longer works for the company. Um the individual pulled those in an |
| 15 | | attempt to get transaction and amount (inaudible) specifically for a transaction so that |
| 16 | | they could pull Mr. Rainsberger's entire Plus card number and to the best of my |
| 17 | | knowledge because I had not seen them since until the prosecutor was good enough, the |
| 18 | | deputy prosecutor emailed them to me the other day and |
| 19 | Q | So it's digital again? |
| 20 | A | I understand. |
| 21 | Q | She emailed to you and then? |
| 22 | A | As I told her those, I hadn't even seen those before to the best of my knowledge and from |
| 23 | | what I could gather those were the ones that the co-management had pulled so that they |
| 24 | | could recover Mr. Rainsberger's number. |

| | | |
|---|---|---|
| 1 | Q | And just gave copies directly to the police? |
| 2 | A | To the best of my knowledge. |
| 3 | Q | And then have you or anybody at Kroger that you know of responded to the request for |
| 4 | | the whole history of both Plus cards? |
| 5 | A | I can tell you in no uncertain terms that I have not seen anything about the history of both |
| 6 | | cards. |
| 7 | Q | Do you, would that request go, end up with you if made? |
| 8 | A | If it comes through me I can assure you that I will hand carry it to my supervisor and |
| 9 | | ensure that it is compelled. |
| 10 | Q | No, no I mean like we know they got some receipts, okay? |
| 11 | A | Uh huh. |
| 12 | Q | That came through a manger in kind of an unofficial way but I'm trying to find out under |
| 13 | | these two, they now have all of those, so I'm trying to find out was there ever a request |
| 14 | | for the whole history over three days like the 18th, 19th 20th maybe. |
| 15 | A | As you referred to earlier sir and it's like a subpoena, sir no sir. |
| 16 | Q | Okay. |
| 17 | A | To the best of my knowledge and I can tell you in no uncertain terms I have no subpoena |
| 18 | | for that. |
| 19 | Q | So if it were requested you believe it would have come to your attention? |
| 20 | A | Oh absolutely. There was one subpoena for information on the Rainsberger card there |
| 21 | | was nothing about both individuals. |
| 22 | Q | There was a subpoena for the 9558 card? |
| 23 | A | Sir yes sir. |
| 24 | Q | Okay and has that been responded to? |