# EXHIBIT 12

**(manually filed)**