# EXHIBIT 13



<13 />




