# EXHIBIT 14

(manually filed)