# EXHIBIT 15

```
File   Help
       Electronic Journal File For Terminal 084 Date 11/19/13
Search
1.00

ARIZ GRN TEA                          0.99 B
TAX                                   0.07
**** BALANCE                          1.06
CASH                                  1.00
CASH                                  1.00
CHANGE                                0.94
11/19/13 03:31pm 100 84 68 999
TOTAL NUMBER OF ITEMS SOLD =          1

                                  1,179.77

THANK YOU FOR SHOPPING KROGER
CUSTOMER SERVICE IS EVERYONE'S JOB.
LET ME KNOW HOW WE ARE DOING.
TERRY EMMONS, MANAGER

                   Print              Cancel

                              SYSTEM MESSAGE AVAILABLE

F1 Help  F3 Quit
Time=08:16
```