# EXHIBIT 16

| Division | District Zone | Store | Cashier | Cashier Name | Reg# | Tran Date | Tran Time | Tran# | Net Tender Amount | Net Quantity | Tran Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Central | 03 | 100 | 145 | JOSH F | 15 | 11/27/2013 | 190400 | 421 | $ 91.78 | 7 | SALE |
| | | | 102 | ALIA THOMAS | 9 | 11/26/2013 | 171300 | 215 | $ 28.37 | 3 | SALE |
| | | | 104 | NANCY WEST | 14 | 11/23/2013 | 173100 | 177 | $ 8.49 | 2 | SALE |
| | | | 999 | S ELF CHECKOUT | 83 | 11/19/2013 | 153200 | 405 | $ 14.10 | 8 | SALE |
| | | | 88888109 | S PIRIT TERMINAL | 109 | 11/19/2013 | 092000 | 39 | $ 48.16 | 1 | SALE |
| | | | 999 | S ELF CHECKOUT | 83 | 11/18/2013 | 175700 | 194 | $ 2.80 | 7 | SALE |
| | | | | | 82 | 11/17/2013 | 092000 | 56 | $ 5.34 | 1 | SALE |
| | | | 103 | NILA RICHMOND | 8 | 11/15/2013 | 184200 | 316 | $ 5.27 | 12 | SALE |
| | | | 999 | S ELF CHECKOUT | 84 | 11/12/2013 | 173900 | 123 | $ 4.49 | 2 | SALE |
| | | | 172 | RACHEL JOHNSON | 80 | 11/07/2013 | 144800 | 166 | $ 23.94 | 21 | SALE |
| | | | 855 | ERIC HATCKETT | 11 | 11/06/2013 | 163300 | 40 | $ 17.43 | 17 | SALE |
| | | | 88888108 | S PIRIT TERMINAL | 108 | 11/05/2013 | 162500 | 114 | $ 38.38 | 1 | SALE |
| | | | 506 | MATT GAMBLE | 65 | 11/05/2013 | 161700 | 101 | $ 10.00 | 1 | SALE |
| | | | 107 | VANESSA HAMANN | 15 | 11/04/2013 | 180100 | 147 | $ 4.92 | 6 | SALE |
| | | | 500 | DARCY | 65 | 11/04/2013 | 175600 | 140 | $ 20.00 | 1 | SALE |
| | | | 999 | S ELF CHECKOUT | 85 | 11/02/2013 | 172900 | 142 | $ 53.96 | 9 | SALE |
| | | | 516 | MARCELA | 65 | 11/02/2013 | 172600 | 125 | $ 5.28 | 1 | SALE |