# EXHIBIT 18

(manually filed)