# EXHIBIT 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) |

### AFFIDAVIT OF BENJAMIN BIERCE

I, Benjamin Bierce, am over the age of eighteen (18), am of sound mind, and am competent to testify that the below facts are true and correct based on my personal knowledge.

1. I am currently employed as the owner of Bierce Associates, LLC.
2. At the time of Ruth Rainsberger's death and during the investigation of William Rainsberger, I was employed as a Detective with the Indianapolis Metropolitan Police Department.
3. I was employed with IMPD for 15 years.
4. As a Detective with IMPD, I assisted with investigations by subpoenaing, collecting, and interpreting phone records.
5. I assisted Detective Charles Benner with the investigation of Ruth Rainsberger's death by obtaining the cell phone records of Robert Rainsberger.
6. Attachment A is the original cell phone records I received from Sprint for phone number 317-357-5791.
7. At all relevant times, the Sprit records stated the subscriber for the phone number 317-357-5791 was Robert Rainsberger.

8. Based on my understanding at the time, Attachment A shows that Robert Rainsberger received two calls on November 19, 2013 at 14:40:51 (2:40:51 p.m.) and 15:40:38 (3:40:38 p.m.) from phone number 317-375-7841.

9. Detective Benner advised me that, at all relevant times, phone number 317-375-7841 was Ruth Rainsberger's landline number.

10. I provided the phone records in Attachment A to Detective Benner during the winter of 2013-2014.

11. During the summer of 2014 while collecting phone records for another investigation, I learned that Sprint was doing construction on their cell towers in Indianapolis. Due to the construction, some calls were being routed through cell towers in Chicago.

12. Calls that were routed through Chicago were recorded in Central standard time (CST) rather than Eastern standard time (EST) on phone records.

13. Calls that were routed through Chicago are indicated on phone records with a Network Element ID (NEID) of 420.

14. After obtaining this new information, I went back and reviewed the phone records I had obtained for other active investigations.

15. I reviewed the cell phone records for Robert Rainsberger and noticed that some of the calls had been routed through Chicago.

16. For this reason, I created an excel spreadsheet titled "Results" that contained Robert Rainsberger's phone records with the call times converted to EST.

17. Attachment B is the Results spreadsheet that I created.

18. Attachment B shows that the two calls to Robert Rainsberger's cell phone from Ruth Rainsberger's landline were made on November 19, 2013 at 3:40:38 p.m. and 3:40:51 p.m.

19. I created Attachment B on or about July 2014 and provided it to Detective Benner.

FURTHER AFFIANT SAYETH NOT.

## AFFIRMATION

In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing responses to interrogatories are true and correct.

Date: 1/4/17

Benjamin Bierce

# ATTACHMENT A

Combined Detail LE

| MSISDN | IMSI | Event Type | Start Time | Direction | Connected To | First Tower LAC / ENodeB_ID | First Tower Cell ID / ECGI_Cell | First Tower Latitude |
|---|---|---|---|---|---|---|---|---|
| 13173311059 | 310260541837267 | SMS | 10/22/2013 05:42:01 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 05:43:55 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 05:44:57 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 05:45:25 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 05:56:45 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | Voice | 10/22/2013 08:11:03 AM | Incoming | 13173757841 | 20498 | 40303 | 39.794444 |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 09:10:16 AM | Outgoing | 13173575791 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 09:10:51 AM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 10:36:53 AM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 310260541837267 | Voice | 10/22/2013 01:26:31 PM | Outgoing | 13173757841 | 20498 | 40303 | 39.794444 |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 01:33:33 PM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 01:41:59 PM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 01:43:04 PM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 02:04:05 PM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 02:04:26 PM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 07:55:36 PM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 07:56:17 PM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/22/2013 09:00:51 PM | Incoming | 129 | NA | NA | NA |
| 13173311059 | 310260541837267 | Voice | 10/23/2013 12:00:37 AM | Outgoing | 18056377249 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/23/2013 05:14:52 AM | Outgoing | 129 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/23/2013 05:15:34 AM | Outgoing | 13176582166 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/23/2013 05:47:52 AM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 310260541837267 | SMS | 10/23/2013 05:48:31 AM | Outgoing | 13173575791 | NA | NA | NA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13173311059 | 31026054183 7267 | SMS | 11/18/2013 06:49:00 PM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/18/2013 06:49:49 PM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 05:00:41 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 05:01:58 AM | Outgoing | 13177165682 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 05:08:18 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 07:08:28 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 07:09:00 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 07:10:07 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 07:11:52 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 07:13:25 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 07:16:31 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 07:16:53 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 0 | MMS | 11/19/2013 09:12:58 AM | Incoming | +13176794411/TYPE=PLMN@icms1.sun5.lightsurf.net 209 | NA | | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 09:12:58 AM | Incoming | 209 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 09:12:59 AM | Incoming | NA | NA | NA | NA |
| 13173311059 | 31026054183 7267 | MMS | 11/19/2013 09:13:09 AM | Incoming | +13176794411/TYPE=PLMN@icms1.sun5.lightsurf.net 13176794411 | NA | | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 09:14:22 AM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 09:14:47 AM | Outgoing | 206 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 09:14:49 AM | Incoming | 206 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 09:14:50 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 10:02:06 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 10:02:47 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 10:09:41 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 31026054183 7267 | SMS | 11/19/2013 10:41:18 AM | Incoming | 13177107604 | NA | NA | NA |

