# EXHIBIT 20

```
1440132.001
11/29/2013
SCAMP
```

# LANDLINE USAGE



Run Date:    11/29/2013
Run Time:    19:24:19
Landline Usage
For:         (317)375-7841

| Item | CommDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code |
|---|---|---|---|---|---|---|
| 115 | 11/13/13 07:43:44P | 3173757841 | 3172145618 | 0:00 | 2 | 720 |
| 116 | 11/13/13 07:45:58P | 3173757841 | 3125212233 | 0:29 | 4441 | 110 |
| 117 | 11/13/13 07:48:19P | 3173757841 | 3173120500 | 0:23 | | 6 |
| 118 | 11/13/13 07:55:19P | 3173757841 | | 0:41 | | 196 |
| 119 | 11/13/13 07:56:57P | 3173757841 | | 0:27 | | 196 |
| 120 | 11/13/13 07:58:25P | 3173757841 | | 0:44 | | 196 |
| 121 | 11/13/13 07:59:55P | 3173757841 | | 0:54 | | 196 |
| 122 | 11/13/13 08:02:00P | 3173757841 | 3173311059 | 0:42 | | 6 |
| 123 | 11/13/13 08:04:18P | 3177280000 | 3173757841 | 0:00 | 9 | 720 |
| 124 | 11/13/13 08:04:19P | 3173757841 | | 0:06 | | 6 |
| 125 | 11/13/13 08:04:32P | 3177280000 | 3173757841 | 0:12 | 9 | 720 |
| 126 | 11/13/13 08:06:52P | 3173757841 | 3176794411 | 0:27 | | 6 |
| 127 | 11/13/13 08:17:15P | 3173757841 | 3173311059 | 0:31 | | 6 |
| 128 | 11/13/13 08:21:34P | 3173757841 | 3173575791 | 0:42 | | 6 |
| 129 | 11/13/13 08:22:15P | 7657130000 | 3173757841 | 0:45 | 9 | 720 |
| 130 | 11/13/13 09:07:05A | 3173757841 | 3173311059 | 1:06 | | 6 |
| 131 | 11/14/13 10:18:50A | 3173757841 | 3172121546 | 0:38 | | 6 |
| 132 | 11/14/13 10:20:05A | 3173757841 | 3173311059 | 0:12 | | 6 |
| 133 | 11/14/13 10:51:05A | 3173757841 | 3173757841 | 0:09 | 9 | 720 |
| 134 | 11/14/13 12:58:48P | 3172129998 | 3173757841 | 0:34 | 50692 | 119 |
| 135 | 11/15/13 11:12:31A | 3173410000 | 3173757841 | 0:06 | 9 | 720 |
| 136 | 11/15/13 11:16:35A | 3173757841 | 3173311059 | 0:27 | | 6 |
| 137 | 11/16/13 08:51:59A | 8772370512 | 3173757841 | 0:59 | 2222 | 119 |
| 138 | 11/16/13 11:08:58A | 3179278673 | 3173757841 | 0:50 | 63302 | 119 |
| 139 | 11/16/13 07:42:50P | 3173757841 | 3173311059 | 0:33 | | 6 |
| 140 | 11/16/13 07:54:48P | 3173757841 | 3173311059 | 0:44 | | 6 |
| 141 | 11/17/13 02:04:52A | 3173757841 | 3173311059 | 1:23 | | 6 |
| 142 | 11/17/13 07:58:12A | 3173757841 | 3173311059 | 1:26 | | 6 |
| 143 | 11/17/13 10:04:54A | 3176794411 | 3173757841 | 0:34 | 90002 | 119 |
| 144 | 11/17/13 05:12:44P | 3173757841 | 3173311059 | 4:58 | | 6 |
| 145 | 11/17/13 05:33:48P | 3173757841 | 3173311059 | 2:00 | | 6 |
| 146 | 11/17/13 05:57:22P | 3173757841 | 3173311059 | 1:05 | | 6 |
| 147 | 11/18/13 07:53:16A | 3173757841 | 3173311059 | 0:58 | | 6 |
| 148 | 11/18/13 05:41:45P | 3173757841 | 3173311059 | 0:26 | | 6 |
| 149 | 11/19/13 10:29:50A | 3173410000 | 3173757841 | 0:00 | 9 | 720 |
| 150 | 11/19/13 03:41:09P | 3173757841 | 3173575791 | 0:07 | | 6 |

EM

The information contained here is for use by authorized person only and is not for general distribution.

AT&T Proprietary