# EXHIBIT 21

**Box, Kathryn M.**

| | |
|---|---|
| **From:** | Bierce, Benjamin |
| **Sent:** | Monday, December 09, 2013 2:59 PM |
| **To:** | Benner, Charles |
| **Subject:** | DP13153344 317-357-5791 |
| **Attachments:** | DP13153344 317-357-5791 CDR Map 1.JPG; DP13153344 317-357-5791 CDR PT.xlsx; DP13153344 317-357-5791 CDR 4.xlsx |

Chuck,
Here are the files for Robert Rainsberger's phone. Let me know if you need anything else.
Thanks,
Ben

Detective Benjamin Bierce
Homicide Investigator
Indianapolis Metropolitan Police Department
Department of Public Safety
50 N. Alabama Room, E305
Indianapolis, IN 46204
Office: 317-327-3356
Fax: 317-327-3372
Pager: 317-639-8017
20088@indy.gov

Police - Fire - Homeland Security - Animal Care and Control- EMS - PSC