# EXHIBIT 22

**Box, Kathryn M.**

| | |
|---|---|
| **From:** | Bierce, Benjamin |
| **Sent:** | Wednesday, July 23, 2014 9:42 AM |
| **To:** | Benner, Charles |
| **Cc:** | Vincent, Marielle |
| **Subject:** | DP13153344 317-357-7590 |
| **Attachments:** | DP13153344 317-357-5791 CDR.xlsx |

Chuck,
Here are the results with the times converted to Eastern. This only applies to the Results tab.

Detective Benjamin Bierce
Homicide Investigator
Indianapolis Metropolitan Police Department
Department of Public Safety
50 N. Alabama Room, E305
Indianapolis, IN 46204
Office: 317-327-2428
Fax: 317-327-3372
Pager: 317-639-8017
20088@indy.gov