# EXHIBIT 23

Page 22

1  A   No.
2  Q   Did you go inside your mom's house?
3  A   No.
4  Q   What was William's demeanor like?
5  A   He was in shock.
6  Q   And what was your understanding of your mom's
7      condition at that time?
8  A   At that time, I don't know.
9  Q   Okay.
10 A   She was wheeled out.
11 Q   And you never received any more information at
12     that time about your mom?
13 A   No.
14 Q   Did you at any point shortly after this incident
15     go inside your mom's house?
16 A   No.
17 Q   Did you ever find out if something was missing
18     from your mom's house?
19 A   I still don't know what happened to that purse.
20 Q   Okay. And when did you find out that the purse
21     was missing?
22 A   I don't recall.
23 Q   Did you ever -- do you recall Detective Benner in
24     this case?
25 A   Yeah.

Page 23

1  Q   Yeah. Did you ever speak with Detective Benner
2      about your mom's purse being missing?
3  A   No.
4  Q   Okay. So after your mom was wheeled out, you
5      asked William what happened, he said he didn't
6      know. What happened next?
7  A   First thing I know is the police came out and --
8      and separated us.
9  Q   Okay. And how did they separate you?
10 A   Put us in the back of cruisers, separate
11     cruisers.
12 Q   Okay. And how long were you in the cop car for?
13 A   I don't know. We started going downtown. At
14     least an hour, maybe an hour and a half.
15 Q   Okay. Did you speak with any police officers on
16     scene?
17 A   The one that was baby-sitting me.
18 Q   In the vehicle?
19 A   Uh-huh.
20 Q   And what did you say to him?
21 A   I asked him what happened.
22 Q   And what did he say?
23 A   He said she was shot.
24 Q   Anything else that you guys talked about?
25 A   Well, no.

Page 24

1  Q   No? Did you ask him any other questions?
2  A   When he said she was shot, I said -- it just
3      seemed like a surprise to me and then he said he
4      didn't know, maybe it was -- there's a lot of
5      cases like this or some nonsense, so. That was
6      the extent of it.
7  Q   Okay. So the next thing that happened, did you
8      go to the police station?
9  A   Downtown, yes.
10 Q   Okay. And what happened when you got to the
11     police station?
12 A   They put me in an interrogation room.
13 Q   Did William go as well to the police station?
14 A   Yes.
15 Q   But he was in a separate cop car; is that
16     correct?
17 A   Correct.
18 Q   And how long do you think you were in the
19     interrogation room?
20 A   Oh, total, hour and a half, I guess.
21 Q   Did you give a statement to the police that
22     night?
23 A   Yes.
24 Q   Do you recall if that was given to Detective
25     Benner?

Page 25

1  A   Yes.
2  Q   And what happened after you gave your statement
3      to Detective Benner?
4  A   They let me go.
5  Q   And did you go home? Did you go to the hospital?
6      What did you do?
7  A   Hospital.
8  Q   Did William go to the hospital with you?
9  A   Yes.
10 Q   When you got to the hospital, did you learn more
11     about your mom's condition?
12 A   Yes.
13 Q   What did you find out there?
14 A   That she had passed, they removed the tubes and
15     she came back.
16 Q   What do you mean, "she came back"?
17 A   She came back.
18 Q   Came back to life?
19 A   Yes.
20 Q   Did they have any answers for how she sustained
21     her injuries?
22 A   The ER doctor went into great detail about how
23     she was shot.
24 Q   Did the ER doctor tell you anything else?
25 A   That her condition -- I don't remember exactly.

Page 26

```
 1       It revolved around life support and a decision we
 2       had to make.
 3   Q   Whether you were going to take her off of life
 4       support or not?
 5   A   (Affirmative nod).
 6   Q   What was her prognosis?  Or did the doctor give
 7       you an expected outcome at that time?
 8   A   What do you mean, expected outcome?
 9   Q   Did he -- did he give you any chances of her
10       surviving?
11   A   Off life support?
12   Q   Yeah.
13   A   No, he -- he didn't -- well, he described the
14       injuries and what that part of the brain
15       controls, so obviously the outlook was grim.
16   Q   Okay.  And did you guys make the decision to take
17       her off of life support?
18   A   Yes.
19   Q   And who made that decision?
20   A   We all did.  That was her decision, but we all --
21   Q   Followed her directive?
22   A   Right.
23   Q   Okay.  And that was you, William and Rebecca?
24   A   Yes.
25   Q   Did you guys make that decision that evening?
```

Page 27

```
 1   A   Yes.
 2   Q   How soon after you guys made that decision and
 3       she was removed from life support did she pass
 4       away?
 5   A   I don't know exactly.  It was after midnight.
 6   Q   Okay.  So sometime the next day?
 7   A   Yeah.
 8   Q   Were you at the hospital the whole time until she
 9       passed away?
10   A   No.
11   Q   No?  What time do you think you left the hospital
12       that evening?
13   A   I don't know.
14   Q   Did William leave the hospital with you at that
15       time?
16   A   Yes.
17   Q   And where did you guys go?
18   A   Home.
19   Q   Home?  And when you got home, did you go straight
20       to sleep?
21   A   No, I didn't sleep.
22   Q   Didn't sleep.  So what happened next that you
23       recall?
24   A   I went to work.
25   Q   What time did you go to work?
```

Page 28

```
 1   A   I don't know.  Whenever I --
 2   Q   Okay.  When did you find out that your mom had
 3       passed away?
 4   A   I don't know what time it was.
 5   Q   Before you went to work or after you went to
 6       work?
 7   A   I was at work.
 8   Q   Okay.  And when you found out that she'd passed
 9       away, did you stay at work or did you leave?
10   A   No, I stayed.  I couldn't --
11   Q   Couldn't leave?
12   A   Right.
13   Q   And what happened next?
14   A   I don't know what you mean.
15   Q   Okay.  Did you ever -- after you found out that
16       your mom passed away, did you talk to William
17       about it?
18   A   The next morning.
19   Q   The following day?
20   A   No, later in the morning.
21   Q   Okay.  And did you guys talk on the phone?
22   A   I don't think so.
23   Q   Was it -- so you think you had --
24   A   Huh?
25   Q   Sorry.  Do you think you had the conversation
```

Page 29

```
 1       before you went to work, then?
 2   A   No.  I went to work after we got home middle of
 3       the night.  I remember the conversation later
 4       that morning, there was a phone call, we need to
 5       go downtown.
 6   Q   Downtown to the police station?
 7   A   Right.
 8   Q   And do you know who -- who called you?
 9   A   I don't know exactly, no.
10   Q   Okay.  So did you go downtown to the police
11       station?
12   A   Yes.
13   Q   Do you recall what time you went downtown?
14   A   It was -- not exactly.  It was around lunchtime.
15   Q   Okay.  What was your understanding for why you
16       needed to go downtown to the police station?
17   A   To discuss a preliminary autopsy report.
18   Q   And what happened when you got to the police
19       station?
20   A   Well, Benner tried to talk us into taking
21       polygraphs instead.
22   Q   And how did you feel about being asked to do a
23       polygraph?
24   A   How did I feel about -- well, I didn't want to do
25       it.
```