

Rainsberger v. Benner — 11.19.13 homic... 01 N. Shortridge Rd #11-4, 911 aud... — Exhibit 3



Rainsberger v. Benner — Exhibit 1 Photos #s 1-17 — Exhibit 9



Rainsberger v. Benner

Exhibit 12



Rainsberger v. Benner

Exhibit 14



