UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND TIME BY THREE DAYS FOR SUMMARY JUDGMENT RESPONSE**

Plaintiff, by counsel, moves the Court for a three (3) day extension of time to file a response to Defendant's motion for summary judgment. In support of this motion, Plaintiff states:

1. Defendant's motion for summary judgment was filed on January 13, 2016. Dkt. 41.

2. Plaintiff's responsive materials are due on February 10, 2016, a time which has not previously been extended.

3. Plaintiff's undersigned counsel has been working on Plaintiff's responsive documents, but needs an additional three days to complete and file them.

4. Defense counsel Kathryn Box has been informed of this motion and has authorized the undersigned to represent that Defendant has no objection to it being granted.

5. Granting this short extension of time will not delay these proceedings.

WHEREFORE, Plaintiff respectfully requests a three day extension of time to file Plaintiff's response to defendant's motion for summary judgment.

Respectfully submitted,

Dated: February 7, 2017                              /s/ Richard A. Waples
                                                     Richard A. Waples
                                                     Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 7, 2017 this document was filed electronically and the following counsel of record will have access to the document pursuant to the Court's electronic fling system:

Kathryn Box at Kathryn.Box@indy.gov
Lynne D. Hammer at Lynne.Hammer@indy.gov
Benjamin J. Church at Benjamin.Church@indy.gov

Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204

                                                     /s/ Richard A.Waples
                                                     Richard A. Waples
                                                     Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com