UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| PLAINTIFF, | )   CAUSE NO. 1:16-cv-103-WTL-MJD |
| | ) |
| v. | ) |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND TIME BY THREE DAYS FOR SUMMARY JUDGMENT RESPONSE**

The Court, having considered the Plaintiff's motion for a three (3) day extension of time to file a response to Defendant's motion for summary judgment (Dkt. 41), GRANTS that motion and ORDERS that Plaintiff has until February 13, 2017, to file a response to Defendant's motion for summary judgment.

So Ordered this __ day of February, 2017      _____
                                                Hon. Mark J. Dinsmore
                                                Magistrate-Judge

distribution: counsel of record