UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>CHARLES BENNER, )<br>)<br>DEFENDANT. ) | CAUSE NO. 1:16-cv-103-WTL-MJD |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO EXTEND TIME BY THREE DAYS FOR SUMMARY JUDGMENT RESPONSE**

The Court, has considered the Plaintiff's motion for a three (3) day extension of time to file a response to Defendant's motion for summary judgment (Dkt. 41). [Dkt. 46.] The Court hereby **GRANTS** that motion and ORDERS that Plaintiff has until **February 13, 2017**, to file a response to Defendant's motion for summary judgment.

Dated: 9 FEB 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.