UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION
TO FILE 3.5 PAGE OVERSIZED BRIEF ON SUMMARY JUDGMENT RESPONSE**

Plaintiff, by counsel, moves the Court for permission to file an oversized brief on his response to Defendant's motion for summary judgment. In support of this motion, Plaintiff states:

1. Plaintiff's responsive materials on defendant's summary judgment motion are due today, February 13, 2016.

2. Plaintiff has been working diligently on the summary judgment response brief, and has reduced its size by over eight (8) pages of text but still has 38.5 pages of text, which is 3.5 pages over the local rule limits for such briefs.

3. Plaintiff's undersigned counsel does not believe he can reduce the brief more without removing important substantive materials which would be beneficial to the Court in fairly adjudicating the present motion.

4. Defense counsel Kathryn Box has been informed of this motion and has authorized the undersigned to represent that Defendant has no objection to it being granted.

WHEREFORE, Plaintiff respectfully requests permission to file a 3.5 page oversized brief on Plaintiff's response to defendant's motion for summary judgment.

Respectfully submitted,

Dated: February 13, 2017  /s/ Richard A. Waples
Richard A. Waples
Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

CERTIFICATE OF SERVICE

The undersigned certifies that on February 13, 2017 this document was filed electronically and the following counsel of record will have access to the document pursuant to the Court's electronic fling system:

Kathryn Box at Kathryn.Box@indy.gov
Lynne D. Hammer at Lynne.Hammer@indy.gov
Benjamin J. Church at Benjamin.Church@indy.gov

Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204

/s/ Richard A. Waples
Richard A. Waples
Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com