# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **WILLIAM RAINSBERGER,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CAUSE NO. 1:16-cv-103-WTL-MJD** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHARLES BENNER,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
## TO FILE OVERSIZED SUMMARY JUDGMENT RESPONSE BRIEF

The Court, having considered the Plaintiff's motion for leave to file a 3.5 page oversized summary judgment response brief, GRANTS that motion and ORDERS that Plaintiff may file an oversized summary judgment response brief up to 39 pages.

Dated: 13 FEB 2017

_____
Hon. Mark J. Dinsmore
Magistrate-Judge

Distribution:
Service will be made electronically on all ECF-registered counsel of record
via email generated by the Court's ECF system.