UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| PLAINTIFF, ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| DEFENDANT. ) | |

PLAINTIFF'S DESIGNATION OF EVIDENCE
IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, by counsel, designates the following evidence in support of his response to defendant's motion for summary judgment:

Affidavit of Probable Cause, Dec. 6, 2013

Affidavit of Probable Cause, May 22, 2014

Information for Murder Charge, May 22, 2014

Criminal Case Dismissal Motion and Order, July 7, 2015

William Rainsberger Statement, Nov. 19, 2013

William Rainsberger Statement, Nov. 20, 2013

William Rainsberger Affidavit

William Rainsberger Deposition and Errata

Robert Rainsberger Statement, Nov. 19, 2013

Robert Rainsberger Deposition, Dec. 20, 2016

Rebecca Rainsberger Statement, Nov. 20, 2013.

Mari Bilger Deposition, Dec. 20, 2016

Civil Deposition of Charles Benner, September 27, 2016

Criminal Deposition of Charles Benner, Nov. 25, 2014

Bail Testimony of Charles Benner, July 17, 2014

Deposition of Jennifer Lane, Sept. 8, 2014

Deposition of Michael Price, Sept. 8, 2014

Affidavit of David Hennessy

Deposition of Dr. Eric Streib, March 27, 2015

Deposition of Carl Wooldridge, Sept. 8, 2014

Expert Disclosure of Kim Rossmo (Rossmo Report)

CV of Kim Rossmo

Affirmation of Kim Rossmo

Ruth Rainsberger's AT&T Land line Records

William Rainsberger's Processed Cell Phone Records

William Rainsberger's Processed Cell Phone Records Map

Robert Rainsberger's Processed Cell Phone Records

Robert Rainsberger Processed Cell Phone Records Map

Email from Charles Benner to Amelia Basham, March 20, 2014

Forensic Services Agency Note, 11-19-2013

Lab Exam Report, DNA Report (Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report)

Lab Exam Report, DNA Report (highlighted) (Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report)

*Manuel v. City of Joliet,* Transcript of Oral Arg.

Plaintiff also relies upon the Defendant's submission of summary judgment materials.

Respectfully submitted,

Dated: February 13, 2017         */s/ Richard A. Waples*
                                 Richard A. Waples
                                 Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 13, 2017 this document was filed electronically and the following counsel of record will have access to the document pursuant to the Court's electronic fling system:

Kathryn Box at Kathryn.Box@indy.gov
Lynne D. Hammer at Lynne.Hammer@indy.gov
Benjamin J. Church at Benjamin.Church@indy.gov

Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204

         */s/ Richard A.Waples*
         Richard A. Waples
         Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com