Thank you.

Thanks~

Amelia Basham
Indiana Criminal Justice Institute
101 West Washington Street~ Suite 1170E
Indianapolis, Indiana 46204
(p) 317-232-0157 ~(toll free) 1-800-353-1484~(f) 317-233-3912
(e) abasham@cji.in.gov<mailto:abasham@cji.in.gov>
Website: www.in.gov/cji<http://www.in.gov/cji>

From: Benner, Charles [mailto:Charles.Benner@indy.gov]
Sent: Thursday, March 20, 2014 10:23 PM
To: Basham, Amelia
Subject: RE: URGENT V13-1098- Victim: Ruth Rainsberger - Homicide


OK, I'll fill it out when I get back to work Saturday.


-----Original Message-----
From: Basham, Amelia [mailto:ABasham@cji.IN.gov]
Sent: Thu 3/20/2014 4:18 PM
To: Benner, Charles
Subject: RE: URGENT V13-1098- Victim: Ruth Rainsberger - Homicide

Rebecca Rainsberger filed as the claimant on this case. She is seeking victim compensation to help by for the funeral expenses.

Thanks~

Amelia Basham
Indiana Criminal Justice Institute
101 West Washington Street~ Suite 1170E
Indianapolis, Indiana 46204
(p) 317-232-0157 ~(toll free) 1-800-353-1484~(f) 317-233-3912
(e) abasham@cji.in.gov<mailto:abasham@cji.in.gov>
Website: www.in.gov/cji<http://www.in.gov/cji>

From: Benner, Charles [mailto:Charles.Benner@indy.gov]
Sent: Thursday, March 20, 2014 4:15 PM
To: Basham, Amelia
Subject: RE: URGENT V13-1098- Victim: Ruth Rainsberger - Homicide


I'm sorry I have not responded to this request but I am not sure who filed for the compensation. The victim's sons are the suspects in this case and I am waiting for DNA results before any arrest may be made. I just do not want to compensate anyone who may have killed the victim. Thanks


-----Original Message-----
From: Basham, Amelia [mailto:ABasham@cji.IN.gov]
Sent: Thu 3/20/2014 12:40 PM
To: Benner, Charles
Subject: FW: URGENT V13-1098- Victim: Ruth Rainsberger - Homicide

Please see chain below.

Thanks~

Amelia Basham

2