```
STATE OF INDIANA      )        IN THE MARION SUPERIOR COURT
                      ) SS:    CRIMINAL DIVISION 1
COUNTY OF MARION      )        CAUSE NO. 49G01-1405-MR-026747
```

STATE OF INDIANA,  )
    Plaintiff,  )
v.  )
  )
WILLIAM RAINSBERGER,  )
    Defendant.  )

## TAPED DEPOSITION OF OFFICER MICHAEL PRICE

Q    David R. Hennessy
A    Officer Michael Price
Pros  Marielle Vincent

1 Q   This is September 8, 2014 depositions on William Rainsberger. Marielle Vincent for the

2     State and myself for the defense. Our next deponent is Officer Price. Do you want to pull

3     up just a little bit and do you solemnly swear to tell the truth?

4 A   Yes I do.

5 Q   His hand went up everybody. State your name.

6 A   Officer Michael Price.

7 Q   November 19, 2013 what was your district and shift assignment?

8 A   Uh middle shift, east (inaudible)

9 Q   And how long have you worked that area?

10 A  Um 5 years.

11 Q  And what do you know about the Jeffersonian in general?

12 A  Uh a lot of time a lot of just miscellaneous medical runs and things usually when we go

13    there typically.

14 Q  What about assaults, burglary and stuff like that?

15 A  No not really too much. Not that I've been on.

1

1  Q  Do you know if there's anything else that 801 Jefferson I mean 801 North Shortridge?

2  A  As far as?

3  Q  Well when I run that address through the uh IMPD

4  A  Uh huh.

5  Q  Um well I don't want to tell Marielle yet so never mind I'm not even going to go there
6     with you, okay. So on November 19, 2013 you end up going to building H?

7  A  Right.

8  Q  Why?

9  A  Uh we got a run there and it was uh basically like a head injury for somebody. I think it
10    was head injured but it didn't sound real critical at the time the run came out. It didn't
11    sound like an emergency. I mean, you know what I mean, like a real high alert type of
12    thing.

13 Q  Not that you need to be looking for a few people as you arrive, not that sense of urgency.

14 A  Right, of course you never know what you're go into but.

15 Q  Right, when you show up what do you see?

16 A  Well I had an officer buddy that was running the same zone, he had gotten there like a
17    minute before me so he was there.

18 Q  Who was

19 A  Officer Lewis.

20 Q  Lewis?

21 A  But I ended up pretty much cause it's my zone most of the time he had been filling in
22    kind of thing and so I took over once I got there pretty much. The medics had come up to
23    me pretty much right away cause like I said I thought it was just based on the run uh and
24    the information it was going to be like a head injury or something fairly minor but then

2

1    the medics were also on scene and uh I remember the one medic, the lady, sorry I forget
2    her name, she came up to me and she immediately said that something about a gunshot
3    wound, or she believed it might be. So that obviously instantly made it go up, it
4    escaladed a little bit in my mind.
5  Q  When you get there, there's a fire truck there, right?
6  A  Yeah I believe so.
7  Q  Lewis is close in time?
8  A  Right.
9  Q  Even right before or about the same time, right?
10 A  Uh huh.
11 Q  Is that a yes? They have to type this up so is that a yes?
12 A  Oh yes, yes.
13 Q  And is the ambulance there?
14 A  Yes.
15 Q  Okay so when you arrive are they wheeling the lady out?
16 A  No.
17 Q  Uh have they came out at all yet?
18 A  They had, they met me outside right behind the ambulance.
19 Q  So she's already
20 A  That's where I pulled up.
21 Q  So she's already loaded, the victim?
22 A  No.
23 Q  Okay, well do you see her come out?

| | | |
|---|---|---|
| 1 | A | Uh not right then I mean cause obviously once they believe that it was something further |
| 2 | | than maybe a possible gunshot, homicide type stuff they I believe they instantly backed |
| 3 | | out of it because their protocol is usually you know let a police come and check it out and |
| 4 | | deal with it first. |
| 5 | Q | Okay, there's a paramedic on the fire truck and there's an ambulance there and you say |
| 6 | | you recognized the one paramedic, right? Is that a yes. |
| 7 | A | Yes. |
| 8 | Q | Do you recognize her as being connected to the ambulance? |
| 9 | A | Yes she's usually on the ambulance most from my experiences with her in the past. |
| 10 | Q | Okay and that was a female? |
| 11 | A | Yes. |
| 12 | Q | Any idea who she is? |
| 13 | A | I do but I just drew a blank but I see her regularly, I seen her again the other day. |
| 14 | Q | But I mean you can't tell us a name or anything? |
| 15 | A | It's one of those as soon as you say it, it's on the tip of my tongue. |
| 16 | Q | And I'm trying to picture it, you're outside. |
| 17 | A | Uh huh. |
| 18 | Q | Had you seen the two civilian people yet? |
| 19 | A | The I mean my first instinct when I pull up the first thing I know I make eye contact with |
| 20 | | is the medic and she informs me of what could it could possibly be compared to what we |
| 21 | | originally had thought it was. |
| 22 | Q | How many civilians do you think there in the area when you get there? |
| 23 | A | Uh not very many there's not a lot of people out at that time so it's just the paramedics |
| 24 | | and firemen like that. |

