STATE OF INDIANA    )    IN THE MARION SUPERIOR COURT
                     ) SS:  CRIMINAL DIVISION 1
COUNTY OF MARION   )    CAUSE NO. 49G01-1405-MR-026747

STATE OF INDIANA,       )
        Plaintiff,     )
v.                    )
                     )
                     )
WILLIAM RAINSBERGER,  )
        Defendant.    )

## TAPED DEPOSITION OF DET. CHARLES BENNER

Q   David R. Hennessy
A   Det. Charles Benner (B4219)
Pros  Marielle Riedle

1  Q   We're here it's November 25, 2014 on Rainsberger taking the deposition of

2       Det. Benner, Marielle Riedle for the prosecutor.  If you would raise your

3       right hand please.  Do you solemnly swear to tell the truth, the whole truth

4       and nothing but the truth so help you God?

5  A   Yes I do.

6  Q   And state your name.

7  A   Charles Benner  B-E-N-N-E-R.

8  Q   In my experience homicide detectives take detailed notes of their

9       investigation is that something that is required by the department or just

10      something.

11  A   We just we take the notes we feel are necessary for the case.

12  Q   I mean but like robbery detectives in my experience don't I'm wondering is

13      that just something they teach you when you go to homicide or is it

14      something converse requires or I've always wondered?

1

| | | |
|---|---|---|
| 1 | A | There's no requirement on how many notes we take. |
| 2 | Q | Okay, on this case out on at uh 801 Sherman |
| 3 | Pros | Shortridge. |
| 4 | Q | Shortridge um aggravated assault went out first, right? |
| 5 | A | Correct. |
| 6 | Q | And who was that detective? |
| 7 | A | Feuquay. |
| 8 | Q | So when you arrive describe for me what you first see, is the fire rescue still |
| 9 | | there, how many police, who's where and what? |
| 10 | A | Feuquay's still there, the ambulance had already taken off when I got there |
| 11 | | um William Rainsberger's there, there were a couple of uniforms there. |
| 12 | | Shortly after Robert Rainsberger shows up in his vehicle. |
| 13 | Q | Was Wool is it Woodridge or Woolridge? |
| 14 | A | Woolridge, Carl Woolridge, I did not talk to him that day. |
| 15 | Q | Was he still there if you remember? |
| 16 | A | I don't believe so. |
| 17 | Q | Okay. |
| 18 | A | I'm not positive on that. |
| 19 | Q | But where do you first see William? |
| 20 | A | He was standing outside when I got there or he was with the police, may |
| 21 | | have been in a police car already. |
| 22 | Q | And but you see Robert then arrive in a car? |

1   A   I don't know if I actually see him arrive but he did arrive in a Lincoln, black

2       Lincoln.

3   Q   Are you sure he's not there when you get there?

4   A   Um I'm not positive if he was there or not when I got there. I just remember

5       seeing him in the car.

6   Q   Did you see anybody like hanging out smoking a cigarette, either of the

7       Rainsberger's?

8   A   No.

9   Q   So that's something that was reported to you later?

10  A   Yes.

11  Q   So you get there um has uh crime lab shown up yet?

12  A   No.

13  Q·  So what happens next, crime lab shows up?

14  A   Um Jenny Lane I believe was crime lab, shows up. We start, I do a walk

15      through the scene and then she processes it uh take the two brothers back to

16      headquarters for statements. After we do uh as they signed a consent to

17      searches for their vehicles at the scene.

18  Q   So Lane did still photos and a video?

19  A   Yes.

20  Q   And in doing a walk through uh you made some notes, right?

21  A   Uh

22  Q   And your notes begin with a note uh I'm sorry. The copy of the notes I have

23      begins with apartment H 7 traffic, is that where you begin or am I missing?

3

1    A    No the first page is it just has the case number and Ruth Rainsberger,

2         reporting officer.

3    Q    Oh may I see that?  Okay uh hold on to that I'd like to copy just so I have a

4         complete set.  So then what my page one is, is your page 2 and the first entry

5         is apartment H 7 traffic?

6    A    Yes.

7    Q    Where did you get that?

8    A    That came from uh talking to apartment number 8, Kevin Walker said that

9         he thought there was a lot of traffic going in and out of that apartment, but

10        nobody ever answered it, H 7.

11   Q    Did anybody else out there like the maintenance men or uh another

12        neighbor, Maria also describe a lot of traffic in and out of the H building?

13   A    Um that Maria girl um she may have said there's people in and out of there,

14        I talked to her on the phone.

15   Q    Do you remember a guy named Loney or Looney?

16   A    No I believe Tudor talked to him, to Looney, is he the maintenance guy?

17   Q    Yeah one of them.

18   A    I talked to Sean, yeah I talked to Sean.

19   Q    And you talked to Sean.

20   A    Several times on the phone.

21   Q    What's his last name if you remember.

22   A    I'm not sure, it's in here we'll probably get to it.

4

1   Q   Yeah we'll come across is.  Did Sean ever tell you about a lot of traffic in

2       and out of H 7?

3   A   I don't believe so, no.

4   Q   Did you figure out or identify who lived in H 7 that day?

5   A   No.

6   Q   For H 8 you've got Kevin Walker and Damon Thomas?

7   A   Yes.

8   Q   Is Kevin Walker the older guy?

9   A   I believe so, his roommate was Damon Thomas.

10  Q   Was that a roommate or a son?

11  A   I was under the impression that they lived together like uh lived together

12      lived together.

13  Q   Was Mr. Walker, had he been drinking when you saw him that day?

14  A   Not that I know of, no.

15  Q   Uh and then down here I can't read what's below the line.  What's that say, I

16      spoke oh I spoke with William.

17  A   I spoke to William about medication says she took Aricept for dementia.

18  Q   And below that is blue?

19  A   Black shiny purse.

20  Q   Black shiny purse.

21  A   Patent leather.

22  Q   And what is that notation?

1   A   That's what he was saying that might have been in the living room, a black

2       shiny purse.

3   Q   Is that the purse the family identified as missing but that you believe was

4       later found?

5   A   There was a purse in the uh dresser drawers in there along there was also a

6       little coin purse that matched the description of the one he gave, a little tan

7       coin purse.

8   Q   Did you find a purse that matched that description, black and shinny, patent

9       leather?

10  A   It was different colors I believe, not just black.

11  Q   And what's that next entry?

12  A   Last night 6:30 p.m. is the last time he saw his mom.

13  Q   And then Meals on Wheels William

14  A   With ice tea on the coffee table.

15  Q   And then

16  A   Blanket over victim's head.

17  Q   Well who did oh did you get that from William?

18  A   Yes.

19  Q   And then uh consent to search for Robert's vehicle?

20  A   Yes.

21  Q   And who did that search?

22  A   Officer Price and I was standing right there also.

23  Q   Did he there's a notation of finding a legal pad with some writings.

6

1    A    Yes.

2    Q    To be kind and uh any notation of anything else in that vehicle?

3    A    No.

4    Q    And then at 1749 what's that say?

5    A    Arrived at HQ.

6    Q    And then Robert was on the phone with the doctor?

7    A    He was on the phone with Dr. Stride.  I was listening to him.

8    Q    Was it on speaker?

9    A    No.

10   Q    You were just listening

11   A    I was just listening to Robert talk.

12   Q    Okay so you're at headquarters and you've got Robert there.  Did Officer

13        Price transport him?

14   A    No I transported him.  I was listening to him in the car right outside police

15        headquarters.

16   Q    So Robert's still in the car when he's talking to the doctor on the phone?

17   A    Yes.

18   Q    And then uh Price transports William?

19   A    Correct.

20   Q    So you take taped statement of William?

21   A    Yeah.

22   Q    What does that say, returned?

23   A    Retired, Franciscan Alliance, that's where he use to work.

7

1   Q   Uh what's that next entry something

2   A   T Kroger - 10th Street that's where he got the ice tea.

3   Q   But that next part.

4   A   Something hanging on the door said it was renewing her lease.  He went

5        back to the car with a bank statement before he went in.

6   Q   Um maintenance Moody, John is that what that says?

7   A   It says Monday.

8   Q   Monday, John.  What's that about?

9   A   I think that's what I got from uh all of this came from William so he said

10      there's somebody named John that was a maintenance.

11   Q   So you're basically at that time finding out who was in and out at different

12      times?

13   A   Yes and the next thing I asked him about finances.  It's $1300.00 a month.

14   Q   In SSI?

15   A   SSI.

16   Q   What's that say above SSI?

17   A   Pension.

18   Q   Pension.  Lease at what?

19   A   At the end of the year.

20   Q   And then go into assisted living?

21   A   Yes had $89,000.00 in the bank.

22   Q   And what was uh you take Robert down and is William up at homicide

23      when you get there?

8

1   A   Yes.

2   Q   So are William and Robert then together like waiting outside the homicide

3       office?

4   A   No they're put into rooms separately.

5   Q   Back on the other side of the interview rooms?

6   A   Yes.

7   Q   And then you go in to interview um William?

8   A   Yes.

9   Q   Is anyone with you?

10   A   I believe Tudor was with me.

11   Q   And how would you describe his demeanor?

12   A   Who William?

13   Q   Yeah.

14   A   Um how would I describe his demeanor, he was just the same that I'd

15       always known it to be and just the way I saw him at the let the bail hearing

16       just answering questions.

17   Q   But would you describe it as unemotional I mean was anything suspicious

18       about it in your mind or?

19   A   He wasn't emotional but I was not uh at that time I wasn't treating him like a

20       suspect if that's what you're asking.  I uh was just trying to get background

21       to um when the last time he saw her was.

1   Q   He clearly became a suspect I'm just wondering any observations from that

2       first interview that started leading you in that direction that you can put your

3       finger on or describe for me.

4   A   Only when you when everything else got put together like when I went to

5       the autopsy and found out that she had been struck and he made mention in

6       a statement that somebody might have hit her with a lead pipe.  I didn't think

7       anything about that you know necessarily at the time cause at that time we

8       were assuming that she had been shot so.

