```
STATE OF INDIANA                IN THE MARION SUPERIOR COURT
MARION COUNTY, ss:                     CRIMINAL DIVISION


THE STATE OF INDIANA        )    INFORMATION
                            )    COUNT I
     vs.                    )    MURDER, I.C. 35-42-1-1(1)
                            )
William Rainsberger
W/M  DOB:  ▓▓▓▓/1957
CAUSE NO. 49G011405MR026747
(AS TO COUNT(S) I)
```

On this date, Detective Charles Benner came before the Prosecuting Attorney of the Nineteenth Judicial Circuit and, being duly sworn (or having affirmed), stated that in Marion County, Indiana

COUNT I

William Rainsberger, on or about November 19, 2013, did knowingly kill another human being, namely: Ruth Rainsberger, by inflicting blunt force injuries with a hammer or similar object, at and against the person of Ruth Rainsberger, thereby inflicting mortal injuries upon Ruth Rainsberger, causing Ruth Rainsberger to die;

all of which is contrary to statute and against the peace and dignity of the State of Indiana.

I swear or affirm under penalty of perjury as specified by I.C. 35-44-2-1 that the foregoing representations are true.

_____          5/22/2014
Affiant                          Date

**PLAINTIFF'S EXHIBIT 5**

TERRY R. CURRY
Marion County Prosecutor
19th Judicial Circuit

_____
Deputy Prosecuting Attorney

State's Witnesses:
Det. Charles Benner, IMPD, B4219
Officer M. Price, IMPD, 31326
Jennifer Lane, MCCL
Melissa Wilson, MCCL
Dr. Randy Tashjian, MCCO
Delbert Pickens
Carl Wooldridge
Pam Pulliam