```
STATE OF INDIANA        )        IN THE MARION SUPERIOR COURT
                        ) SS:    CRIMINAL DIVISION 1
COUNTY OF MARION        )        CAUSE NO. 49G01-1405-MR-026747

STATE OF INDIANA,       )
        Plaintiff,      )
    v.                  )
                        )
                        )
WILLIAM RAINSBERGER,    )
        Defendant.      )
```

## TAPED DEPOSITION OF CARL WOOLRIDGE

Q    David R. Hennessy
A    Carl Woolridge
Pros Marielle Vincent

1  Q    This is September 8, 2014 depositions on William Rainsberger. Marielle Vincent for the
2       State and myself for the defense. For Fireman Woolridge he have Kenneth Bacon with
3       IFD accompanying him and he's present in the room for the record. And if you would
4       raise your right hand. Do you solemnly swear to tell the truth?
5  A    I do.
6  Q    And state your name.
7  A    Carl Wooldridge.
8  Q    Where do you work?
9  A    Indianapolis Fire Department Station 43.
10 Q    How long?
11 A    I've been a fireman 17 years.
12 Q    And um on November 19 of 2013 what was your shift and assignment?
13 A    Um I was engineer paramedic on engine 43.
14 Q    And how long have you been a paramedic?
15 A    12 years.

1

1  Q   Do you know Teresa Hall?

2  A   I don't think so.

3  Q   Former paramedic now prosecutor. Um you brought something with you, what all you
4      got in there?

5  A   It's just the paperwork, a copy of my run, narrative that I did that day and a copy of a
6      statement that I give um an officer shortly after the incident.

7  Q   And you've reviewed that then just to prepare for today?

8  A   Yes I have.

9  Q   Have you don't anything else to prepare for today?

10 A   Not really.

11 Q   Um you indicated you met with the prosecutor, was that on this case?

12 A   Yes it was.

13 Q   And when was that? Day, week? Was that to prepare for this or just to meet and greet?

14 A   To meet and greet and go over the statement that I made to the original officer and.

15 Q   How did that run come out if you recall?

16 A   Come in as an assault trauma.

17 Q   And um so you ride on the fire truck?

18 A   I drive the engine.

19 Q   You drive it?

20 A   Yes.

21 Q   A paramedic drives?

22 A   Yep.

23 Q   And what entrance do you go in?

24 A   It's the center entrance into that complex.

1  Q  Were you familiar with that apartment complex before you went there that day?
2  A  Yes.
3  Q  From prior runs and whatnot?
4  A  Yes.
5  Q  Did you know where Building H was?
6  A  The apartment the 801 H Building I was familiar with because we went to a run on a
7     regular basis on that back side of that same building.
8  Q  And what was that about?
9  A  The other run that we went to?
10 Q  On a regular basis.
11 A  It was a medical run.
12 Q  I mean did someone live there that was in poor health or?
13 A  They had an issue, it was a medical run.
14 Q  What are you telling me, they were hypochondriacs?
15 A  Uh due to HIPPA laws I can't tell you nothing about it.
16 Q  Oh well I suppose that might be correct. Huh, it would be interesting now you got me,
17    I'll have to work harder to figure that out. So anyway you knew where the building was?
18 A  Yes.
19 Q  So you were able to pull in and drive right there?
20 A  Yes.
21 Q  When you pull in what's the first thing you see?
22 A  We pull in, we pulled down the end of the building there was a man standing there
23    somewhat flagging us down to stop.
24 Q  And can you describe that man for me?

| | | |
|---|---|---|
| 1 | A | To me he was just a common person, I mean I don't, I don't look specifically to pick out |
| 2 | | and try to remember people on runs. |
| 3 | Q | Any remarkable, length of hair, type of clothing? |
| 4 | A | Mid length hair just dressed common, I would call them worker casual clothes. |
| 5 | Q | Was he smoking a cigarette? |
| 6 | A | At the time we pulled up I could not say one way or another. |
| 7 | Q | In your statement you talk about a brother, right? |
| 8 | A | Yes. |
| 9 | Q | And can you describe him? |
| 10 | A | He was standing off to the side back to the east towards a parking lean to thing. He was |
| 11 | | standing there smoking a cigarette and I really didn't give him much attention and I was |
| 12 | | told that it was his brother as I came back out after we had done some other stuff. |
| 13 | Q | To distinguish him would you say he had shorter hair?  I mean is there a way you can |
| 14 | | distinguish by description so we know who you are talking about? |
| 15 | A | No. |
| 16 | Q | Who told you that was the first guy's brother? |
| 17 | A | I believe it was the guys on my crew. |
| 18 | Q | Okay, any idea where they got that? |
| 19 | A | No. |
| 20 | Q | In your statement he's the one that was smoking the cigarette? |
| 21 | A | Yes. |
| 22 | Q | Okay, so you see the guy waving you to let you know where the thing is, do you have any |
| 23 | | young load and do you have any conversation with him at that point? |

