# AFFIDAVIT
## FOR PROBABLE CAUSE

STATE OF INDIANA, COUNTY OF MARION, SS:

Detective Charles Benner swears (affirms) that:

On 11-19-13 at approximately 3:38 pm IMPD 911 dispatch received a call from the address of 801 N. Shortridge Rd, apartment H11. The caller said that someone had bashed his Mother's head in. Officer Lewis arrived on scene along with IFD. Officer Lewis said that the victim's head was covered with a blanket when they arrived on scene. The victim, identified as Ruth Rainsberger, was transported to Wishard hospital in critical condition. The caller, identified as William Rainsberger, and his brother Robert Rainsberger were transported to Police headquarters to give a statement. It should be noted that during the initial investigation, both medic and hospital personnel believed that the victim may have sustained a gunshot wound. The fact that the 911 caller said his Mother's head was bashed in without actually seeing her head is indicative that he may have knowledge of how she sustained the injury.

On 12-4-13 I took a statement from Firefighter Carl Wooldridge. Carl said he was the first to have contact with the caller who was standing outside of the apartment building when Fire arrived on scene. The W/M on scene told Carl Wooldridge that someone had "caved his Mother's head in." Carl went to the apartment door and noticed it was slightly ajar. The victim was lying on the floor between a chair and a coffee table. Carl said it was immediately apparent to him that the victim was breathing even though she had a blanket covering her head. He said the blanket appeared to cover the entire head and not just one side. The blanket was soaked in blood and was stuck to the victim's head. Carl thought it was strange that the caller said her head was caved in when it was obvious that he had not removed the blanket to check on his Mother. Fire and ambulance personnel thought the victim may have been shot and thought it was not normal that there was not any blood spatter on the walls or ceiling. Carl said the apartment seemed to be in orderly condition.

I requested crime lab to the scene and 4439 CSI Lane responded to the scene. A walkthrough of the apartment revealed that there were no signs of forced entry. There were a few drawers in the victim's bedroom that were pulled out halfway with no sign of anyone rifling through the contents. There were a large amount of boxes in a back room that were untouched. There was a lockbox in the back room in plain view that contained savings bonds belonging to the victim. The victim's checkbook, some cash and credit cards were still present inside the apartment. The only blood found on the scene was on the blanket, and on the floor where the victim was found.

On 11-19-13 I conducted an interview of William Rainsberger at Police Headquarters. William said he has been taking care of his Mother on a daily basis for the past few years. He pays all of her bills and has

I swear (affirm), under penalty of perjury as specified by IC 35-44-2-1, that the foregoing representations are true.

_____
AFFIANT

DATED: December 6, 2013

_____     _____
DEPUTY PROSECUTING ATTORNEY         JUDGE
NINETEENTH JUDICIAL CIRCUIT

PLAINTIFF'S EXHIBIT 1

549

## Affidavit for Probable Cause

From: Detective Charles Benner

power of attorney responsibility over her finances. He said he last saw his Mother on Monday night around 6:00 pm. He left her apartment and went to Plainfield to spend the night with his wife. He returned home to 13th Street around 9:00 am on Tuesday morning and just hung out at home all day. He said that around 3:30 pm he went to the Kroger on 10th St and bought an iced tea. He then drove across the street to check on his Mother. He said he checked her mailbox and went out to his car before going to her door. He said when he used his key to open the door it appeared that the door was already unlocked. He opened the door and saw his Mom lying on the floor with a blanket over her head. He walked around a coffee table and put his tea down on the table. He saw some blood on the floor and on the blanket so he called 911. He said his Mom was breathing loudly as if she was snoring. I asked why he didn't take the blanket off to check his Mom and he said he thought he would do more damage by touching her. He called 911, left the apartment after closing the door, and went outside to wait for the ambulance. He also said he had walked through the residence to check for anyone inside before he called 911. I asked William about his Mother's finances and learned that she has approximately eighty to one hundred thousand dollars in savings and bonds that will be distributed to her three children if she were to die.

