Q: This is a statement being given by William Rainsberger. The date is 11/20/2013. The time is 1334 hours. This statement is being given to Detective Charles Benner and Detective Tom Tudor, 3rd floor homicide interview room in reference to case number DP13153344, which occurred 11/19/2013 at 1539 hours. Sir, could state your name, age and date of birth, please?

A: Uh; my name is William T. Rainsberger, age is 56 and my birthday is June 8, 1957.

Q: And address and telephone number?

A: Uh; 7345 East 13th Street, Indianapolis, 46219. Phone number is 317-331-1059.

Q: Alright, and you're not employed at this time, right?

A: No, I'm retired.

Q: Okay. Alright, uh; we went over a lot of things last night. I took a pretty long statement from you. And, uh; some of the things I didn't ask you about were, about your brother, uh; Robert, right? That's your brother?

A: Robert, yeah.

Q: Yeah.

A: Bob.

Q: Uh; you said you spent the night at your girlfriend's house on Monday night, is that right? Or your, or your wife? I'm sorry. In Plainfield?

A: Yes.

Q: And you got home probably some time in the morning?

A: Yeah, I'm not sure what time, 9:-, 9:30.

Q: Was your brother home at that time when you got home?

A: Yeah.

Q: Alright, he, does he work at all right now. Has he been working?

A: Yeah, he, he works, uh; two nights a week. He works at Speedway.

Q: Uh-huh.

A: I don't remember which store, he does there around, stocking inventory and stuff, 'cause the trucks come in all, at midnight. And then his main job is house painting, interior and exterior house painting.

Q: But he hasn't been doing much of that lately?

A: Well he was until maybe two weeks ago.

Q: Okay. So...

A: Because it was...

Q: ... when you, when you got home was he home? Was he up, was he in bed or what was he doing?

A: Good grief, uh... I'm not sure I remember. Uh; honestly it was just...

Q: Do you remember seeing him that day when you got home?

A: I'm pretty sure, yeah. I think he was just hanging out in his room on Facebook or something.

Q: This would have been yesterday, right?

A: Yeah.

Q: Okay.

A: Yesterday morning. 'Cause I spent the night, well, I play poker, we play poker every Monday night. I went out there. Poker starts at 7:00. I spent the night at my wife's house and then I got home, I think at my place like 9:30. I'm not real sh-...

Q: Alright, and what, what did you do the rest of the day then?

A: Not a lot. Uh; I started reading a book, uh; I think I did laundry, uh...

Q: And did you see your brother during all this time during the day or...?

A: Yeah, he was there.

Q: Was he there the whole time, even when you had left to go check on your mom or...

A: Yeah, 'cause when I left I said, 'I'm going to check on mom.' And he said, "Okay." I think he was watching TV.

Q: Alright. And then you went over and checked on your mother and then you called him and told him what had happened?

Statement of William Rainsberger, #2     DP130153344     Page 2 of 13

A: Yeah, I was trying to, I was telling my wife about it and I can't remember if I texted him or I called him or both.

Q: Okay. When you...

A: I'm not, I'm not sure who I texted and who I, uh; I got there and then I was there for a little bit and then I texted him. I said get over here now.

Q: Okay.

A: And...

Q: Let's just go over real quick, again what happened when you first got there. Did you check the mail and get the mail and go out to your car before you went into your mom's apartment?

A: I got the mail, she had a bank statement and I got, uh; there was something on her; hanging on her door. It was a plastic bag with a, a cozy, a phone drink holder; uh; with a piece of paper in it. And I thought it was like an ad for a bar or a Chinese restaurant. They get, uh; uh; they get flyers in their doors and tact up inside for, uh; Chinese delivery and pizza and daycare and fast food stuff. So I had the, a bank statement and my ice tea and this thing in the bag. And I went out to my car and I was just going to leave the stuff there. And I thought, well, I'll just, I'll just show her, you know, try and show her things to keep her mind engaged. Like I showed her Facebook. You know, my phone just showed her that this is what this is. Anyway, and I thought well, I'll just, I'll show her the bank statement and, to make sure she knows, you know, good it's there and I'll show her what the numbers say. And on the back and the, uh; door was unlocked and we went ahead and she was laying there.

