Q: This is a witness statement being given by Robert Rainsberger. The date is 11/19/2013. The time is 2002 hours. This statement is being given to Detective Charles Benner at police headquarters 3rd floor interview room. It's being given in reference to case number DP13153344, which occurred on today's date, 11/19/13, approximately 1539 hours at 801 North Shortridge Road, Apartment H11. Sir, can you state your name, age and date of birth, please?

A: Robert Rainsberger, 51, 1/12/62.

Q: And what's your address and telephone number?

A: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q: Is that a cell phone?

A: Yes.

Q: Okay. Did you guys have a home phone on?

A: (Nonverbal response)

Q: Okay.

A: No.

Q: Are, are you employed, sir?

A: Uh; off and on, yeah.

Q: Okay, you're not employed at the moment?

A: No.

Q: Okay. So you didn't work today?

A: Huh-uh.

Q: Okay. Alright, alright, Mr. Rainsberger the, an incident occurred today when we went to your mother's house there at 801 North Shortridge. Can you tell me in your own words how you became aware of the incident?

A: I was at home. My brother called me about, it was like twenty until 4:00. He said, "Get over here, quick!" And so I got over there. There was already a fire truck. I think the ambulance pulled up right after me, but I don't, other than that I don't know anything other than hearsay from what you guys mentioned, you know, after being in there.

Q: Okay.

A: I wasn't never in the apartment so.

Q: You never went in there today?

A: No.

Q: When was the last time you saw your mom in person?

A: Uh; it was a weekend. Saturday, maybe Friday. Saturday, I think it was Saturday. I think it was Saturday.

Q: Okay. Do you know about what time it was?

A: No, it was... I know she was having problems with the TV again.

Q: Okay.

A: I think it would have been in the morning, late morning maybe. (Inaudible)

Q: Okay. When you, when you go over there did she let you in or do you use a key to get in?

A: I use a key.

Q: Okay. What, what's she doing when you get there? Does she just sit in the front room there or...?

A: Yeah, sitting in her chair usually or laying in bed.

Q: Okay.

A: So.

Q: Does she watch TV in both places?

A: No, she just has the TV in the one room.

Q: In the living room, in the front by the door?

A: Yeah.

Q: Okay. Has she ever mentioned any problems she had been having with anybody lately to you?

A: No. No, any of the things she's men-, she was suffering from dementia. So the stuff she had mentioned was related to that. And it wasn't anything real, of this world type stuff, but, uh; no, she hadn't said anything like that.

Q: Okay. So there wasn't anything out of the ordinary when you went over there over the weekend?

A: Huh-uh. No.

Q: Okay.

A: Just...

Q: How often would you see your mom?

A: Uh; not real often, every week at least, but not as often. Not like my brother, he's over there every day.

Q: Okay. So your brother William's the one that takes care of her day to day?

A: Uh-huh. Well, yeah, she, uh; he checks on her. She's got meals, she's got meals on wheels, but other than that, uh; my sister would go do laundry and dishes, but, you know, yeah, he was the main one.

Q: Okay. And did your brother say anything when he called you about what was going on over there or...

A: No, when he called, it was, it was like ten seconds. "Get over here now!" And that was it. And I got over there and he was just, he just told me what he told you. He just, the door was unlocked. He saw her laying there and after that he's gradually in and out and I, didn't catch much of anything.

Q: When you got there were the police already there?

A: The fire truck was there. I don't know. I, I don't think there was any cop cars there. I don't know. The fire truck was there. And an ambulance, an ambulance came up right after I did. I can't remember if there were any police cars there or not.

Q: Okay. Where was your brother at when you got there? Was he outside?

A: He was, yeah, he was right on that front step. Sitting on that little brick wall.

Q: Okay. So do you have any idea just sitting right here, right now what could have happened to your mother today?

A: I have no idea. I don't know who would want to do this. I never wanted anybody to; why would they want to cut up my mother, but now, I, I don't know. I have no idea.

Q: Do you know of any problems that were going on in her building or anything?

A: In her building, most of it was about maintenance and flooding, but as far as people no. I think, I don't know. I, I wasn't over there not enough, enough to see any trouble. Most things weird down with the, you know, maintenance or flooding and management type stuff.

Q: Okay. Did you mom have anything of value in the apartment that somebody would want to take?

A: I don't think so. She may have had some jewelry, but, yeah, most of the stuff was just run of the mill.

Q: She didn't keep any cash or anything in the apartment?

A: I don't think so. That don't and that's not like her.

Q: Okay. Uh; and you said you recently started to live with your brother?

A: (Nonverbal response)

Q: When did that occur?

A: August.

Q: Just a couple of months ago?

A: (Nonverbal response)

Q: And what brought that about?

A: Uh; I got foreclosed on.

Q: Okay. Was it because of lack of work or what happened? Were you...

A: Yeah, I was just, I got behind. I got behind. I got caught up, got behind again and just, you know, couldn't make it go.

Q: Okay. And you were just living by yourself at the time?

A: Uh-huh.

Q: You never, have you ever been married?

A: Huh-uh.

Q: Okay. No relationship going on right now?

A: Huh-uh.

Q: Okay. And you've been staying with your brother for a couple of months?

A: Yeah.

Q: Is your, is your brother, your brother's married though, right?

A: Uh-huh.

Q: Okay, but she lives at a separate house?

A: Uh-huh.

Q: Is that right?

A: Yeah.

Q: Okay. And the question I have to ask you is do you think anybody in your family would be involved in something like this, some, whatever happened to your mother?

A: No.

Q: Is it just you three siblings?

A: Right.

