```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF INDIANA
                  INDIANAPOLIS DIVISION
              CASE NO. 1:16-cv-00103-WTL-MJD
```

WILLIAM RAINSBERGER,            )
                                )
                Plaintiff,      )
                                )
       -vs-                     )
                                )
CHARLES BENNER,                 )
                                )
                Defendant.      )

The deposition upon oral examination of MARI BILGER, a witness produced and sworn before me, Dianne Lockhart, RMR, CRR, CSR, a Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Defendant at the offices of Circle City Reporting, 135 North Pennsylvania Street, Suite 1720, Indianapolis, Marion County, Indiana, on the 20th day of December, 2016, commencing at 8:32 a.m. pursuant to the Federal Rules of Civil Procedure.

```
                CIRCLE CITY REPORTING
                135 North Pennsylvania
                      Suite 1720
                 Indianapolis, IN  46204
                     (317) 635-7857
```

Page 2

```
 1            A P P E A R A N C E S
 2  FOR THE PLAINTIFF:    Richard A. Waples
                         WAPLES & HANGER
 3                       410 North Audubon Road
                         Indianapolis, IN  46219
 4
 5
    FOR THE DEFENDANT:   Kathryn M. Box
 6                       OFFICE OF CORPORATION COUNSEL
                         200 East Washington Street
 7                       Room 1601
                         Indianapolis, IN  46204
 8
 9
    ALSO PRESENT:        William Rainsberger
10
11
...
20       I N D E X  O F  E X A M I N A T I O N
                                              PAGE
21  DIRECT EXAMINATION ............................ 3
        Questions by Kathryn M. Box
22
```

Page 3

1  M A R I  B I L G E R, having been first duly sworn
2  to tell the truth, the whole truth and nothing
3  but the truth relating to said matter, was
4  examined and testified as follows:
5  DIRECT EXAMINATION,
6     QUESTIONS BY KATHRYN M. BOX:
7  Q  Good morning, Ms. Bilger. Thank you for being
8     here today. My name is Kathryn Box, and I
9     represent the City of Indianapolis in this case.
10       Have you ever given a deposition before?
11 A  No.
12 Q  Okay. There's just a few sort of ground rules
13    that will help us get a clear record of what's
14    being said today. The first one is as you
15    noticed, you were sworn in to tell the truth, so
16    you have to make sure at all times today you tell
17    the truth.
18       The second answer is if you answer a -- or
19    the second rule is if you answer a question, I'm
20    going to assume that you heard my question and
21    that you understood it. If at any time you don't
22    understand it or you don't hear it, feel free to
23    ask me to repeat it or rephrase it, anything like
24    that.
25 A  Okay.

Page 4

1  Q  You got to make sure you answer out loud so she
2     can take down an answer. Sort of head nods and
3     head shakes, while us talking together here like
4     this totally understand each other, makes it
5     difficult for someone trying to read a transcript
6     later.
7        And along the same lines, let's make sure
8     that we don't talk over each other as well, so
9     I'll try to let you finish your answer before I
10    start my next question and vice versa; okay?
11 A  Okay.
12 Q  And then I don't think we'll take very long
13    today, I know you have to get to work, but if at
14    any time you need a break, just let me know, you
15    can grab some coffee, use the bathroom, whatever.
16    The only thing I ask is that you answer the
17    pending question first; okay?
18 A  Okay.
19 Q  Did you take any medication this morning?
20 A  Yes.
21 Q  Okay. Anything -- I don't need to know about
22    your medical history, but anything that would
23    make you not be able to understand or hear my
24    questions today?
25 A  No.

Page 5

1  Q  Are you on any drugs besides -- illegal drugs?
2  A  No.
3  Q  No. Okay. On any alcohol?
4  A  No.
5  Q  Do you use any hearing aids?
6  A  No.
7  Q  Okay. Any eyeglasses?
8  A  No.
9  Q  What did you do to prepare for the deposition
10    today?
11 A  Nothing.
12 Q  Nothing. Did you review any documents?
13 A  No.
14 Q  Okay. What's your date of birth?
15 A  2-12-71.
16 Q  And that makes you how old today?
17 A  45.
18 Q  And if you recall, how old were you on
19    November 19, 2013, when Ruth died?
20 A  43.
21 Q  Okay. And what's your current address?
22 A  221 South Vine Street, Plainfield, Indiana.
23 Q  Is that the same address you were at in November
24    of 2013?
25 A  Yes.

Page 6

1 Q  Okay. And who lives there with you at that
2    address?
3 A  I live alone.
4 Q  Live alone, okay. And what was your cell phone
5    number on November 19, 2013?
6 A  710 -- I'm sorry. 317-710-7604.
7 Q  Okay. I'm going to go through just a couple
8    quick questions about your background. Where did
9    you go to high school?
10 A  Fowlerville, Michigan.
11 Q  Did you attend college?
12 A  Yes.
13 Q  Where did you go?
14 A  Indiana Wesleyan University.
15 Q  And what was your degree in?
16 A  Information technology.
17 Q  Do you have any other post college or technical
18    training certificates, any other education?
19 A  No.
20 Q  And how are you employed?
21 A  I work for KAR Information Services.
22 Q  How long have you been employed there?
23 A  Two months.
24 Q  Okay. Where were you employed in November of
25    2013?

