1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF INDIANA
                    INDIANAPOLIS DIVISION
               CASE NO. 1:16-cv-00103-WTL-MJD

WILLIAM RAINSBERGER,        )
                            )
           Plaintiff,       )
                            )
    -vs-                    )
                            )
CHARLES BENNER,             )
                            )
           Defendant.       )
```

The deposition upon oral examination of ROBERT RAINSBERGER, a witness produced and sworn before me, Dianne Lockhart, RMR, CRR, CSR, a Notary Public in and for the County of Marion, State of Indiana, taken on behalf of the Defendant at the offices of Circle City Reporting, 135 North Pennsylvania Street, Suite 1720, Indianapolis, Marion County, Indiana, on the 20th day of December, 2016, commencing at 9:02 a.m. pursuant to the Federal Rules of Civil Procedure.

```
                    CIRCLE CITY REPORTING
                    135 North Pennsylvania
                         Suite 1720
                    Indianapolis, IN  46204
                        (317) 635-7857
```

### Page 2

```
 1              A P P E A R A N C E S
 2  FOR THE PLAINTIFF:    Richard A. Waples
                         WAPLES & HANGER
 3                       410 North Audubon Road
                         Indianapolis, IN  46219
 4
 5
    FOR THE DEFENDANT:    Kathryn M. Box
 6                       OFFICE OF CORPORATION COUNSEL
                         200 East Washington Street
 7                       Room 1601
                         Indianapolis, IN  46204
 8
 9
    ALSO PRESENT:         William Rainsberger
10
11
12
13
14
15
16
17
18
19
20       I N D E X   O F   E X A M I N A T I O N
                                               PAGE
21  DIRECT EXAMINATION ............................ 3
        Questions by Kathryn M. Box
22
23
24
25
```

### Page 3

1  R O B E R T  R A I N S B E R G E R, having been
2     first duly sworn to tell the truth, the whole
3     truth and nothing but the truth relating to said
4     matter, was examined and testified as follows:
5  DIRECT EXAMINATION,
6     QUESTIONS BY KATHRYN M. BOX:
7  Q  Good morning, Mr. Rainsberger. Thank you for
8     being here today.
9  A  Good morning.
10 Q  My name's Kathryn Box. I represent the City of
11    Indianapolis in this case.
12       Have you ever given a deposition before?
13 A  No.
14 Q  Okay. There's just a few kind of simple ground
15    rules that'll help us get a clear transcript
16    today. You met our court reporter. She's taking
17    down everything that we say, so it's very
18    important that when you answer my questions, you
19    answer out loud instead of doing head shakes and
20    nods and that kind of thing, because while we
21    understand each other, it's hard when someone
22    tries to read it later to understand.
23 A  Right.
24 Q  Also, at the same time, make sure that we don't
25    talk over each other. I'll do my best to let you

### Page 4

1     finish answering the question before I start my
2     next question and vice versa.
3        If you answer a question, I'm going to
4     assume that you heard me and that you understood
5     the question, but if at any time I mumble or my
6     question's not clear, please ask me to rephrase
7     it or restate the question; okay?
8  A  (Affirmative nod).
9  Q  Can you -- is that okay?
10 A  Yes.
11 Q  Sorry. I may remind you every once in a while.
12       MR. WAPLES: He could just go like this
13    (indicating).
14 Q  And you did -- you were sworn in today.
15 A  Yes.
16 Q  So the most important thing is that you tell the
17    truth. If there's -- I know this was back in
18    2013, so if there's things you don't remember,
19    that's fine as well. I don't think we'll go very
20    long today. I don't have a ton of questions, but
21    if at any time you need a break, just ask me and
22    you can get coffee, use the restroom, anything
23    like that. I'd just ask that you answer the
24    pending question first; okay?
25 A  (Affirmative nod).

### Page 5

1  Q  All right.
2  A  Yes.
3  Q  Thank you. Did you take any medication this
4     morning?
5  A  No.
6  Q  Okay. When was the last time you used any
7     alcohol?
8  A  Alcohol?
9  Q  Yeah.
10 A  Saturday.
11 Q  Okay. How about any illegal drugs?
12 A  Years.
13 Q  Okay. Do you use hearing aids?
14 A  No.
15 Q  Or eyeglasses?
16 A  Reading glasses.
17 Q  Reading glasses, okay. Is there any reason that
18    you wouldn't be able to understand my questions
19    today?
20 A  Perhaps grammatically, but other than that, I
21    understand the language pretty well.
22 Q  Okay. Good. What did you do to prepare for your
23    deposition today?
24 A  I met with Mr. Waples just to go over. This is
25    the first time, so kind of --

Page 6

1  Q  Did you -- sorry, go ahead.
2  A  No. It's just basic stuff.
3  Q  Did you review any documents?
4  A  My testimony -- or my -- the questioning the
5     night of the incident.
6  Q  Your statement to the police?
7  A  Right.
8  Q  Okay. Any other documents that you reviewed?
9  A  Uh-uh, no.
10 Q  And what's your birthday?
11 A  1-12-62.
12 Q  And that makes you how old today?
13 A  54.
14 Q  And how old were you on November 19th of 2013?
15 A  2013, I'd be 51.
16 Q  Okay. And what is your current address?
17 A  7155 East 21st Street, Apartment 5.
18 Q  And that's in Indianapolis?
19 A  Yes.
20 Q  What was your address on November 19th of 2013?
21 A  7345 East 13th Street.
22 Q  And was that William's address as well?
23 A  Yes.
24 Q  Okay. Was there anyone else who lived there with
25     you and William?

Page 7

1  A  No.
2  Q  Can you describe William's house for me briefly.
3  A  It's a one floor ranch.
4  Q  How many bedrooms?
5  A  Oh, no, it does have a bedroom upstairs. One,
6     two, three bedrooms.
7  Q  Okay. And what was your cell phone number in
8     November of 2013?
9  A  317-357-5791.
10 Q  Okay. Thank you. And where did you attend high
11     school?
12 A  Arlington High School.
13 Q  Did you attend college?
14 A  A little bit.
15 Q  A little bit. Where did you go?
16 A  I had a year at Butler, a year at IUPUI.
17 Q  Did you graduate?
18 A  No.
19 Q  No, okay. Did you do any other types of
20     technical training, certificates, post high
21     school studies?
22 A  I did aeronautical school, but that was -- there
23     was no graduation.
24 Q  Okay. And how were you employed in November of
25     2013?

Page 8

1  A  2013. I was -- I was painting.
2  Q  Painting, okay. And that's what you're doing
3     today as well?
4  A  Yeah.
5  Q  Okay. Do you own your own business or do you
6     work for --
7  A  I do sub work and I do some of my own.
8  Q  Okay. What are your general hours or schedule
9     for painting?
10 A  Generally 8 to 5.
11 Q  Okay. Does it vary with seasons or times of
12     year?
13 A  Yes.
14 Q  Okay. And is that less work in the winter?
15 A  Yes.
16 Q  And why were you living with William in November
17     of 2013?
18 A  I lost my house.
19 Q  Was that financial reasons?
20 A  Foreclosure.
21 Q  And how long had you been living with William
22     when your mom passed away?
23 A  A couple of months.
24 Q  Couple of months. Have you ever been arrested?
25 A  Yes.

Page 9

1  Q  How many times?
2  A  Twice.
3  Q  Twice. Can you just briefly describe what those
4     arrests were for?
5  A  DUI.
6  Q  Both of them?
7  A  Yes.
8  Q  Have you ever been a party to a lawsuit?
9  A  No.
10 Q  Do you own a firearm?
11 A  No.
12 Q  Did you own one in 2013?
13 A  No.
14 Q  Are you married?
15 A  No.
16 Q  Have you ever been married?
17 A  No.
18 Q  Okay. Do you have any kids?
19 A  No.
20 Q  Okay. And can you name your siblings for me,
21     please.
22 A  William T. Rainsberger and Rebecca Sue
23     Rainsberger.
24 Q  And where does Rebecca live?
25 A  South Carolina.

Page 10

1  Q   How often do you see Rebecca?
2  A   Not very. I've seen her once since she moved
3       down there.
