| STATE OF INDIANA | ) | IN THE MARION SUPERIOR |
| --- | --- | --- |
| COUNTY OF MARION | )SS: | COURT CRIMINAL DIVISION ROOM __1__ |
| STATE OF INDIANA | ) | |
| VS | ) | CAUSE # __14026747__ |

William Ransberger

## MOTION TO DISMISS

The State of Indiana moves the Court

To dismiss all (counts) in the above captioned case:

To dismiss the following counts in the above captioned case:

Count __1__      __murder / MR__
Count _____
Count _____
Count _____
Count _____
Count _____

FILED
(38) JUL 07 2015 MF
_Myla A. Eldridge_
CLERK OF THE MARION CIRCUIT COURT

For the following reason(s):

| CODE | LITERAL |
| --- | --- |
| (01) | Evidentiary Problems |
| 02 | Essential Police Witness Not Present |
| 03 | Essential Civilian Witness Not Present |
| 04 | Plea Agreement |
| 05 | Diversion |
| 06 | State Declines Prosecution |
| 07 | Restitution Made to Victim |
| 10 | Lack of Corroborative Evidence |
| 52 | Mental Treatment |
| 65 | Defendant Deceased |
| 67 | Victim Recants |
|  | Other: |

DATE: __7/7/15__

DEPUTY PROSECUTING ATTORNEY
19TH JUDICIAL CIRCUIT

The Court having examined said Motion to Dismiss and being duly advised in the premises now sustains said motion.

DATE: __7/7/15__

JUDGE, MARION SUPERIOR COURT
CRIMINAL DIVISION ROOM _____