

**CONNOR REPORTING**
SETTING THE RECORD STRAIGHT

111 Monument Circle   Suite 4350   Indianapolis, IN  46204
317+236+6022   800+554+3376   317+236+6015(f)

November 8, 2016

Kathryn Box
OFFICE OF CORPORATE COUNSEL
1601 City-County Building
200 E. Washington Street
Indianapolis, IN  46204

Re:   Deposition of **William Rainsberger**
      09/27/2016
      William Rainsberger vs. Charles Benner

Dear Ms. Box:

The witness did not waive the right to read and sign his/her deposition in the above referenced matter.  Enclosed is the signed original transcript with errata sheet(s).  It has been sealed for submission to the Court.  Should you have any questions, please don't hesitate to call.

Sincerely,

Zachary J. McClure
Connor Reporting

No. 44245
Enclosures

cc:   Richard A. Waples

William Rainsberger
September 27, 2016

148

name."

Q   Do you know what specialty he was, by chance?

A   I think we spoke to the neuro guy.

Q   Neuro guy, okay.

    MS. BOX:  I don't have any further questions.

    THE WITNESS:  Oh, okay.

    MR. WAPLES:  Let's take a short break.

    (A recess was taken between 5:19 p.m. and 5:23 p.m.)

    MR. WAPLES:  We don't have any questions. We'll read and sign.

    THE REPORTER:  Copies?

    MR. WAPLES:  E-tran.

    MS. BOX:  E-tran condensed, please.

    (Time noted:  5:23 p.m.)

AND FURTHER THE DEPONENT SAITH NOT.



_____
WILLIAM TERRY RAINSBERGER


**CONNOR REPORTING**
SETTING THE RECORD STRAIGHT

111 Monument Circle, Suite 4350 • Indianapolis, IN 46204
317.236.6022    800.554.3376    317.236.6015•F

RE: Indiana Rules of Procedure, Trial Rule 30 (E) and/or Federal Rules of Civil Procedure.

*PAGE 62 LINE # 24
CHANGE breathing

TO bleeding

REASON FOR CHANGE I said "bleeding"

*PAGE 67 LINE # 4
CHANGE "I have them straight..."

TO "I don't have them straight..."

REASON FOR CHANGE what I meant to say

*PAGE 112 LINE # 19-21
CHANGE "I don't know if I told Benner or Tudor or who, but I told them stuff was taken, and it didn't seem to register."

TO "I told Benner about a purse and prescription that were later shown by the crime scene records to be missing."

REASON FOR CHANGE What I meant to say



111 Monument Circle, Suite 4350 • Indianapolis, IN 46204
317.236.6022   800.554.3376   317.236.6015•F

RE: Indiana Rules of Procedure, Trial Rule 30 (E) and/or Federal Rules of Civil Procedure.

\*PAGE 112  LINE # 23
CHANGE "I don't remember."

TO "November 19th and 20th, 2013."

REASON FOR CHANGE What I meant to say

\*PAGE 112  LINE # 25
CHANGE "I believe it was Benner, but I don't remember."

TO "Detective Benner"

REASON FOR CHANGE What I meant to say

\*PAGE 113  LINE # 4-7
CHANGE "I believe I told Benner; if not, I told one of the other police officers that a purse, jewelry, and my mom's Aricept were missing."
TO "I told Benner about a purse and prescription that were later shown by the crime scene records to be missing, and told him the drawers, where my mother's jewelry was kept, were opened."
REASON FOR CHANGE What I meant to say

2/3



111 Monument Circle, Suite 4350 • Indianapolis, IN 46204
317.236.6022    800.554.3376    317.236.6015•F

RE: Indiana Rules of Procedure, Trial Rule 30 (E) and/or Federal Rules of Civil Procedure.

*PAGE 122 LINE # 11
CHANGE "Yeah."

TO "I told Benner about a purse and prescription that were later shown by the crime scene records to be missing, and told him the drawers, where my mother's jewelry was kept, were opened."
REASON FOR CHANGE What I meant to say

*PAGE 122 LINE # 13
CHANGE "I do not"

TO "November 19th and 20th, 2013."

REASON FOR CHANGE What I meant to say.

*PAGE_____ LINE #_____
CHANGE_____

TO_____

REASON FOR CHANGE_____