| Col1 | Col2 | Type | Date/Time | Direction | Contact | NA | NA | NA |
|---|---|---|---|---|---|---|---|---|
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 10:42:28 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 10:44:00 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 10:44:33 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 10:45:59 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 10:48:10 AM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 10:56:16 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 0 | MMS | 11/19/2013 11:14:49 AM | Incoming |  | NA | NA | NA |
| 13173311059 | 3102605418372 67 | MMS | 11/19/2013 11:16:11 AM | Incoming | +13174137702/TYPE=PLMN@icms1.sun5.lightsurf.net | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 12:44:10 PM | Outgoing | +13174137702/TYPE=PLMN@icms1.sun5.lightsurf.net 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:20:18 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:22:45 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:23:11 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:37:00 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:39:50 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:40:58 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:43:43 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:59:25 PM | Outgoing | 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 01:59:51 PM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 02:21:02 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 02:22:28 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 02:22:46 PM | Outgoing | 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 02:40:23 PM | Outgoing | 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 02:41:16 PM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418372 67 | SMS | 11/19/2013 02:42:01 PM | Outgoing | 13173575791 | NA | NA | NA |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13173311059 | 31026054183767 | SMS | 11/19/2013 02:42:31 PM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 02:51:42 PM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 02:52:21 PM | Outgoing | 13173575791 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:02:32 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:03:52 PM | Incoming | 206 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:03:53 PM | Incoming | 206 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:05:49 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:07:34 PM | Incoming | 202 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:07:35 PM | Incoming | 202 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:10:26 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:10:57 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:11:06 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:11:19 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:11:50 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:12:00 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:12:46 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:13:25 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:13:47 PM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 0 | MMS | 11/19/2013 03:42:52 PM | Incoming | +13176794411/TYPE=PLMN@icmms1.sun5.lightsurf.net 208 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:42:52 PM | Incoming | 208 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:42:53 PM | Incoming | 208 | NA | NA | NA |
| 13173311059 | 31026054183767 | MMS | 11/19/2013 03:42:57 PM | Incoming | +13176794411/TYPE=PLMN@icmms1.sun5.lightsurf.net 202 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:43:52 PM | Incoming | 202 | NA | NA | NA |
| 13173311059 | 31026054183767 | SMS | 11/19/2013 03:43:53 PM | Incoming | 202 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:20:29 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:21:36 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:22:20 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:22:41 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:23:08 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:23:22 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:24:11 PM | Incoming | 129 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:24:24 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:25:12 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:25:59 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:26:00 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:26:01 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:26:02 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:32:27 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:32:48 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:49:13 PM | Incoming | 129 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 04:54:33 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 05:00:42 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 0 | MMS | 11/19/2013 05:03:52 PM | Incoming | +13176794411/TYPE=PLMN@icmms1.sun5.lightsurf.net | NA | NA |