| | | |
|---|---|---|
| 1 | Q | You end up taking one guy downtown? |
| 2 | A | Yes. |
| 3 | Q | Do you remember where and when you first saw him? |
| 4 | A | Yes so as soon as I was you know alerted and they backed out and they tell me what's going on uh he was sitting in the front of the apartment, in front of the building. There's like a brick wall that you kind of have to walk around to go to the main door to get into the building and he was sitting on that ledge in front of the building, in front of this, her apartment. |
| 9 | Q | What was he doing? |
| 10 | A | Uh he was just looking down and had his head down and just kind of looking at the ground, not making eye contact or anything. |
| 12 | Q | So he's sitting there, the medical people are inside, the one lady comes out and tells you hey it's a gunshot. |
| 14 | A | Well I believe they all came out at that time. |
| 15 | Q | Okay, I'm trying to picture if they haven't brought her out yet when do you see that happen? |
| 17 | A | Uh well that's after I actually went in and got you know, because they didn't want to move her or anything if she's dead obviously. Um so once I'm alerted that it could be something else I need to check and see what's going on. |
| 20 | Q | So you went in the apartment? |
| 21 | A | I made eye contact with the guys not even sure really who they are yet and I want to go in and find out what I'm dealing with cause you have to secure the scene. |
| 23 | Q | So you actually went into the apartment? |
| 24 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Are you the only officer that went in? |
| 2 | A | At that time yes. |
| 3 | Q | Then when you go in do you see the fire people there? |
| 4 | A | I'm trying to remember that cause I know it was one time they were in there but I think |
| 5 | | they I think I believe that they were, but I'm not 100% on that as right now, my mind's |
| 6 | | just didn't and I remember passing them because I wanted to secure the apartment and |
| 7 | | make sure nobody was hiding or anything like that. I didn't want to get snuck up on. |
| 8 | Q | Is uh did you see the lady laying on the ground when you go in? |
| 9 | A | In my, yes. |
| 10 | Q | Is the blanket still on her head? |
| 11 | A | Yes. |
| 12 | Q | And can you describe that. |
| 13 | A | Well no I take that back I think it was, my picture in my mind says it was still on her head |
| 14 | | but I know that the fire fighters would have moved it to try to save her if they had a |
| 15 | | chance, I know that but I can't tell you definitively. |
| 16 | Q | Do you just go through all the rooms and open closet doors and stuff like that? |
| 17 | A | Um yeah try not to disturb as much as possible but I obviously I've got to open the door. |
| 18 | | I don't go through drawers or anything like that but |
| 19 | Q | Right. |
| 20 | A | But open where a person could be. |
| 21 | Q | And uh so you're saying the ambulance people had backed out until you cleared? |
| 22 | A | Right. |
| 23 | Q | And confirmed it safe. |
| 24 | A | Right. |

1  Q  And then are you inside then when they come back in and put her on the stretcher?

2  A  Um yes I was in there once that happened. I'm not sure of the timeline exactly uh but I
3     would say once we confirm or you know DOA or whatever that's at that point, you know,
4     contact the detectives and all of that before we just remove but I don't remember the time
5     frame on that.

6  Q  Well she was not DOA.

7  A  Yeah but that's what my point so I don't remember the timeline like if we sat back and,
8     I'm not sure how that went down in the beginning.

9  Q  A lady says gunshot wound. Did she say anything to you about why or anything giving
10    you some idea why she thought that?

11 A  Uh no I mean other than I think she had said something about the um no not real I mean I
12    can't, not exactly sure what she said.

13 Q  Well you go in, do you smell gun powder or any other evidence of a gunshot?

14 A  No.

15 Q  No shell casings or anything?

16 A  Not at the time no.

17 Q  Have you responded to shootings in confined area and do you note the residual odor of
18    gunpowder from gunshots?

19 A  I mean there could be yes. I would say the main thing would be shell casings usually you
20    find some you know, there's usually something pretty close.

21 Q  Well I have a fellow that had an accidental discharge in his um living room and he said
22    the gunpowder lingered for a day.