9   Q   So still at that time your people are thinking a gunshot?

10  A   Yes.

11  Q   Had there been any calls from neighbors about hearing shots?

12  A   No.

13  Q   I mean if there were gunshots in apartments there's normally several calls to

14      uh the 911 center reporting gunshots.

15  A   I can't say if that's true or not.

16  Q   Cause it's just like a one or two inside maybe.  But anyway you had no

17      independent evidence of a gunshot you just had peoples, uh I'm sorry was

18      that a no?

19  A   No.

20  Q   Just people expressing their opinions?

21  A   The medics uh yes.

22  Q   Okay uh under Rebecca was that an interview with her or just her

23  A   No that's him telling me who his sister is.

10

1    Q    And the beige what? Down here  sorry.

2    A    Beige carrier inside purse that the one described it.  Was in the bedroom in

3         one of the drawers it looked like where he said she kept her credit cards and

4         stuff that I found later.

5    Q    So you found  this beige carrier in a drawer in the apartment?

6    A    Well I don't know if it is the one he was talking about but there was a there

7         was a beige little coin purse type thing in there.

8    Q    Do you remember when you found that?

9    A    It was sometime during the walk through with the crime lab.  We were

10        processing

11   Q    Was it recovered that day if you recall?

12   A    I don't think so I just

13   Q    Was it photographed if you recall?

14   A    I believe everything should have been photographed in there.

15   Q    And then who gave the information about Meals on Wheels?

16   A    This is all from William's

17   Q    Still from William?

18   A    I guess she got meals Monday through Friday. It's always the same guy.

19   Q    When Feuquay brings you a property from Wishard what does he give you?

20   A    Whatever she had on at the uh hospital.

21   Q    Her personal clothing?

22   A    Yes.

11

1    Q    Did he bring the blanket if you know?  That was probably still back at the

2         apartment?

3    A    Yeah that was collected by crime lab that didn't go to the hospital.

4    Q    It did not?

5    A    No.

6    Q    So someone did remove it there in the uh

7    A    Jennifer Lane would have recovered it.

8    Q    What does that say about Det. Breedlove?

9    A    I was doing interviews so I gave the items to Det. Breedlove to give to

10        Jennifer Lane when she showed up.

11   Q    What's it say, oh give what to

12   A    J. Lane

13   Q    Gave property what?

14   A    Victims clothing

15   Q    Oh.

16   A    To Det. Breedlove.

17   Q    And he gave to J. Lane?

18   A    Yes.

19   Q    Alright and uh do we have a list of everything that's in the property room on

20        this case and how would that appear?

21   A    Uh crime lab makes uh send out reports, you should have a crime lab report

22        that shows everything that was recovered, whatever she recovered should be

23        in the, either at the property room or at the lab.

1   Q   Yeah I got this evidence submissions from crime lab.  Um but I'm more

2       interested in like what's in the property room.  We'll just have to schedule

3       for me to go look at it but sometimes I get property room receipts that list

4       everything in the property room and do they exist on this case?

5   A   Well the crime lab puts all this stuff in the property room so I'm sure they

6       keep records of what they put in there.

7   Q   Well I'm thinking sometimes the police officer does it and there's like white,

8       pink

9   A   Well I don't put anything from the scene in there.  That's the crime lab

10      anything they recover they put in there.

11  Q   Okay uh you gave the clothes to Breedlove, he gave them to Lane.  Did you

12      personally put anything in the property room ever on this case?

13  A   Uh yes I put the uh probably put some receipts and checkbook and Visa

14      cards and all of that stuff.  Probably the stuff that was taken during the

15      search warrant at William's house out there on 13th Street like the firebox

16      and uh just stuff related to that search warrant.  Some of that is still at the uh

17      cyber crimes office, the computers and stuff.

18  Q   And then back to your notes uh do you is this you begin to interview Robert

19      or is that just getting Robert's information from William?

20  A   Uh that's beginning to talk to Robert, that's when I took his statement 8:02 to

21      8:15.

22  Q   And then at 2230 hours you sent the statements to be typed?

13

1    A    Yeah before that I typed up my own department reference to the case and

2         then I submitted those statements to be typed.

3    Q    On the 20th the coroner is that a name after coroner?

4    A    Heather Tate, she left me a message stating that the, that Ruth had died at

5         4:15.

6    Q    And then you gave yourself a little to do list?

7    A    Yes.

8    Q    911 call apartment office, what's that say?

9    A    Tenants.

10   Q    And what's that say after that?

11   A    Maintenance.

12   Q    John, did you get a list of tenants?

13   A    No, well I don't believe I did no.  Just some I just wrote down who was in

14        her building.

15   Q    So are these notes then to you from prior information or is the maintenance

16        man John telling you again about the traffic in at apartment H 7?

17   A    I don't know who John is.  I never talked to, Sean probably he probably said

18        it wrong cause I never there were two maintenance men and I never talked

19        to anyone named John I talked to Sean.  William said his name was John so

20        I wrote John down.  He might have meant Sean.

21   Q    Um apartment H 7 traffic it appears again, what's that?

22   A    That just means I'm going to go back there and knock on the doors and see if

23        and I could never get in contact with anybody at that apartment.

14

1    Q    How many times did you go?

2    A    Well probably within the first couple of days I was there every day so

3         probably 3 or 4 times initially and then later I went back a few times.

4    Q    Did you ever get a well we'll come to that.  Uh what's that next thing?

5         Financial crimes Sgt. Eads?

6    A    Yes.

7    Q    Banks, cell records, warrant.

8    A    Kroger video.

9    Q    Victim's siblings?

10   A    Out of State.

11   Q    Crime stoppers?

12   A    Crime stoppers and media.

13   Q    And did you do a crime stoppers that day?

14   A    No the media did some kind of crime stoppers thing.  That's probably why I

15        wrote it down there cause I was going to look it up and see what they did.

16        They put something out there.

17   Q    Um the next day or maybe later the same day, message sent to David who?

18        Or is that David?

19   A    O'Grannon he's a contact we have that checks on life insurance of victims

20        might have.

21   Q    Is he with um the Indiana Department of Insurance?

22   A    I believe so, he use to be an officer I believe and he's just a contact or has

23        some kind of connection to the police department.

1  Q   And then you attended the autopsy?

2  A   Yes.

3  Q   And then I have this which was not in my original copies.  I see, this is on

4      the back of your sheet.

5  A   Okay, yeah.

6  Q   Right?

7  A   Yeah.

8  Q   Okay uh

9  A   That's Kevin Walker again from H 8 and I got that number 7.  I got that

10     name from Tracy, the manager at the uh apartments.

11  Q   And then uh what's below that?

12  A   Maria crazy lady.

13  Q   And uh did you get any contact information for Anita?

14  A   No she didn't have any just her address.

15  Q   And she gave you Batiff  B-A-T-I-F-F?

16  A   Yes.

17  Q   And you know that now to be wrong?

18  A   Yeah I don't know who I don't know if she gave the right name or what.

19     Those people aren't there anymore as far as I know, they all moved out.

20  Q   Call Meals on Wheels and what's that say?

21  A   Negative on 2 5 that is a wrong number.  He was actually connected to a

22     different part of it's called nutrition.  I got transferred to Phyllis Mills, gave

16

1     me the direct number for where he worked 803-6016 then I talked to uh

2     Delbert on the phone, Delbert Pickens who is the Meals on Wheels driver.

3   Q    And then notes from the autopsy?

4   A    Yes.

5   Q    Conversations with uh the forensic pathologist?

6   A    Yes.

7   Q    And you talked to Delbert again?

8   A    Yes.

9   Q    Does this say and he rang her phone or he heard it ringing?

10   A    That he rang the phone.

11   Q    And I think then he ended up telling you he could hear it.

12   A    Yes.

13   Q    What's that maintenance?

14   A    Maintenance cleaning up the laundry room when he was there.

15   Q    Did you ever find out who that maintenance person was that was cleaning

16     the laundry room?

17   A    As far as I know it was Sean.  He said he didn't really see anything.

18   Q    Which, I'm sorry, you never talked to uh maintenance man Looney

19   A    No.

20   Q    That's still there.  You talked to Sean that's now gone?

21   A    I didn't know he was gone but he's not working there anymore?

22   Q    No.

23   A    Yeah I talked to Sean.

17

1   Q   So Sean's the one that tells you she saw the Mini Cooper there that day?

2   A   That he thought he might have saw it there that day yes.

3   Q   Who tells you that the daughter would be, what's that say?

4   A   Would be there sometime this is all from Delbert Pickens.

5   Q   About once a week?

6   A   Yeah.

7   Q   And then what's that say below that?

8   A   Cause of death, blunt force trauma to the head.

9   Q   Delbert Pickens told you that?

10   A   No, I don't know why I wrote that right there.

11   Q   Do you find that suspicious that Delbert Pickens could be the cause of death

12      (laughter).  It's about time I got something in this case.  Um at then what,

13      interview um with Rebecca?

14   A   Yeah Rebecca downtown.

15   Q   What's that say under 1303?

16   A   Locked or unlocked, Meals on Wheels.

17   Q   What's that about?

18   A   Asking uh Delbert if he knew if the door was locked or unlocked.  He said

19      he didn't test the door so he doesn't know if it was locked or not.

20   Q   Oh that's Delbert's still.

21   A   Yeah I went back to Delbert, he's the Meals on Wheels guy, that was just

22      something I needed to ask him again.

23   Q   Okay are we at the part uh this polygraph on the next sheet?

1   A    Yeah.

2   Q    Okay um so you interviewed William and you interviewed Robert the day

3         of?

4   A    Yes.

5   Q    The first day, right?

6   A    Yes.

7   Q    And then did you interview Rebecca before they all come back for the

8         polygraph?

9   A    This was the same day they all came in that next day at noon.  They were all

10       three in there.

11   Q    And tell me what happens?  This is the day you called them and tell them to

12       come in and discuss the autopsy?

13   A    Correct.

14   Q    So they all three come?

15   A    Yes.

16   Q    And where are they?

17   A    They're sitting in the conference room.  I take William back first.  I take a

18       statement from him and then after the statement I tell him that in cases like

19       these where family members are involved it is important for me to eliminate

20       them as suspects so I asked him if he would take a polygraph.