1  A  I came off the truck, I walked up to the man and said and it's my standard statement,
2     what's going on today? I mean that's the way I enter basically all runs when we show up
3     that way they tell me you were called for whatever reason.
4  Q  So what did he say?
5  A  He said that somebody had caved his mom's head in.
6  Q  So anything else?
7  A  I asked where she was, which apartment she was at? He directed me it was the
8     downstairs apartment to the left.
9  Q  Did he follow you in?
10 A  No he didn't I had the officer of the truck that day stay with him and keep him outside.
11 Q  Um because you don't need family?
12 A  I don't need family in there.
13 Q  They generally aren't medically trained.
14 A  That and they just kind of disrupts the scene when you're trying to treat people.
15 Q  And uh are you first in then?
16 A  Yes.
17 Q  Anybody with you?
18 A  We had um two back steppers with us that day, Landon Collin would have been one of
19    them and John Denvry would have been the other one.
20 Q  Do you call them back steppers because
21 A  They ride backwards in the engine.
22 Q  Well I thought maybe they got to stand out on the bumper.
23 A  Not anymore but that's where that name come from.
24 Q  Does anybody get to stand out there and hold on?

5

1   A   Not anymore, not in front of a chief officer anyhow.

2   Q   Is that OSHA or HIPPA that got you.

3   A   The would be OSHA.

4   Q   Some acronym anyway. Acronym we're with the government we're here to help. But
5       anyway um they went in with you?

6   A   Yes.

7   Q   Alright then tell me what you see.

8   A   As we approached the apartment the door was partially opened. I open up I see this lady
9       laying between a couch, like a loveseat large chair and a coffee table.

10  Q   And there's a blanket over her head.

11  A   A small piece of cloth of some sort.

12  Q   And do uh appear at some point to be stuck to the wound?

13  A   Yes it was.

14  Q   And what was did it appear to have both dried and moist blood?

15  A   Yes there was dry and moist blood both there.

16  Q   And the part that appeared to be stuck how would you describe that?

17  A   It was stuck right to the wound area and to the hair to the left side of her head.

18  Q   And from your first looking at it where, before taking the blanket off or anything where
19      do you think the wound was?

20  A   To the left rear corner of her head.

21  Q   More up towards the top, or?

22  A   Well I call it your bump right here.

23  Q   What do you call it?

| | | |
|---|---|---|
| 1 | A | Some of us word where the sutures in your head are you kind of form little knots |
| 2 | | everybody's head is not perfectly round so it would be right in here. |
| 3 | Q | Do you are you a part time methodologist? |
| 4 | A | Nope. |
| 5 | Q | Do you know what they are? |
| 6 | A | Nope. |
| 7 | Q | They read bumps on your head and tell you your future, a good line of work. Well that's |
| 8 | | not helpful to me thought but you uh left top corner? |
| 9 | A | Yeah, left rear corner. |
| 10 | Q | Left rear corner. But now you're talking about a bump. About how far above the ear? |
| 11 | A | 2 to 3 inches. |
| 12 | Q | Alright, so what do you do? |
| 13 | A | At this point it's determined that the patient is still alive at that point I could hear her |
| 14 | | breathing. It was kind of an agonal respiration but she was still breathing. |
| 15 | Q | Agonal? |
| 16 | A | Agonal. |
| 17 | Q | What's that mean? |
| 18 | A | It's a short gasping breath normally seen in people that are not going to be with us much |
| 19 | | longer. |
| 20 | Q | Okay what so what do you do? |
| 21 | A | At that point I really thought it was a gunshot wound just because of the way it looked on |
| 22 | | the back of that. Took a quick glance up to see if there was splatter because we have had |
| 23 | | training do not disturb the crime scene any worse than you absolutely have to, to treat the |
| 24 | | patient. We moved the chair or couch turned it at an angle, the coffee table at an angle so |