On 11-19-13 I spoke to Robert Rainsberger who said he had not seen his Mother for a few days. He recently had his home foreclosed upon and moved in with William this past August. He said he was hanging out at home on Tuesday when William called and told him to get over to his Mom's apartment immediately. Robert drove his vehicle to Shortridge and was stopped by police when he arrived. He said his Mother was taken away in an ambulance and he waited in a police car until I transported him downtown to give a statement. I drove Robert to headquarters and he did not say one word on the way unless I asked him a question. At no time did he or his brother ever ask me how their Mom was doing of if they could get to the hospital to see her.

On November 20, 2013 I spoke to Rebecca Rainsberger. She said she usually checks on her Mother once a week and had last been to her apartment on Monday, November 18th. I asked her if she was at the apartment at all on Tuesday and she said no. Detective Tudor spoke to Sean Hornsby who is a maintenance employee at the apartments where the victim resides. Mr. Hornsby said he is positive that he saw Rebecca's vehicle parked outside her Mom's apartment on Tuesday around 11:40 am. I had recently spoken with a meal delivery driver who tried to deliver a meal to the victim on Tuesday at 10:35 am. He knocked on the door and called her number and did not receive an answer.

On 11-20-13 I attended the autopsy of Ruth Rainsberger which was performed by Dr. Tashjian. He determined that the cause of death is multiple blunt force trauma injuries to the head and the manner is Homicide. The wounds were possibly inflicted with a hammer or similar type weapon.

On 11-20-13 I spoke to William and Robert Rainsberger once again at Police Headquarters. I asked them if they would submit to a polygraph so that I could eliminate them as suspects and they adamantly said no, they will not take a polygraph. All three siblings stormed out and I have not heard from them since.

I swear (affirm), under penalty of perjury as specified by IC 35-44-2-1, that the foregoing representations are true.

_____
AFFIANT

DATED: December 6, 2013

_____        _____
DEPUTY PROSECUTING ATTORNEY            JUDGE
NINETEENTH JUDICIAL CIRCUIT

550

## Affidavit for Probable Cause

**From:** Detective Charles Benner

I have not at any time during this investigation, been asked by any of the victim's children if I have any suspects or any other information in reference to this case.

On 11-27-13 I received a call from Attorney Brad Keffer, who said he is now representing William Rainsberger. I advised him I will be requesting a limited search warrant for William to obtain a buccal swab and major case prints. I also received a call from Attorney John Christ, who said he is now representing Robert Rainsberger. I made arrangements for William and Robert to come to Police Headquarters on 12-4-13 so that I can serve the limited search warrants for prints and a DNA buccal swab. Both subjects did show up on 12-4-13 with their attorneys and I obtained prints and Buccal swabs from both.

On 11-22-13 Detective Tudor and I recovered a video from the Kroger store located at 7101 E 10th St. The video showed William Rainsberger drive onto the Kroger lot on 11-19-13 at approximately 3:32 pm. Mr. Rainsberger gets out of the car and approaches a garbage can located near the Red Box video dispenser. Rainsberger appears to pull out a straight object from his person which he places in the garbage can. As he places the item in the trash he appears to look around for cameras. He then steps over to the Red Box and punches some buttons. He looks around again before he enters the store. He enters the store and buys an iced tea which pays for with cash. He appears to let someone in line use his Kroger plus card but does not use the card for his purchase. William exits the store and looks around several times before returning to his vehicle. He leaves the lot and drives to his Mother's apartment where he finds her down and calls 911.

I swear (affirm), under penalty of perjury as specified by IC 35-44-2-1, that the foregoing representations are true.

_____
AFFIANT

DATED: December 6, 2013

_____          _____
DEPUTY PROSECUTING ATTORNEY               JUDGE
NINETEENTH JUDICIAL CIRCUIT

551