Q: And what did she look like when she was laying there? Could you see her face or...

A: Her, there was... she was laying on her left side. And I couldn't see much of her face or shoulders because there was that blanket thing over her.

Q: Okay. What color was the blanket? Do you remember? Or do you know where she kept that blanket?

A: The blanket was, uh; usually on a chair. She had a...

Q: The one she was sitting on, that she usually sat on?

A: It was a gigantic chair.

Q: Uh-huh.

A: And she has this blanket. I think it's, she got it for donating the World Wildlife Federation or something's got panda bears on it, if it's the one… that's the one I always thought it was. And it's, it's a… I can't remember if it's blue on one side and green on the other or if I had a similar one that I got from work.

Q: Okay. So she was covered up so you couldn't really, was she breathing could you tell?

A: Yeah.

Q: Okay.

A: She was breathing, uh; rasp, rasp-idly… (making rasp sound)… or like that.

Q: Did you try to take the blanket off of her to look at or ask her if everything was alright or…

A: I nudged her and I said, 'Mom! Mom!' And then I realized that I, I thought she had fallen or when I, I realized she was unconscious. And then I went around to the, there was a coffee table and she was here. And I went around where the phone was and set my stuff down. And then I noticed all the blood. And then I started freaking out kind of. And I called 911. And, uh; I didn't know what on here that happened. It looked, at first I thought she either fell or had a stroke or broke her hip or it's something like that. It's like why, why would she be laying there unconscious. It' sounds like a stroke. And she broke her hip. She wouldn't lose consciousness. If she's fallen and hit her head it seems like there would have been blood or something on the table. Or I didn't know. It just seemed like a lot of blood for hit, for you hitting your head on the table, but I, I don't know.

Q: So even with the blanket over her head you could see blood?

A: Well, there was blood coming through the blanket. There was blood, uh; like a small pool of congealed blood. Uh…

Q: So you could see all that when you got to the other side of her?

A: Yeah, then I started, I think her heart rate went to about 200. Then I called 911.

Q: Did you try to take the blanket off to look at her then or…

A: No, because the ambulance dispatch kept asking me if she was breathing. And I said, mentioned this before it's like, you know, if you got blood coming out of your head and you're breathing you're probably breathing

okay. That's as good as you can do. Okay. They said get a cloth and put it on your head and I thought, I'm not touching this, because I don't know if the blanket that's there, I don't know. I thought, well, maybe it's scabbed over. Maybe that's the only thing like keeping the blood from starting again. So I didn't' touch, other than to poke her leg, I didn't touch her or the blanket or, or anything. I'm not sure I touched anything at all other than I sat my stuff down and set the letter down. And the, the cozy thing. I touched her to see if she was around. And I touched, I opened the front door obviously. I'm pretty sure I didn't touch anything else in the apartment because…

Q: Did you use your cell phone or the, or her phone to call?

A: I used a land line. My cell phone has been. I don't know what's going on. I used the cell, the land line, 'cause I figured that would be quicker. It's a real land line. And I…

Q: Saying there's something wrong with your cell phone?

A: It's been rebooting lately. So, and I don't know if it works the same, like, if you call 911 from the cell phone I don't know if it knows where I am really. So if that, what's she got a land line; I'll just use the land line. So that just see (Inaudible)…

Q: What did you do before that when you were waiting for the ambulance, what were you doing after you made the call?

A: I called them and, uh; I, I looked at her and I went kind of here and there's a little hallway and I went, I wanted to look around to see, if, you know, I know if there's a broken window or I don't know what I was looking for. I mean, I was just looking around to see what the hell was going on. I went to the door of her bedroom and looked in and saw the, the dresser. The drawers were open. And then I looked, I don't know. I'm not sure I remember where it, well, well, I left. Actually, I went to the front door. Uh; pulled it behind me. I don't think I latched it. And…

Q: So you closed the door?