Q: So nobody?

A: There's nobody else in town.

Q: Alright. And you wouldn't think anybody else in your family...

A: No.

Q: ... would have anything to do with something like this?

A: No.

Q: And do you have any idea what could have happened, who could have got into her apartment?

A: (Nonverbal response)

Q: Does anybody else have a key?

A: No, just, us three. Uh; and she's got a key, but I have no idea.

Q: Do you know if she had any kind of purse or anything that she kept near her?

A: She, oh, I don't know about near her.

Q: Or somewhere in the apartment?

A: She had to put it over... it should be something in the apartment, but, uh; she didn't get out much at all unless it's like a doctor's appointment or something, so. I didn't see her with a purse. I haven't seen her with a purse for, you know, I don't know how long.

Q: Do you have any idea what her purse looked like the last time you saw her with one?

A: Uh; no, not off hand. She had a black one that was kind of bulky, but then she had a smaller one like, and here was a dark color.

Q: Okay. So she didn't really leave the apartment much. So she didn't actually...

A: Huh-uh.

Q: ... carry a purse or anything, right?

A: No.

Q: Did she have any credit cards or anything that you know of?

A: No, like I, I know she got a debit card. I just can't remember the code to it. I don't know if she's got a credit card or not. She always used to, but, uh; uh; my brother was handling, you know, checking mail and checking her bills and stuff. So he, he'd know, he knew more about that stuff than I did.

Q: Okay.

A: So.

Q: Alright. So the only, the only way that you found out about what happened was your brother texting and just saying get over there right away?

A: Yeah, he called. It was like 20 to 4:00 or something. He said, "Get over here."

Q: Did he say what had happened to her or anything?

A: Nope.

Q: Was...

A: He just said get over here. And he doesn't do that, he usually doesn't even call me. He'll text me, but, uh; uh; he called and said get over here. I knew something was wrong. So I didn't know this... I figured it was an accident or a health issue, but nothing like this.

Q: Okay. Do you, uh; do you or your brother have any guns in the residence?

A: I don't. I don't know if he does or not.

Q: You don't know if he has a gun in the house or not?

A: I don't, I don't think so. I we never talked about anything like that.

Q: Alright. Uh; you don't know if your mom had any maintenance or anything set up? Was there anybody out of the ordinary coming to work on her house or... she ever spoke of anybody going door to door trying to get work or anything or any stranger...

A: No, like I said, no, she, she really, really wasn't lucid enough to handle her affairs like that; as far as maintenance and stuff. My brother did that. Uh; whether she would answer the door for somebody, I don't know.

Q: Okay.

A: Like, I could see her doing that, yeah, but I don't know.

Q: You...

A: I just, like I said, usually I just, you know, knock once and use my key, but...

Q: Do, do you know somebody name Michael that she might know? She know anybody named Michael that you know of?

A: Michael? Huh-uh.

Q: No?

A: No.

Q: Okay. And once you got there and spoke to your brother when the fire truck and everything was there with your mom did you ask what was wrong with her? Did you ask if she had an injuries or did he say anything about what injuries she...

A: Oh, he said he, he told me what happened while the door was open. She was on the ground. At that point I just, I, I didn't know if it was again, I still didn't know anything really. How bad she was or whether it was an accident or what, but, and then they wheeled her out on the gurney. I said (Inaudible)...

Q: What did he say happened, though? Did he say...

A: He said he didn't know. He just saw his, she was on the ground. She was bloody. And, uh; yeah, she was struggling to breathe apparently, but he didn't know the cause And actually...

Q: Okay. And that's all he told you?

A: When they wheeled her out I asked what happened. He said, "I don't know!" So.

Q: Okay. Alright. Is there...

A: We, we didn't even know...I didn't know it was a gunshot until the doctor called so.

Q: Okay. Alright. Is there anything else you can think of about what happened that I haven't asked you?

A: I don't know. I was, I was in the dark on this thing. I don't know, uh; I don't know anything really.

Q: So you don't have anything else to add to your statement at this time?

A: No.

Q: Alright. This is the end of the statement being given by Robert Rainsberger. The time is now 2015 hours.

END OF STATEMENT

alr
IMPD
01/14/2014

Q: This is a witness statement being given by Robert Rainsberger. The date is 11/19/2013. The time is 2002 hours. This statement is being given to Detective Charles Benner at police headquarters 3rd floor interview room. It's being given in reference to case number DP13153344, which occurred on today's date, 11/19/13, approximately 1539 hours at 801 North Shortridge Road, Apartment H11. Sir, can you state your name, age and date of birth, please?

A: Robert Rainsberger, 51, 1/12/62.

Q: And what's your address and telephone number?

A: ███

Q: Is that a cell phone?

A: Yes.

Q: Okay. Did you guys have a home phone on?

A: (Nonverbal response)

Q: Okay.

A: No.

Q: Are, are you employed, sir?

A: Uh; off and on, yeah.

Q: Okay, you're not employed at the moment?

A: No.

Q: Okay. So you didn't work today?

A: Huh-uh.

Q: Okay. Alright, alright, Mr. Rainsberger the, an incident occurred today when we went to your mother's house there at 801 North Shortridge. Can you tell me in your own words how you became aware of the incident?

A: I was at home. My brother called me about, it was like twenty until 4:00. He said, "Get over here, quick!" And so I got over there. There was already a fire truck. I think the ambulance pulled up right after me, but I don't, other than that I don't know anything other than hearsay from what you guys mentioned, you know, after being in there.

Q: Okay.

Statement of Robert Rainsberger        DP130153344        Page 1 of 8