Page 7

1 A  Citizens Energy Group.
2 Q  Okay. And when you were at Citizens, were you a
3    sort of 8 to 5? What were your hours?
4 A  Yes.
5 Q  And what were your general duties at Citizens?
6 A  Technical support.
7 Q  Have you ever been arrested?
8 A  No.
9 Q  Okay. Have you ever been a party to a lawsuit?
10 A  No. Oh, I apologize. Yes.
11 Q  Okay. Can you briefly just explain that?
12 A  Yes. A person scratched my car and I sued them.
13 Q  And it's my understanding that you and William
14    were married at one time; is that correct?
15 A  That is correct.
16 Q  Okay. When did you guys get married?
17 A  2011.
18 Q  Okay. So you'd been married for a couple years
19    when this incident occurred?
20 A  That is correct.
21 Q  When did you guys get divorced?
22 A  2014.
23 Q  It doesn't have to be --
24 A  I believe.
25 Q  Okay.

Page 8

1 A  It might have been 2015.
2 Q  Okay.
3 A  Yes.
4 Q  No problem. It doesn't have to be exact.
5       And did William live with you at your house
6    in Plainfield at that time?
7 A  No.
8 Q  Where did William live at that time?
9 A  He lived on East 10th Street.
10 Q  And then was there any specific reason you guys
11    lived apart?
12 A  No.
13 Q  Just had two different houses?
14 A  We had two houses when we were married and we
15    both had cats.
16 Q  Cats. Okay. How often would William spend the
17    night at your house?
18 A  Two to three nights a week.
19 Q  How often would you spend the night at his house?
20 A  Rarely. Maybe once a month.
21 Q  And did you guys have any kids?
22 A  No.
23 Q  I'm going to ask you a few questions about
24    William, about what you know. If you don't know,
25    that's totally fine.

Page 9

1       Are you aware, does he have any chronic
2    illnesses?
3 A  Does depression count?
4 Q  That's fine. Any hospitalizations that you know
5    of?
6 A  No.
7 Q  Any medications that he takes regularly -- he
8    took regularly at that time?
9 A  I believe he was on depression.
10 Q  What about drugs, did you ever see him use any
11    drugs?
12 A  No.
13 Q  Okay. What about alcohol?
14 A  Yes.
15 Q  How frequently, would you say?
16 A  When he came over, we drank a glass of wine with
17    dinner.
18 Q  Okay. And what -- what was William's income, if
19    any, back in November of 2013?
20 A  He was retired, but he did receive a retirement
21    from the Sisters of St. Francis.
22 Q  And you already said he owned a house?
23 A  Yes.
24 Q  Any other assets that you know of?
25 A  He had substantial savings.

Page 10

1  Q   Okay.  Any debt that you're aware of?
2  A   No.
3  Q   How would you describe William's relationship
4      with his mom?
5  A   Very close.
6  Q   Close, okay.  How often would he see her?
7  A   Daily.
8  Q   What things would he do for her?
9  A   Make sure she ate, make sure she had her
10     medications, make sure she had her clothes
11     washed, hung up, general housekeeping, and then
12     he would just sit and visit.
13 Q   Did he do any financial stuff for her, are you
14     aware?
15 A   I believe he paid her bills.
16 Q   Did you ever hear Robert complain about his
17     work -- or helping with his mom?
18 A   Robert?
19 Q   Yeah -- or, sorry --
20 A   The brother?
21 Q   Sorry, William complain about --
22 A   No.
23 Q   Did he ever complain about Rebecca or Robert not
24     helping out as much as he was?
25 A   He thought his sister could have investigated a

Page 11

1      nursing home a little bit better.
2  Q   Okay.
3  A   But nothing continual, regular basis.  There was
4      occasional mention of it.
5  Q   Right.  Did you have any conversations with
6      William about putting his mom in a nursing home?
7  A   For -- she needed more constant supervision.  She
8      was at a point where stairs and things like -- of
9      that nature were becoming an issue for her.
10 Q   So a nursing home was something -- a discussion
11     of that was in the works?
12 A   Yes.
13 Q   Okay.  And did William have a key to her
14     apartment?
15 A   Yes.
16 Q   Did you have a key to the apartment?
17 A   No.
18 Q   How would you describe your relationship with
19     Ruth?
20 A   I loved Ruth.
21 Q   I'm sorry.
22 A   I didn't see her but maybe twice a month.
23 Q   I'm sorry, do you want to take a break or
24     anything?
25 A   No.

Page 12

1  Q   Okay.  You said you saw her about twice a month.
2      When you would see Ruth, would you go over to her
3      house?
4  A   Yes.
5  Q   And what would you do when you were over there?
6  A   Just visit and make sure everything was in order.
7  Q   How would you describe Ruth's medical condition
8      around this time?
9  A   She was losing -- she couldn't remember as much.
10     She remembered things from the past, but things
11     recent --
12 Q   So it seemed like better long-term memory?
13 A   Yes.
14 Q   Okay.  So if you could estimate, how many times
15     do you think you were over at Ruth's house, in
16     general?
17 A   Well, a lot of times when we saw her, it was out
18     to dinner or on an occasion, so I was probably
19     there a dozen times.
20 Q   When you were there, do you recall seeing
21     anything of like substantial value?
22 A   No.
23 Q   Okay.  Did she have any expensive jewelry that
24     you knew of?
25 A   No.