4  Q   When did she move, do you recall?
5  A   Was that 2014? Spring or summer of 2014.
6  Q   Okay. How would you describe your relationship
7       with William in November of 2013?
8  A   Pretty tight. Not any different than before.
9  Q   Okay. How often did you visit your mother?
10 A   Once every week or two.
11 Q   Okay. And when you would visit her, would you go
12      over to her house?
13 A   Yes.
14 Q   And can you describe her house or apartment for
15      me?
16 A   It was a one bedroom on the basement level.
17 Q   How far was her apartment from William and yours
18      house?
19 A   Five or six blocks.
20 Q   Okay. Do you recall how long your mom had been
21      there?
22 A   No, not exactly.
23 Q   Okay. That's fine. And did she live alone?
24 A   Yes.
25 Q   Did she have a cell phone?

Page 11

1  A   I believe so, yes.
2  Q   Do you know the number for the cell phone by
3       chance?
4  A   No.
5  Q   And did she have a land line?
6  A   Yes.
7  Q   And do you know that number?
8  A   Not offhand, no.
9  Q   Okay. How would you describe your mom's physical
10      condition at the time?
11 A   A little hard getting around, but she did.
12 Q   Was she able to care for herself?
13 A   What do you mean, care?
14 Q   Well, I can be more specific. Did she have to --
15      was she mobile? Did she have to walk with a
16      wheelchair -- or did she have to have a
17      wheelchair?
18 A   No, she didn't need a wheelchair.
19 Q   What about a walker?
20 A   No.
21 Q   Okay. Was she able to bathe herself?
22 A   I believe so, yes.
23 Q   Okay. What about cook for herself?
24 A   No.
25 Q   Okay. What about clean?

Page 12

1  A   She could, but my sister helped with that.
2  Q   Okay. And what about laundry?
3  A   My sister did that.
4  Q   Okay. Do you know if she had someone delivering
5       meals to her?
6  A   Meals on Wheels.
7  Q   Meals on Wheels. How often would she get meals?
8  A   Every day I think.
9  Q   When you would visit your mom, what kind of
10      things would you do?
11 A   Well, she was usually watching TV, so we would
12      watch TV.
13 Q   Okay. How often would your mom get out of the
14      house?
15 A   I don't know.
16 Q   Okay. Was she able to drive herself?
17 A   No.
18 Q   So if she left the house, would it always be with
19      you, William or Rebecca?
20 A   Yes.
21 Q   Do you know if she would ever answer the door for
22      someone she didn't know?
23 A   Do I know for a fact, no.
24 Q   Would you have suspected her to personality-wise?
25 A   Yes.

Page 13

1  Q   Okay. How would you describe her mental
2       condition?
3  A   She was suffering from dementia.
4  Q   Dementia, okay. What kind of side effects would
5       she show -- or symptoms, I guess?
6  A   Well, she wasn't always sure what -- what year it
7       was. She used to see a small tiger or something
8       at the doctor's office.
9  Q   A small tiger, is that what you said?
10 A   Yes. Just forgetting names and basic -- what
11      should be basic facts.
12 Q   Okay. Was she able to handle her own finances?
13 A   No.
14 Q   Would William do those for her?
15 A   Yes.
16 Q   Other than dementia, did she have any other types
17      of chronic illnesses?
18 A   Chronic. I don't think so.
19 Q   Okay. Do you know what, if any, medications she
20      was on?
21 A   I don't know. Well, there was one for dementia
22      that I know, but other than that, I don't know.
23 Q   Do you know the name of that one?
24 A   No.
25 Q   And you said you'd see your mom once every week

Page 14

1 or so; is that correct?
2 A Yes.
3 Q And you would go to her house most of the time?
4 A Always, yes.
5 Q Always. Sorry. And you guys would watch TV.
6   Would you do any other, I don't know, chores,
7   stuff for her?
8 A I'd fix her a meal if it was that time of day.
9   You know, I've washed dishes or picked up a
10  little bit, but.
11 Q Okay. How often would William see your mom?
12 A Almost every day.
13 Q How would you describe William's relationship
14  with your mom?
15 A Pretty tight. He was -- he was making sure
16  everything was right.
17 Q Do you know how often Rebecca would see your mom?
18 A Every week I think.
19 Q Would she have a certain day that she would go on
20  or would it just vary?
21 A I think it was the same day.
22 Q Do you know what day that was, by chance?
23 A Not offhand.
24 Q And I know you said Rebecca would do some
25  cleaning and some laundry for her; is that

Page 15

1 correct?
2 A Yes.
3 Q Anything else that you know of that Rebecca would
4   do for her?
5 A Not that I know of.
6 Q Did you have a key to your mom's apartment?
7 A Yes.
8 Q Do you know who else had a key to your mom's
9   apartment?
10 A My brother and sister.
11 Q Anybody else that you know of?
12 A Not that I know of other than apartment
13  management.
14 Q Okay. What were your mom's finances like in
15  November of 2013?
16 A She was doing okay, I guess.
17 Q Okay. Did she have any assets that you were
18  aware of?
19 A Like property?
20 Q Right, property, house.
21 A No.
22 Q What about any savings?
23 A She had some.
24 Q Do you know if she was collecting any sort of
25  retirement income?

Page 16

1 A Yes.
2 Q Social Security, do you know, or just --
3 A I don't know the source.
4 Q Okay. Was there any discussions about your mom
5   going into a nursing home?
6 A Yes.
7 Q And did you guys come to a decision about that?
8 A Yes.
9 Q What was the decision?
10 A We would, because she needed help, more help than
11  we could give her.
12 Q Did your mom have expensive things at her
13  apartment?
14 A No.
15 Q Did she have any expensive jewelry that you knew
16  of?
17 A No.
18 Q Did your mom carry a purse?
19 A Yes.
20 Q Can you describe the purse?
21 A Well, the main one was the black and tan leather.
22 Q Okay. Was there another one?
23 A There was a smaller one, but. Yeah, the main one
24  was the black and tan leather.
25 Q Okay. Do you know if she had a lot of cash on

Page 17

1 her?
2 A No, she wouldn't.
3 Q And you said you guys had made a decision to put
4   your mom in a nursing home. Why hadn't she been
5   moved to a nursing home yet in November of 2013?
6 A We had just -- that was about the time we'd made
7   the decision.
8 Q Okay. Do you know if your mom had a will?
9 A I don't know.
10 Q Do you know -- can you recall the last time you
11  saw your mom prior to this incident, prior to her
12  death?
13 A It was, I don't know, a few days before.
14 Q Okay. Do you know what time you were there?
15 A I don't recall.
16 Q Okay. And why did you go over there?
17 A To check in on her.
18 Q And what did you guys do?
19 A Watched TV.
20 Q Okay. Did you use your key to get in?
21 A Yes.
22 Q Do you know about how long you stayed?
23 A No.
24 Q And do you recall what your mom's condition was
25  when you left?

Page 18

1  A   Yeah, she didn't seem to with it. She didn't
2      know -- I don't know. Again, she had trouble
3      with time.
4  Q   Okay. Did you see William the night before your
5      mom's death on Monday, November 18, 2013?
6  A   I don't know. I don't remember the night before.
7  Q   Okay. Do you know if he spent the night at the
8      house that evening?
9  A   I don't know. He wasn't there the morning of.
10 Q   On Tuesday, the 19th?
11 A   Right.
12 Q   What time did he get home on Tuesday, the 19th?
13 A   If I recall, it was before lunch.
14 Q   Before lunch, okay. And how long did he stay at
15     the house?
16 A   I don't know because I left.
17 Q   Oh, okay. Where did you go?
18 A   I ran errands.
19 Q   Do you know what time you left?
20 A   What time I left?
21 Q   What time you left, sorry.
22 A   I left about -- probably be around lunchtime.
23 Q   How long after William got home do you think you
24     left?
25 A   I can't say for sure.

Page 19

1  Q   And how long were you out running errands?
2  A   A few hours.
3  Q   Okay. Do you know about what time you got home?
4  A   No.
5  Q   No. Was William home when you got back?
6  A   I don't recall.
7  Q   So do you have any idea what time William left
8      the house that day?