| 13173311059 | 310260541837267 | MMS | 11/19/2013 05:04:01 PM | Incoming | +13176794411/TYPE=PLMN@icmms1.sun5.lightsurf.net | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 05:18:13 PM | Incoming | 13173575791 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 05:19:03 PM | Outgoing | 13173575791 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 05:21:24 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 310260541837267 | SMS | 11/19/2013 05:22:30 PM | Outgoing | 13176794411 | NA | NA |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 05:26:57 PM | Incoming | 13173575791 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 05:27:34 PM | Outgoing | 13173575791 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 05:43:36 PM | Incoming | 13173575791 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 05:43:54 PM | Outgoing | 13173575791 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 05:48:24 PM | Outgoing | 13173575791 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 05:52:25 PM | Outgoing | 13173575791 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 06:04:36 PM | Outgoing | 13176794411 | NA | NA |
| 13173311059 | 0 | MMS | 11/19/2013 06:07:34 PM | Incoming | +13176794411/TYPE=PLMN@icm ms1.sun5.lightsurf.net | NA | NA |
| 13173311059 | 3102605418837267 | MMS | 11/19/2013 06:07:42 PM | Incoming | +13176794411/TYPE=PLMN@icm ms1.sun5.lightsurf.net | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 06:08:59 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 06:29:41 PM | Incoming | 13177107604 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 06:39:52 PM | Outgoing | 13177107604 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 06:41:34 PM | Incoming | 13177107604 | NA | NA |
| 13173311059 | 0 | MMS | 11/19/2013 06:43:52 PM | Incoming | +13176794411/TYPE=PLMN@icm ms1.sun5.lightsurf.net | NA | NA |
| 13173311059 | | MMS | 11/19/2013 06:43:59 PM | Incoming | +13176794411/TYPE=PLMN@icm ms1.sun5.lightsurf.net | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 06:56:40 PM | Outgoing | 13177107604 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 06:57:20 PM | Incoming | 13177107604 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 07:00:23 PM | Incoming | 13177107604 | NA | NA |
| 13173311059 | 3102605418837267 | SMS | 11/19/2013 07:00:45 PM | Incoming | 13176794411 | NA | NA |
| 13173311059 | 3102605418837267 | Voice | 11/19/2013 07:23:45 PM | Outgoing | 13176794411 | 20498 | 60023 | 39.77053611 |
| 13173311059 | 3102605418837267 | Voice | 11/19/2013 07:23:48 PM | Incoming | 13176794411 | 20498 | 60023 | 39.77053611 |
| 13173311059 | 3102605418837267 | Voice | 11/19/2013 07:23:55 PM | Outgoing | 18056377249 | 20498 | 60023 | 39.77053611 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 07:24:29 PM | Outgoing | 18056377243 | 20498 | 60023 | 39.77053611 |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 07:25:34 PM | Incoming | 13176794411 | 20498 | 60023 | 39.77053611 |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 07:32:04 PM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 07:32:24 PM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 07:32:33 PM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 07:48:53 PM | Outgoing | 18056377243 | 20498 | 60023 | 39.77053611 |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 08:01:13 PM | Incoming | 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 08:08:00 PM | Incoming | 13176794411 | 20498 | 60022 | 39.77053611 |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 08:28:29 PM | Incoming | 13176794411 | 20498 | 20231 | 39.7703195 |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 08:31:19 PM | Outgoing | 13176794411 | 20498 | 20231 | 39.7703195 |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 08:32:47 PM | Incoming | 13176794411 | 20498 | 11912 | 39.78364491 |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 08:34:04 PM | Outgoing | 13173575791 | 20498 | 11912 | 39.78364491 |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 10:45:29 PM | Incoming | 13172237049 | 20498 | 11912 | 39.78364491 |
| 13173311059 | 3102605418337267 | Voice | 11/19/2013 11:01:13 PM | Outgoing | 13177107604 | 20499 | 40303 | 39.794444 |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 11:52:23 PM | Outgoing | 13173575791 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 11:52:25 PM | Outgoing | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 11:53:11 PM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/19/2013 11:54:29 PM | Incoming | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418337267 | Voice | 11/20/2013 02:48:06 AM | Incoming | 13176306100 | 20498 | 11792 | 39.80257465 |
| 13173311059 | 3102605418337267 | Voice | 11/20/2013 02:54:51 AM | Incoming | 13173575791 | 20499 | 50303 | 39.794444 |
| 13173311059 | 3102605418337267 | SMS | 11/20/2013 03:50:33 AM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/20/2013 06:21:22 AM | Incoming | 207 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/20/2013 06:21:23 AM | Incoming | 207 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/20/2013 06:22:58 AM | Incoming | 13176794411 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/20/2013 06:24:55 AM | Outgoing | 13177107604 | NA | NA | NA |
| 13173311059 | 3102605418337267 | SMS | 11/20/2013 06:25:27 AM | Outgoing | 13177107604 | NA | NA | NA |