23 A  Right.

| | | |
|---|---|---|
| 1 | Q | I wonder if you have shared this experience when you show up where there has been a gun discharges. |
| 3 | A | I was just on one yesterday and they had 9 or 15 rounds loaded in and I didn't smell it. |
| 4 | Q | Is that in a |
| 5 | A | Yeah it was right in the entry way. I don't know if it was cause my senses was going to the scene and figuring everything out and shut the nose down or. |
| 7 | Q | Okay uh so do you see her then get loaded on the ambulance and leave? |
| 8 | A | Yes. |
| 9 | Q | And then what's your next contact with the man you ended up taking? |
| 10 | A | Well obviously I found out he was family members so that's going to be my next of kin and try to you know talk to them, who are they, what the whole story and it was William that I spoke with. I noticed both of them like I said. |
| 13 | Q | How were they identified to you as family? |
| 14 | A | Um I believe the medic had just pointed out that's some that's family or of some sort. I don't know how she said it but I think that's what drew my attention and I went up and just you know introduced myself and talked to them. |
| 17 | Q | And tell me how that went. |
| 18 | A | Um like I said when I first went up before I was even talking to them I see him sitting on the stoop or on the brick wall. He's looking down not really wanting to make eye contact as I'm walking normally I'm right there you know. The other brother I'm not sure of the name I'm talking about William, that's the one i ended up transporting downtown, that's the one I kind of know. Um the other brother was pacing swiftly and was very angry. He said he didn't want to talk at all he was avoiding me so I walked up to William to say hey who are you guys and what's going on? |

8

1  Q   What did William say?

2  A   Um he had mentioned something about well the story what he told me was he comes over
3      regularly to check on his mother.

4  Q   Uh huh.

5  A   Um I think cause he lives fairly close or something so he was the one that did it out of the
6      family and um he tells me that he, today that day, when he got there he went to his
7      mother's apartment and he noticed the door was unlocked and when he went in obviously
8      his mother, well he says his mother is right there laying at the door and um with a blanket
9      over her. He said he could, she was breathing heavily I believe is what he said or she
10     wasn't breathing he said and that he reached down and poked her in the leg. And then my
11     next question was just I just asked him did you remove the blanket to look at her you
12     know since she's breathing and he, he jumped at that question I noticed and he was very
13     adamant that he said no I didn't touch anything.

14 Q   You said he jumped at that question, what do you mean?

15 A   I just mean that he got um like it was just a normal question from my stand point at that
16     point, I wasn't really thinking, you know as far as anything bad per say or whatever I'm
17     still thinking he just walked in on this mother and I just thought it a normal question you
18     know if I see my mom laying there breathing I'm going to instantly pull the blanket back
19     and check her out to see if you know what I mean, mother you know type of thing but I
20     noticed he, you know when I asked if he removed the blanket to do that it was like
21     defense mode. I mean it was obvious defensive mode it wasn't a normal reaction in my
22     estimation.

23 Q   Well did you see the blanket and how it was crusted to the wound?

| | | |
|---|---|---|
| 1 | A | I can't I can see the blanket and I can see it all but I can't vividly see it into the wound like |
| 2 | | that. |
| 3 | Q | See we keep going back and forth on that and quite frankly I would do exactly what he |
| 4 | | did because I've had wounds and if I take the bandage off after it's crusted to it it's going |
| 5 | | to start bleeding again. |
| 6 | A | Uh huh. |
| 7 | Q | Do you see that? |
| 8 | A | No I know I would have had to look. I know if my mother is laying there and I know |
| 9 | | she's breathing and she's been assaulted somehow I'd instantly yanking that blanket off so |
| 10 | | she could breath, talk to me whatever as I call 911. That would be my reaction. |
| 11 | Q | You wouldn't think about making things worse and |
| 12 | A | No I wouldn't. I wouldn't worry about evidence when my mother's still laying there |
| 13 | | breathing. |
| 14 | Q | Oh I'm not talking about evidence I'm talking about worrying about making the situation |
| 15 | | worse. |
| 16 | A | No not at all cause I can always, if it's a gushing wound I can always pad it back up real |
| 17 | | quick as soon as I know but if I don't know I want to know. I want to know. |
| 18 | Q | So your thought is if its crusted to and I rip the blanket off so now I've ripped the only |
| 19 | | thing stopping the bleeding. |
| 20 | A | If that's what you're saying yes. |
| 21 | Q | You'd be able to stop it again. |
| 22 | A | Well I would attempt to as I call 911 but I would still look. I'm not just going to oh this is |
| 23 | | bad and back out. I mean not with my mother I wouldn't. |
| 24 | Q | Why is that? |