21   Q    Is that first request made well first of all you ended up you did get a taped

22       statement from Rebecca right?

23   A    Yes.

1  Q  Did that happen before this or does she give you one afterwards?

2  A  I talked to her first.

3  Q  But that same day when they're all down there?

4  A  Yes.

5  Q  And so you get a taped statement from Rebecca and then you do William.

6  A.  Yes.

7  Q  You've not re-interviewed Robert yet.

8  A  No.

9  Q  Then you raise the uh concept of a polygraph?

10  A  Yes.

11  Q  And when you first raise that are you back in the conference with in front of

12     all three of them?

13  A  No we're in the interview room still.

14  Q  Just you and William?

15  A  And Tudor.

16  Q  And Tudor, and so what happens then?

17  A  Then he starts yelling that he's not taking a polygraph, he doesn't trust

18     polygraphs. We're all liars and we brought them down here for a different

19     reason and now we want to polygraph them and so we walked back down

20     the hall and we're going to bring Robert back and ask him the same thing

21     but he starts yelling at Robert that they're going to ask you to take a

22     polygraph, we're not taking any polygraphs so we take Robert back anyway

23     and ask him and he says no he won't take one either.

1   Q   Um you and Tudor and Robert then are separate from the others?

2   A   Yes when we take him back there.

3   Q   And how does Robert express his, him declining a polygraph?

4   A   He's just Robert's always been matter of fact just he doesn't say, he just says

5        I'm not taking a polygraphs that's all he said.  He wasn't yelling or screaming

6        anything.

7   Q   When William was yelling and screaming um did anybody yell back?

8   A   Um probably when we went back out there, there was some yelling back

9        and forth.

10   Q   Were you yelling?

11   A   I might have been, raised my voice a little bit.

12   Q   Well do you remember

13   A   I wasn't screaming.

14   Q   Do you remember what you were saying?

15   A   I told them that the uh all the assets for his mom were going to be frozen at

16        this time until the investigation was complete.

17   Q   Did Tudor do some yelling?

18   A   Yeah I imagine he probably did.

19   Q   Do you remember what he yelled?

20   A   Um I think something along the lines of you know we don't normally get

21        this kind of reactions from family members that don't have anything

22        involved usually they just say yes I'll take the polygraph and we clear them

23        and they're gone.  That's pretty must the jest of the conversation.

1   Q   Do you remember if anyone yelled at William that he killed his mother for

2       twenty-five thousand dollars?

3   A   No.

4   Q   Not at that time?

5   A   Not at any time.

6   Q   Ever, never?

7   A   No.

8   Q   Tudor never said that to him?

9   A   Not that I know of, you can ask Tudor.

10  Q   Sounds kind of like something.

11  A   Yeah.

12  Q   Tudor would say, I can say that.  Uh so then did Rebecca say anything?

13  A   No she was quiet through the whole thing too.  She wasn't upset.

14  Q   And does anybody then ask you about the autopsy that day?

15  A   No.

16  Q   Did anybody say hey you told, does anyone confront you about bringing

17      them down there for that reason but then going in a different direction?

18  A   I think William might have thrown that in when he was yelling about that

19      we were liars and we brought them down for one reason and

20  Q   You don't remember Rebecca saying much at all that day?

21  A   Not really no.

22  Q   And then uh so then in fact you do try to freeze all of her assets?

1   A   Well I mean I get search warrants and get the uh I give that to Sgt. Eads but

2       I don't think um we really frozen anything.  But later on they called and

3       asked if uh anybody else besides William had been charged in the case and I

4       said no so I'm not sure if they released any money to them or not.

5   Q   At uh the next entry in your notes does that say switch cases?

6   A   Yes one of my suspects on another case got picked up so I had to interview

7       him.

8   Q   And then what's that say immediately  below that something?

9   A   Enroute back to 801 N. Shortridge at 4:30 p.m. that day.

10  Q   And what's that D?

11  A   That's the D. Keppler, Dan Keppler's phone number.

12  Q   Who is that?

13  A   That's Det. Keppler in homicide day shift.  I think he was telling me about

14      this report that I'd already researched but it was where Karen Pitman was

15      attacked out there, had her purse taken I think on October 7th.

16  Q   Uh did you ever find where that happened?

17  A   It happened right out there on side the side of her building.

18  Q   Well I think she's in D.  Did they ever describe it happening under this

19      carport right outside building H?

20  A   I didn't investigate the case so I'm not, I don't know exactly where it

21      happened you'll have to ask the robbery detective that went out there.

22  Q   Did you ever interview Kenneth Stanley or Karen Pitman?

23  A   No.

1  Q   I did.

2  A   That's great.

3  Q   That's what they told me.  Um what's this next H 8 we're back with Kevin

4      Walker.

5  A   Yep he said he has seen a Mini Cooper before, may have seen it yesterday.

6  Q   Was he drinking that day?

7  A   Not that I saw him I never noticed that he had been drinking or anything.

8  Q   Whenever you had contact with Kevin Walker you didn't.  And then Tracy's

9      the manager?  She called there's a John again.

10  A   That was a friend of William Rainsberger that called her and said that he

11      received a text.  It was dated October or something and the text came in to

12      him this morning I don't know if she was just telling me that.  John hadn't

13      heard from me for a long time so he thought it was weird when he found out

14      this stuff that, he never, I talked to him on the phone and he just said that he

15      hadn't heard from William in awhile and he got a text about so he just

16      thought it was weird when he found out his mom was, you know if he was

17      just distraught beforehand or what I don't know.

18  Q   Who is this John?

19  A   Some friend of William's.

20  Q   Not the maintenance man?

21  A   No there is no maintenance man named John that I know of.

22  Q   Received a text from William Rainsberger what's that say?

23  A   Left in mid October.  Unless he use to be a maintenance man I'm not sure.

1    Q    Text came

2    A    To him this morning.

3    Q    To him this morning.

4    A    So he must have left in mid October maybe that's the John he was talking

5         about that doesn't even live there anymore or work there anymore.  So that's

6         the guy who he had contact with he sent him and told him about his mom or

7         something he thought it weird.

8    Q    Well I'm wondering how John is telling Tracy this.

9    A    How, he called her and told her.

10   Q    I think it might be John Looney.  But you think John called Tracy to tell her

11        about a text that he got from William?

12   A    Yes.

13   Q    And uh actually John Looney is the one that's a maintenance man that left.

14        But you think that this John, do you have a last name for him?

15   A    I don't.

16   Q    Called Tracy to tell her about a text from William.

17   A    Yes.

18   Q    What's her relationship with John?

19   A    Either he lived out there or something says he left in mid October.

20   Q    Any idea why he would be calling?

21   A    She just said that he had heard that something happened to William's mom

22        and that she thought it weird that he just got a text about it because he hadn't

23        heard from him in a long time.

1   Q   So you think this left in mid October is this John guy either moving out or

2       something.

3   A   Yes that's the way I would take it and I'm not sure.

4   Q   I mean I read it like maybe the text got left in mid October.  Nope text came

5       to him this morning.

6   A   To him this morning.

7   Q   So then what's this about J Lane again?   Oh is this when you recovered

8       hammers?

9   A   Yes we went and took the hammers and the paperwork that was on the door.

10  Q   So that stuff was still there?

11  A   No, yeah it was in the house.  When we left the crime scene tape up so no

12      one would enter.

13  Q   The paperwork from the door?

14  A   Was on the coffee table inside.

15  Q   That was a bag that was hanging on the door knob supposedly?

16  A   Yes.

17  Q   And had that lease renewal stuff in it?

18  A   Yes.

19  Q   Was there also like a door hang tag, flat cardboard like thing?

20  A   Yes.

21  Q   But all that then had been left on the table?

22  A   Yes.

23  Q   In the apartment?

1    A    Yes.

2    Q    So you're at the scene for an hour and fifteen minutes?

3    A    That day yes.

4    Q    Um would you have listed everything that was collected that day or would

5        you just maybe list these 3 things and then Lane would do it more.

6    A    She would, everything she collected she would make a note of. I just wrote

7        down what I was really there to get the hammers because of the autopsy.

8    Q    Did the doctor tell you it was a hammer?

9    A    No he said it was something consistent with a hammer it could be anything.

10    Q    So I can't remember, did you say previously at the hearing that William

11        became your primary suspect after he got upset over being offered a

12        polygraph?

13    A    And after I started getting statements from everybody else about the uh we

14        listened to the 911 call and when he said that her head was caved in and his

15        reaction to the polygraph kind of.

16    Q    You said within a day or two and I can't remember which, did he become a

17        suspect within a day within two days if you remember?

18    A    Well I mean from that point on where I considered him a suspect at that

19        point I also continued to uh to investigate the area around the ports and see

20        if there were any other things going on um that would fit this type of crime I

21        mean this type of crime just didn't make sense to me so nothing I found

22        could compare to it to make me think that somebody else might have been

23        involved.

1   Q   What's that 11/21/13?

2   A   1230 hours on duty HQ.

3   Q   Okay and then okay this is on back of previous I'm getting it now.   Uh

4       Sean's the maintenance man?

5   A   Yes.

6   Q   And Hornsby is a policeman isn't he?  Who's Hornsby?

7   A   No he's a maintenance guy.

8   Q   Oh Sean, Hornsby is Sean's last name?

9   A   Yes.

10  Q   What's that say Tuesday?

11  A   It's Tuesday 11:40 to noon at the apartments said he thought it was the

12      daughter's car.

13  Q   Okay this is on the back of a sheet.  Oh you're at headquarters do you think

14      he called you or you called him?  It seems like a random note where it's

15      placed.

16  A   Yeah I received that from um Tudor.  Tudor told me that and I wrote it

17      down that's why it's there out of place.