| | | |
|---|---|---|
| 1 | | we could make better access to the patient to treat her and at that point is when I went and |
| 2 | | pealed the cloth off her head. |
| 3 | Q | I'm sorry you looked where for splatter? |
| 4 | A | She was there, just looked, scanned the area, it was right where we were at. |
| 5 | Q | Um I'm sorry I forget how long have you been a paramedic? |
| 6 | A | 12 years. |
| 7 | Q | Oh the whole time you're with the fire department? |
| 8 | A | Uh the biggest part of it. |
| 9 | Q | Where were you what did you do before that? |
| 10 | A | I was an EMT firefighter. |
| 11 | Q | Where? |
| 12 | A | The Lawrence Township. |
| 13 | Q | Oh that's where I live.  Um so that's a big deal they all think it's highly suspicious that my |
| 14 | | guys thinks that her head's caved in and you think it's a gunshot wound.  So uh tell me |
| 15 | | everything that made you think it was a gunshot. |
| 16 | A | Just by the way the cloth was and the cloth had somewhat of a hole in it right where the |
| 17 | | wound was and then when I pealed it off there was a mark at that time on her forehead |
| 18 | | that I believed to be an entrance wound.  At looking at it typically on a head wound we |
| 19 | | do not you don't put your hands on it anymore than you have too to disturb any type of |
| 20 | | bone or anything on a head wound. |
| 21 | Q | Well before you take it off though, do you smell any gun powder? |
| 22 | A | No I can't say as I did. |

8

| | | |
|---|---|---|
| 1 | Q | Have you every responded to a gunshot scene in a confined area such as that apartment |
| 2 | | and uh you're the first responder you'd there would be gun powder odor lingering in |
| 3 | | there? |
| 4 | A | The only gunshot wounds that I've responded on I cannot say I smelled gun powder on |
| 5 | | any of them. |
| 6 | Q | And uh you see any shell casings or anything? |
| 7 | A | No I did not. |
| 8 | Q | What kind of things would you typically note at a gunshot scene? |
| 9 | A | The ones I've been on is uh normally a bullet hole in the body somewhere that we seen |
| 10 | | that we end up treating and the only other one was on a I believe it was an officer that we |
| 11 | | went on it was self inflicted and the gun was still present at the time. |
| 12 | Q | So really you've only been on two gunshot runs? |
| 13 | A | I've been on uh 3 gunshot wounds. |
| 14 | Q | Well the self inflicted and the other two were there shell casings or other |
| 15 | A | The one person that was shot wasn't even in the same area that she got shot at and the |
| 16 | | other one we picked the person up outside of a uh apartment complex and it was a little |
| 17 | | chaotic. I knew it was a gunshot wound going in cause we were told that it was a gunshot |
| 18 | | wound over dispatch. |
| 19 | Q | You didn't know where that one was shot either? |
| 20 | A | No. |
| 21 | Q | Well I mean not like where on their body but where in the world. |
| 22 | A | Yeah, I don't know where they were at when they got shot on any of it. |
| 23 | Q | And um so before you take the thing off it's only, I'm wondering why you go straight to |
| 24 | | gunshot, just because it looking like the hole in the blanket? |

1  A  Yes.

2  Q  And that's about it?

3  A  Yes.

4  Q  Can you point to anything else?

5  A  After I pulled the cloth off

6  Q  That uh

7  A  The spot that on her forehead that I thought would have been an entrance would at that
8     point.

9  Q  Okay what, did you do anything else then in there in the apartment?

10 A  Um after we moved that back, got that peeled off cut the sleeve on her robe and her shirt
11    to try to make access to get a set of vitals on her arm.

12 Q  Um they recovered slippers at the, do you remember if her slippers stayed on her all the
13    way to the hospital?