A: I, I closed the door of, yeah, from the outside. I pulled it and I don't remember if I pulled it shut or if I…

Q: Was her mouth still breathing at that point?

A: Yeah, she was, it was very loud. It sounded like, uh; almost like snoring. It was like… (making snoring sound)…kind of labored and, and raspy. And I went out and I pulled the door behind me just in case somebody was doing their laundry or whatever. And I went out and, uh; went out the front door of the building and I stood in front, by that time, I could hear the

sirens of the fire department. And then I saw them pull in off of Shortridge and they kind of stopped at Shortridge and the, the apartment drive and, uh; we jumped up and down and waved at them, 'cause, you know, H11 doesn't really tell you much. So I jumped up and down and waved at them. And then they came and…

Q: When you dialed 911 what's the first thing you said? What did, what did you tell them was going on there?

A: I called 911 and I said, I'm not real sure what I said. I was pretty agitated. I said my mother's been attacked in her apartment and I need an ambulance. And the first time we called them, the person kept asking me if there was, if there was new triggers still there. And I kept saying no. And they, I, I don't know. I don't, you know. I know you guys got this on tape. I'm not sure what I said.

Q: Right.

A: It seemed like the first person was like really intended on knowing whether there was an intruder there.

Q: Right.

A: And I kept saying no. And I went, what the…?

Q: So when did you jump from she might have fell and hurt herself to somebody attacked her?

A: When I went around to the other side to call 911 to get an ambulance I saw the blood and then I figured you, you don't have that much blood just from falling and hitting your head. You don't, well, you know, it looked like a cup of blood congealed next to the blanket. And the whole, the blanket was on the top of her head. This whole area was bloody. I mean, it was just massive blood loss. So I, I mean, I see people fall and hit their head. I've never seen anything like that. So then the next 911 dispatch I called I said, again, 'My mom's, my mom's been attacked. She's in the apartment, blah-blah-blah. And then they put me through to ambulance dispatch. They were the ones that kept asking me if she's breathing normally. Which I thought was the stupidest question I ever heard, because I don't know what's normal for head trauma or whatever. I didn't know what had happened. And so I said, 'Yeah, she's breathing normally.' And then that's the ones that said, "Well, get a clean cloth and put it on the wound and hold it in place." And that's when I decided that I might be doing more harm than good. I didn't want to move the blanket. I didn't want to put a cloth over her head. I didn't want to touch her, you know. I watch CSI, well, I watch cop shows. You're not supposed to touch anything unless there's a reason. So, uh; I left her because at that point the blood, I could tell, the blood had congealed. There's blood on the blanket. There's

blood here. It's congealed. It looked like, I don't know, but it was gross. And I didn't want to move the blanket or touch her or move her head or anything, 'cause I didn't know what was going on. It just looked to me like somebody bashed her head in or something, hit her with a lead pipe. I don't know. So at that point...

Q: Did your mom keep anything like that in her apartment?

A: Not that I...

Q: Nothing like a lead pipe or anything?

A: I don't even know if they make lead pipes anymore.

Q: (Inaudible) ... tools? Tools?

A: I don't think so. I think she has a pair of pliers.

Q1: Okay.

A: She had, uh; maybe a screwdriver. I use, I know I used the pliers a couple weeks ago to change the cable box out, but she didn't keep, uh; I don't, I don't know if she had any, anything else. I know she has a pair of pliers, 'cause we used a pair of pliers. I don't know if she had anything else.

Q1: Okay.

A: I, she had a lot of stuff. She had a lot of books a lot of clothes, a lot of knick knacks and lamps and stuff.

Q1: When's, when's the last time your, your sister saw her, you know?

A: I think she was there Monday morning.

Q1: Monday morning?

A: My sister comes over every Monday and brings her laundry, takes away the laundry that needs to be washed, uh; changes the bedding and just, you know, look around and takes the trash out if you need to; whatever. So she comes every Monday pretty, pretty regularly. 'Cause I don't want to do, I don't want to do my mom's laundry, really.