Page 13

1  Q   Did you know her to carry a lot of cash?
2  A   No.
3  Q   Did you ever see her carry a purse?
4  A   Yes.
5  Q   And can you describe that purse for me?
6  A   I couldn't tell you.
7  Q   Okay.  No problem.  Okay, now I'm going to go to
8      the incident in question.
9  A   Okay.
10 Q   Do you recall when the last time you saw Ruth was
11     prior to her death?
12 A   I can't remember exactly.
13 Q   Okay.  No problem.  This is kind of jumping back
14     a little bit, but from what you know of Ruth,
15     would you have expected her to open the door for
16     someone she didn't know?
17 A   Yes.
18 Q   Yes. Okay.  Okay.  Then I'm going to talk about
19     Monday, November 18th.  That's the day before
20     Ruth passed away.
21 A   Uh-huh.
22 Q   Did you see William that day?
23 A   I can't remember, but it was our habit for Monday
24     nights for him to come over.
25 Q   Okay.  Can you explain your kind of normal Monday

Page 14

1     routine for me?
2 A  He would come over and we would play poker at a
3     local bar. And if he was there, he would have
4     signed his name on the roster.
5 Q  And what roster is that? At the bar?
6 A  Who played poker that night.
7 Q  Okay. And what time does poker start?
8 A  Seven, I believe. Might have been eight at the
9     time, but I think it was seven.
10 Q  Okay. Where would you guys play poker?
11 A  Firehouse.
12 Q  But you don't recall if William was with you
13     playing poker that night or not?
14 A  I believe he was, but I'm not a hundred percent.
15 Q  Okay. And on a normal Monday after you guys
16     played poker, would William spend the night at
17     your house?
18 A  Yes.
19 Q  What time would you guys usually leave the bar at
20     or when would poker end?
21 A  Maybe ten o'clock.
22 Q  Okay.
23 A  I had to work the next morning.
24 Q  Right. So did you guys usually just head
25     straight home, then, after that?

Page 15

1 A  Yes. It was four blocks.
2 Q  So do you recall if William spent the night at
3     your house that evening?
4 A  If we played cards, then, yes, but I'm not a
5     hundred percent.
6 Q  And do you know what time you would have woken up
7     the next morning?
8 A  Him or I?
9 Q  You.
10 A  7 a.m.
11 Q  Seven, okay. What time would William leave?
12 A  He'd generally sleep in and leave ten to noon.
13 Q  Okay. What time did you leave for work?
14 A  7:30.
15 Q  When William would spend the night at your house,
16     would you guys stay in the same room?
17 A  Yes.
18 Q  And you said William would usually leave the
19     house between ten and noon?
20 A  Yes. Sometimes later; just depend.
21 Q  Okay. And can you just briefly describe your
22     house for me?
23 A  It's a three bedroom house. It's -- it was built
24     in 1886, so it has very high ceilings.
25 Q  Is it a ranch or a multi-level?

Page 16

1 A  Sorry, ranch.
2 Q  Would you and William ever text while you were in
3     the house together?
4 A  Yes.
5 Q  Okay. Would you say that's fairly common?
6 A  Yes.
7 Q  Okay. Any reason for that other than --
8 A  Silly things.
9 Q  Okay. Do you have any idea where William went
10     when he left your house that day?
11 A  He generally goes home.
12 Q  Home, okay. So what was -- what's the next thing
13     that you remember happening about November 19,
14     2013?
15 A  I received a call from a mutual friend that Bill
16     was in jail. Oh, I apologize. Bill called me
17     and said his mother was in the hospital.
18 Q  Do you know about what time that phone call was?
19 A  It was late in the evening.
20 Q  Okay. Were you at home?
21 A  Yes.
22 Q  Okay. So that's the first call you received?
23 A  Yes.
24 Q  And what did you do when you received that phone
25     call? Did you do anything?

Page 17

1 A  I asked if I should come down to the hospital.
2 Q  And did you go to the hospital?
3 A  I did not.
4 Q  Okay. And then you received a call from a mutual
5     friend?
6 A  After she passed away.
7 Q  Okay. Was it that same evening?
8 A  Yes.
9 Q  And who was your friend who called you?
10 A  Nadine Murphy.
11 Q  N-A-D-I-N-E?
12 A  Uh-huh.
13 Q  And she told you that William was in jail?
14 A  Yes.
15 Q  What else did she tell you?
16 A  That was it.
17 Q  Did she tell you why he was in jail?
18 A  No.
19 Q  What was your first thought when you heard that
20     he was in jail?
21 A  Why.
22 Q  And what did you do when you found out that
23     William was in jail?
24 A  I asked what I needed to do and if I could see
25     him.

Page 18

1  Q   Were you able to see him?
2  A   No.
3  Q   When was the next time you did see William?
4  A   After he was released.
5  Q   Okay. And do you know, was that the next day?
6  A   No.
7  Q   Okay. How much longer do you think that was?
8  A   I saw him at court --
9  Q   Okay.
10 A   -- twice, and I believe it was almost six months
11     that he was incarcerated.
12 Q   When William called you and said his mom was in
13     the hospital, what was his demeanor like?
14 A   He was crying.
15 Q   Crying. What was your understanding of Ruth's
16     condition at that time?
17 A   They didn't think she would last the evening.
18 Q   Did you get any specifics about what happened to
19     her?
20 A   Bill said that he thought she had been beaten,
21     but wouldn't know if she had been shot because
22     her head was misshapen when he walked in.
23 Q   Sorry, I know this is difficult for you.
24         Did you go to the hospital at any time to
25     see Ruth?

Page 19

1  A   I did not.
2  Q   Okay. When did you find out that Ruth passed
3      away?
4  A   That evening, I believe.
5  Q   And you don't think you saw William again until
6      he was released from prison?
7  A   At the court.
8  Q   Court and then released. Okay.
9  A   My memory is not good.
10 Q   That's okay. I know it's been a while, so don't
11     worry. Just trying to get a sense --
12 A   I think he was questioned.
13 Q   Questioned by the police?
14 A   Yes, that night, and then -- yes, he was
15     questioned that night and then it was several
16     months that we didn't hear anything and then he
17     was questioned again and then he was put in jail,
18     okay. I'm sorry. It's been a while.
19 Q   It's okay. Did you stay in touch with him while
20     he was in jail?
21 A   Yes.
22 Q   Would you usually just speak on the phone?
23 A   Yes.
24 Q   Okay. Did you ever go visit him?
25 A   No.