9  A   In the afternoon?
10 Q   Uh-huh.
11 A   I don't.
12 Q   Okay. But you do know that he left the house
13     sometime to go visit your mom; is that correct?
14 A   Yes.
15 Q   Did you and William ever text in the house
16     together?
17 A   In the house?
18 Q   Yeah.
19 A   No, not that I recall.
20 Q   Okay. Do you recall any conversations that you
21     had with William before -- when you may have seen
22     him before you left to go do errands?
23 A   Oh, that day?
24 Q   Yeah.
25 A   Could you repeat that?

Page 20

1  Q   Yeah. Sorry. So William came home and you left
2      maybe shortly thereafter to go run errands. Do
3      you recall any conversation that you had in that
4      time?
5  A   While we were both in the house?
6  Q   While you guys were both home together.
7  A   I don't recall, no, unless it's just -- I don't
8      recall.
9  Q   Okay. What's the next thing that you recall
10     happening that day?
11 A   He called me from my mother's phone.
12 Q   Okay. Do you know about what time that was?
13 A   It was going on four.
14 Q   Going on four. And what did William tell you?
15 A   He said, "Get over here now."
16 Q   And you understood that to mean get over to your
17     mom's house?
18 A   Yeah. The number came up on caller ID.
19 Q   Got you. Okay. So what did you do?
20 A   I went over there.
21 Q   Okay. Did you go immediately?
22 A   Uh-huh, yes.
23 Q   Did you have any other calls from your mom's land
24     line earlier in the day?
25 A   No.

Page 21

1  Q   Okay. Do you know any reason why your phone
2      records would show a call from your mom
3      earlier -- mom's land line earlier that day?
4  A   Do I know? No.
5  Q   Okay. What's the first thing you recall seeing
6      when you arrived at your mom's house?
7  A   He was standing outside the front entrance to the
8      building.
9  Q   We're talking about William; correct?
10 A   Right. I think fire rescue was already there,
11     and that's -- that's it.
12 Q   Okay. And what did you do when you got there?
13 A   I walked up to him, I asked him what happened.
14 Q   What did William say?
15 A   He didn't know.
16 Q   Did he give you any other specifics?
17 A   I don't recall.
18 Q   Did he talk to you about your mom's condition?
19 A   He wasn't -- no, I -- no.
20 Q   Okay.
21 A   The only thing I remember was when they wheeled
22     her out, I asked him what happened and he said,
23     "I don't know."
24 Q   Did you speak to any of the fire rescue people or
25     ambulance people there?

Page 22

1 A   No.
2 Q   Did you go inside your mom's house?
3 A   No.
4 Q   What was William's demeanor like?
5 A   He was in shock.
6 Q   And what was your understanding of your mom's
7     condition at that time?
8 A   At that time, I don't know.
9 Q   Okay.
10 A  She was wheeled out.
11 Q  And you never received any more information at
12    that time about your mom?
13 A  No.
14 Q  Did you at any point shortly after this incident
15    go inside your mom's house?
16 A  No.
17 Q  Did you ever find out if something was missing
18    from your mom's house?
19 A  I still don't know what happened to that purse.
20 Q  Okay. And when did you find out that the purse
21    was missing?
22 A  I don't recall.
23 Q  Did you ever -- do you recall Detective Benner in
24    this case?
25 A  Yeah.

Page 23

1 Q   Yeah. Did you ever speak with Detective Benner
2     about your mom's purse being missing?
3 A   No.
4 Q   Okay. So after your mom was wheeled out, you
5     asked William what happened, he said he didn't
6     know. What happened next?
7 A   First thing I know is the police came out and --
8     and separated us.
9 Q   Okay. And how did they separate you?
10 A  Put us in the back of cruisers, separate
11    cruisers.
12 Q  Okay. And how long were you in the cop car for?
13 A  I don't know. We started going downtown. At
14    least an hour, maybe an hour and a half.
15 Q  Okay. Did you speak with any police officers on
16    scene?
17 A  The one that was baby-sitting me.
18 Q  In the vehicle?
19 A  Uh-huh.
20 Q  And what did you say to him?
21 A  I asked him what happened.
22 Q  And what did he say?
23 A  He said she was shot.
24 Q  Anything else that you guys talked about?
25 A  Well, no.

Page 24

1 Q   No? Did you ask him any other questions?
2 A   When he said she was shot, I said -- it just
3     seemed like a surprise to me and then he said he
4     didn't know, maybe it was -- there's a lot of
5     cases like this or some nonsense, so. That was
6     the extent of it.
7 Q   Okay. So the next thing that happened, did you
8     go to the police station?
9 A   Downtown, yes.
10 Q  Okay. And what happened when you got to the
11    police station?
12 A  They put me in an interrogation room.
13 Q  Did William go as well to the police station?
14 A  Yes.
15 Q  But he was in a separate cop car; is that
16    correct?
17 A  Correct.
18 Q  And how long do you think you were in the
19    interrogation room?
20 A  Oh, total, hour and a half, I guess.
21 Q  Did you give a statement to the police that
22    night?
23 A  Yes.
24 Q  Do you recall if that was given to Detective
25    Benner?

Page 25

1 A   Yes.
2 Q   And what happened after you gave your statement
3     to Detective Benner?
4 A   They let me go.
5 Q   And did you go home? Did you go to the hospital?
6     What did you do?
7 A   Hospital.
8 Q   Did William go to the hospital with you?
9 A   Yes.
10 Q  When you got to the hospital, did you learn more
11    about your mom's condition?
12 A  Yes.
13 Q  What did you find out there?
14 A  That she had passed, they removed the tubes and
15    she came back.
16 Q  What do you mean, "she came back"?
17 A  She came back.
18 Q  Came back to life?
19 A  Yes.
20 Q  Did they have any answers for how she sustained
21    her injuries?
22 A  The ER doctor went into great detail about how
23    she was shot.
24 Q  Did the ER doctor tell you anything else?
25 A  That her condition -- I don't remember exactly.

Page 26

1   It revolved around life support and a decision we
2   had to make.
3 Q Whether you were going to take her off of life
4   support or not?
5 A (Affirmative nod).
6 Q What was her prognosis? Or did the doctor give
7   you an expected outcome at that time?
8 A What do you mean, expected outcome?
9 Q Did he -- did he give you any chances of her
10   surviving?
11 A Off life support?
12 Q Yeah.
13 A No, he -- he didn't -- well, he described the
14   injuries and what that part of the brain
15   controls, so obviously the outlook was grim.
16 Q Okay. And did you guys make the decision to take
17   her off of life support?
18 A Yes.
19 Q And who made that decision?
20 A We all did. That was her decision, but we all --
21 Q Followed her directive?
22 A Right.
23 Q Okay. And that was you, William and Rebecca?
24 A Yes.
25 Q Did you guys make that decision that evening?

Page 27

1 A Yes.
2 Q How soon after you guys made that decision and
3   she was removed from life support did she pass
4   away?
5 A I don't know exactly. It was after midnight.
6 Q Okay. So sometime the next day?
7 A Yeah.
8 Q Were you at the hospital the whole time until she
9   passed away?
10 A No.
11 Q No? What time do you think you left the hospital
12   that evening?
13 A I don't know.
14 Q Did William leave the hospital with you at that
15   time?
16 A Yes.
17 Q And where did you guys go?
18 A Home.
19 Q Home? And when you got home, did you go straight
20   to sleep?
21 A No, I didn't sleep.
22 Q Didn't sleep. So what happened next that you
23   recall?
24 A I went to work.
25 Q What time did you go to work?

Page 28

1 A I don't know. Whenever I --
2 Q Okay. When did you find out that your mom had
3   passed away?
4 A I don't know what time it was.
5 Q Before you went to work or after you went to
6   work?
7 A I was at work.
8 Q Okay. And when you found out that she'd passed
9   away, did you stay at work or did you leave?
10 A No, I stayed. I couldn't --
11 Q Couldn't leave?
12 A Right.
13 Q And what happened next?
14 A I don't know what you mean.
15 Q Okay. Did you ever -- after you found out that
16   your mom passed away, did you talk to William
17   about it?