# ATTACHMENT B

All Times are in Eastern Time

| Target Number | Connected To | Direction | Type | Subscriber | Timestamp | Duration Sec |
|---|---|---|---|---|---|---|
| 13173311059 | 13173757841 | Incoming | Voice | Ruth Rainsberger | 10/22/2013 8:11:03 AM | 71 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/22/2013 8:42:01 AM | 0 |
| 13173311059 | 13171107604 | Outgoing | SMS | Unknown 1 | 10/22/2013 8:43:55 AM | 0 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/22/2013 8:44:57 AM | 0 |
| 13173311059 | 13171107604 | Outgoing | SMS | Unknown 1 | 10/22/2013 8:45:25 AM | 0 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/22/2013 8:56:45 AM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 10/22/2013 12:10:16 PM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 10/22/2013 12:10:51 PM | 0 |
| 13173311059 | 13173757841 | Outgoing | Voice | Ruth Rainsberger | 10/22/2013 1:26:31 PM | 30 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 10/22/2013 1:36:53 PM | 0 |
| 13173311059 | 13171107604 | Outgoing | SMS | Unknown 1 | 10/22/2013 4:33:33 PM | 0 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/22/2013 4:41:59 PM | 0 |
| 13173311059 | 13171107604 | Outgoing | SMS | Unknown 1 | 10/22/2013 4:43:04 PM | 0 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/22/2013 5:04:05 PM | 0 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/22/2013 5:04:26 PM | 0 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/22/2013 10:55:36 PM | 0 |
| 13173311059 | 13171107604 | Outgoing | SMS | Unknown 1 | 10/22/2013 10:56:17 PM | 0 |
| 13173311059 | 18056377249 | Outgoing | Voice | Unknown 20 | 10/23/2013 12:00:37 AM | 14 |
| 13173311059 | 129 | Incoming | SMS | Unknown 16 | 10/23/2013 12:00:51 AM | 0 |
| 13173311059 | 18056377243 | Outgoing | Voice | Unknown 19 | 10/23/2013 8:14:24 AM | 28 |
| 13173311059 | 129 | Incoming | SMS | Unknown 16 | 10/23/2013 8:14:52 AM | 0 |
| 13173311059 | 13176582166 | Outgoing | SMS | Unknown 15 | 10/23/2013 8:15:34 AM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 10/23/2013 8:47:52 AM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 10/23/2013 8:48:31 AM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 10/23/2013 8:49:14 AM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 10/23/2013 8:49:39 AM | 0 |
| 13173311059 | 13171107604 | Outgoing | SMS | Unknown 1 | 10/23/2013 9:02:25 AM | 0 |
| 13173311059 | 13171107604 | Incoming | SMS | Unknown 1 | 10/23/2013 9:04:50 AM | 0 |
| 13173311059 | 13176582166 | Outgoing | SMS | Unknown 15 | 10/23/2013 9:18:23 AM | 0 |
| 13173311059 | 13176582166 | Outgoing | SMS | Unknown 15 | 10/23/2013 9:19:38 AM | 0 |
| 13173311059 | 13176582166 | Incoming | SMS | Unknown 15 | 10/23/2013 9:33:10 AM | 0 |
| 13173311059 | 13176582166 | Outgoing | SMS | Unknown 15 | 10/23/2013 9:33:29 AM | 0 |
| 13173311059 | 13176582166 | Outgoing | SMS | Unknown 15 | 10/23/2013 9:33:38 AM | 0 |
| 13173311059 | 13176582166 | Incoming | SMS | Unknown 15 | 10/23/2013 9:34:42 AM | 0 |
| 13173311059 | 13176582166 | Outgoing | SMS | Unknown 15 | 10/23/2013 9:35:27 AM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 10/23/2013 9:48:05 AM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 10/23/2013 2:57:12 PM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 10/23/2013 4:25:21 PM | 0 |