| | | |
|---|---|---|
| 1 | A | I mean it's your mother, usually that's your close, you know what I mean that's your |
| 2 | | family. You know what I mean I'd do it for any family or any. |
| 3 | Q | Have you cared for an elderly person with dementia like 88 or so? |
| 4 | A | Like 88? |
| 5 | Q | Yeah. |
| 6 | A | Any care for them? |
| 7 | Q | Yeah have you had any contact with close family relationship with dementia Alzheimer's |
| 8 | | people. |
| 9 | A | Alzheimer's we've had some Alzheimer's in our family yeah. |
| 10 | Q | Were you the primary care giver |
| 11 | A | No. |
| 12 | Q | Or and um how long have you been a police officer? |
| 13 | A | 5 years. |
| 14 | Q | And have you received, do you get any medical training or? |
| 15 | A | We get limited, yeah, |
| 16 | Q | Just the |
| 17 | A | But I'd also been a certified EMT before so. |
| 18 | Q | Oh where was that? |
| 19 | A | Um through Warren Township Buck Creek. |
| 20 | Q | And so you're saying defensive mode because you're thinking, you're thinking evidence |
| 21 | | and he's adamant that he didn't touch anything? |
| 22 | A | I wasn't thinking of evidence I was just asking the normal question. |
| 23 | Q | Well you're thinking that he's thinking evidence. |

11

| | | |
|---|---|---|
| 1 | A | Well I mean the way I wasn't even thinking anything until he jumped the way he did at |
| 2 | | the question. I mean it was straight no way in heck you know type of thing I didn't touch |
| 3 | | anything on the scene was the reaction. I mean of uh other than yeah up until that point I |
| 4 | | really wasn't feeling any uh you know wasn't feeling anything toward him as far as |
| 5 | Q | Suspicious? |
| 6 | A | Yeah really until that moment. |
| 7 | Q | So how did that conversation keep going then? |
| 8 | A | Um really I don't know if I got, I don't know if we talked a whole lot more because |
| 9 | | obviously I want uh to call a detective and get them involved and kind of go down the |
| 10 | | right, you know, set the way or however they wanted to handle everything. |
| 11 | Q | Did you call for homicide then? |
| 12 | A | I did at some point I believe. |
| 13 | Q | Can you testify to anything else that he said there at the scene? |
| 14 | A | Are you talking, William? |
| 15 | Q | Yes. |
| 16 | A | Um not that I recall while we were still on scene no. |
| 17 | Q | Did you get the other fellows identification? |
| 18 | A | I did not by then I had a partner. |
| 19 | Q | And did he? |
| 20 | A | Yeah I'm sure I know he sat in his car. We ended up separating them each in each car. |
| 21 | Q | Which officer was that? |
| 22 | A | I want to say that was officer I want to say it was Officer Staton that pulled up. |
| 23 | Q | Did anybody go around and get the identification of all civilians at the scene? |
| 24 | A | Are you talking paramedics and everything or just |

12

1 Q Yeah.

2 A No, no.

3 Q How about all civilians that were not related to the emergency response?

4 A Well I spoke to the two guys that were standing right there and I even spoke to a neighbor
5   and was kind of seeing if they, I got his ID and everything.

6 Q Who was that?

7 A I think it was the neighbor that lived I think he lived right upstairs but I put him in the run
8   he was the guy I just ran and to see you know just anybody that I spoke to.

9 Q You don't remember the name at all?

10 A Uh not off hand.

11 Q And uh

12 A I put him in the report.

13 Q Uh anybody else that you remember that you talked to or got the identity of?

14 A No just them the two brothers and him.

15 Q And the neighbor can you remember anything he said?

16 A Yeah he just said he worked uh late shift I believe gets home around 3:00 a.m. and that
17   basically he hadn't heard anything.

18 Q Uh so what happens next?

19 A Well detective comes to the scene, Det. Benner, and basically he takes over I kind of just
20   let him know what I've found so far and he takes over and I know we have the brothers
21   separated and at some point he wants us to transport them downtown to talk with him.