18  Q   So you're you come on duty and

19  A   Talk to him about the case, right.

20  Q   And then um Eads calls back tells you what?

21  A   He says that he put a block on the accounts.

22  Q   Was that at the finance center?

23  A   Credit union.

1   Q     Credit union

2   A     (Inaudible) Det. Steve Buchanan faxed 911 request to communications

3   Q     And she emailed you the 911 calls?

4   A     Yes.

5   Q     And then you

6   A     And I got a copy too off the disc.

7   Q     Um who's Sherry Taylor, is a different dispatch lady?

8   A     Yes.

9   Q     And at the very bottom you sent the probable cause and cell numbers or
10        what's that say?

11  A     Yeah I sent them to Det. Berris who was doing the search warrant on the
12       phone records.

13  Q     What's the PC, that might not

14  A     Probable cause.

15  Q     Well yeah you probably didn't do a probable cause yet did you?

16  A     Well I had to do one for the, just a brief one, to get the search warrant for
17       the cell numbers.

18  Q     Ah probable cause for search warrant gotcha.

19  A     Yeah, yeah.

20  Q     William's wife what's that say?  Crime lab, cards, blanket?  What is this?

21  A     It's just a list of things I'm going to do.

22  Q     What's that under, before search warrants?

29

1   A   Limited search warrants with the buccal swabs and prints from William and

2       Robert.

3   Q   And what's that does that say cable company?

4   A   Cable company phone calls.  There was a mention that uh they heard Ruth

5       speaking to someone named Michael on the phone and on her television set

6       there was a cable contact that she had with directions on how to work her

7       email said Michael, Michael, Michael, Michael, Michael and the other step

8       is she needed to fix her television when she needed to fix it.

9   Q   Explain that to me again.

10   A   Michael is the person, basically the contact that she calls for when her

11       cable's messed up.

12   Q   Is he with the cable company or with the apartment complex?

13   A   Probably the cable company I don't know why someone from the complex

14       would type out directions on how to fix her television.

15   Q   I'm not getting it you said there was a list of things and it said Michael next

16       to each one?

17   A   Uh huh like he typed it out.

18   Q   And what did this list say?

19   A   It's in evidence somewhere.

20   Q   Oh it is.

21   A   How to the steps to take to turn the television on and get it to where it's

22       suppose to be because her cable, she keeps pushing buttons and messing it

23       up so.

1   Q   Did we talk to Michael?  Where did this come from?

2   A   No I couldn't tell if it came from the cable company.  What do you mean

3       where did this come from?

4   Q   Well this note I mean it just kind of a list of William's, you know a list of

5       things and it just kind of, cable company phone calls, Michael.

6   A   Oh because Kevin Walker I think is his name said that he had heard her

7       talking on the phone to somebody named Michael like a few days earlier or

8       something so I found that thing on the television to show that that's more

9       than likely Michael and had certain calls to the cable company but there

10      hadn't been any for a few days.  So he actually sent her something where she

11      could help fix the, William said most of his calls were about the television

12      from her and how to fix the television.  She had dementia so she was kind of

13  Q   I have one of those, he's 89.  I get all kind of calls somebody was after him

14      yesterday and I told him it was just the people coming to take him to dinner

15      and he should go with them quietly.  18 - 15 hours what's that say?

16  A   Printed reports from the area of 801 N. Shortridge.

17  Q   And those are the five reports that we've discussed that have been provided

18      to me?

19  A   Yes.

20  Q   Typed what?  Case management.

21  A   Typed and updated case management.

22  Q   And this is a list of what, stuff collected or stuff that you were going to do,

23      oh I'm sorry these are, you listened to his statement and made notes.

31

1    A    And made notes.

2    Q    Okay.

3    A    Made notes, yes from Rainsberger.

4    Q    And then the next page is that also just you making notes from

5    A    Yes, continue research at the bottom.

6    Q    Blanket was over her, came from the chair?

7    A    Yes.

8    Q    Breathing

9    A    Rasperly did not touch the blanket, nudged her on the leg, thought she had

10    fallen, went around to the coffee table to the phone, saw the blood, called

11    911 didn't know what happened, thought she had a stroke or broke her hip,

12    blood coming through the blanket, small pool of blood, didn't move blanket,

13    thought maybe it was scabbed over and the blanket was keeping her from

14    bleeding that's why he didn't move the blanket.  Was telling me he didn't

15    touch anything in the apartment, called the ambulance, went through the

16    apartment, went to the front door, closed the apartment door.  My mother

17    has been attacked, someone might have hit her with a lead pipe.  Any tools

18    in the house, pliers, screwdriver, sister was there Monday morning and

19    continued research.

20    Q    Comcast phone number is I don't remember, did we, was her phone with

21    Comcast or did we think that and found out later it wasn't?

22    A    That was just for uh for the television.

23    Q    Okay.

32

1  A   I'm just looking to see what the numbers were so when I could see when she

2       might have been talking to somebody named Michael at Comcast.  So that's

3       a number that'll show up on her phone records this 1-800-266-2278.

4  Q   Internet research, apartment, Michael Comcast, what's that numbers for

5       siblings?

6  A   Yes trying to get the numbers for uh

7  Q   Oh okay.

8  A   The siblings out of State.  Set meeting with Denise for 9:30 on Monday.

9  Q   And this is when you went back and collected credit cards and paperwork?

10  A   Yes.

11  A   Receipts and stuff.

12  Q   Did Lane go with you?

13  A   Yes.

14  Q   Uh do you know if photographs were taken prior to collection on that day?

15  A   They should have been, yes.

16  Q   Um 2:00 o'clock.

17  A   Kroger video.

18  Q   You're waiting for crime lab to return what?  Is this, what's that?  Yeah

19       waiting for crime lab to return

20  A   I went over to uh Kroger to speak with uh security while I was waiting for

21       Lane to get back.

22  Q   Do you believe you sat and watched video this day?

23  A   Yes.

1   Q   Because I'm not trying to

2   A   I just kind of got to where we were seeing what time he came in so that she

3       could make the tapes for me.

4   Q   Because I think later you actually meet with Pullium but we'll come to that.

5       But you do recall watching on the Kroger video I swear originally I saw a

6       video of him walking across the parking lot before you even get within

7       range of the camera that shows the Red Box and the trash can.

8   A   On the way in?

9   Q   Do you remember seeing that?

10  A   I thought I did yes, I might not have gotten everything that I was suppose to

11      get.

12  Q   And the one I seem like, if I've seen it you would have had it but now I don't

13      know where I've come up with this.

14  A   Are you talking about the one that when he has the possible thing in his

15      hand or something different?

16  Q   No that one's from, that has the Red Box

17  A   Right.

18  Q   It just may be 12 foot

19  A   Right.

20  Q   Of sidewalk that it shows.  No this is out it's got the shopping cart places

21      and all the cars and it's clearly the parking lot and it's only as he's walking

22      up to the building from his left and since whatever he's throwing away is in

23      his right hand I was trying to find out if we had anything from the right.

| | | |
|---|---|---|
| 1 | | Pullium tells me there is a camera and we've seen it, it's over there by the |
| 2 | | pharmacy but I don't ever remember seeing that and then when I go back I |
| 3 | | can't find him walking across the parking lot. |
| 4 | A | Right, after I got these tapes she said she couldn't go back.  I even tried to |
| 5 | | get the uh cause I wanted the uh 9:30 that morning I wanted the one from |
| 6 | | the gas pumps too and she sent me the she had video of inside the storage |
| 7 | | area instead of pumps that I asked for.  So when I said you gave me the |
| 8 | | wrong ones she said well they're all gone now I can't get back in there so |
| 9 | | whatever. |
| 10 | Q | But when you're sitting and watching you do remember seeing him go |
| 11 | | across the parking lot? |
| 12 | A | I do. |
| 13 | Q | Do you remember seeing the angle um looking at him from towards his right |
| 14 | | side to try to better see what was in his hand that he's throwing away? |
| 15 | A | I do not.  I don't remember seeing anything in his hand from any other |
| 16 | | angle. |
| 17 | Q | And the Kroger plus cards I can't figure those out, what can you tell me |
| 18 | | about that? |
| 19 | | Turned tape over |
| 20 | Q | Okay what can you tell me about Kroger plus cards? |
| 21 | A | Well the Kroger card was basically you could type in the code off the card |
| 22 | | and tell what time that person was there which helped her find what time |
| 23 | | she'd be looking for on video. |

1   Q   But in some of the uh Ruth had one, William had one and I don't know

2       what, what do you what importance do you see in the uh Kroger plus cards?

3   A   The only thing I mean it was just to help show what time he was in there,

4       show that he bought ice tea and that was basically it.  Just to show what time

5       he entered the store and left the store.

6   Q   Did you look for any patterns of purchases or times and use of Ruth's card

7       verses William's card?

8   A   I don't think Ruth's card had been used it was all and it was mostly yogurt

9       and stuff the day before. He bought some yogurt and stuff but yeah there's I

10      mean there's a print out of when the card was used and what it was used for.

11      It was basically just to find uh cause when he bought the ice tea he didn't

12      actually use his card he let somebody behind him use it.  Had he not I might

13      not have, it would have been a lot harder to find the time he was in there,

14      had he not let that lady use it, cause he didn't use it when he bought his own

15      ice tea.

16  Q   But he called 911 and told you that very day, told you he had gone to the

17      Kroger and gotten ice tea.

18  A   Right, I'm not saying, I didn't say there was anything suspicious about it I

19      just said I wouldn't have known that he was there at that exact time unless

20      he would have unless he wouldn't have used his card we would have had to

21      look harder for it.

22  Q   Well just I'd have gotten the time the 911 call and backed up 10 minutes and

23      watched, it wouldn't seem so difficult to me.   Uh what's the William

1        Rainsberger entry on your next page?  Or is this the next page?  I left off

2        after the bottom of called Comcast request call back.  Am I missing a page?

3  A    Ah there's a page before that.  The last four numbers of the Kroger cards

4        right there.  That's this one.

5  Q    Okay and then on to the next page.  William Rainsberger what's that, what's

6        going on there?

7  A    With William Rainsberger?

8  Q    Yeah.

9  A    Um I was talking to Comcast and uh I believe that was the old uh that was

10      the address he had for Comcast at one time was 997 E. County Line Rd and

11      I was calling about his mom's Comcast.

12  Q    So you found a Comcast account under William at that address?

13  A    At 997 E. County Line Rd. that's the one that they have.

14  Q    And they said they would need a subpoena, did you ever

15  A    Well they wanted a subpoena if I wanted them to tell me who Mike was so I,

16      she said yeah there's Mike's that works here but I can't give any names

17      without a subpoena so.