14 A  I do not recall.

15 Q  Do you remember her having slippers on?

16 A  I don't really recall that neither.

17 Q  Do you remember anything about eye glasses?

18 A  She had her glasses in her left hand.

19 Q  And who removed those?

20 A  I don't recall that. I remember that she had them clutched in her left hand.

21 Q  So it's you and the two uh back steppers and uh what do they do, anything?

22 A  One of them helped move the couch back. Basically the back steppers carry in all the
23    EMS equipment uh.

1  Q   Did anyone treat this woman there before she leaves besides you and the paramedic or
2      medical aspect?
3  A   Other than assisting the uh getting the lady on the backboard and stuff they did not do
4      anything to the lady.
5  Q   Then an ambulance is showing up before she's transport, correct?
6  A   Yes.
7  Q   Did the paramedics on the ambulance do anything in terms of treatment inside the
8      apartment?
9  A   No there was nothing done inside the apartment.
10 Q   And where do they first have contact with this lady?
11 A   They came into the apartment. They brought in the backboard with c collar um I don't
12     recall the c collar we use towel rolls and roll the lady over and put her on the backboard
13     to do C spine and lumbar precautions on her.
14 Q   And then they took her out to the ambulance?
15 A   Yes we did.
16 Q   And then you were done?
17 A   I was done.
18 Q   Any discussions with them about gunshot?
19 A   I told em that I believed it was a gunshot wound when they came in cause that's
20     customary to pass off as much as you know to uh next facility of equal of higher rank
21     that's going to be taking care of that patient.
22 Q   Did they say anything in response?
23 A   No.
24 Q   And then uh do you see them do any care, do they start a line or anything?

11

| | | |
|---|---|---|
| 1 | A | That was in the ambulance and I did not ride in the ambulance so I don't know what took place there. |
| 3 | Q | So backboard, roller thing, she goes to the ambulance and you're done. |
| 4 | A | Yes. |
| 5 | Q | Um did you have any other contact then with either of the two gentlemen outside? |
| 6 | A | No, I talked to an officer who was with the gentleman that stopped us when we first came in. |
| 8 | Q | What did he say? |
| 9 | A | I asked him if there was any reason for us to stay for anything further and he said no. |
| 10 | Q | Did you hear any other statements from either of the gentlemen that was there when you were first there? |
| 12 | A | No. |
| 13 | Q | Did you meet the police there? |
| 14 | A | Yes we did. |
| 15 | Q | That happens a lot doesn't it? |
| 16 | A | Typically on a trauma assault we wait for them to get there. |
| 17 | Q | And you did not for a particular reason in this case? |
| 18 | A | Yes there was on the MBT which is the computer in our truck that gives us the dispatch locations, times and it also had a note on it that this particular building had an autistic child that had ran off and we were not to wait on the police, come to find out that child has moved out of that building and it still pops up on the MBT. |
| 22 | Q | Yeah it shows up on the CAD too. But that's why you didn't wait. |
| 23 | A | Yes, uh we thought we were going on something totally different. |

1  Q  Uh alright, have you responded to any other assaults or what turned out to be criminal
2     actions in building H?
3  A  No I haven't.
4  Q  How about the Jeffersonian Apartments?
5  A  I don't believe I know that name.
6  Q  Anything about that fellow that you saw that was waving you down that looked
7     suspicious?
8  A  He just looked like a common person to me.
9  Q  Well did
10 A  I mean nothing, nothing like he had a big wart stuck out on his head or purple hair.
11 Q  Some fellows are saying that he should've been angry over the thing. Was that you, did
12    you say that? I forget.
13 A  His general demeanor, everybody responds to stress differently.
14 Q  Right.
15 A  I will say that. His general demeanor he seemed a little distraught, upset when we
16    showed up, if it had been my mother I think I would have been a lot more upset,
17    concerned however you want to put it but that's just my demeanor on how I would
18    respond to it.
19 Q  Were you the one that said if it had of been your mom you'd be angry about it?
20 A  I'd been angry, I'd want to know who did it and how she was. If she was going to make
21    it.
22 Q  But uh

1  A   And I typically I had asked them questions just on a sick person, are they going to be
2      alright and I realize he was talking to a police officer but I was never questioned when I
3      came out the door.
4  Q   But he was talking to a policeman when you came out the door?
5  A   Yes he was.
6  Q   Okay and so you never after the initial contact you don't ever really have any contact with
7      him?
8  A   No.
9  Q   Um anything else that I've forgotten to ask you from your statement or anything that they
10     thought was important?
11 A   Not that I know of.
12 Q   Okay, you don't know who did it do you?
13 A   No I don't.
14 Q   Well why did this fellow come with you, this Bacon guy?
15 A   It's our general way the fire department operates.  We bring management with us when
16     we go to do these things I guess and I've been instructed that this is the way it worked and
17     this is the first time I've ever had to do it.
18 Q   Is he a fair guy?
19     TAPE ENDED
20     END OF TAPED DEPOSITION OF CARL WOOLRIDGE.