Q1: Right.

A: And I, I do the bedding or, you know, do anything else, but I, I don't...

Q1: Well, I understand.

A: Yeah.

Q1: Yeah.

A: So, so she would have; I don't know what time she would have left.

Q1: Alright.

A: I, I don't know. She usually comes late morning.

Q1: Okay. Nothing else.

Q: Nothing else you can think of?

Q1: Huh-uh.

Q: Anything else you can think of that I, came to mind overnight or that I haven't asked you or...

A: Uh; no, I've been, I've been...

Q: ... you may, might want to talk about anything else or...?

A: No, he's, no. He said, uh; I talked a lot.

Q: Huh?

A: He said I talk a lot, 'cause he was waiting. He was like...

Q: Oh, yeah.

A: ... how long... is he going to, how long... you know.

Q: Oh.

A: What's he going to say?

Q: And did he say anything about what happened last night or anything? Tell me what happened to your mom; did he talk to you about that at all?

A: Well, we talked about, we went down to Wishard and then, and... it's actually the wife of one of his close friends; happen to be a nurse. So now, you know, and, uh; so we talked some there and then (Sighs) we got home. I took him to the apartment to get his car.

Q: Right.

A: 'Cause it was still there. And he had taken me to; anyway, uh; and then we went home and I, I don't know we chatted about something, like nothing real meaningful and then I went to bed. I was beat.

Q: Okay. Can you take a look at this and see if you noticed whose writing that is?

A: (Inaudible) last night?

Q: Yeah, really.

A: That's my brother's writing.

Q: Yeah, have you ever seen that notebook before?

A: No.

Q: Can you read a little bit of it and tell me what he might be writing about if you have any idea?

A: Exoneration for forbearance release. Find away to forgive without giving up her principles as often (Inaudible) can. Exoneration wiping the slate entirely clean of destroying a relationship to the full state of innocence. It had before the harmful action took place. Action, genuine accident, child and loving, feels didn't truly understand person is truly sorry. Take full responsibility no excuses. That's forgiveness. All for if offender makes it says exoneration offender. I trust God of course, but I want to understand and I trust Pops to make everything right with the family car. (Inaudible) And I was there; what's that? (Inaudible) you was at work. Robert, you think too much. What main course takes the longest prep time? Different forms of exoneration forbearance release. I'm looking at release consider all the options. It's the least of the options not (Inaudible). It's because of declaring all the trust, not just in God, but in the other parties, we'll have to drop things right where they are. Walk away; there are times when things get so antagonistic. I don't... you want me to keep reading?

Q: No. I mean, does that sound like something he'd write before or you ever seen anything like this or...

A: I accidentally saw one of his notebooks. I don't pry into his stuff. He's, uh... I'm questioning that things got done. And we trusted pops to make things right with the family car. So...

Q1: What does, what does that mean to you? Trusting Pops to make things right with the family car, what does that mean?

A: The family car? Still want to know what he did with that... well, there's a couple of things this could mean. Uh; he could be working on a story, uh; he usually writes poetry and he's, he's the writer in the family.

Q1: Pops, have you ever heard him use that expression

A: We called our father dad.

Q1: Hum?

A: I've never heard the expression Pops. And I'm not sure what making things right with the family car means. That doesn't. I know there's, he had a... my dad was a dick. I believe there's no other way to put it. He was not a pleasant person. Uh; and they got divorced probably when my brother was 5 or 6. I'm not sure what he means by making things right with the family car.

Q1: What do you think he means by this, 'the action and the person'? What do you, what do you think he meaning by that? I mean none of it makes any sense really.

A: Exoneration wiping the slate clean and restoring the relationship to the full state of innocence. It had to be for a horrible action. Genuine accident, child and loving feels to truly understand. Person is truly sorry takes full responsibility. No excuses, ask forgiveness. This is probably this.