Page 20

1  Q   Okay. When he got out, what happened?
2  A   What do you mean?
3  Q   Did you guys go back to your relationship?
4  A   Yes.
5  Q   Did you ever have to give a statement to the
6      police?
7  A   No.
8  Q   How did William react to being charged with his
9      mother's death?
10 A   He was very upset and surprised and a little bit
11     angry.
12 Q   Do you know if William was ever asked to give a
13     polygraph to the police?
14 A   I believe so, yes.
15 Q   And do you know if he did?
16 A   He did not.
17 Q   Okay. Do you know how he reacted to being asked
18     to give a polygraph?
19 A   He was angry a little bit.
20 Q   Do you know if Ruth had any trouble with people
21     at her apartment complex?
22 A   Not directly, no.
23 Q   What do you -- indirectly would she have issues?
24 A   I knew the apartment to be in a bad area because
25     a co-worker had a niece attacked there.

Page 21

1  Q   So when you say bad area, do you mean crime, lots
2      of crime?
3  A   Yes.
4  Q   Do you know what types of crime?
5  A   Somebody was hit on the head and their purse was
6      taken and somebody was raped.
7  Q   Okay. Would you ever have thought that William
8      was capable of hurting his mom?
9  A   No.
10 Q   Do you know if William received any money from
11     his mom's estate after her death?
12 A   I know she had a little bit of money because
13     that's what she lived off of, and a retirement,
14     but nothing of substance.
15 Q   Okay. I just have a few questions about sort
16     of -- that would go to William's damages, sort of
17     how you saw this impact William --
18 A   Okay.
19 Q   -- if that makes sense. Can you explain some of
20     the emotional injuries that he may have had, if
21     any, related to this injury -- or related to this
22     incident?
23 A   His depression got worse. He became more
24     withdrawn. He didn't come over.
25 Q   Did this incident and William being charged

Page 22

1  affect your guys' relationship?
2  A   Yes.
3  Q   Any other injuries, physical, emotional, mental,
4      that you think that William experienced as part
5      of this incident?
6  A   I believe he became more cut off socially.
7  Q   Is there anything else about this incident that
8      you recall that we haven't talked about today?
9  A   I know he suffered severe financial loss because
10     of the lawyers and the bail and all of the other
11     legal things.
12 Q   Anything else you can remember about specifics
13     about the incident and what you recall or about
14     William and his injuries?
15 A   Nothing that I can think of.
16 Q   Okay.  Is there anything else that you think
17     would be important for me to know today?
18 A   No.
19         MS. BOX: That's all the questions I have.
20         MR. WAPLES: Okay.  I don't have any
21     questions.
22         THE REPORTER: Signature?
23         MR. WAPLES: You have the opportunity to
24     read the transcript, if you want, and then sign
25     it, or you can waive signature.

Page 23

1          THE WITNESS: I waive.
2       AND FURTHER THE DEPONENT SAITH NOT.
3
4              (Signature Waived)
               _____
                    MARI BILGER

Page 24

1  STATE OF INDIANA     )
                        ) SS:
2  COUNTY OF MARION     )
3      I, Dianne Lockhart, RMR, CRR, CSR, a Notary
4  Public in and for the County of Marion, State of
5  Indiana at large, do hereby certify that MARI BILGER,
6  the deponent herein, was by me first duly sworn to
7  tell the truth, the whole truth, and nothing but the
8  truth in the above-captioned cause.
9      That the foregoing deposition was taken on
10 behalf of the Defendant at the offices of Circle City
11 Reporting, 135 North Pennsylvania Street, Suite 1720,
12 Indianapolis, Marion County, Indiana, on the 20th day
13 of December, 2016, pursuant to the Applicable Rules.
14     That said deposition was taken down in
15 stenograph notes and afterwards reduced to typewriting
16 under my direction, and that the typewritten
17 transcript is a true record of the testimony given by
18 said deponent; and that signature of said deponent to
19 their deposition was waived by the deponent and all
20 parties present, the deposition to be read with the
21 same force and effect as if signed by them;
22     That the parties were represented by their
23 aforementioned counsel;
24     I do further certify that I am a disinterested
25 person in this cause of action; that I am not a

Page 25

1  relative or attorney of either party, or otherwise
2  interested in the event of this action, and am not in
3  the employ of the attorneys for either party.
4      IN WITNESS WHEREOF, I have hereunto set my hand
5  and affixed my notarial seal this _____ day of
6  _____, 2017.
7
8      _____
          Dianne Lockhart, RMR, CRR, CSR
9               Notary Public
                 CSR #93-R-1012
10
11 My Commission Expires:
12 June 4, 2023
13 County of Residence:
   Marion

# #

**#93-R-1012 (1)**
25:9.5

## A

**able (2)**
4:23;18:1
**above-captioned (1)**
24:8
**action (2)**
24:25;25:2
**address (3)**
5:21,23;6:2
**affect (1)**
22:1
**affixed (1)**
25:5
**aforementioned (1)**
24:23
**afterwards (1)**
24:15
**again (2)**
19:5,17
**aids (1)**
5:5
**alcohol (2)**
5:3;9:13
**almost (1)**
18:10
**alone (2)**
6:3,4
**along (1)**
4:7
**angry (2)**
20:11,19
**apart (1)**
8:11
**apartment (4)**
11:14,16;20:21,24
**apologize (2)**
7:10;16:16
**Applicable (1)**
24:13
**area (2)**
20:24;21:1
**around (1)**
12:8
**arrested (1)**
7:7
**assets (1)**
9:24
**assume (1)**
3:20
**ate (1)**
10:9
**attacked (1)**
20:25
**attend (1)**
6:11
**attorney (1)**
25:1
**attorneys (1)**
25:3
**aware (3)**
9:1;10:1,14
**away (3)**
13:20;17:6;19:3