18 A The next morning.
19 Q The following day?
20 A No, later in the morning.
21 Q Okay. And did you guys talk on the phone?
22 A I don't think so.
23 Q Was it -- so you think you had --
24 A Huh?
25 Q Sorry. Do you think you had the conversation

Page 29

1   before you went to work, then?
2 A No. I went to work after we got home middle of
3   the night. I remember the conversation later
4   that morning, there was a phone call, we need to
5   go downtown.
6 Q Downtown to the police station?
7 A Right.
8 Q And do you know who -- who called you?
9 A I don't know exactly, no.
10 Q Okay. So did you go downtown to the police
11   station?
12 A Yes.
13 Q Do you recall what time you went downtown?
14 A It was -- not exactly. It was around lunchtime.
15 Q Okay. What was your understanding for why you
16   needed to go downtown to the police station?
17 A To discuss a preliminary autopsy report.
18 Q And what happened when you got to the police
19   station?
20 A Well, Benner tried to talk us into taking
21   polygraphs instead.
22 Q And how did you feel about being asked to do a
23   polygraph?
24 A How did I feel about -- well, I didn't want to do
25   it.

Page 30

1  Q   Okay. And why didn't you want to do a polygraph?
2  A   It's unreliable information.
3  Q   Okay. Do you know if William was asked to do a
4      polygraph?
5  A   He was asked.
6  Q   And how did he react to that?
7  A   He refused.
8  Q   Do you know how he felt about that?
9  A   He -- same thing.
10 Q   So after you were asked to do a polygraph and you
11     refused, what happened?
12 A   Benner was pissed.
13 Q   Okay.
14 A   He was -- he was angry the whole time we were
15     there, but that pissed him off more than
16     anything.
17 Q   Okay. And what did Benner do? Or how could you
18     tell that he was pissed?
19 A   They spoke to Bill first, then me, and he just
20     had -- well, when we first got there, he talked
21     to my sister like she was a petulant little
22     seven-year-old, and he wanted to talk to her
23     first since he didn't talk to her the night
24     before. And he was just angry. He was angry as
25     soon as we got there. Becky didn't stand up as

Page 31

1      soon as he told her to come with him, so he
2      yelled at her. Then he talked to Bill.
3      Apparently he didn't like what Bill had to say,
4      because by the time got to me, he was fit to be
5      tied. He asked me -- he asked me, "So I suppose
6      you don't want to take a polygraph either." I
7      said, "No." And then he started yelling and he
8      started bringing out statistics about whatever
9      and there was a whole lot of cussing between he
10     and I, a whole lot of yelling, and I -- to
11     Tudor's credit, he broke it up, so.
12 Q   Did you leave the police station after that?
13 A   We were in that main lobby and I finally asked
14     him how she died.
15 Q   And what did he say?
16 A   She was beaten, so. Then we left.
17 Q   Anything else you guys spoke about with
18     Detective Benner at that time?
19 A   No.
20 Q   When did you first hear that William had been
21     arrested for your mom's death?
22 A   There was a private message on Facebook that I
23     didn't understand at first.
24 Q   And who was the message from?
25 A   I don't remember.

Page 32

1  Q   Okay. And after you understood what it said,
2      what did it mean?
3  A   After I understood the context behind it, I went
4      to my brother's house and saw his wallet and
5      phone on the washer, so.
6  Q   Saw his phone on the washer?
7  A   Uh-huh.
8  Q   Okay. And were you looking for his phone?
9  A   No. I just went into the house to see what was
10     going on, and when I saw his phone sitting there
11     and he wasn't there, I -- that was confirmation.
12 Q   So did the message tell you that he had been
13     arrested?
14 A   No.
15 Q   Okay.
16 A   No, it was just apologies kind of thing.
17 Q   The message was?
18 A   Yeah.
19 Q   And you don't recall who that was from?
20 A   No.
21 Q   Okay. Did you suspect that he had been arrested,
22     though?
23 A   No. I had -- when I first read it, I had no
24     clue.
25 Q   Okay. And what did you do after you knew for

Page 33

1      sure that he was arrested?
2  A   There wasn't anything I could do.
3  Q   Okay. What was your first thoughts about hearing
4      that he had been arrested for your mom's death?
5  A   I was pissed. It was just more of the same
6      nonsense that we'd been going through the whole
7      time, so.
8  Q   Okay. Did you ever think that William could have
9      been involved in this, in your mom's death?
10 A   No. No.
11 Q   And were you pissed at Benner, pissed at the
12     police in general?
13 A   Well, Benner mostly, but.
14 Q   And why were you most upset with Benner?
15 A   He was the lead detective. He was the angry one.
16     He was the one that targeted us with really
17     nothing to go on. He's the one that -- from my
18     understanding, he's the one that sat around for
19     months before bothering to do anything, so, yeah.
20 Q   Okay.
21 A   He put in no effort, had us pinned from the
22     beginning, so.
23 Q   Do you know if your mom had any trouble with
24     people at her apartment?
25 A   I can't imagine. She -- she was always inside,

Page 34

1 so.
2 Q Okay. Anyone that you could think of that would
3 want to hurt your mom for any reason?
4 A No.
5 Q Did you ever receive any money from your mom's
6 estate after she passed away?
7 A Yes.
8 Q Did William receive money?
9 A Some, yes.
10 Q Okay. Any other thing that you -- or any other
11 specifics about the incident or William's arrest
12 that we haven't talked about today?
13 A I can't think of anything, no.
14 Q Okay. I'm going to just ask you a few questions
15 about how William's arrest and this incident
16 affected him, if you know.
17     So what kind of injuries or damage do you
18 think William sustained as a result of this
19 incident?
20 A It's going to stick with him -- I mean this is
21 permanent. He's -- you know, he wouldn't hurt a
22 fly and all the sudden he's in jail for killing
23 his mother. That's got to burn.
24 Q Do you know if he had any physical or emotional
25 injuries related to this incident?

Page 35

1 A Physical?
2 Q Yes.
3 A I don't think so. Emotional, sure. Anybody
4 would.
5 Q Okay. And could you give me any specifics about
6 his symptoms of that or how those injuries
7 manifested?
8 A Anger, lots of anger, trying to get his -- like
9 me, except for he -- he was pinned for it.
10 Trying to get your head around things and you
11 can't. None of it makes sense. And it never
12 will because it's over now. But there's always
13 going to be anger about what the police did and
14 what they didn't do, and that's never going to go
15 away.
16 Q When William was finally released from prison,
17 were you still living at his house at that time?
18 A Yes.
19 Q Okay. And what --
20 A No. When he was released?
21 Q Yeah.
22 A That was -- I got my timeline mixed up. I don't
23 remember when that was.
24 Q Okay. I believe he was arrested in May of 2014
25 and then he was released in June or July.

Page 36

1 A Oh, okay. Okay.
2 Q Does that make sense?
3 A Yes. Yes.
4 Q Were you still living at his house at that time?
5 A Uh-huh.
6 Q And when he came home, what was his demeanor
7 like?
8 A Well, that day he was pretty damn happy to be
9 out.
10 Q I can imagine.
11 A But after that, it's -- you know, still those
12 things in the back of your head, you know, the
13 process isn't over, and, so he kept to himself a
14 lot. Sometimes we'd be talking and there'd be
15 outbursts, just enough to show it's -- it's all
16 still raised in there under the surface.
17 Q Okay. Anything else about how this affected
18 William that we haven't talked about here?
19 A I don't know.
20 Q Anything else important that you think I should
21 know about this incident or about William?
22 A I don't -- I can't think of anything.
23     MS. BOX: Okay. No further questions.
24     MR. WAPLES: I don't have any questions.
25     THE REPORTER: Signature?

Page 37

1     MR. WAPLES: Robert, you got the right, if
2 you want to, after the deposition is transcribed
3 to read it, make sure it's accurate and then sign
4 it, or you can waive signature.
5     THE WITNESS: All right.
6     MR. WAPLES: So either read and sign or say
7 waive.
8     THE WITNESS: I'll waive.
9    AND FURTHER THE DEPONENT SAITH NOT.

             (Signature Waived)
         _____
           ROBERT RAINSBERGER

Page 38

1  STATE OF INDIANA     )
                        ) SS:
2  COUNTY OF MARION     )
3      I, Dianne Lockhart, RMR, CRR, CSR, a Notary
4  Public in and for the County of Marion, State of
5  Indiana at large, do hereby certify that
6  ROBERT RAINSBERGER, the deponent herein, was by me
7  first duly sworn to tell the truth, the whole truth,
8  and nothing but the truth in the above-captioned
9  cause.