| | | | | | |
|---|---|---|---|---|---|
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/18/2013 6:23:13 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/18/2013 6:23:51 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/18/2013 9:44:30 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/18/2013 9:44:58 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/18/2013 9:49:00 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/18/2013 9:49:49 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 8:00:41 AM | 0 |
| 13173311059 | 13177165682 | Outgoing | SMS | Unknown 25 | 11/19/2013 8:01:58 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 8:08:18 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 10:08:28 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 10:09:00 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 10:10:07 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 10:11:52 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 10:13:25 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 10:16:31 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 10:16:53 AM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 12:12:58 PM | 0 |
| 13173311059 | 209 | Incoming | SMS | Unknown 12 | 11/19/2013 12:12:59 PM | 0 |
| 13173311059 | 209 | Incoming | SMS | Unknown 12 | 11/19/2013 12:13:09 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 12:14:22 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 12:14:47 PM | 0 |
| 13173311059 | 206 | Incoming | SMS | Unknown 18 | 11/19/2013 12:14:49 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 1:02:06 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Unknown 1 | 11/19/2013 1:02:47 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 1:09:41 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 1:41:18 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 1:42:28 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 1:44:00 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 1:44:33 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 1:45:59 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 1:48:10 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 1:56:16 PM | 0 |
| 13173311059 | 13174137702 | Incoming | MMS | Unknown 17 | 11/19/2013 2:14:49 PM | 0 |
| 13173311059 | 13174137702 | Incoming | MMS | Unknown 17 | 11/19/2013 2:16:11 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 3:44:10 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 4:20:18 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 4:22:45 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 4:23:11 PM | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 4:37:00 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 4:39:50 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 4:40:58 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 4:43:43 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 4:59:25 PM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 11/19/2013 4:59:51 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 5:21:02 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 5:22:28 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 5:22:46 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 5:40:23 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 5:41:16 PM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 11/19/2013 5:42:01 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 5:42:31 PM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 11/19/2013 5:51:42 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 5:52:21 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 6:02:32 PM | 0 |
| 13173311059 | 206 | Incoming | SMS | Unknown 18 | 11/19/2013 6:03:52 PM | 0 |
| 13173311059 | 206 | Incoming | SMS | Unknown 18 | 11/19/2013 6:03:53 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 6:05:49 PM | 0 |
| 13173311059 | 202 | Incoming | SMS | Unknown 10 | 11/19/2013 6:07:34 PM | 0 |
| 13173311059 | 202 | Incoming | SMS | Unknown 10 | 11/19/2013 6:07:35 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 6:10:26 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 6:10:57 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 6:11:06 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 6:11:19 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 6:11:50 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 6:12:00 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 6:12:46 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 6:13:25 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 6:13:47 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 6:42:52 PM | 0 |
| 13173311059 | 208 | Incoming | SMS | Unknown 11 | 11/19/2013 6:42:52 PM | 0 |
| 13173311059 | 208 | Incoming | SMS | Unknown 11 | 11/19/2013 6:42:53 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 6:42:57 PM | 0 |
| 13173311059 | 202 | Incoming | SMS | Unknown 10 | 11/19/2013 6:43:52 PM | 0 |
| 13173311059 | 202 | Incoming | SMS | Unknown 10 | 11/19/2013 6:43:53 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:20:29 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 7:21:36 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:22:20 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 7:22:41 PM | 0 |

| Number | Contact | Direction | Type | Name | Date/Time | Duration |
|---|---|---|---|---|---|---|
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 7:23:08 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:23:22 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | Voice | Rebecca Rainsberger | 11/19/2013 7:23:45 PM | 15 |
| 13173311059 | 13176794411 | Incoming | Voice | Rebecca Rainsberger | 11/19/2013 7:23:48 PM | 23 |
| 13173311059 | 18056377249 | Outgoing | Voice | Unknown 20 | 11/19/2013 7:23:55 PM | 16 |
| 13173311059 | 129 | Incoming | SMS | Unknown 16 | 11/19/2013 7:24:11 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:24:24 PM | 0 |
| 13173311059 | 18056377243 | Outgoing | Voice | Unknown 19 | 11/19/2013 7:24:29 PM | 21 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:25:12 PM | 0 |
| 13173311059 | 13176794411 | Incoming | Voice | Rebecca Rainsberger | 11/19/2013 7:25:34 PM | 410 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 7:25:59 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 7:26:00 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 7:26:01 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 7:26:02 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:32:27 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:32:48 PM | 0 |
| 13173311059 | 18056377243 | Outgoing | Voice | Unknown 19 | 11/19/2013 7:48:53 PM | 20 |
| 13173311059 | 129 | Incoming | SMS | Unknown 16 | 11/19/2013 7:49:13 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 7:54:33 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 8:00:42 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 8:03:52 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 8:04:01 PM | 0 |
| 13173311059 | 13176794411 | Incoming | Voice | Rebecca Rainsberger | 11/19/2013 8:08:00 PM | 90 |
| 13173311059 | 13176794411 | Incoming | SMS | Robert Rainsberger | 11/19/2013 8:18:13 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 8:19:03 PM | 0 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 8:21:24 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 8:22:30 PM | 0 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 11/19/2013 8:26:57 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 8:27:34 PM | 0 |
| 13173311059 | 13176794411 | Incoming | Voice | Rebecca Rainsberger | 11/19/2013 8:28:29 PM | 81 |
| 13173311059 | 13176794411 | Outgoing | Voice | Rebecca Rainsberger | 11/19/2013 8:31:19 PM | 59 |
| 13173311059 | 13176794411 | Incoming | Voice | Rebecca Rainsberger | 11/19/2013 8:32:47 PM | 59 |
| 13173311059 | 13173575791 | Outgoing | Voice | Robert Rainsberger | 11/19/2013 8:34:04 PM | 84 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 11/19/2013 8:43:36 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 8:43:54 PM | 0 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/19/2013 8:48:24 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 8:52:25 PM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/19/2013 9:04:36 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 9:07:34 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 9:07:42 PM | 0 |