22 Q So you take uh William?

23 A Right.

24 Q And you have some conversation?

13

| | | |
|---|---|---|
| 1 | A | Well he was talking. I wasn't asking him any questions or anything. |
| 2 | Q | What did he say? |
| 3 | A | He just kind of randomly um well out of the blue he was just he said um out of the blue |
| 4 | | he had said he didn't know if it was a good thing or a bad thing that this had happened. |
| 5 | Q | Do you remember how he says that? |
| 6 | A | Um something to the effect like you know as he's contemplating it I'm not sure if this is |
| 7 | | good or bad. I asked him what he was talking about. He said his mother dying and |
| 8 | | because of the dementia she was already had set in and everything. She was already, |
| 9 | | basically she was already getting toward later stage in life basically. |
| 10 | Q | So yeah (inaudible) well earlier you said you know I don't know if it's a good thing or a |
| 11 | | bad thing this had happened and I'm thinking in the reports I don't know if it's a good |
| 12 | | thing or a bad thing if my mother dies but it was in reflecting that's the jest of it is that |
| 13 | | whether she survived, right? |
| 14 | A | Yes |
| 15 | Q | He wasn't acting like she was dead or anything, was he? |
| 16 | A | Yeah he uh actually he was because he was, he just, you know he just kept saying I can't |
| 17 | | believe it, can't believe it and he was saying that you know that's pretty understandable |
| 18 | | hearing somebody say that so I didn't you know I just let him talk, you know I'm driving |
| 19 | | so. |
| 20 | Q | Sure. |
| 21 | A | And then he kind of went into that don't know if it's a good thing or not. |
| 22 | Q | He was just in disbelief, mostly. |
| 23 | A | Yeah I mean that was his demeanor. |

| | | |
|---|---|---|
| 1 | Q | And then he said I can't I'm not sure if that would be a good thing or a bad thing if she |
| 2 | | dies? That's the version I've got. |
| 3 | A | I can't testify that he said yeah if she dies or that she's going to die or anything but it was |
| 4 | | to that, that's what he was talking about. |
| 5 | Q | Well did he say or do anything that made you think he thought she was already dead? |
| 6 | A | Just other than that I mean not really other than he kept saying he can't believe it, he can't |
| 7 | | believe it but that could have been just over anything I'm not positive. |
| 8 | Q | Anything else he said that you recall? |
| 9 | A | Right now I can't remember. |
| 10 | Q | Well do you have any notes or anything you could look at to refresh your recollection? |
| 11 | A | Not really I mean other than what I wrote in the narrative and I reread that but. |
| 12 | Q | So you had prepared for today? |
| 13 | A | Yeah I read it. |
| 14 | Q | You read your report? |
| 15 | A | Yes. |
| 16 | Q | And the part that was in the report? |
| 17 | A | Yeah I read that. |
| 18 | Q | Here's the thing, I get a lot of guys that will say not that I can remember right now and |
| 19 | | then you know then I got to bring them back once a week before trial. |
| 20 | A | Uh huh. |
| 21 | Q | Have you remembered anything yet? I like to try to avoid that. |
| 22 | A | Right. |
| 23 | Q | By trying to find out (a) they are fully prepared and you feel that you are? |
| 24 | A | Yes. |

15

| | | |
|---|---|---|
| 1 | Q | And that they've looked at everything that's available to them to refresh their recollection |
| 2 | | you have, right? |
| 3 | A | I looked at my stuff, yes. |
| 4 | Q | Uh well how about this, if you come up with something new or you recall something |
| 5 | | different will you let me know? |
| 6 | A | Yes. |
| 7 | Q | Alright. Now I want to interrupt for just one minute because I want to try to find the |
| 8 | | CAD or the report to get this identification. --- Okay we're back on. The good Officer |
| 9 | | Price is gonna actually going to look on his laptop and then come back and tell me the |
| 10 | | name. We're not going to turn this back on for that. Uh you put it in your report, do you |
| 11 | | remember if you've given it to Benner there at the scene? |
| 12 | A | Uh not positive of it. |
| 13 | Q | It would be available to him because it's in your reports. |
| 14 | A | Yes, yes. |
| 15 | Q | And you don't recall, did you do any other canvassing, knocking on doors, talking to |
| 16 | | people? |
| 17 | A | Not talking or anything no. |
| 18 | Q | And you didn't have enough sufficient contact with any other people in the area that you |
| 19 | | got their identification but for the one person you put in your report? |
| 20 | A | Other than the two brothers. |
| 21 | Q | And the two brothers. Uh do you have any conversation with Robert, the other brother? |
| 22 | A | If I did it was very limited because he, he didn't he was very angry. |
| 23 | Q | Did you ever see him smoking a cigarette? |
| 24 | A | I can't recall the cigarette. |

1  Q    Okay.

2  A    I know he was pacing you know when I first walked up and.

3  Q    So he was like uh okay thank you that's all that I have.

4  Pros No questions asked

    END OF TAPED DEPOSITION OF OFFICER MICHAEL PRICE.


    AND FURTHER AFFIANT SAYETH NAUGHT.


_____    _____
Officer Michael Price                   Date
IMPD (31326)