18  Q    Did you use a subpoena?

19  A    No.

20  Q    Uh what's below the crime stopper story?

21  A    Crime stopper story, 1200 hours Kroger limited search warrant.

22  Q    Okay.  Who's Jeff Taylor oh Fire Communications?

23  A    Yes trying to set up that meeting with Carl Woolridge.

1   Q   And James Barker did he talk to you and tell you anything?

2   A   No he's just somebody from the department that's retired that works at

3       Comcast.

4   Q   It says detective who?

5   A   Uh Craig Hill he had a new case so I had to go help him on a canvas.

6       Update case management.

7   Q   On November 26th you left a message for William to call you.

8   A   Yes.

9   Q   Why?

10   A   Cause I'm getting ready to set up the limited search warrant summons to see

11       if he will come in to do limited.

12   Q   And you left the message on what?

13   A   On his cell phone  331-1059 I believe.

14   Q   And did he call you back?

15   A   No.

16   Q   What did you say in your message?

17   A   Just asked him to call me.

18   Q   So you said hey it's Det. Benner.

19   A   You need to contact me, yes.

20   Q   He didn't like you after well

21   A   Probably not.

22   Q   Maybe, maybe not.  Down below oh crime lab cards something search

23       warrant for William Rainsberger, what's that say?

1   A   Typed.

2   Q   Was that to get a buccal?

3   A   Yes and fingerprints.

4   Q   Then you called Kroger.  What's this Amber after 6:00 p.m.?

5   A   She was an employee there.

6   Q   Why are you calling Kroger now?

7   A   Cause I'm going to pick up I still haven't served the search warrant and I

8       think to get the rest of the stuff from the Kroger plus card information and

9       all that stuff they're printing out for me.

10   Q   Did you ever check with a tool mark expert?

11   A   No.

12   Q   When you made that note were you thinking of what, showing him photos

13       from autopsy?

14   A   Yeah just to see if there were, what other uh weapons could have been used

15       besides a hammer.

16   Q   Anything else you think that you could show a tool mark expert to be of

17       assistance on that?

18   A   You mean beside the autopsy?

19   Q   Yeah just thinking you got photos uh

20   A   I mean there's photos of the skull and everything the damage that was done

21       to the skull and got shaved down so you can see all the damage.

22   Q   Um Tudor spoke to Tracy.  William was there and I can't read the rest.

23   A   Told her not to tell the police he was there.

1    Q    That's Tracy at the office?

2    A    She called Tudor and said that Rainsberger was in there and told her not to

3       tell the police that he came in there.

4    Q    Do we know what he went there?

5    A    I think that's when he probably gave her the note that we went back and

6       picked up.

7    Q    Did Tracy tell you what uh he wanted or what he said other than don't tell

8       the police I was here.

9    A    No just that note that he gave her.

10    Q    Then at Kroger again you met with Amber and you ran the that's when you

11       ran the plus cards?

12    A    Yes.

13    Q    Is that Ruth's or Robert's Kroger plus card?

14    A    Ruth's.

15    Q    Then I can't read anything below that. I was

16    A    I was sitting outside of Ruth's apartment William came out and saw me and

17       went back inside.

18    Q    And that was on November 27th at 4:15 p.m.?

19    A    Yes.

20    Q    Why were you outside Ruth's apartment?

21    A    Just looking around. I went back out there all the time and walked around

22       just to see if anything else popped up.

23    Q    What, were you in a plain clothed car?



1   A   Yes at that time I was in a Crown Vic.

2   Q   So he would just have recognized you by your appearance you didn't have

3        the police garb on did you?

4   A   I was dressed like I am now.

5   Q   You always in a shirt and tie?

6   A   When I'm working I am.

7   Q   Uh I can't read what's at the top of your next page 18.

8   A   Worked on limited search warrant for Robert Rainsberger.

9   Q   Research or what?

10  A   Research mobile roll call which is an app that we have on our computer.

11       Typed in 801 N. Shortridge

12  Q   And then what's that mean?

13  A   Just to check to see what else that's another place where reports can pop up

14       from people that have been stopped over there.

15  Q   So who's Brandy Gaston and

16  A   Just people that came up when I ran that.

17  Q   How's that work?  They would come up because they had been stopped?

18  A   Or they made a report or some kind of contact with the police dispatch typed

19       them in the run.

20  Q   Does that, what's that say before Leonard

21  A   Danard.

22  Q   Danard Leonard what's

23  A   Pickett

41

1   Q   Pickett.  Did uh these five people did you talk to any of them or learn

2       anything about them?

3   A   No.

4   Q   Can you tell me any details about why they popped up, what their particular

5       contact would have been with the police?

6   A   No nothing that caught my attention or I would have wrote it down.

7   Q   Eastgate Terrace Apartments.

8   A   Do the same thing, research.    10th and uh Shadeland there's some

9       apartments over there just to see if anything.

10  Q   Then below that

11  A   Abbey Meadows Apartments.

12  Q   And below that?

13  A   Check the area near the crime scene.  I walked around again.  I checked the

14      buildings that were attached to Kroger over there.

15  Q   What's it say below that?

16  A   Meeting set for December 4th at 1:40 for statement from fireman.   1400

17      hours I'm sorry.

18  Q   Okay here's Pam Pullium.

19  A   Yeah.

20  Q   And this is November 29th and she says you need a search warrant?

21  A   Yes.

22  Q   But that's for the Kroger plus cards right?

23  A   Yes.

1    Q    And then what's this did William use a different Kroger plus card when he

2         bought the

3    A    Ice tea.

4    Q    Ice tea.  Is that a question to yourself?

5    A    Yes, yes.

6    Q    Did that get answered that day?

7    A    Yes he used I already told you he used it or he let the lady behind him use it

8         when he bought the ice tea.

9    Q    How come uh Pam Pullium has, gets three stars?

10   A    Oh uh just because she's the contact for the video and I don't know.

11   Q    Do you think that contacts the video or just the Kroger plus cards?

12   A    It says just the Kroger plus cards.

13   Q    And then what's that say next?

14   A    Finished limited search warrants for Robert and Rebecca Rainsberger.  Need

15        search warrant for Kroger plus cards.  Limited search warrants need signed,

16        orders by Denise Robinson and met with Judge Harvath at APC referenced

17        limited warrants.

18   Q    And then you're going to meet uh Pam on Wednesday.

19   A    At 9:00 a.m.

20   Q    And was that to look at video again and get the actual copies or what?

21   A    Yes.

22   Q    Cause we go back then to 12/4 it looks like you're back out at Kroger and

23        you serve the search warrant on Kroger Pam Pullium.

1    A    Received video.

2    Q    And you received the video that day.  Pam describes sitting with you

3         watching it and you identifying for her what you want.  Was that this day do

4         you think or was it that previous entry in your notes?

5    A    This was the day where I told her everything I needed.

6    Q    But I mean do you remember sitting there watching with her and saying I

7         want that?

8    A    This day?

9    Q    Any day.

10   A    Yes I mean I told her I wanted everything basically that she could find.

11   Q    But you remember sitting and watching video with her?

12   A    The first day we did just to see what time it was but this time I don't know if

13        I actually watched it all with her that day or not.  I just told her what I

14        wanted, everything she could find.

15   Q    Um oh I'm sorry I kind of want to make sure I have everything cause there's

16        a difference between my first set and my second set.  Is your next page at

17        the very bottom does that, do you uh print statement from Robert?

18   A    Yes.

19   Q    And then uh the next page the very last thing is the taped statement of Carl

20        Woolridge?

21   A    Yes.

22   Q    And what's that last line say, green?

23   A    Green cloth over her head.

44

1  Q    And

2  A    Glasses in hand.

3  Q    And 14

4  A    41 end statement.

5  Q    Did you take um on these statements William, Robert, Carl do you take

6        notes before hand, do you do a pre interview?

7  A    No.

8  Q    You just go straight to recording and take your notes during the recording?

9  A    During these ones I did.  Sometimes I do it before but no I didn't for these.

10  Q    And then next uh 11/19/13 phone records.

11  A    Yes.

12  Q    Cause Robert's phone then William's what's that say?

13  A    William's cell calls Robert again at 14:44.

14  Q    Is this the entry, where did you get this information?

15  A    From the phone records.

16  Q    Remember there was  375-7841 I think is Ruth's landline is that right?

17  A    Yes.

18  Q    And someone originally was thought of this at one time but it's an often

19        (inaudible) because it got routed through Chicago.

20  A    Yes.

21  Q    I think in your testimony you said that Berris came up with that so are these

22        notes what Berris is telling you or is it you, is this note you looking at phone

23        records?

1   A   This is what I wrote down after looking at the phone records.

2   Q   And what day was this?

3   A   Um 12/4.

4   Q   Okay and you meet with Denise and does she do you talk about charging or

5      not charging?

6   A   Yes on December 4th I got a new case too that's why there's a gap there.  I

7      got a new case on December 4th so I left this for a minute on the 26th I sent

8      a rough PC to Denise and then ended up, meet with her on New Year's Eve

9      which is 10:00 a.m. on Tuesday.

10  Q   And on the 27th uh is this an email to Pullium?

11  A   Yes.

12  Q   And what did you want?

13  A   Sent message reference receipt.

14  Q   What's that about?

15  A   It's just the receipt that for the ice tea.

16  Q   To get it or?

17  A   Just to make sure yeah that I got a copy of it and any receipts that she had.

18  Q   Would you have a copy of that email to Pam Pullium on that day?

19  A   Uh I don't know I could check to see if I still have my sent items I don't

20     know if I would have erased that yet or not.

21  Q   Do you sometimes copy it for the file?

22  A   Sometimes but.

23  Q   So you meet with Denise?

46

1   A   Yes.

2   Q   And how did that go?

3   A   Um it uh she gave me she wanted me to seek financial info for Ruth before

4       she made any decision.

5   Q   Maybe you can tell me now uh I've got stacks and stacks of sacks of bank

6       records and uh what do you find in them, anything suspicious?