Q1: Right.

A: And then...

Q: But why is he talking...

Q1: But why is he talking about that, in this why?

A: Why is he talk... why is he writing this stuff?

Q1: Yeah.

A: He writes in his notebooks all the time. He's got other; I think he's got other notebooks. I've seen him writing in notebooks so that...

Q1: But that's...

A: I accidentally saw them.

Q: Yeah, just reading this.

A: Yeah.

Q1: It's here, it's there, it's… there's nothing that's fluid. There's no story to that. I, it's just you got this then you jump over here to the back and…

A: He…

Q1: I'm just asking you your interpretation. He's your brother. I don't know.

A: He's the religious one in the family, the moral religious. I'm, I'm, I'm Christian and I don't go to church. He doesn't go to church either…

Q1: Okay.

A: … but he's a little more… like he'll put something on Facebook, like a bible verse (Inaudible).

Q1: Okay.

A: Uh; I have notebooks about political stuff that wa-, is jumbled. Actually, probably more jumbled. What he's talking about is Christ redemption in light of something that may have happened in the family.

Q1: Okay.

A: Uh; religion requires forgiveness. I think he's trying to come to grips with the fact that he was essentially by our father. My dad was… (Sighs)… I'm not sure what all happened. My sister could explain where I've heard that he cheated on my mom. He didn't give her any money to take care of the household. He was only home one day a week.

Q1: Okay.

A: And when he was, when my brother was 6 years old my dad moved to Florida. So my brother spent, he's probably spent as much time in the City-County building as he spent quality time with my dad. And, and my dad didn't do much of quality time. He'd come home on Saturday afternoon or evening. We'd have dinner. We go to church the next morning. And we'd have dinner. And he would take off for Illinois or Chicago or some place on his job.

Q1: Okay. So his…

A: Between, between that, that mess, which has been a problem, you know. And then getting foreclosed on…

Q1: Okay.

A: … I think he's just going through a bunch of crap. He's been writing a lot.

Q: Did he get along alright with your mom?

A: Oh, yeah.

Q: They got a long good?

A: Yeah. My brother is, I don't want to put words in your mouth. My brother's a very peaceful person. He got attacked a couple of months ago at Speedway station where he works. Some guy clocked him just cold cocked him, just, not cold cock. He sucker punched him.

Q: Uh-huh.

A: Because that guy and his girlfriend were walking out of the Speedway. My brother looked at his girlfriend. And he said was quite beautiful. And this guy comes out of the Speedway and just sucker punches him right there.

Q: Hum.

A: In fact he may still have the scar right there.

Q: Has your brother been having troubles with an old girlfriend too, like uh; last summer?

A: Yeah, and I'm not sure what happened. He got a restraining order; as I'm sure you are aware of. Uh; he's kind of... I haven't asked him really about that. I know he got, she got a restraining order against him. Uh; I think he was, uh; what little I understood was he was being kind of a clingy, annoying guy. And then the restraining order was... here's how much faith I put in him. She didn't show up for the court date.

Q: Okay. Alright.

A: So, if my brother, my brother ever hurt a person or ends a life, I'd be shocked.

Q1: Okay.

Q: Is there anything else you can think of about what we've been talking about?

A: No, I, I; in fact I just went through and explained to, to my wife what that little, left the blood out and all that stuff and I, it just still seems like such a bunch of... I have...the only thing I can think of that would be of any help is that there are people around there who go through there, walk through there. There were people in that neighborhood who are of less means than the rest of us, who are into drugs. I don't think it's, I wouldn't say it's well known, but it was, it's unusual for s-, for a little old lady who lived by herself on the end unit in the basement and maybe they thought she was an easy target. I don't know. That doesn't make any sense to me.

There's, I think about God in terms of what has happened; I'm not getting the full picture of what God's intent is. So that's the (Inaudible).

Q: Okay. Alright. This is the end of the statement being given by William Rainsberger. The time is now 1402 hours.

END OF STATEMENT

alr
IMPD
02/04/2014