## B

**back (3)**
9:19;13:13;20:3
**background (1)**
6:8
**bad (2)**
20:24;21:1
**bail (1)**
22:10
**bar (3)**
14:3,5,19
**basis (1)**
11:3
**bathroom (1)**
4:15
**beaten (1)**
18:20
**became (2)**
21:23;22:6
**becoming (1)**
11:9
**bedroom (1)**
15:23
**behalf (1)**
24:10
**besides (1)**
5:1
**better (2)**
11:1;12:12
**Bilger (3)**
3:7;23:4.5;24:5
**Bill (3)**
16:15,16;18:20
**bills (1)**
10:15
**birth (1)**
5:14
**bit (5)**
11:1;13:14;20:10,19;21:12
**blocks (1)**
15:1
**both (1)**
8:15
**BOX (3)**
3:6,8;22:19
**break (2)**
4:14;11:23
**briefly (2)**
7:11;15:21
**brother (1)**
10:20
**built (1)**
15:23

## C

**call (5)**
16:15,18,22,25;17:4
**called (3)**
16:16;17:9;18:12
**came (1)**
9:16
**can (10)**
4:2,15;7:11;13:5,25;15:21;21:19;22:12,15,25
**capable (1)**
21:8
**car (1)**
7:12
**cards (1)**
15:4
**carry (2)**
13:1,3
**case (1)**
3:9
**cash (1)**
13:1
**cats (2)**
8:15,16
**cause (2)**
24:8,25
**ceilings (1)**
15:24
**cell (1)**
6:4
**certificates (1)**
6:18
**certify (2)**
24:5,24
**charged (2)**
20:8;21:25
**chronic (1)**
9:1
**Circle (1)**
24:10
**Citizens (3)**
7:1,2,5
**City (2)**
3:9;24:10
**clear (1)**
3:13
**close (2)**
10:5,6
**clothes (1)**
10:10
**coffee (1)**
4:15
**college (2)**
6:11,17
**Commission (1)**
25:11.5
**common (1)**
16:5
**complain (3)**
10:16,21,23
**complex (1)**
20:21
**condition (2)**
12:7;18:16
**constant (1)**
11:7
**continual (1)**
11:3
**conversations (1)**
11:5
**counsel (1)**
24:23
**count (1)**
9:3
**COUNTY (4)**
24:2,4,12;25:13
**couple (2)**
6:7;7:18
**court (3)**
18:8;19:7,8
**co-worker (1)**
20:25
**crime (3)**
21:1,2,4
**CRR (2)**
24:3;25:8.5
**crying (2)**
18:14,15
**CSR (3)**
24:3;25:8.5,9.5
**current (1)**
5:21
**cut (1)**
22:6

## D

**Daily (1)**
10:7
**damages (1)**
21:16
**date (1)**
5:14
**day (6)**
13:19,22;16:10;18:5;24:12;25:5
**death (3)**
13:11;20:9;21:11
**debt (1)**
10:1
**December (1)**
24:13
**Defendant (1)**
24:10
**degree (1)**
6:15
**demeanor (1)**
18:13
**depend (1)**
15:20
**DEPONENT (5)**
23:2;24:6,18,18,19
**deposition (6)**
3:10;5:9;24:9,14,19,20
**depression (3)**
9:3,9;21:23
**describe (5)**
10:3;11:18;12:7;13:5;15:21
**Dianne (2)**
24:3;25:8.5
**died (1)**
5:19
**different (1)**
8:13
**difficult (2)**
4:5;18:23
**dinner (2)**
9:17;12:18
**DIRECT (1)**
3:5
**direction (1)**
24:16
**directly (1)**
20:22
**discussion (1)**
11:10
**disinterested (1)**
24:24
**divorced (1)**
7:21
**documents (1)**
5:12
**door (1)**
13:15
**down (3)**
4:2;17:1;24:14
**dozen (1)**
12:19
**drank (1)**
9:16
**drugs (4)**
5:1,1;9:10,11
**duly (2)**
3:1;24:6
**duties (1)**
7:5

## E

**East (1)**
8:9
**education (1)**
6:18
**effect (1)**
24:21
**eight (1)**
14:8
**either (2)**
25:1,3
**else (4)**
17:15;22:7,12,16
**emotional (2)**
21:20;22:3

Case 1:16-cv-00103-TWP-MJD Document 50-12 Filed 02/13/17 Page 9 of 12 PageID #: 670

WILLIAM RAINSBERGER VS.  
CHARLES BENNER

MARI BILGER  
December 20, 2016

**employ (1)**
 25:3
**employed (3)**
 6:20,22,24
**end (1)**
 14:20
**Energy (1)**
 7:1
**estate (1)**
 21:11
**estimate (1)**
 12:14
**evening (5)**
 15:3;16:19;17:7;
 18:17;19:4
**event (1)**
 25:2
**exact (1)**
 8:4
**exactly (1)**
 13:12
**EXAMINATION (1)**
 3:5
**examined (1)**
 3:4
**expected (1)**
 13:15
**expensive (1)**
 12:23
**experienced (1)**
 22:4
**Expires (1)**
 25:11.5
**explain (3)**
 7:11;13:25;21:19
**eyeglasses (1)**
 5:7

**F**

**fairly (1)**
 16:5
**feel (1)**
 3:22
**few (3)**
 3:12;8:23;21:15
**financial (2)**
 10:13;22:9
**find (1)**
 19:2
**fine (2)**
 8:25;9:4
**finish (1)**
 4:9
**Firehouse (1)**
 14:11
**first (6)**
 3:1,14;4:17;16:22;
 17:19;24:6
**follows (1)**
 3:4
**force (1)**
 24:21