10     That the foregoing deposition was taken on
11 behalf of the Defendant at the offices of Circle City
12 Reporting, 135 North Pennsylvania Street, Suite 1720,
13 Indianapolis, Marion County, Indiana, on the 20th day
14 of December, 2016, pursuant to the Applicable Rules.
15     That said deposition was taken down in
16 stenograph notes and afterwards reduced to typewriting
17 under my direction, and that the typewritten
18 transcript is a true record of the testimony given by
19 said deponent; and that signature of said deponent to
20 their deposition was waived by the deponent and all
21 parties present, the deposition to be read with the
22 same force and effect as if signed by them;
23     That the parties were represented by their
24 aforementioned counsel;
25     I do further certify that I am a disinterested

Page 39

1  person in this cause of action; that I am not a
2  relative or attorney of either party, or otherwise
3  interested in the event of this action, and am not in
4  the employ of the attorneys for either party.
5      IN WITNESS WHEREOF, I have hereunto set my hand
6  and affixed my notarial seal this _____ day of
7  _____, 2017.
8
9                   _____
                    Dianne Lockhart, RMR, CRR, CSR
10                        Notary Public
                         CSR #93-R-1012
11
12
   My Commission Expires:
13 June 4, 2023
14 County of Residence:
   Marion
15
16
17
18
19
20
21
22
23
24
25

# #

**#93-R-1012 (1)**
39:10.5

# A

**able (5)**
5:18;11:12,21;
12:16;13:12
**above-captioned (1)**
38:8
**accurate (1)**
37:3
**action (2)**
39:1,3
**address (3)**
6:16,20,22
**aeronautical (1)**
7:22
**affected (2)**
34:16;36:17
**Affirmative (3)**
4:8,25;26:5
**affixed (1)**
39:6
**aforementioned (1)**
38:24
**afternoon (1)**
19:9
**afterwards (1)**
38:16
**Again (1)**
18:2
**ahead (1)**
6:1
**aids (1)**
5:13
**alcohol (2)**
5:7,8
**Almost (1)**
14:12
**alone (1)**
10:23
**always (6)**
12:18;13:6;14:4,5;
33:25;35:12
**ambulance (1)**
21:25
**anger (3)**
35:8,8,13
**angry (4)**
30:14,24,24;33:15
**Apartment (8)**
6:17;10:14,17;
15:6,9,12;16:13;
33:24
**apologies (1)**
32:16
**Apparently (1)**
31:3
**Applicable (1)**
38:14
**Arlington (1)**
7:12
**around (6)**
11:11;18:22;26:1;
29:14;33:18;35:10
**arrest (2)**
34:11,15
**arrested (7)**
8:24;31:21;32:13,
21;33:1,4;35:24
**arrests (1)**
9:4
**arrived (1)**
21:6
**assets (1)**
15:17
**assume (1)**
4:4
**attend (2)**
7:10,13
**attorney (1)**
39:2
**attorneys (1)**
39:4
**autopsy (1)**
29:17
**aware (1)**
15:18
**away (8)**
8:22;27:4,9;28:3,9,
16;34:6;35:15

# B

**baby-sitting (1)**
23:17
**back (8)**
4:17;19:5;23:10;
25:15,16,17,18;36:12
**basement (1)**
10:16
**basic (3)**
6:2;13:10,11
**bathe (1)**
11:21
**beaten (1)**
31:16
**Becky (1)**
30:25
**bedroom (2)**
7:5;10:16
**bedrooms (2)**
7:4,6
**beginning (1)**
33:22
**behalf (1)**
38:11
**behind (1)**
32:3
**Benner (11)**
22:23;23:1;24:25;
25:3;29:20;30:12,17;
31:18;33:11,13,14
**best (1)**
3:25
**Bill (3)**
30:19;31:2,3
**birthday (1)**
6:10
**bit (3)**
7:14,15;14:10
**black (2)**
16:21,24
**blocks (1)**
10:19
**Both (3)**
9:6;20:5,6
**bothering (1)**
33:19
**BOX (3)**
3:6,10;36:23
**brain (1)**
26:14
**break (1)**
4:21
**briefly (2)**
7:2;9:3
**bringing (1)**
31:8
**broke (1)**
31:11
**brother (1)**
15:10
**brother's (1)**
32:4
**building (1)**
21:8
**burn (1)**
34:23
**business (1)**
8:5
**Butler (1)**
7:16

# C

**call (2)**
21:2;29:4
**called (2)**
20:11;29:8
**caller (1)**
20:18
**calls (1)**
20:23
**came (8)**
20:1,18;23:7;
25:15,16,17,18;36:6
**Can (11)**
4:9,22;7:2;9:3,20;
10:14;11:14;16:20;
17:10;36:10;37:4
**car (2)**
23:12;24:15
**care (2)**
11:12,13
**Carolina (1)**
9:25
**carry (1)**
16:18
**case (2)**
3:11;22:24
**cases (1)**
24:5
**cash (1)**
16:25
**cause (2)**
38:9;39:1
**cell (3)**
7:7;10:25;11:2
**certain (1)**
14:19
**certificates (1)**
7:20
**certify (2)**
38:5,25
**chance (2)**
11:3;14:22
**chances (1)**
26:9
**check (1)**
17:17
**chores (1)**
14:6
**chronic (2)**
13:17,18
**Circle (1)**
38:11
**City (2)**
3:10;38:11
**clean (1)**
11:25
**cleaning (1)**
14:25
**clear (2)**
3:15;4:6
**clue (1)**
32:24
**coffee (1)**
4:22
**collecting (1)**
15:24
**college (1)**
7:13
**Commission (1)**
39:12.5
**condition (7)**
11:10;13:2;17:24;
21:18;22:7;25:11,25
**confirmation (1)**
32:11
**context (1)**
32:3
**controls (1)**
26:15
**conversation (3)**
20:3;28:25;29:3
**conversations (1)**
19:20
**cook (1)**
11:23
**cop (2)**
23:12;24:15
**counsel (1)**
38:24
**COUNTY (4)**
38:2,4,13;39:14
**couple (2)**
8:23,24
**court (1)**
3:16
**credit (1)**
31:11
**CRR (2)**
38:3;39:9.5
**cruisers (2)**
23:10,11
**CSR (3)**
38:3;39:9.5,10.5
**current (1)**
6:16
**cussing (1)**
31:9

# D

**damage (1)**
34:17
**damn (1)**
36:8
**day (16)**
12:8;14:8,12,19,21,
22;19:8,23;20:10,24;
21:3;27:6;28:19;
36:8;38:13;39:6
**days (1)**
17:13
**death (5)**
17:12;18:5;31:21;
33:4,9
**December (1)**
38:14
**decision (10)**
16:7,9;17:3,7;26:1,
16,19,20,25;27:2
**Defendant (1)**
38:11
**delivering (1)**
12:4
**demeanor (2)**
22:4;36:6
**dementia (4)**
13:3,4,16,21
**DEPONENT (5)**
37:9;38:6,19,19,20
**deposition (7)**
3:12;5:23;37:2;
38:10,15,20,21
**describe (8)**
7:2;9:3;10:6,14;
11:9;13:1;14:13;
16:20

**described (1)**
  26:13
**detail (1)**
  25:22
**Detective (6)**
  22:23;23:1;24:24;
  25:3;31:18;33:15
**Dianne (2)**
  38:3;39:9.5
**died (1)**
  31:14
**different (1)**
  10:8
**DIRECT (1)**
  3:5
**direction (1)**
  38:17