| Number | Other Number | Direction | Type | Contact | Date/Time | Duration |
|---|---|---|---|---|---|---|
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/19/2013 9:08:59 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 9:29:41 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 9:39:52 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 9:41:34 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 9:43:52 PM | 0 |
| 13173311059 | 13176794411 | Incoming | MMS | Rebecca Rainsberger | 11/19/2013 9:43:59 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 9:56:40 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 9:57:20 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 10:00:23 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 10:00:45 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 10:32:04 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/19/2013 10:32:24 PM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/19/2013 10:32:33 PM | 0 |
| 13173311059 | 13172237049 | Incoming | Voice | Unknown 4 | 11/19/2013 10:45:29 PM | 58 |
| 13173311059 | 13173575791 | Incoming | SMS | Robert Rainsberger | 11/19/2013 11:01:13 PM | 0 |
| 13173311059 | 13177107604 | Outgoing | Voice | Unknown 1 | 11/19/2013 2:48:06 AM | 410 |
| 13173311059 | 13176306100 | Incoming | Voice | Unknown 46 | 11/20/2013 2:48:06 AM | 80 |
| 13173311059 | 13173575791 | Outgoing | SMS | Robert Rainsberger | 11/20/2013 2:52:23 AM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/20/2013 2:52:25 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/20/2013 2:53:11 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/20/2013 2:54:29 AM | 0 |
| 13173311059 | 13173575791 | Incoming | Voice | Robert Rainsberger | 11/20/2013 2:54:51 AM | 68 |
| 13173311059 | 13176794411 | Incoming | SMS | Rebecca Rainsberger | 11/20/2013 6:50:33 AM | 0 |
| 13173311059 | 13176794411 | Incoming | Voice | Rebecca Rainsberger | 11/20/2013 9:15:32 AM | 160 |
| 13173311059 | 207 | Incoming | SMS | Unknown 23 | 11/20/2013 9:21:22 AM | 0 |
| 13173311059 | 207 | Incoming | SMS | Unknown 23 | 11/20/2013 9:21:23 AM | 0 |
| 13173311059 | 13176794411 | Outgoing | SMS | Rebecca Rainsberger | 11/20/2013 9:22:58 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/20/2013 9:24:55 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/20/2013 9:25:27 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/20/2013 9:25:53 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/20/2013 9:25:54 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/20/2013 9:26:45 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/20/2013 9:27:35 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/20/2013 9:30:25 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/20/2013 9:30:51 AM | 0 |
| 13173311059 | 13177107604 | Outgoing | SMS | Unknown 1 | 11/20/2013 9:33:44 AM | 0 |
| 13173311059 | 13177107604 | Incoming | SMS | Unknown 1 | 11/20/2013 9:33:50 AM | 0 |
| 13173311059 | 13174137702 | Incoming | Voice | Unknown 17 | 11/20/2013 10:18:16 AM | 141 |
| 13173311059 | 13174137702 | Outgoing | SMS | Unknown 17 | 11/20/2013 10:19:10 AM | 0 |
| 13173311059 | 13174137702 | Incoming | SMS | Unknown 17 | 11/20/2013 10:20:27 AM | 0 |