7   A   What do you mean by suspicious?   I mean I, she supposedly had like

8       $89,000.00 in assets or whatever.   I don't know what's suspicious about it.

9   Q   The uh so you've got, okay on Ruth's finances you have uh $89,000.00 in

10      bank accounts and then the life insurance policy?  Right?

11  A   I'm not completely clear on what kind of financial I just knew that the

12      whatever I put in the probable cause was the amount of money that she had

13      in assets whatever they may be.

14  Q   And you got that information from whom?

15  A   Well I did a search warrant on the financial credit union.

16  Q   Have you ever looked at the uh estate documents in probate court?

17  A   No.

18  Q   Have you ever contacted the lawyer that processed the estate?

19  A   No.

20  Q   And handled all the legal action with regard to inheritances and distribution

21      of money?

22  A   No.

1    Q    So when this uh cousin calls you and says Blanche, William got Blanche to

2         sign over $10,000.00 did you do anything, any investigation to find out if

3         that was true other than talking to Blanche and the caregiver and the cousin?

4    A    No.

5    Q    And so do you know the lawyer had any involvement in that or the estate

6         reports any of that or what the actual amount was?

7    A    No.

8    Q    The youst tells you the caregiver that there's another caregiver, did you ever

9         interview the other caregiver?

10   A    No.

11   Q    Did you ever find out who the other caregiver is?

12   A    No.

13   Q    And then uh back then on the 31st, New Year's Eve, you're meeting with

14        Denise Robinson and she gives you a to do list.

15   A    Just basically to seek the financial info.

16   Q    Uh search warrants for uh financial records, right?

17   A    Yes.

18   Q    And then we got Delbert Pickens?

19   A    Yes.

20   Q    You seek some financial records, right?

21   A    Yes.

22   Q    Oh that's a post it, what's this post it all about?

48

| 1 | A | The uh Dallas Cowboys hoodie that was turned in that was found in the |
| 2 | | laundry room. |
| 3 | Q | Okay at 800 Shortridge. |
| 4 | A | Yes. |
| 5 | Q | And on January 26th this Tracy, is that the manager? |
| 6 | A | Yes. |
| 7 | Q | And why does, why do you have an entry with her? |
| 8 | A | I just probably checked in with her to see what's going on. |
| 9 | Q | Is this when you get the call about a bloody sweatshirt behind the washer |
| 10 | | and dryer? |
| 11 | A | That was February 5th when they called in and said they found the uh. |
| 12 | Q | So this post it goes to. |
| 13 | A | Something I left out. |
| 14 | Q | The February 5th? |
| 15 | A | Yes. |
| 16 | Q | Okay on January 26th any idea what you talked to Tracy about? |
| 17 | A | Just to see if she probably heard anything else about what's going on.  Did |
| 18 | | anybody talk to her? |
| 19 | Q | What's blacked out, oh was that her phone number? |
| 20 | Pros | Yeah it's a phone number. |
| 21 | Q | Do you know if that's a personal phone number, or a work phone number? |
| 22 | A | Um I think it was work. |
| 23 | Q | Can I have it? |

1   Pros   I'd have to double check that it's not her personal.  I care about people.

2   Q      Yeah, yeah oh I'm a real threat to Tracy.

3   Pros   If you'll remind me I'll double check that.

4   Q      This is the blood sweatshirt I got excited about that I thought was in the

5          laundry room of building H

6   Pros   Yep.

7   Q      And then you very scornfully corrected me and embarrassed me in public, is

8          that the one?

9   A      About what that you thought it was in the same building?

10  Q      The sweatshirt yeah.

11  A      Okay it was in K building.

12  Q      February 5th what's that say?

13  A      Enroute to scene at the laundry room 801 N. Shortridge building K.  Called

14         Jennifer Lane back out there.

15  Q      Building K, building laundry room K, is that a K?

16  A      Yes.

17  Q      Okay and they arrive both crime lab.  What's that I can't read it?

18  A      1630 hours.

19  Q      Okay then right below crime lab?

20  A      Sweatshirt, photographed and recovered.

21  Q      And that was Jackie Goldstein and she found it and then here I've got

22         something that was not in my original production.

1   A   223 I went and got her buccal swab just so I could eliminate her from

2       finding the sweatshirt.

3   Q   No I've got that on the back.  This is on back of previous.  Where'd we get

4       this and what's this about?

5   A   Um this is uh H 10 and H 9.

6   Q   Victoria who?

7   A   It says Victoria and boyfriend that's who lived in H 10.  Somebody named

8       Alfred in H 9 I believe he's the one that's drunk all the time that I talk to on

9       the phone once in awhile.

10  Q   Ah okay.

11  A   You know him?  You want to talk about it?

12  Q   How did this show up here?

13  A   It's probably, I probably got that from Tracy?

14  Q   Yep the drunk guy the mother of his child that has to bring the child for

15      visitation, she's more helpful than the drunk guy because she's not a drunk

16      and she doesn't like the drunk guy and so she tells you a lot about him.  Uh

17      and where did you get these?

18  A   From Tracy.

19  Q   And on what day? See it's kind of random it's on the back.

20  A   Yeah I probably wrote it on a piece of paper when I was talking to uh Tracy

21      the night I wrote that.

22  Q   So that maybe came from the 26th or is it maybe from 5/1 did we really

23      jump from February 23rd to May 1st?

51

1    A    Yes, I wrote it somewhere on my desk or my notebook got messed up  I just

2         opened it up kept it open wrote that   down.

3    Q    So do you remember when you would have gotten this?

4    A    I don't know exactly.

5    Q    Occupancy for H 10 and H 9?

6    A    I don't know.

7    Q    Do you think it's around this time?

8    A    It's sometime during my investigation, yes.  Sometime from Tracy because

9         that's the only person cause that's the only person I probably would have got

10        that from.

11   Q    Did you talk to Victoria and boyfriend?

12   A    No nobody, every time I went out there I couldn't get anybody except Kevin

13        upstairs that's the only one I could really get in contact with.

14   Q    And did Alfred ever tell you anything?

15   A    Alfred told me to get lost he wasn't talking to the police.

16   Q    And then uh Maria called you on May 1st?

17   A    She said she heard the office manager talking about the case.  She said she

18        heard Tracy talking saying all kinds of stuff about the case, so I called Tracy

19        and she said that wasn't true.

20   Q    And did Maria tell you that you needed to speak with Sean?

21   A    Yeah I talked with Sean several times.  He said he didn't see anything

22        significant.

52

1   Q   So what happens between February 23rd when you got the illumination

2        sample from Jackie to May 1st on this case, anything?

3   A   Um no not if there's nothing in there.

4   Q   And Denise.

5   A   On December 4th I got that case and then on January 2nd I got a new case

6        and on January 28th I got a double so I was working on those cases in the

7        interim and got back to this one when I could.

8   Q   And Denise wasn't bothering you during this time checking on that to do list

9        she gave you on New Year's Eve?

10   A   No she was pretty busy.

11   Q   And uh May 22nd how do you decide to meet with Denise and file the case

12        and get a warrant for William Rainsberger on that day?

13   A   That's just uh the date we picked to get together.

14   Q   Do you know when that date got picked?

15   A   Probably the day before or a couple of days before I'm not sure.

16   Q   That's the same day he calls and leaves a message, right?

17   A   I mean, yes.

18   Q   And you're saying you do not speak to him before

19   A   No.

20   Q   Filing it.  It's kind of a coincidental I mean nothing happened on the case

21        from May 1st to May 22nd happened to be the same day that he calls and so

22        I'm curious how that date got set up between you and Denise to do that.

23   A   Just when we both had a free moment that's all that is.

1   Q   And then uh listened to some jail calls, listened to some more jail calls and

2       you met with uh the prosecutors, is this all in order?

3   A   Yes.

4   Q   Some more bank stuff.

5   A   Well we did the search warrant in there somewhere too.

6   Q   The search warrant at his house?

7   A   Yeah do you have those notes?  That page got ripped out too.

8   Q   I'm wondering what this is.  I haven't ran across it yet.  I don't have any

9       Tudor notes.

10  A   That's not my writing I don't know who that is.  Yeah I don't have any Tudor

11      notes either.

12  Q   But I got

13  A   I mean these are notes from my search warrant that came out of this

14      notebook.

15  Q   Okay so you have notes from them.  Okay I'll get

16  Pros  May I ask, did you ask Tudor for notes?

17  A   Yes.

18  Pros  And he said he didn't have any.

19  A   Yes.

20  Pros  Okay.

21  Q   Could you tell him I'm very disappointed with him.

22  A   I'm sure he'll be happy to hear that.  Do you want these?

23  Q   Can I?

1    A      Yeah.

2    Pros   Can I see them just to make sure they're

3    A      This is what I did at search.

4    Q      Searching my client's home.

5    Pros   I just want to make sure, thank you I appreciate it.

6    Q      It's the same office that blacks out my client's dates of birth on my materials

7           like I shouldn't know when my client was born.  June 9th okay so set that

8           aside we got to get the first page and those two pages we can put those in

9           order.

10   Pros   You going to put them under or do you want to discuss these real quick?

11   Q      Yeah I better read them let's see.  Oh good God.

12   A      I got another case on June 5th that's why I had to wait until June 9th to do

13          the search warrant on his house.  We were suppose to find the firebox right

14          is that what you're talking about?

15   Q      Okay I'm going to start with these and then go we'll go back, take a break

16          and I'm gonna copy them so I can ask questions so I can write because I

17          can't read them.  What's this Frank is that the next thing?

18   A      Uh what's it lead off?

19   Q      I don't know.  Okay uh June 16th you met with the prosecutor how did that

20          go?

21   A      Oh Marielle Vincent?

22   Q      Was I on the case yet?

23   Pros   No I don't believe so.

1   Q   Were you guys meeting because holy cow look who's on the case now, is

2       that what happened?

3   Pros   Sure.

4   A   Yeah candles and birthday cake.

5   Q   At 4:05 you did what?

6   A   Place papers in the property room as evidence.

7   Q   What papers?

8   A   That was taken from the search warrant, that search warrant.

9   Q   Gotcha and still need Facebook.

10  A   Firebox just need to put that in there.

11  Q   Okay, Kim Godfrey calls what's she tell you?

12  A   She received claims from William, Robert and Rebecca.  She asked if the

13      other siblings were at all suspects I told her it was still an ongoing

14      investigation.