**foregoing (1)**
 24:9
**found (1)**
 17:22
**four (1)**
 15:1
**Fowlerville (1)**
 6:10
**Francis (1)**
 9:21
**free (1)**
 3:22
**frequently (1)**
 9:15
**friend (3)**
 16:15;17:5,9
**FURTHER (2)**
 23:2;24:24

**G**

**general (3)**
 7:5;10:11;12:16
**generally (2)**
 15:12;16:11
**given (2)**
 3:10;24:17
**glass (1)**
 9:16
**goes (1)**
 16:11
**Good (2)**
 3:7;19:9
**grab (1)**
 4:15
**ground (1)**
 3:12
**Group (1)**
 7:1
**guys (10)**
 7:16,21;8:10,21;
 14:10,15,19,24;
 15:16;20:3
**guys' (1)**
 22:1

**H**

**habit (1)**
 13:23
**hand (1)**
 25:4
**happened (2)**
 18:18;20:1
**happening (1)**
 16:13
**head (5)**
 4:2,3;14:24;18:22;
 21:5
**hear (4)**
 3:22;4:23;10:16;
 19:16
**heard (2)**

 3:20;17:19
**hearing (1)**
 5:5
**help (1)**
 3:13
**helping (2)**
 10:17,24
**hereby (1)**
 24:5
**herein (1)**
 24:6
**hereunto (1)**
 25:4
**high (2)**
 6:9;15:24
**history (1)**
 4:22
**hit (1)**
 21:5
**home (7)**
 11:1,6,10;14:25;
 16:11,12,20
**hospital (5)**
 16:17;17:1,2;
 18:13,24
**hospitalizations (1)**
 9:4
**hours (1)**
 7:3
**house (14)**
 8:5,17,19;9:22;
 12:3,15;14:17;15:3,
 15,19,22,23;16:3,10
**housekeeping (1)**
 10:11
**houses (2)**
 8:13,14
**hundred (2)**
 14:14;15:5
**hung (1)**
 10:11
**hurting (1)**
 21:8

**I**

**idea (1)**
 16:9
**illegal (1)**
 5:1
**illnesses (1)**
 9:2
**impact (1)**
 21:17
**important (1)**
 22:17
**incarcerated (1)**
 18:11
**incident (7)**
 7:19;13:8;21:22;
 25;22:5,7,13
**income (1)**
 9:18

**Indiana (5)**
 5:22;6:14;24:1,5,
 12
**Indianapolis (2)**
 3:9;24:12
**indirectly (1)**
 20:23
**Information (2)**
 6:16,21
**injuries (3)**
 21:20;22:3,14
**injury (1)**
 21:21
**interested (1)**
 25:2
**investigated (1)**
 10:25
**issue (1)**
 11:9
**issues (1)**
 20:23

**J**

**jail (7)**
 16:16;17:13,17,20,
 23;19:17,20
**jewelry (1)**
 12:23
**jumping (1)**
 13:13
**June (1)**
 25:12

**K**

**KAR (1)**
 6:21
**KATHRYN (2)**
 3:6,8
**key (2)**
 11:13,16
**kids (1)**
 8:21
**kind (2)**
 13:13,25
**knew (2)**
 12:24;20:24

**L**

**large (1)**
 24:5
**last (2)**
 13:10;18:17
**late (1)**
 16:19
**later (2)**
 4:6;15:20
**lawsuit (1)**
 7:9
**lawyers (1)**
 22:10

**leave (5)**
 14:19;15:11,12,13,
 18
**left (1)**
 16:10
**legal (1)**
 22:11
**lines (1)**
 4:7
**little (5)**
 11:1;13:14;20:10,
 19;21:12
**live (4)**
 6:3,4;8:5,8
**lived (3)**
 8:9,11;21:13
**lives (1)**
 6:1
**local (1)**
 14:3
**Lockhart (2)**
 24:3;25:8.5
**long (2)**
 4:12;6:22
**longer (1)**
 18:7
**long-term (1)**
 12:12
**losing (1)**
 12:9
**loss (1)**
 22:9
**lot (2)**
 12:17;13:1
**lots (1)**
 21:1
**loud (1)**
 4:1
**loved (1)**
 11:20

**M**

**makes (3)**
 4:4;5:16;21:19
**many (1)**
 12:14
**MARI (2)**
 23:4.5;24:5
**MARION (4)**
 24:2,4,12;25:13.5
**married (4)**
 7:14,16,18;8:14
**matter (1)**
 3:3
**may (1)**
 21:20
**Maybe (3)**
 8:20;11:22;14:21
**mean (2)**
 20:2;21:1
**medical (2)**
 4:22;12:7

Min-U-Script®                    Circle City Reporting                    (2) employ - medical
                                 317-635-7857

**medication (1)**
    4:19
**medications (2)**
    9:7;10:10
**memory (2)**
    12:12;19:9
**mental (1)**
    22:3
**mention (1)**
    11:4
**Michigan (1)**
    6:10
**might (2)**
    8:1;14:8
**misshapen (1)**
    18:22
**mom (5)**
    10:4,17;11:6;
    18:12;21:8
**mom's (1)**
    21:11
**Monday (4)**
    13:19,23,25;14:15
**money (2)**
    21:10,12
**month (3)**
    8:20;11:22;12:1
**months (3)**
    6:23;18:10;19:16
**more (3)**
    11:7;21:23;22:6
**morning (4)**
    3:7;4:19;14:23;
    15:7
**mother (1)**
    16:17
**mother's (1)**
    20:9
**much (3)**
    10:24;12:9;18:7
**multi-level (1)**
    15:25
**Murphy (1)**
    17:10
**mutual (2)**
    16:15;17:4