**directive (1)**
  26:21
**discuss (1)**
  29:17
**discussions (1)**
  16:4
**dishes (1)**
  14:9
**disinterested (1)**
  38:25
**doctor (3)**
  25:22,24;26:6
**doctor's (1)**
  13:8
**documents (2)**
  6:3,8
**door (1)**
  12:21
**down (3)**
  3:17;10:3;38:15
**downtown (7)**
  23:13;24:9;29:5,6,
  10,13,16
**drive (1)**
  12:16
**drugs (1)**
  5:11
**DUI (1)**
  9:5
**duly (2)**
  3:2;38:7

**E**

**earlier (3)**
  20:24;21:3,3
**East (2)**
  6:17,21
**effect (1)**
  38:22
**effects (1)**
  13:4
**effort (1)**
  33:21
**either (4)**
  31:6;37:6;39:2,4

**else (9)**
  6:24;15:3,8,11;
  23:24;25:24;31:17;
  36:17,20
**emotional (2)**
  34:24;35:3
**employ (1)**
  39:4
**employed (1)**
  7:24
**enough (1)**
  36:15
**entrance (1)**
  21:7
**ER (2)**
  25:22,24
**errands (4)**
  18:18;19:1,22;20:2
**estate (1)**
  34:6
**evening (3)**
  18:8;26:25;27:12
**event (1)**
  39:3
**exactly (5)**
  10:22;25:25;27:5;
  29:9,14
**EXAMINATION (1)**
  3:5
**examined (1)**
  3:4
**except (1)**
  35:9
**expected (2)**
  26:7,8
**expensive (2)**
  16:12,15
**Expires (1)**
  39:12.5
**extent (1)**
  24:6
**eyeglasses (1)**
  5:15

**F**

**Facebook (1)**
  31:22
**fact (1)**
  12:23
**facts (1)**
  13:11
**far (1)**
  10:17
**feel (2)**
  29:22,24
**felt (1)**
  30:8
**few (4)**
  3:14;17:13;19:2;
  34:14
**finally (2)**
  31:13;35:16

**finances (2)**
  13:12;15:14
**financial (1)**
  8:19
**find (4)**
  22:17,20;25:13;
  28:2
**fine (2)**
  4:19;10:23
**finish (1)**
  4:1
**fire (2)**
  21:10,24
**firearm (1)**
  9:10
**first (13)**
  3:2;4:24;5:25;
  21:5;23:7;30:19,20,
  23;31:20,23;32:23;
  33:3;38:7
**fit (1)**
  31:4
**Five (1)**
  10:19
**fix (1)**
  14:8
**floor (1)**
  7:3
**fly (1)**
  34:22
**Followed (1)**
  26:21
**following (1)**
  28:19
**follows (1)**
  3:4
**force (1)**
  38:22
**Foreclosure (1)**
  8:20
**foregoing (1)**
  38:10
**forgetting (1)**
  13:10
**found (2)**
  28:8,15
**four (2)**
  20:13,14
**front (1)**
  21:7
**further (3)**
  36:23;37:9;38:25

**G**

**gave (1)**
  25:2
**general (2)**
  8:8;33:12
**Generally (1)**
  8:10
**given (3)**
  3:12;24:24;38:18

**glasses (2)**
  5:16,17
**Good (3)**
  3:7,9;5:22
**graduate (1)**
  7:17
**graduation (1)**
  7:23
**grammatically (1)**
  5:20
**great (1)**
  25:22
**grim (1)**
  26:15
**ground (1)**
  3:14
**guess (3)**
  13:5;15:16;24:20
**guys (12)**
  14:5;16:7;17:3,18;
  20:6;23:24;26:16,25;
  27:2,17;28:21;31:17

**H**

**half (2)**
  23:14;24:20
**hand (1)**
  39:5
**handle (1)**
  13:12
**happened (13)**
  21:13,22;22:19;
  23:5,6,21;24:7,10;
  25:2;27:22;28:13;
  29:18;30:11
**happening (1)**
  20:10
**happy (1)**
  36:8
**hard (2)**
  3:21;11:11
**head (3)**
  3:19;35:10;36:12
**hear (1)**
  31:20
**heard (1)**
  4:4
**hearing (2)**
  5:13;33:3
**help (3)**
  3:15;16:10,10
**helped (1)**
  12:1
**hereby (1)**
  38:5
**herein (1)**
  38:6
**hereunto (1)**
  39:5
**herself (4)**
  11:12,21,23;12:16
**high (3)**
  7:10,12,20
**himself (1)**
  36:13
**home (15)**
  16:5;17:4,5;18:12,
  23;19:3,5;20:1,6;
  25:5;27:18,19,19;
  29:2;36:6
**hospital (7)**
  25:5,7,8,10;27:8,
  11,14
**hour (3)**
  23:14,14;24:20
**hours (2)**
  8:8;19:2
**house (25)**
  7:2;8:18;10:12,14,
  18;12:14,18;14:3;
  15:20;18:8,15;19:8,
  12,15,17;20:5,17;
  21:6;22:2,15,18;32:4,
  9;35:17;36:4
**Huh (1)**
  28:24
**hurt (2)**
  34:3,21

**I**

**ID (1)**
  20:18
**idea (1)**
  19:7
**illegal (1)**
  5:11
**illnesses (1)**
  13:17
**imagine (2)**
  33:25;36:10
**immediately (1)**
  20:21
**important (3)**
  3:18;4:16;36:20
**incident (8)**
  6:5;17:11;22:14;
  34:11,15,19,25;36:21
**income (1)**
  15:25
**INDIANA (3)**
  38:1,5,13
**Indianapolis (3)**
  3:11;6:18;38:13
**indicating (1)**
  4:13
**information (2)**
  22:11;30:2
**injuries (5)**
  25:21;26:14;34:17,
  25;35:6
**inside (3)**
  22:2,15;33:25
**instead (2)**
  3:19;29:21

**interested (1)**
  39:3
**interrogation (2)**
  24:12,19
**into (4)**
  16:5;25:22;29:20;
  32:9
**involved (1)**
  33:9
**IUPUI (1)**
  7:16

**J**

**jail (1)**
  34:22
**jewelry (1)**
  16:15
**July (1)**
  35:25
**June (2)**
  35:25;39:13

**K**

**KATHRYN (2)**
  3:6,10
**kept (1)**
  36:13
**key (3)**
  15:6,8;17:20
**kids (1)**
  9:18
**killing (1)**
  34:22
**kind (7)**
  3:14,20;5:25;12:9;
  13:4;32:16;34:17
**knew (2)**
  16:15;32:25

**L**

**land (3)**
  11:5;20:23;21:3
**language (1)**
  5:21
**large (1)**
  38:5
**last (2)**
  5:6;17:10
**later (3)**
  3:22;28:20;29:3
**laundry (2)**
  12:2;14:25
**lawsuit (1)**
  9:8
**lead (1)**
  33:15
**learn (1)**
  25:10
**least (1)**
  23:14

**leather (2)**
  16:21,24
**leave (4)**
  27:14;28:9,11;
  31:12
**left (14)**
  12:18;17:25;18:16,
  19,20,21,22,24;19:7,
  12,22;20:1;27:11;
  31:16
**less (1)**
  8:14
**level (1)**
  10:16
**life (6)**
  25:18;26:1,3,11,
  17;27:3
**line (3)**
  11:5;20:24;21:3
**little (5)**
  7:14,15;11:11;
  14:10;30:21
**live (2)**
  9:24;10:23
**lived (1)**
  6:24
**living (4)**
  8:16,21;35:17;36:4
**lobby (1)**
  31:13
**Lockhart (2)**
  38:3;39:9.5
**long (9)**
  4:20;8:21;10:20;
  17:22;18:14,23;19:1;
  23:12;24:18
**looking (1)**
  32:8
**lost (1)**
  8:18
**lot (5)**
  16:25;24:4;31:9,
  10;36:14
**lots (1)**
  35:8
**loud (1)**
  3:19
**lunch (2)**
  18:13,14
**lunchtime (2)**
  18:22;29:14

**M**

**main (3)**
  16:21,23;31:13
**makes (2)**
  6:12;35:11
**making (1)**
  14:15
**management (1)**
  15:13
**manifested (1)**

  35:7
**many (2)**
  7:4;9:1