15  Q   What's this July 11th meeting with prosecutor, news video PIO?

16  A   There was some news video that was out.

17  Q   What does PIO mean?

18  A   Public Information Officer.

19  Q   Why do you go.

20  A   Some kind of statement about it.  I didn't do it that was just notifying that

21      they had done it.  I didn't talk to anybody.

22  Q   Why do you go back out to Jeffersonian Apartments on July 12th?

1   A   Um it looks like I went to try to locate Tracy and she had moved to a

2       different uh different apartment complex.

3   Q   Okay what's is the next the Anita upstairs?

4   A   Yes.

5   Q   What's that about?

6   A   This is stuff once again I found out I got a hold of Tracy and she told me

7       about these people again.  Just confirm that's who they were, Maria she says

8       is a crazy person.

9   Q   Who's Donna?

10  A   Ask about H 8 I never figured out who Donna was.

11  Q   Well what's that note, Donna ask about H 8 black male.

12  A   Ask about that's Kevin Walker that lives in H 8.  I don't know she must have

13      known him or something.

14  Q   Did we ever find Donna?

15  A   No.

16  Q   Did we ever know what Donna

17  A   Never talked to anybody but Kevin.

18  Q   Do you know what Donna would have told us about anybody in the H

19      building?

20  A   Uh I don't know but they make a lot of noise at night or something maybe, I

21      don't know.

22  Q   What about black male in H 10 what's that about?

23  A   That not H 10 that number 10.

1   Q   Oh well I was going to say number 10 but then it looked to me like maybe

2         you were trying to turn it back into an H.  But I'll go with number 10 what's

3         it about?

4   A   That's just something from Tracy saying that there might have been a black

5         male that lived in 10 and stayed in H 10.

6   Q   Did you ever find this person?

7   A   No unless it's the drunk that I ran into out front.

8   Q   Could be a relative?

9   A   Alfred, I doubt it.

10  Q   Oh what's this I spoke to Frank what's that say?

11  A   Uh I spoke to a female.

12  Q   Oh.

13  A   Just one of the numbers off of Ruth's phone that I was trying to call and see

14       who it might be.  Somebody that she didn't know she said she didn't know

15       who it was.

16  Q   What's the rest of this say?

17  A   Doctor numbers, cyber crimes she never called that number.  She called

18       AT&T and confirmed it.

19  Q   What's that about?

20  A   That's the person that owns that number that says she called AT&T and

21       Ruth's number never showed up on there so she doesn't know what I'm

22       talking about.

23  Q   So that's a phone number?

| | | |
|---|---|---|
| 1 | A | Yeah 341-0000. |
| 2 | Q | Maybe you're suppose to ask permission before you gave me that. |
| 3 | A | That is a cell phone so you can't have it. |
| 4 | Q | 341-4 zeros?  What's this here what are these initials? |
| 5 | A | She called AT&T and confirmed it, I don't know what that is.  It doesn't |
| 6 | | look like anything to me. |
| 7 | Q | And then what's July 18th went to bail hearing what's that, oh hearing |
| 8 | | begins, what's that say? |
| 9 | A | Copies of the stuff that you wanted car title, passport, notes Pullium, I went |
| 10 | | to the property room found the registration gave it to Marielle Vincent. |
| 11 | Q | And then there's the whole Pamela Hogan thing? |
| 12 | A | Yes. |
| 13 | Q | Did you, have you ever met with her personally? |
| 14 | A | No just on the phone. |
| 15 | Q | Uh Blanche moved to North Canton, Ohio. |
| 16 | A | Yes. |
| 17 | Q | Ruth had three siblings, 2 sisters, I brother? |
| 18 | A | Yeah. |
| 19 | Q | Paul Miller? |
| 20 | A | Yes. |
| 21 | Q | Who's that? |
| 22 | A | I'm sorry, Blanche's husband. |
| 23 | Q | And below that what's that? |

| | | |
|---|---|---|
| 1 | A | Parkinson's. |
| 2 | Q | Did Blanche have that or did Paul have that? |
| 3 | A | Blanche. |
| 4 | Q | What's this Roxie? |
| 5 | A | Uh Pam's mom that lives in Florida. |
| 6 | Q | Did you ever talk to her? |
| 7 | A | No. |
| 8 | Q | What's that last name? |
| 9 | A | Finnegan. |
| 10 | Q | Finnegan? |
| 11 | A | Finnegan. |
| 12 | Q | Blanche has money she has (inaudible) Pam just found out. |
| 13 | A | There was a murder. |
| 14 | Q | Who told you that, oh Pam? |
| 15 | A | Yes. |
| 16 | Q | Were those, was that her direct words, I just found out it was a murder. |
| 17 | A | Uh huh saw it on Facebook.  When he got out of prison or jail he put it on |
| 18 | | there. |
| 19 | Q | I'm sorry William put something on Facebook about being out of jail? |
| 20 | A | Yes. |
| 21 | Q | Have you seen anything, have you seen that? |
| 22 | A | No that's just what they said.  That sounds |
| 23 | Q | Just shortly after the murder Rainsberger |

1   A   Contacted Blanche.

2   Q   And this is from Hogan?

3   A   Yes.

4   Q   And then what's that say Pam called William?

5   A   Yeah Pam called William spoke about the death.  He told her he didn't want

6       to talk.  Last saw mom the day before, next day found her on the floor like

7       she just hit her head on something, she was just dead.  Also said I have a

8       great sense of loss which he'd said that same line later on the news exactly

9       when they spoke to him.  Or that was before cause when he, when they were

10      walking him down the hall when he's

11  Q   You find that notable why?

12  A   It's very interesting because I have a great sense of loss doesn't really sound

13      normal to me as somebody that's in grief.  But that has nothing to do with

14      the case.

15  Q   Well I don't know it might have something to do with my belief that you are

16      overly suspicious.

17  A   It doesn't matter what I believe anyway.

18  Q   What's that also?

19  A   Also said I have a great sense of loss and also said this on the news.

20  Q   Oh okay.  William calls Blanche, I'm going to

21  A   See you soon.

22  Q   And then please continue.

61

1    A    After getting on, out on bond possible 7/27/14 now he tells Blanche it was a

2         murder.

3    Q    I'm sorry William told Blanche it was a murder?

4    A    That's what this says yeah.

5    Q    And below do you know who, did that come from Pam?

6    A    Yeah this is all Pam's stuff here.

7    Q    And below that Marsha.

8    A    And Blanche talk, William had gone to see Blanche.

9    Q    Who is Marsha?

10   A    The caregiver.

11   Q    Okay 4/17

12   A    Pam talked to William two to three weeks later William visited Blanche.

13        Blanche signed over $10,000.00 check to William.  William wanted to see

14        Blanche's will.  Blanche hasn't spoken to Robert or Rebecca.

15   Q    So you never confirmed this alleged $10,000.00?

16   A    Blanche said that she signed it over to him I mean I confirmed it through

17        her.

18   Q    Blanche said $10,000.00?

19   A    Yes I believe she said that or just she, I don't know if she gave the exact

20        amount or not but she said she signed her part of the check over to him.

21   Q    Do you have any idea how the will read with regard to Blanche what she

22        was suppose to get?

23   A    No.

1    Q    And what she relinquished?

2    A    I do not.

3    Q    Any idea why she would, why she relinquished it?

4    A    That doesn't matter to me.

5    Q    Call us, what's that say?

6    A    If contacted by Hennessy.

7    Q    Who's suppose to call you if I contact them?

8    A    Pam and those guys.

9    Q    Oh have they called yet?

10   A    Um

11   Q    To let you know we've been hanging out.

12   A    Naw I don't think so.

13   Q    Pam's Verizon records?

14   A    Yep.

15   Q    What's why do you have the my case little thing there?

16   A    Um I don't know it's just a search engine for something on the internet.

17   Q    What's that next entry?

18   A    Pamela Hogan's phone statement.  I took a phone statement from her, taped.

19   Q    Oh okay and what's that say, 18?

20   A    18 months to 2 years contact with William.

21   Q    Did you get that she had not had contact with William for that period of

22        time?

23   A    Yes.

1    Q    And then she calls William about Ruth's death?

2    A    Yes.

3    Q    And she tells you that she called on November 21st?

4    A    Yes.

5    Q    Anything confirming that any records?

6    A    No.

7    Q`    July 25th 11 Facebook what's that say?

8    A    William got out on bail.

9    Q    How did, how did Pam know then?

10    A    His face (inaudible) was on Facebook.   She found out about the murder

11      charges when he got out said he just got out on bond.

12    Q    And on July 27th texted William?

13    A    Yes.

14    Q    Blanche said Rainsberger had called and then April 22nd and 23rd what's

15      that?

16    A    Text to William was there to see Blanche.  He was nasty to her $10,000.00

17      will money left for Blanche, William had her sign it over to him.

18    Q    Do you know if any of that's true or just what they said?

19    A    That's just what they said, I don't know.

20    Q    Um but this is from who on the 22nd and 23rd?

21    A    Still from Pam

22    Q    That's still her

23    A    Still her statement.

1  Q  Okay and below that?

2  A  Tracy I talked to Tracy again.

3  Q  Oh.

4  A  Got some further names of people who might have lived there.

5  Q  Did Tracy ever tell you how you could get an entire complete list of people

6     that lived there and when and where through like corporate headquarters?

7  A  No I never really needed the list.

8  Q  Did you, why not?

9  A  Cause I was knocking on their doors.  If they don't answer I mean

10 Q  Well you're getting

11 A  What information do I need from them?

12 Q  You're getting it from her right so you must have wanted it, I'm just saying

13    did you get it?

14 A  Well because by this point most of them are already gone so I was trying to

15    see what she remembered about who was there.