**N**

**Nadine (1)**
    17:10
**N-A-D-I-N-E (1)**
    17:11
**name (2)**
    3:8;14:4
**nature (1)**
    11:9
**need (2)**
    4:14,21
**needed (2)**
    11:7;17:24
**next (6)**
    4:10;14:23;15:7;
    16:12;18:3,5
**niece (1)**
    20:25
**night (9)**
    8:17,19;14:6,13,
    16;15:2,15;19:14,15
**nights (2)**
    8:18;13:24
**nods (1)**
    4:2
**noon (2)**
    15:12,19
**normal (2)**
    13:25;14:15
**North (1)**
    24:11
**notarial (1)**
    25:5
**Notary (2)**
    24:3;25:9
**notes (1)**
    24:15
**noticed (1)**
    3:15
**November (7)**
    5:19,23;6:5,24;
    9:19;13:19;16:13
**number (1)**
    6:5
**nursing (3)**
    11:1,6,10

**O**

**occasion (1)**
    12:18
**occasional (1)**
    11:4
**occurred (1)**
    7:19
**o'clock (1)**
    14:21
**off (2)**
    21:13;22:6
**offices (1)**
    24:10
**often (3)**
    8:16,19;10:6
**old (2)**
    5:16,18
**once (1)**
    8:20
**one (2)**
    3:14;7:14
**only (1)**
    4:16
**open (1)**
    13:15
**opportunity (1)**
    22:23
**order (1)**
    12:6
**otherwise (1)**
    25:1
**out (6)**
    4:1;10:24;12:17;
    17:22;19:2;20:1
**over (8)**
    4:8;9:16;12:2,5,15;
    13:24;14:2;21:24
**owned (1)**
    9:22

**P**

**paid (1)**
    10:15
**part (1)**
    22:4
**parties (2)**
    24:20,22
**party (3)**
    7:9;25:1,3
**passed (3)**
    13:20;17:6;19:2
**past (1)**
    12:10
**pending (1)**
    4:17
**Pennsylvania (1)**
    24:11
**people (1)**
    20:20
**percent (2)**
    14:14;15:5
**person (2)**
    7:12;24:25
**phone (4)**
    6:4;16:18,24;19:22
**physical (1)**
    22:3
**Plainfield (2)**
    5:22;8:6
**play (2)**
    14:2,10
**played (3)**
    14:6,16;15:4
**playing (1)**
    14:13
**point (1)**
    11:8
**poker (7)**
    14:2,6,7,10,13,16,
    20
**police (3)**
    19:13;20:6,13
**polygraph (2)**
    20:13,18
**post (1)**
    6:17
**prepare (1)**
    5:9
**present (1)**
    24:20
**prior (1)**
    13:11
**prison (1)**
    19:6
**probably (1)**
    12:18
**problem (3)**
    8:4;13:7,13
**Public (2)**
    24:4;25:9
**purse (3)**
    13:3,5;21:5
**pursuant (1)**
    24:13
**put (1)**
    19:17
**putting (1)**
    11:6

**Q**

**quick (1)**
    6:8

**R**

**ranch (2)**
    15:25;16:1
**raped (1)**
    21:6
**Rarely (1)**
    8:20
**react (1)**
    20:8
**reacted (1)**
    20:17
**read (3)**
    4:5;22:24;24:20
**reason (2)**
    8:10;16:7
**Rebecca (1)**
    10:23
**recall (7)**
    5:18;12:20;13:10;
    14:12;15:2;22:8,13
**receive (1)**
    9:20
**received (5)**
    16:15,22,24;17:4;
    21:10
**recent (1)**
    12:11
**record (2)**
    3:13;24:17
**reduced (1)**
    24:15
**regular (1)**
    11:3
**regularly (2)**
    9:7,8
**related (2)**
    21:21,21
**relating (1)**
    3:3
**relationship (4)**
    10:3;11:18;20:3;
    22:1
**relative (1)**
    25:1
**released (3)**
    18:4;19:6,8
**remember (5)**
    12:9;13:12,23;
    16:13;22:12
**remembered (1)**
    12:10
**repeat (1)**
    3:23
**rephrase (1)**
    3:23
**REPORTER (1)**
    22:22
**Reporting (1)**
    24:11
**represent (1)**
    3:9
**represented (1)**
    24:22
**Residence (1)**
    25:13
**retired (1)**
    9:20
**retirement (2)**
    9:20;21:13
**review (1)**
    5:12
**Right (2)**
    11:5;14:24
**RMR (2)**
    24:3;25:8.5
**Robert (3)**
    10:16,18,23
**room (1)**
    15:16
**roster (2)**
    14:4,5
**routine (1)**
    14:1
**rule (1)**
    3:19
**rules (2)**
    3:12;24:13
**Ruth (10)**
    5:19;11:19,20;
    12:2;13:10,14,20;
    18:25;19:2;20:20
**Ruth's (3)**
    12:7,15;18:15