**MARION (4)**
  38:2,4,13;39:14.5
**married (2)**
  9:14,16
**matter (1)**
  3:4
**may (3)**
  4:11;19:21;35:24
**maybe (3)**
  20:2;23:14;24:4
**meal (1)**
  14:8
**meals (4)**
  12:5,6,7,7
**mean (7)**
  11:13;20:16;25:16;
  26:8;28:14;32:2;
  34:20
**medication (1)**
  5:3
**medications (1)**
  13:19
**mental (1)**
  13:1
**message (4)**
  31:22,24;32:12,17
**met (2)**
  3:16;5:24
**middle (1)**
  29:2
**midnight (1)**
  27:5
**missing (3)**
  22:17,21;23:2
**mixed (1)**
  35:22
**mobile (1)**
  11:15
**mom (22)**
  8:22;10:20;12:9,
  13;13:25;14:11,14,
  17;16:4,12,18;17:4,8,
  11;19:13;21:2;22:12;
  23:4;28:2,16;33:23;
  34:3
**mom's (21)**
  11:9;15:6,8,14;
  17:24;18:5;20:17,23;
  21:3,6,18;22:2,6,15,
  18;23:2;25:11;31:21;
  33:4,9;34:5
**Monday (1)**
  18:5
**money (2)**
  34:5,8
**months (3)**
  8:23,24;33:19
**more (6)**
  11:14;16:10;22:11;
  25:10;30:15;33:5

**morning (7)**
  3:7,9;5:4;18:9;
  28:18,20;29:4
**most (3)**
  4:16;14:3;33:14
**mostly (1)**
  33:13
**mother (2)**
  10:9;34:23
**mother's (1)**
  20:11
**move (1)**
  10:4
**moved (2)**
  10:2;17:5
**mumble (1)**
  4:5

**N**

**name (2)**
  9:20;13:23
**names (1)**
  13:10
**name's (1)**
  3:10
**need (3)**
  4:21;11:18;29:4
**needed (2)**
  16:10;29:16
**next (8)**
  4:2;20:9;23:6;
  24:7;27:6,22;28:13,
  18
**night (7)**
  6:5;18:4,6,7;24:22;
  29:3;30:23
**nod (3)**
  4:8,25;26:5
**nods (1)**
  3:20
**None (1)**
  35:11
**nonsense (2)**
  24:5;33:6
**North (1)**
  38:12
**notarial (1)**
  39:6
**Notary (2)**
  38:3;39:10
**notes (1)**
  38:16
**November (9)**
  6:14,20;7:8,24;
  8:16;10:7;15:15;
  17:5;18:5
**number (4)**
  7:7;11:2,7;20:18
**nursing (3)**
  16:5;17:4,5

**O**

**obviously (1)**
  26:15
**off (4)**
  26:3,11,17;30:15
**offhand (2)**
  11:8;14:23
**office (1)**
  13:8
**officers (1)**
  23:15
**offices (1)**
  38:11
**often (6)**
  10:1,9;12:7,13;
  14:11,17
**old (2)**
  6:12,14
**once (4)**
  4:11;10:2,10;13:25
**one (15)**
  7:3,5;9:12;10:16;
  13:21,23;16:21,22,
  23,23;23:17;33:15,
  16,17,18
**only (1)**
  21:21
**otherwise (1)**
  39:2
**out (15)**
  3:19;12:13;19:1;
  21:22;22:10,17,20;
  23:4,7;25:13;28:2,8,
  15;31:8;36:9
**outbursts (1)**
  36:15
**outcome (2)**
  26:7,8
**outlook (1)**
  26:15
**outside (1)**
  21:7
**over (9)**
  3:25;5:24;10:12;
  17:16;20:15,16,20;
  35:12;36:13
**own (6)**
  8:5,5,7;9:10,12;
  13:12

**P**

**painting (3)**
  8:1,2,9
**part (1)**
  26:14
**parties (2)**
  38:21,23
**party (3)**
  9:8;39:2,4
**pass (1)**

Case 1:16-cv-00103-TWP-MJD Document 50-13 Filed 02/13/17 Page 15 of 17 PageID #: 688
WILLIAM RAINSBERGER VS.                                                                          ROBERT RAINSBERGER
CHARLES BENNER                                                                                   December 20, 2016

27:3
**passed (7)**
  8:22;25:14;27:9;
  28:3,8,16;34:6
**pending (1)**
  4:24
**Pennsylvania (1)**
  38:12
**people (3)**
  21:24,25;33:24
**Perhaps (1)**
  5:20
**permanent (1)**
  34:21
**person (1)**
  39:1
**personality-wise (1)**
  12:24
**petulant (1)**
  30:21
**phone (11)**
  7:7;10:25;11:2;
  20:11;21:1;28:21;
  29:4;32:5,6,8,10
**physical (3)**
  11:9;34:24;35:1
**picked (1)**
  14:9
**pinned (2)**
  33:21;35:9
**pissed (6)**
  30:12,15,18;33:5,
  11,11
**please (2)**
  4:6;9:21
**point (1)**
  22:14
**police (14)**
  6:6;23:7,15;24:8,
  11,13,21;29:6,10,16,
  18;31:12;33:12;
  35:13
**polygraph (5)**
  29:23;30:1,4,10;
  31:6
**polygraphs (1)**
  29:21
**post (1)**
  7:20
**preliminary (1)**
  29:17
**prepare (1)**
  5:22
**present (1)**
  38:21
**pretty (4)**
  5:21;10:8;14:15;
  36:8
**prior (2)**
  17:11,11
**prison (1)**
  35:16
**private (1)**

31:22
**probably (1)**
  18:22
**process (1)**
  36:13
**prognosis (1)**
  26:6
**property (2)**
  15:19,20
**Public (2)**
  38:4;39:10
**purse (5)**
  16:18,20;22:19,20;
  23:2
**pursuant (1)**
  38:14
**put (4)**
  17:3;23:10;24:12;
  33:21

**Q**

**question's (1)**
  4:6

**R**

**Rainsberger (5)**
  3:7;9:22,23;
  37:11.5;38:6
**raised (1)**
  36:16
**ran (1)**
  18:18
**ranch (1)**
  7:3
**react (1)**
  30:6
**read (5)**
  3:22;32:23;37:3,6;
  38:21
**Reading (2)**
  5:16,17
**really (1)**
  33:16
**reason (3)**
  5:17;21:1;34:3
**reasons (1)**
  8:19
**Rebecca (8)**
  9:22,24;10:1;
  12:19;14:17,24;15:3;
  26:23
**recall (21)**
  10:4,20;17:10,15,
  24;18:13;19:6,19,20;
  20:3,7,8,9;21:5,17;
  22:22,23;24:24;
  27:23;29:13;32:19
**receive (2)**
  34:5,8
**received (1)**
  22:11

**record (1)**
  38:18
**records (1)**
  21:2
**reduced (1)**
  38:16
**refused (2)**
  30:7,11
**related (1)**
  34:25
**relating (1)**
  3:3
**relationship (2)**
  10:6;14:13
**relative (1)**
  39:2
**released (3)**
  35:16,20,25
**remember (7)**
  4:18;18:6;21:21;
  25:25;29:3;31:25;
  35:23
**remind (1)**
  4:11
**removed (2)**
  25:14;27:3
**repeat (1)**
  19:25
**rephrase (1)**
  4:6
**report (1)**
  29:17
**reporter (2)**
  3:16;36:25
**Reporting (1)**
  38:12
**represent (1)**
  3:10
**represented (1)**
  38:23
**rescue (2)**
  21:10,24
**Residence (1)**
  39:14
**restate (1)**
  4:7
**restroom (1)**
  4:22
**result (1)**
  34:18
**retirement (1)**
  15:25
**review (1)**
  6:3
**reviewed (1)**
  6:8
**revolved (1)**
  26:1
**Right (12)**
  3:23;5:1;6:7;
  14:16;15:20;18:11;
  21:10;26:22;28:12;
  29:7;37:1,5

**RMR (2)**
  38:3;39:9.5
**Robert (3)**
  37:1,11.5;38:6
**room (2)**
  24:12,19
**rules (2)**
  3:15;38:14
**run (1)**
  20:2