16 Q  8/7 a lot of traffic in and out.  You have Anita Battiff uh assigned to that per

17    Tracy correct?

18 A  Yes.

19 Q  Any idea how many other people lived there?

20 A  No.

21 Q  Okay then on the next page August 13th what's that say?

| 1 | A | Talked to Marsha caregiver for Blanche agreed to meet her in North Canton |
| 2 | | on Monday at 1300 hours.  Blanche's address on 8/18 at 6:30 in the morning |
| 3 | | I'm on my way to North Canton, Ohio. |
| 4 | Q | You arrived at Wendy's? |
| 5 | A | Yes that's where I met Marsha. |
| 6 | Q | Located at oh to meet with Marsha interrogate her, Marsha yeah, took a |
| 7 | | statement, right? |
| 8 | A | Yes. |
| 9 | Q | Blanche's will, Bill wanted to read the will. |
| 10 | A | Yes. |
| 11 | Q | Then you went to Blanche's residence? |
| 12 | A | Yes. |
| 13 | Q | And then mine ends how about yours? |
| 14 | A | Yep. |
| 15 | Q | Okay and has anything been done since then that you can tell me about? |
| 16 | A | Nope |
| 17 | Q | Okay. |
| 18 | A | If I did something it would be in here. |
| 19 | Pros | Do you want (inaudible) |
| 20 | Q | I'm sorry.  Hey look we're going off the record for a minute.  Okay we went |
| 21 | | uh over the uh search warrant notes uh June 9th uh Robert tells you that |
| 22 | | Mary had taken some computer equipment. |
| 23 | A | Yes. |

1   Q   Did you ever follow up with her to find out what that was or get it?

2   A   I tried to call her one time and she said she wasn't she was told by her

3       attorney not to talk to me so I never contacted her again.

4   Q   Uh who told you don't do that?

5   A   Mary, she said that her lawyer told her not to talk to me so I never called her

6       back.

7   Q   Did you ever know who her lawyers was?

8   A   I imagine she meant William's lawyer.

9   Q   Not suppose to imagine.  Uh this is a list and I'm wondering where it came

10      from.

11  A   I wrote this uh as a guide when I was typing my probable cause.

12  Q   And when by this uh it's a list with numbers looks to be done on a legal pad

13      number 1 is no forced entry and then uh runs through number 22.

14  A   Yes.

15  Q   Uh I'm going to go off record again.  We're back on we're going to pick up

16      on number 12 Uh refrigerator 2 wood boxes containing old sterling

17      silverware.

18  A   Yes.

19  Q   How's that related to the refrigerator was it on it or in it?

20  A   It was on top of the refrigerator.

21  Q   And then number 15 interviews.

22  A   No emotion never asked about mom's condition.

23  Q   16?

| | | |
|---|---|---|
| 1 | A | Officer Price, William said on the ride down I don't know if it's a good thing |
| 2 | | or a bad thing if she dies. |
| 3 | Q | 17? |
| 4 | A | Siblings looking to place mom in assisted living. |
| 5 | Q | Mom has 80 to 100,000 in savings and bonds, beneficiary is the 3 kids, |
| 6 | | right? |
| 7 | A | Yes. |
| 8 | Q | Uh number 20 she said she was |
| 9 | A | Last there on Monday. |
| 10 | Q | Okay.  I called William's wife and asked her to |
| 11 | A | Come in. |
| 12 | Q | She said. |
| 13 | A | She would call back and has not done so. |
| 14 | Q | On the back of it what's that? |
| 15 | A | That's just uh stuff that I needed to get to the prosecutor. |
| 16 | Q | That's a list of stuff the prosecutor wanted. |
| 17 | A | Yes. |
| 18 | Q | Was that Denise before filing or Marielle after filing? |
| 19 | A | Um probably after cause I'm thinking I already had the Kroger plus card |
| 20 | | stuff with purchases. |
| 21 | Q | What is the very last thing, media's message? |
| 22 | A | Medic, medics message. |
| 23 | Q | What's that about? |

68

1   A   Just left a message for them to uh

2   Q   Okay um you had a search warrant for William's house but anything for

3        bloody hammers or potential murder weapons or bloody clothes?

4   A   Uh search warrant to see what was listed that we were looking for.  It was

5        the search warrant was based on the phone calls from jail so we were

6        looking for the firebox.

7   Q   Uh you indicated in watching the video that you believed he threw

8        something away that was metallic, how do you come up with that?

9   A   I don't know if I said metallic, I don't

10   Q   Well you said metal object.

11   A   Well I said it just appeared to it just appeared to me to be a metal object.

12   Q   Now I'm wondering what about it made you think metal?

13   A   It didn't look like a straw or anything like that so I just figured it was metal.

14        I said it appeared so I mean just what it appears to be to me.

15   Q   And uh you still have not identified anything that was stolen from her

16        apartment?

17   A   No.

18   Q   Now uh the first interview with William uh he was taken down in a patrol

19        car by a patrolman, no you took William?

20   A   I took Robert.

21   Q   You took Robert so William was taken in

22        Turned tape over.

23   Q   Uh okay the tape ran out and what was I asking you does anyone remember?

| | | |
|---|---|---|
| 1 | Pros | Going through the next set of questions I think. |
| 2 | Q | Oh um police car, uniformed policeman brings William down for his first |
| 3 | | interview, correct? |
| 4 | A | Yes. |
| 5 | Q | Uh was he ever told that he could leave? |
| 6 | A | No. |
| 7 | Q | You had no intention at that time of keeping him so you did not Mirandize |
| 8 | | him? |
| 9 | A | Correct. |
| 10 | Q | Uh was he, I'm sorry, did you tell him he was free to leave? |
| 11 | A | He never asked if he could leave, no I didn't just come out and say you can |
| 12 | | go ahead and take off if you want. |
| 13 | Q | And how was the second interview arranged, that was the hey come down |
| 14 | | and talk about the autopsy? |
| 15 | A | Yes. |
| 16 | Q | And when he left but was he told he was free to leave prior to that |
| 17 | | statement? |
| 18 | A | No I didn't tell him he could leave.  I figured if he wanted to leave he |
| 19 | | wouldn't have came. |
| 20 | Q | There you go figuring again. |
| 21 | A | Uh huh. |
| 22 | Q | Is figuring a lot like assuming? |
| 23 | Pros | It's more like imagining. |

1   Q   Imagining that's kind of (inaudible) um do you know what a CAD/dispatch

2       search is?

3   A   Yes.

4   Q   Did you do that in this case?

5   A   That's just like pick up the run, run history?

6   Q   Yes.

7   A   Yes.

8   Q   Well how many did you get?

9   A   You mean how many dispatches out there?

10  Q   Yeah.

11  A   One CAD should have just been uh the initial scene.

12  Q   Well no I got a list from uh

13  A   From the search warrants and everything too?

14  Q   I don't know, everything and there's 10 1/2 runs per month at 801

15      Shortridge.

16  A   Oh you're talking about running an address, I thought you were talking

17      about running a report for that incident.

18  Q   Okay no this would be just for 801 Shortridge through CAD/dispatch.

19  A   Okay, yes I didn't uh

20  Q   Did you do that?

21  A   I checked for reports, I didn't check for all dispatch runs.

22  Q   Do you have, do they still for crime lab have, how do you make a request

23      for analysis, is that all computerized now?

71

| | | |
|---|---|---|
| 1 | A | You can but I type, I write the cards out by hand still. |
| 2 | Q | And do you have copies then of your cards? |
| 3 | A | Yes. |
| 4 | Q | Uh evidence submission item number 22 the uh 22 is identified as the |
| 5 | | doorknob hanging bag with H 11 written in marker and it was on the coffee |
| 6 | | table. |
| 7 | A | Yes. |
| 8 | Q | Okay and then in that was there a can cooler? |
| 9 | A | Yes. |
| 10 | Q | A yellow smiley face, do you remember that being inside it? |
| 11 | A | Yes. |
| 12 | Q | And then a white envelope from the Financial Center Credit Union was that |
| 13 | | inside it, this says in a group with item 22. |
| 14 | A | Right and that's stuff that was on the table there was probably an envelope |
| 15 | | outside the bag. The bag was just what the apartment complex left there. |
| 16 | Q | Okay, so 22 is basically everything that was on the coffee table? |
| 17 | A | Yes. |
| 18 | Q | Um okay. Tudor had no notes? |
| 19 | A | He told me he didn't. |
| 20 | Q | Well do you believe him? |
| 21 | A | He retired so I know he had some probably at the time I don't know I'll ask |
| 22 | | him again. |

1   Q   Well that is all that I have at this oh wait.  Um at the time, in the transcript

2       from the bail hearing you had indicated that even the doctor thought it was a

3       gunshot wound where did you get that information?

4   A   Um where was that at?

5   Q   Uh at the bail hearing.

6   A   Uh oh okay.

7   Q   There might be I don't know if you got it from medical records or if

8       someone told you

9   A   I have my copy of the medical records yeah but people that had been to the

10      hospital stated that the doctors were assuming, I know you shouldn't

11      assume, but they were treating they couldn't treat her completely, they didn't

12      want to move her to check out the wounds closely but they were they

13      thought it was a gunshot wound.

14  Q   And

15  A   They were trying to stabilize her before they went in and

16  Q   Do you know who told you that?

17  A   It would have been the officer that went to uh, Feuquay, the one that went

18      down to get the clothes at the hospital.

19  Q   And at the time you indicated that William had used his Kroger plus card at

20      9:20 a.m. was that on the day of?

21  A   Yes the 19th.

22  Q   And was that then at the 10th Street Kroger?

23  A   At the gas pumps there yes.

1   Q   Oh at the gas pumps.

2   A   Yes.

3   Q   Okay, that's all that I have.  You got anything to tell me that I haven't asked

4       you about?

5   A   No not at this time.

6   Q   Relevant to this case?

7   A   Not right now.

8   Q   Have you done anything lately?  Have you done anything since your trip to

9       Ohio?

10   A   On this case?

11   Q   Yes sir.

12   A   No.

13   Q   Oaky doky.  Do you have any questions Marielle?

14   Pros   No.

15       End of taped deposition of Det. Charles Benner.


AND FURTHER AFFIANT SAYETH NAUGHT.


_____     _____

Det. Charles Benner (IMPD B4219)     Date