**S**

**SAITH (1)**
    23:2
**same (5)**
    4:7;5:23;15:16;
    17:7;24:21
**savings (1)**
    9:25

**saw (6)**
  12:1,17;13:10;
  18:8;19:5;21:17
**school (1)**
  6:9
**scratched (1)**
  7:12
**seal (1)**
  25:5
**second (2)**
  3:18,19
**seeing (1)**
  12:20
**seemed (1)**
  12:12
**sense (2)**
  19:11;21:19
**Services (1)**
  6:21
**set (1)**
  25:4
**Seven (3)**
  14:8,9;15:11
**several (1)**
  19:15
**severe (1)**
  22:9
**shakes (1)**
  4:3
**shot (1)**
  18:21
**sign (1)**
  22:24
**Signature (4)**
  22:22,25;23:3.5;
  24:18
**signed (2)**
  14:4;24:21
**Silly (1)**
  16:8
**sister (1)**
  10:25
**Sisters (1)**
  9:21
**sit (1)**
  10:12
**six (1)**
  18:10
**sleep (1)**
  15:12
**socially (1)**
  22:6
**Somebody (2)**
  21:5,6
**someone (2)**
  4:5;13:16
**Sometimes (1)**
  15:20
**sorry (8)**
  6:6;10:19,21;
  11:21,23;16:1;18:23;
  19:18
**sort (5)**
  3:12;4:2;7:3;21:15,
  16
**South (1)**
  5:22
**speak (1)**
  19:22
**specific (1)**
  8:10
**specifics (2)**
  18:18;22:12
**spend (4)**
  8:16,19;14:16;
  15:15
**spent (1)**
  15:2
**SS (1)**
  24:1.5
**St (1)**
  9:21
**stairs (1)**
  11:8
**start (2)**
  4:10;14:7
**STATE (2)**
  24:1,4
**statement (1)**
  20:5
**stay (2)**
  15:16;19:19
**stenograph (1)**
  24:15
**straight (1)**
  14:25
**Street (3)**
  5:22;8:9;24:11
**stuff (1)**
  10:13
**substance (1)**
  21:14
**substantial (2)**
  9:25;12:21
**sued (1)**
  7:12
**suffered (1)**
  22:9
**Suite (1)**
  24:11
**supervision (1)**
  11:7
**support (1)**
  7:6
**sure (7)**
  3:16;4:1,7;10:9,9,
  10;12:6
**surprised (1)**
  20:10
**sworn (3)**
  3:1,15;24:6

**T**

**talk (2)**
  4:8;13:18
**talked (1)**
  22:8
**talking (1)**
  4:3
**technical (2)**
  6:17;7:6
**technology (1)**
  6:16
**ten (3)**
  14:21;15:12,19
**testified (1)**
  3:4
**testimony (1)**
  24:17
**thought (4)**
  10:25;17:19;18:20;
  21:7
**three (2)**
  8:18;15:23
**times (4)**
  3:16;12:14,17,19
**today (9)**
  3:8,14,16;4:13,24;
  5:10,16;22:8,17
**together (2)**
  4:3;16:3
**told (1)**
  17:13
**took (1)**
  9:8
**totally (2)**
  4:4;8:25
**touch (1)**
  19:19
**training (1)**
  6:18
**transcript (3)**
  4:5;22:24;24:17
**trouble (1)**
  20:20
**true (1)**
  24:17
**truth (8)**
  3:2,2,3,15,17;24:7,
  7,8
**try (1)**
  4:9
**trying (2)**
  4:5;19:11
**twice (3)**
  11:22;12:1;18:10
**Two (4)**
  6:23;8:13,14,18
**types (1)**
  21:4
**typewriting (1)**
  24:15
**typewritten (1)**
  24:16

**U**

**under (1)**
  24:16
**understood (1)**
  3:21
**University (1)**
  6:14
**up (2)**
  10:11;15:6
**upset (1)**
  20:10
**use (3)**
  4:15;5:5;9:10
**usually (4)**
  14:19,24;15:18;
  19:22

**V**

**value (1)**
  12:21
**versa (1)**
  4:10
**vice (1)**
  4:10
**Vine (1)**
  5:22
**visit (3)**
  10:12;12:6;19:24

**W**

**waive (2)**
  22:25;23:1
**Waived (2)**
  23:3.5;24:19
**walked (1)**
  18:22
**WAPLES (2)**
  22:20,23
**washed (1)**
  10:11
**week (1)**
  8:18
**Wesleyan (1)**
  6:14
**what's (4)**
  3:13;5:14,21;16:12
**WHEREOF (1)**
  25:4
**whole (2)**
  3:2;24:7
**William (30)**
  7:13;8:5,8,16,24;
  10:21;11:6,13;13:22;
  14:12,16;15:2,11,15,
  18;16:2,9;17:13,23;
  18:3,12;19:5;20:8,
  12;21:7,10,17,25;
  22:4,14
**William's (3)**
  9:18;10:3;21:16
**wine (1)**
  9:16
**withdrawn (1)**

  24:16
**WITNESS (2)**
  23:1;25:4
**woken (1)**
  15:6
**work (5)**
  4:13;6:21;10:17;
  14:23;15:13
**works (1)**
  11:11
**worry (1)**
  19:11
**worse (1)**
  21:23

**Y**

**years (1)**
  7:18

**1**

**10th (1)**
  8:9
**135 (1)**
  24:11
**1720 (1)**
  24:11
**1886 (1)**
  15:24
**18th (1)**
  13:19
**19 (3)**
  5:19;6:5;16:13

**2**

**2011 (1)**
  7:17
**2013 (6)**
  5:19,24;6:5,25;
  9:19;16:14
**2014 (1)**
  7:22
**2015 (1)**
  8:1
**2016 (1)**
  24:13
**2017 (1)**
  25:6
**2023 (1)**
  25:12
**20th (1)**
  24:12
**2-12-71 (1)**
  5:15
**221 (1)**
  5:22

**3**

**317-710-7604 (1)**
  6:6

21:24

**4**

**4 (1)**
   25:12
**43 (1)**
   5:20
**45 (1)**
   5:17

**5**

**5 (1)**
   7:3

**7**

**7 (1)**
   15:10
**7:30 (1)**
   15:14
**710 (1)**
   6:6

**8**

**8 (1)**
   7:3