**running (1)**
  19:1

**S**

**SAITH (1)**
  37:9
**same (5)**
  3:24;14:21;30:9;
  33:5;38:22
**sat (1)**
  33:18
**Saturday (1)**
  5:10
**savings (1)**
  15:22
**saw (4)**
  17:11;32:4,6,10
**scene (1)**
  23:16
**schedule (1)**
  8:8
**school (4)**
  7:11,12,21,22
**seal (1)**
  39:6
**seasons (1)**
  8:11
**Security (1)**
  16:2
**seeing (1)**
  21:5
**seem (1)**
  18:1
**seemed (1)**
  24:3
**sense (2)**
  35:11;36:2
**separate (3)**
  23:9,10;24:15
**separated (1)**
  23:8
**set (1)**
  39:5
**seven-year-old (1)**
  30:22
**shakes (1)**
  3:19
**shock (1)**
  22:5
**shortly (2)**
  20:2;22:14
**shot (3)**

23:23;24:2;25:23
**show (3)**
  13:5;21:2;36:15
**siblings (1)**
  9:20
**side (1)**
  13:4
**sign (2)**
  37:3,6
**Signature (4)**
  36:25;37:4,10.5;
  38:19
**signed (1)**
  38:22
**simple (1)**
  3:14
**sister (4)**
  12:1,3;15:10;30:21
**sitting (1)**
  32:10
**six (1)**
  10:19
**sleep (3)**
  27:20,21,22
**small (2)**
  13:7,9
**smaller (1)**
  16:23
**Social (1)**
  16:2
**someone (3)**
  3:21;12:4,22
**sometime (2)**
  19:13;27:6
**Sometimes (1)**
  36:14
**soon (3)**
  27:2;30:25;31:1
**Sorry (6)**
  4:11;6:1;14:5;
  18:21;20:1;28:25
**sort (1)**
  15:24
**source (1)**
  16:3
**South (1)**
  9:25
**speak (3)**
  21:24;23:1,15
**specific (1)**
  11:14
**specifics (3)**
  21:16;34:11;35:5
**spent (1)**
  18:7
**spoke (2)**
  30:19;31:17
**Spring (1)**
  10:5
**SS (1)**
  38:1.5
**stand (1)**
  30:25

Min-U-Script®                                    Circle City Reporting                                    (4) passed - stand
                                                  317-635-7857

**standing (1)**
21:7
**start (1)**
4:1
**started (3)**
23:13;31:7,8
**STATE (2)**
38:1,4
**statement (3)**
6:6;24:21;25:2
**station (8)**
24:8,11,13;29:6,11,16,19;31:12
**statistics (1)**
31:8
**stay (2)**
18:14;28:9
**stayed (2)**
17:22;28:10
**stenograph (1)**
38:16
**stick (1)**
34:20
**still (5)**
22:19;35:17;36:4,11,16
**straight (1)**
27:19
**Street (3)**
6:17,21;38:12
**studies (1)**
7:21
**stuff (2)**
6:2;14:7
**sub (1)**
8:7
**sudden (1)**
34:22
**Sue (1)**
9:22
**suffering (1)**
13:3
**Suite (1)**
38:12
**summer (1)**
10:5
**support (5)**
26:1,4,11,17;27:3
**suppose (1)**
31:5
**sure (7)**
3:24;13:6;14:15;18:25;33:1;35:3;37:3
**surface (1)**
36:16
**surprise (1)**
24:3
**surviving (1)**
26:10
**suspect (1)**
32:21
**suspected (1)**
12:24

**sustained (2)**
25:20;34:18
**sworn (3)**
3:2;4:14;38:7
**symptoms (2)**
13:5;35:6

**T**

**talk (7)**
3:25;21:18;28:16,21;29:20;30:22,23
**talked (5)**
23:24;30:20;31:2;34:12;36:18
**talking (2)**
21:9;36:14
**tan (2)**
16:21,24
**targeted (1)**
33:16
**technical (1)**
7:20
**testified (1)**
3:4
**testimony (2)**
6:4;38:18
**that'll (1)**
3:15
**thereafter (1)**
20:2
**there'd (1)**
36:14
**though (1)**
32:22
**thoughts (1)**
33:3
**three (1)**
7:6
**tied (1)**
31:5
**tiger (2)**
13:7,9
**tight (2)**
10:8;14:15
**timeline (1)**
35:22
**times (2)**
8:11;9:1
**today (9)**
3:8,16;4:14,20;5:19,23;6:12;8:3;34:12
**together (2)**
19:16;20:6
**told (1)**
31:1
**ton (1)**
4:20
**total (1)**
24:20
**training (1)**
7:20

**transcribed (1)**
37:2
**transcript (2)**
3:15;38:18
**tried (1)**
29:20
**tries (1)**
3:22
**trouble (2)**
18:2;33:23
**true (1)**
38:18
**truth (7)**
3:2,3,3;4:17;38:7,7,8
**trying (2)**
35:8,10
**tubes (1)**
25:14
**Tudor's (1)**
31:11
**Tuesday (2)**
18:10,12
**TV (4)**
12:11,12;14:5;17:19
**Twice (2)**
9:2,3
**two (2)**
7:6;10:10
**types (2)**
7:19;13:16
**typewriting (1)**
38:16
**typewritten (1)**
38:17

**U**

**Uh-uh (1)**
6:9
**under (2)**
36:16;38:17
**understood (4)**
4:4;20:16;32:1,3
**unless (1)**
20:7
**unreliable (1)**
30:2
**up (6)**
14:9;20:18;21:13;30:25;31:11;35:22
**upset (1)**
33:14
**upstairs (1)**
7:5
**use (3)**
4:22;5:13;17:20
**used (2)**
5:6;13:7
**usually (1)**
12:11

**V**

**vary (2)**
8:11;14:20
**vehicle (1)**
23:18
**versa (1)**
4:2
**vice (1)**
4:2
**visit (4)**
10:9,11;12:9;19:13

**W**

**waive (3)**
37:4,7,8
**Waived (2)**
37:10.5;38:20
**walk (1)**
11:15
**walked (1)**
21:13
**walker (1)**
11:19
**wallet (1)**
32:4
**WAPLES (5)**
4:12;5:24;36:24;37:1,6
**washed (1)**
14:9
**washer (2)**
32:5,6
**watch (2)**
12:12;14:5
**Watched (1)**
17:19
**watching (1)**
12:11
**week (3)**
10:10;13:25;14:18
**what's (3)**
6:10;20:9;21:5
**wheelchair (3)**
11:16,17,18
**wheeled (3)**
21:21;22:10;23:4
**Wheels (2)**
12:6,7
**Whenever (1)**
28:1
**WHEREOF (1)**
39:5
**whole (7)**
3:2;27:8;30:14;31:9,10;33:6;38:7
**William (33)**
6:25;8:16,21;9:22;10:7,17;12:19;13:14;14:11;18:4,23;19:5,7,15,21;20:1,14;21:9,

14;23:5;24:13;25:8;26:23;27:14;28:16;30:3;31:20;33:8;34:8,18;35:16;36:18,21
**William's (6)**
6:22;7:2;14:13;22:4;34:11,15
**winter (1)**
8:14
**WITNESS (3)**
37:5,8;39:5
**work (11)**
8:6,7,14;27:24,25;28:5,6,7,9;29:1,2

**Y**

**year (4)**
7:16,16;8:12;13:6
**Years (1)**
5:12
**yelled (1)**
31:2
**yelling (2)**
31:7,10

**1**

**1-12-62 (1)**
6:11
**135 (1)**
38:12
**13th (1)**
6:21
**1720 (1)**
38:12
**18 (1)**
18:5
**19th (4)**
6:14,20;18:10,12

**2**

**2013 (13)**
4:18;6:14,15,20;7:8,25;8:1,17;9:12;10:7;15:15;17:5;18:5
**2014 (3)**
10:5,5;35:24
**2016 (1)**
38:14
**2017 (1)**
39:7
**2023 (1)**
39:13
**20th (1)**
38:13
**21st (1)**
6:17

**3**

**317-357-5791 (1)**
  7:9

**4**

**4 (1)**
  39:13

**5**

**5 (2)**
  6:17;8:10
**51 (1)**
  6:15
**54 (1)**
  6:13

**7**

**7155 (1)**
  6:17
**7345 (1)**
  6:21

**8**

**8 (1)**
  8:10