Q:     This is a statement, witness statement being given by William
       Rainsberger. The date is 11/19/2013. The time is now 1812 hours. This
       statement is being given to Detective Charles Benner at police
       headquarters, 3rd floor conference room. It's being given in reference to
       case number DP130-, I'm sorry; 13153344.  That's DP13153344; which
       occurred on 11/19/2013 approximately 1539 hours. At 801 North
       Shortridge Road, Apartment H11. Sir, can you state your name, age and
       date of birth, please?

A:     My name is Williams Rainsberger, uh; I'm 56 and my date of birth is June
       8, 1957.  And what's your address and telephone number; 345 East 13th
       Street, Indianapolis, Indiana.  Uh; telephone number 317-331-1059.

Q:     And are you employed?

A:     No, I'm retired.

Q:     And where did you retire from?

A:     Uh; Franciscan Alliance, uh; that used to be the St. Francis Hospital
       system. They changed their name.

Q:     Okay. Uh; Mr. Rainsberger, uh; today's date we received a call out to
       your mother's apartment there at, apartment H11, 801 North Shortridge.
       In your own words can you tell me what happened today?

A:     Uh; I went over there. I'm trying to remember the time better, I think, 3:00
       or 3:15. I remember taking off. I told my brother I was going to go over
       and check on my mom. I got in my car. I went to… I actually went to
       Kroger, uh; got that large iced tea that was found at the scene. And then,
       uh; I went to my mom's and parked near her apartment and went to the
       apartment or got her mail, which is right inside the door, went to her
       apartment. There was a thing hanging on the door. Uh; it was some…
       something about renewing her lease. And I was going to take, so she had
       a bank statement in the, in this thing and I went back to my car for a
       minute. Uh; 'cause I was going to just take the bank statement home so I
       could look it over, like I have all her lease information and stuff like that.
       She can't even read the bank statement. So I was just going to take it
       home. And I thought. No, I'll, I'll take this stuff in and try and explain it to
       her. She has dementia and it kind of, it's kind of here… I don't know.  It's,
       it's weird. Anyway, uh; so I went back and and, uh; into the apartment
       building and then I went to unlock the door. Seem like the, the locks
       weren't locked.  There's a deadbolt and there's a door knob.  And it
       seemed like they weren't locked, 'cause it didn't… it, it wasn't any friction, I
       guess or I, I can't explain that.  And then I went in and she was laying on
       the floor in the living room. And, uh; she was just laying there. And I, I
       thought she had fallen.  And I kind of noticed her leg, uh; s-, and called out

mom. And, uh; she didn't move, but she was, she was breathing. And then I saw she had a blanket over her head. And then I saw there was blood, what, like, where the top of her head would be. And then, uh; I went over to the phone and I called 911 and, I don't remember how that first conversation went, but I was not getting through to whoever answered. Uh; I can't remember what the thing was like, uh… oh, they kept asking me; I think they kept asking me if the, if there was an intruder still there or something. And they just kept asking me that over and over. And, uh; then I hung up. So I called back and I got somebody else and then they put me through to the ambulance dispatch; and then, uh; the… some ambulance and fire... and, uh; I went and just kind of walked around the apartment. Uh; and I, I just, I don't know what I was looking for. Just seeing if anybody was there, I guess or seeing if anything else was going on. And then I pulled the door shut or most of the way shut. I can't remember. And, uh; by then I heard the sirens. And so I went up and stood in front of the building and waved like that, 'cause no, it's H11, nobody knows where H11 is back there. And then the fire department came. That's about all I know. I mean…

Q:    When's the last time you saw your mom before today?

A:    I went over there yesterday about 6:00 or 6:15; somewhere in there. I, I actually went to Kroger first and got here some yogurt. She likes, she's got this thing for Yogurt. Uh; and I got her some yogurt and, 'cause I knew she was just about out. And, uh; I put, I got there some time between 6:00 and 6:15. I can't remember and then I, I was there for probably 15 or 20 minutes, 15 minutes. And I left about, I th8ink I left at 6:25, 'cause I supposed to be, uh; in Plainfield at 7:00 to play poker. So, and I know it takes 35 minutes unless I, you know fly. Uh; it takes 35 minutes to get to Plainfield from, from that side of town. So…and I don't remember anything being out of the ordinary or whatever. Uh; I know I locked the door and I'm pretty sure I locked the deadbolt. Uh…

Q:    So when you left there last night you went to Pl-, did you go to Plainfield?

A:    Yeah, I'm, I'm married and we each own a house, 'cause you, you can't sell the house these days, certainly not on the eastside. So we still have their own house. And I went out there, got out there probably right at 7:00, picked my wife up and then we played poker. There's a free poker game at the bar and then, uh; watched football.

Q:    Monday Night Football?

A:    Monday Night Football.

Q:    And what's your wife's name?

A:    Mari, M-A-R-I, B-I-L-G-E-R, Bilger.

Q:     Okay.  Do you know her address?

A:     Yeah, 221 South Vine Street, Plainfield.

Q:     Do you know her phone number?

A:     Uh; 317-710-7604.

Q:     Okay.  And what did you do after, after that last night?

A:     Uh; I went to bed.  I stayed out there.

Q:     Oh, you stayed at her house?

A:     Yeah.

Q:     Okay.  And then what happened today?   When did you come back.

A:     I came back, uh; today 9:30. I went to, uh; I left her house.  I think I left
       before she did.  She left at 8:00, but I went to Kmart 'cause they were
       supposed to have... this is all so stupid now. They have, uh; my TV
       antenna broke.  I don't have cable.  My TV antenna broke.  And they was
       supposed to have one on clearance.  So I stopped at Kmart.  I actually
       stopped at two Kmarts thinking they had this TV antenna and I never did
       get one.  Uh; what else did I do?  I don't know I just ran a few errands.  I
       did a little laundry.  Uh; I texted my wife, uh; laid down for a bit.  I mean,
       fighting a cold type thing.  So I laid down a bit and then got to be 3:00 or
       so and I started making plans to go see my mom.  I, I see her almost
       every day.  Usually about 4:30 and I didn't have anything much to do and I
       thought, well, I'll go over there and see if she needs anything of if she's
       eaten or not eaten or whatever, so.

Q:     Do you ever talk to her on the phone or does she have a phone?

A:     Yeah, she calls me...

Q:     Does she have a house phone or cell phone?

A:     She has a landline phone.

Q:     Okay.  So she doesn't have a cell phone?

A:     No.

Q:     Okay.

A:     No.

Q:     So it's just the landline (Inaudible)?

A:     Yeah, she…sh-, she can't figure out a cell phone. So we gave her a landline phone. And, uh; she calls me, uh; anytime she needs anything or if there's anything in doubt or the TV doesn't work because she's got the cable box off with the TV on or vice versa. Uh; so we probably talked… I don't call her. Usually, I just go over there. Uh; but like, you know, I don't really have anything to call her about unless she would call me and say my TV isn't working or, you know, can you pick up yogurt. Uh…

Q:     So you hadn't talked to her since last night then, since you left the house?

A:     No, no. That's the last time she called would have been, I don't know when it would have been. Uh… come on. What, what is today, the 19th?

Q:     Yeah, yes.

A:     She called me at about 8:00 a.m. yesterday and 20 until 6:00 yesterday.

Q:     And that was before you went over there yesterday then?

A:     Uh; this is, uh… sorry. This is yesterday and then she called me at 7:52. And…

Q:     This morning or yesterday?

A:     That's yesterday morning.

Q:     Alright.

A:     And, uh; her TV was messed up and then this morning…

Q:     What was wrong with the TV then?

A:     She keeps fumbling with the remote. She's got kind of a, uh; she just endlessly works the remote going through channels looking for something to watch. And, uh; she can't see clearly enough to read what's on the remote. So she, uh; somewhat frequent we would get things out of sync whether, where the TV has to be on 3, you know.

Q:     Right.

A:     Well, she'll get the TV on 4:00 where she'll be… where the cable box would be on, but the TVs off or the cable box is off and the TV is on. So she called me about that and then she called me at 5:41 and that was also about the TV. I went over there and, uh; it was on some channel that she doesn't even get, like channel; I don't know 309 or something, so. And then she had more trouble with her TV the day before, but then she also wanted, uh; strawberries.

Q:     Okay. So the last time you talked to her was yesterday when you were there, right?

A:     Uh; yeah.

Q:     Okay.

A:     The last time I saw her yesterday would have been 6:25, I guess. And she was sitting in her, in the chair in the living room watching TV. Uh; she had just gone to the bathroom. Uh...

Q:     What was she wearing the last time you saw her? Was she wearing the same thing she had on today or something different?

A:     I don't know. It's all such a blur. I'm, I don't remember. She didn't wear; she didn't change clothes sometimes for a few days at least. And then usually he had some kind of house coat or robe on. I honestly cannot remember what she had on either time.

Q:     Did she ever say anything about anything out of the ordinary going on at her house or anything?

A:     She, every once in a while she would talk about people come into the door, knocking and wanting something, but I wouldn't say that was, I was telling the officer on the way over, talking about dementia and stuff and, uh; she would say things like that or she would say somebody called and hung up or called and wanted something. Well, I figured those were solicitors or whatever, but she, she's mentioned... and several times, not a lot of times since she's lived there that somebody's come to the door wanting something or other. And she's very, very leery of people that come to the door that she's not, you know, if it's not me or my brother or my sister, then something's out of the ordinary and she doesn't tolerate that, but uh; so she had mentioned that, but I never really thought about...

Q:     So you don't think she would let somebody in there she didn't know?

A:     I can't imagine. Now, if she had let somebody in. Now, somebody had gone in and she must have been asleep. She also sleeps a lot. Like during the day, you know, there's a 5050 chance where she'll just sleep or up and watching TV. Uh;

Q:     So are you...

A:     I don't think, I don't think she would let somebody in because, unless there were clearly somebody who was going to, I guess here somebody had went in to fix the toilet, 'cause the, the float thing was screwed up.

Q:     So somebody from maintenance went in and...

A:      Yes.

Q:      ... that work in the complex?

A:      Yeah, and I think my mom must have been asleep, 'cause I saw the note
        and it said that they let themselves in. There's a uhm... I was over there
        Sun-, Sunday. And I told you, I, I had to go to the bathroom. The toilet
        wouldn't flush and, I thought, now that's weird. Said the tank was empty.
        So I giggled the, the float thing and it slowly filled up so I could flush what
        my mom had put there. And then I went and I could flush what I put there.
        And then, uh; that must be Saturday, 'cause the office was open. I run up
        to the office and said can you replace the ball cock or whatever it is in
        there. And if you can do it Monday that would be great so I know when I
        got over there yesterday there was form from the apartment complex
        saying they had replaced the ball cock and fixed the toilet. Although
        somebody said there was water in the bathroom. So I don't know if the
        toilet has a problem or if the drainage has a problem again or, that place
        floods. She's going to flood it out of the apartment a couple of times with
        water, like that much from rain water.

Q:      Okay. So maintenance would have been in there Monday. So you would
        have locked the door after that, right?

A:      Maintenance would have been in there yesterday. When I got there, last
        night the door was locked, pretty sure. 'Cause it, you can tell when you
        open it. And then when I left, uh; it locked. At least the door unlocked.
        Uh...

Q:      Have you ever seen maintenance? You know who they are and what they
        looked like or...?

A:      Yes, and, yeah, they're... uh; there's a guy named J-. I actually have his
        cell phone number, John from maintenance. And he does a real good. I
        mean there's no...

Q:      Okay.

A:      There's no question there.

Q:      Alright.

A:      And when I got there the day the laundry room door was opened. Uh;
        'cause you have to have a key to get in the laundry room. So people prop
        it open all the time. Uh; which pisses me off, 'cause my mom lives right
        there. So I always kick the rock out of the way. Uh, but they do that,
        'cause it's easier to carry the laundry and you don't have to have a key.

Q:      Right.

A:    So...

Q:    Now, let's talk about your mom's... what's your mom's financial situation?

A:    Uhm; she get's by.  She's got about, she gets a pension from, uh; civil service.  And she gets social security.  Uh; it's, technically it's... if you work for civil service when my mom did your social security is reduced by an amount equal to your civil service or 80% of it or something.  Anyway she gets about twelve or thirteen hundred a month.  And I think that's after Medicare part B.  And then she has about, I can't remember if it's eighty-four or eighty-nine thousand dollars in the bank.  And that's about it.  She doesn't really have any possessions or stocks or coin collections or... I mean she doesn't have anything, but what you see in the apartment.

Q:    Okay.

A:    So she's, uh; really fairly well off, because that was going to go for assisted living.  Her lease is up in, at the end of the year.  I've been working on trying to find a place to get her into assisted living, but it costs so much that it was going to eat through everything.  And then we heard that there's places that have assisted living that's paid for by Medicaid. 'Cause all, all our money would be, you know, it's, it's there for assisted living and for nursing home care. So, you know, but it's not... she doesn't have enough to do much with.  Really.  I mean, it's just not enough. The assisted living starts at twenty-three, twenty-four hundred a month.  And that's, that's not the greatest places.  I mean...

Q:    Right.

A:    In the nursing home.  Well, Medicaid will cover nursing homes. That was never an issue, but this transitional period we were going to have to... we're probably just going to vote, the kids would vote to leave here there for and go month to month until we find a place that was suitable where, you know, it wasn't like ransacking her savings, but it was the quality place to live. We don't want to put her in some place where, you know, where it's just crappy.

Q:    Right.  So you guys had already been discussing that, then, possibility of assisted living?

A:    Yeah, well, I had actually looked at it a few years ago.  And then it just seemed so expensive and she didn't like the expense.  She was more aware back then for, like a few years ago she was driving. And she would write checks. She was able to do more things. But she didn't like the idea of spending that much money and then the assisted living place we visited was kind of crummy. And it really turned her off. So she moved into these apartments over here, 'cause it's, it's only like, it's like two minutes from my house.

Q:     Alright. So how long has she lived in those apartments then?

A:     She moved in at the tail end of December in; two years ago, 2011.

Q:     Two years ago? And where did she live before that?

A:     She lived in an apartment, uh; at 25th and Mitthoeffer. I can't remember the name of the place.

Q:     Okay. Does she pay her own bills or how does her bills get paid now?

A:     Uh; she has two bills a month, uh; one is for rent. I make out the rent check she signs it. Uh; I actually have her do a practice signature before hand, because she's not, you know. And then the phone and electric and cable TV are in my name and then I do all of her grocery shopping. So she writes a check to me and she writes a check to the Jeffersonian Apartments. Then my sister get's her stuff. Like my sister would get her clothes, 'cause I don't really understand clothes sizes or whatever. And then I'll make out a check to my sister and then my mom will sign it. So she still signs her checks. She just can't, she can't do anything more than that really.

Q:     So she signs checks to you for the groceries?

A:     She'll see, yeah, the groceries and utilities are tallied up every month, like I, I'm sorry, I don't remember who's who. If you're in the apartment, on the fridge, there's a m-, you know a Yankee's magnet. There's a bunch of grocery receipts jammed in that. I added those up at the end of every month. And show her what's going on and a note to get around in case somebody else wonders what I'm doing. And then I write a check or she writes me a check for, usually it's a hundred dollars, two-hundred fifty dollars; just depends on how much groceries there have been and if she had any, uh; uh; like during through the dead of winter her electric bill would be higher. The apartment complex covers gas and water, but the electric bills goes up in the dead of winter and in the dead of, well, in the dead of summer, I guess. 'Cause it's hot, so.

Q:     Right.

A:     Anyway...

Q:     Does part of her money go into her savings or are her savings are frozen right now?

A:     No, uh; she's got, it's kind of weird how it's broken down. The credit union, she has a, a checking account, a money market account, a savings account and then she has three or four CDs. And, uh; so it just goes into checking. And then I write checks; a lot of checking.

Q:   So of the ninety or the eighty some thousand dollars is all in a checking account?

A:   Huh-uh. I'm sorry. Most of that is in some sort of certificate of deposit and I can't remember the breakdown exactly. I think half of it is pre-tax, like an IRA. And half of that is available. Again, it's already been taxed and it's her savings. I'm, uh...

Q:   And where did that money come from?

A:   That's her life savings.

Q:   Just from saving it her whole life?

A:   Yes.

Q:   She, what about your father, is he still in the picture or what hap-, where is your father?

A:   No, my dad died in, uh; '83.

Q:   Okay.

A:   They were divorced.

Q:   Okay. So it's been a long time?

A:   Yeah, she...

Q:   She had never remarried or anything?

A:   No, my father remarried, but she didn't. And she's just do what money she has is what she made working at Fort Harrison. She worked at, uh; US Army Finance Center. She was a bookkeeper, uh; for I think 21 years, but she doesn't have any, she doesn't own, she doesn't own a car or real estate or stocks or valuable jewelry or, or anything. I mean, it's just...

Q:   Do you know if she has a will made up or anything?

A:   Yeah, she has a will and a, uh; what's the other thing?

Q:   Like a ...

A:   Power of attorney. And there's, she has a will and a power of attorney and a medical power of attorney.

Q:   Is that, and who has the power of attorney?

A:    My sister and I, power of attorney, uh; if I'm remembering right and I, I can't remember if that's shared or if that's, I'm the substitute incase my sister can't do it.

Q:    And what's your sister's name, again?

A:    Rebecca, R-E-B-E-C-C-A, Rainsberger.

Q:    What's her last name now? Is she married?

A:    Uh; she has, but that's her last name now. It's the same as her maiden name. Her name now, is Rebecca Sue Rainsberger. There's no married... she is married, but she doesn't have, she didn't take her husband's name.

Q:    Okay. Is it Ferguson, is that her husband's last name?

A:    Yeah.

Q:    Okay.

A:    Yeah.

Q:    Do you have any idea what her phone number is or where she lives?

A:    Uh; her phone number is 679-4411. And she lives at 12957 Tarkington Common.

Q:    Where is that located at?

A:    Carmel.

Q:    Carmel?

A:    Yep.

Q:    And she is married, any kinds? Does she have any kids?

A:    She is married to Larry Ferguson and she has a kid by her prior marriage.

Q:    Okay. So you and Rebecca have power of attorney?

A:    Yeah, it was actually two powers of attorneys, now that I think of it. 'cause I had another one from, uh; I didn't know she, I didn't know my mom had one until it, until the damned flood. The, that, that apartment has flooded twice. I go through everything. I've been through everything in there so many times. It's ridiculous, but I found out my mom, back in the 90s, I think had had a power of attorney and a wheel and a medical power of attorney done. And then I...

Q:    And who's, who's the medical?

A:    Who…

Q:    One of you, do one of you have the…

A:    Uh…

Q:    … power of attorney over medical decisions?

A:    Yeah, I, I can't remember how it's phrased though.  I think it's whichever children are present.

Q:    Okay.  So you all were included in that?

A:    Yeah.

Q:    Do you know where she would keep all that paperwork?

A:    It's in the second bedroom.

Q:    Okay.

A:    It's got… everything is just a mess there.

Q:    In that bedroom in the back?

A:    Yeah.

Q:    Did you turn any lights on when you went in there, when you were walking around?

A:    (No response)

Q:    Over there?

A:    I don't…

Q:    Or saw them when you were in there?

A:    I don't think I touched anything.

Q:    Okay.

A:    I was telling the other guy, the, uh; the ambulance dispatch kept asking me is she breathing regularly.  It's like, uhhh.  I didn't know what regular meant.  And my mother, my mother was breathing like (Gasping)… And finally, I just said, yeah, she's breathing regularly.  I don't know what they were getting after.  And then they said hold a clean cloth to her wound.  I

was like, I'm not... I didn't, so I didn't touch that. I don't think I touched any lights. I don't think I touched anything. I did a quick circle around that little hallway there to see if anybody was in there. Or if there was broken glass or something. And I didn't see anything. That's when I, I just backed out and headed for the fire truck. But the all that paperwork on that stuff is kind of in the, it's in a bit of a state of disarray in the second bedroom, 'cause she's we've had to move things around so much.

Q:   Alright.

A:   The will is one-third, one-third, one-third; by the way.

Q:   Okay. Did your, did your mother have anything else in the apartment that would, worth value, you know, valued a lot that somebody would want to steal or...?

A:   No, that's what I kept asking myself when we was sitting in the police car. It's like I don't, I don't know what, why anybody would go to the trouble, 'cause I, there's just nothing. The, the only thing I can think of is that they thought she had pills or something. I don't know. It's just driving me crazy.

Q:   But she didn't take any pills, any...

A:   She didn't...

Q:   ... pain pills or anything?

A:   No, she had, uh; all over the counter, 'cause she had a, she had a really bad back. She had scoliosis from having polio. Uh; and she had back pain sometimes, but the only prescription medication she was on was Aricept which is for her, uh; uh; dementia.

Q:   Okay.

A:   Uh...

Q:   Does she keep any, any money in the house at all, any cash?

A:   No. In fact we had my, I just talked about that with my sister probably a month ago. Uh; 'cause her bank machine number doesn't even work. I mean, she had, she's probably gone a couple of years without taking any money out of the bank machine or buying anything with cash or, or anything. I buy everything. What I don't buy, well, almost everything. My sister buys clothes and, and she'll pick up odds and ends were needed, but, uh; so my mom never leaves the apartment unless it's with me or one, one of the kids. And that's where, I don't think she had left the apartment

since, oh, the last time she was flooded out, which I think was April. She came over and stayed with me for a few days.

Q:   Okay.

A:   And then…

Q:   Do all three children have keys to get into that house?

A:   Yeah.

Q:   Okay.

A:   Yeah. That's just to cover in the case of vacation or somebody's sick or something.

Q:   Alright. Are you the one that usually checks on her, though?

A:   Yes.

Q:   Okay.

A:   I probably check six days a week, it should be seven, but…

Q:   Does your brother ever go check on her by himself or…?

A:   Uh; only if I need him to, 'cause he, I don't work and he works, uh; until, until the cold snap he was working his butt off. And it's like, you know, I'll, I'll go see mom. You just work. 'Cause he works his two jobs. He paints houses and then he works a couple of nights a week at Speedway. It's a way… so he's, it's, it's not a problem for me to do it. I'm sorry. I'm…

Q:   That's alright. He, I'm… he said something about losing his house recently. Do you have any idea how that came about or is he married or anything?

A:   No, he's never been married. Uh… oh, for Christ's sake. Pardon me. 'Cause it's just… I'm, I'm really out of it, 'cause I don't know whether my mom is alive or not.

Q:   I understand.

A:   And then this is from my sister. I talked to the doctor and saw mom. She's not good, has breathing assistance fluid and pain, fluids and pain meds. They're moving her to IC. Are you coming here? Ask for a Chaplain House at emergency department intake. So and I, I (Inaudible) from… I don't know how to grade her from here.

Q:   Uh; we'll get you there.

Statement of William Rainsberger        DP130153345        Page 13 of 28

A:     Okay. Uh; you had asked...

Q:     Your brother, your brother losing his house; did he lose his house?

A:     Oh, he got, he got foreclosed on, uh; he, he was upside down. And, uh; it was just one of those things. I don't know. They call...

Q:     You know when that happened?

A:     Gees, August. I think... he moved in with me in August.

Q:     Okay.

A:     And actually it's... he was kind of okay with it. I don't know if he had told you that, but he told me that. It's like the house had so many issues and that neighborhood had so many issues. It used to be a really nice neighborhood over by the old community.

Q:     Right.

A:     Community East and this, and he lives next door or he lived next door to Hillbilly's and the house had foundation problems and it's just, you know, whatever. Oh, so he's living with me for free and so all he does is work and work.

Q:     Right.

A:     He works his butt off.

Q:     So is there anything you can think of that would make any sense about what happened to your mother, about who would want to do anything to her?

A:     Yeah, my first reaction is I can't make any sense of this at all in any way. I, I am, I feel horrible because I'm the one that pick this apartment complex. And I picked it because it was near me. And so for that my mom got flooded out twice and may die. There is a lot of, you can't really tell because you got, you know. Uh; you got the first there. You got the YMCA there. You got a nice suburban thing there, but there's a lot of undercurrent of crap. The corner of 10th and Shadeland is not a good place to be in the middle of the night. And I worry about that. And I plan on moving out, good Lord willing and the creek doesn't rise. I plan on moving out this spring back one of the houses, hopefully start selling again. I got married a couple of years ago and the first year after I got married, I don't think a single house in my neighborhood sold in, in 2012. There's been a couple in 2013. So I want to get out of there and other than the fact that I want to be living with my wife I would move out of there

anyway because of the crap that lives in here. I, I had no earthly clue why anybody would harm my mother. It just doesn't make any sense.

Q:     Okay. And a question I have to ask; no offense to anybody, but I have to ask you if you think there's anybody in your family that would do anything to your mother like that?

A:     Oh, my God, no!

Q:     Okay.

A:     She has…

Q:     Uh; now…

A:     I mean if she…

Q:     … that kind of thing would never even have crossed your mind that your brother or anybody else could have had anything to (Inaudible)…

A:     It's not even monetarily worth it. I mean, I'm fairly well set. My sister's fairly well set. Uh; I don't know how much my brother makes, but his expenditures are, uh; with gasoline and groceries and his phone. I mean he has no overhead whatsoever. I'm not charging anything as long as, I don't know, as long as I don't need to charge him anything, sir.

Q:     Right.

A:     I don't think anybody's going to go through all this for, uh; I don't know whatever is left over divided by three. It's, uh; it's not enough to worry about for me. I mean, I got, anyway. You know, just… it doesn't make any sense to me to commit a crime like that on someone who's defenseless. It surely doesn't make any sense to me that anybody in their family would think of doing that, because; I mean what's the point? It's not kind of like she's got millions of dollars or something. It's, nobody in our family has money. I'm okay. And my sister's okay. My brother will be okay. We never had any money in our family. So I don't know. I just, it's all so stupid.

Q:     Do you have a middle name?

A:     Yeah, Terry, T-E-R-R-Y.

Q:     Does Robert have a middle name?

A:     Clark.

Q:   Do you, do you know anybody named Michael or does your mom know anybody named Michael?

A:   Michael?

Q:   Uh-huh.

A:   Oops, is that a first name?

Q:   I, whatever it is then…

A:   Michael? I mean I, I know people named Mike, but I don't, I don't know that she knows anybody named Michael.

Q:   Does she know somebody named Mike?

A:   Not that I know of. She did not know very many people. I mean she knew the people in the family and she knows her siblings. I mean that, her immediate family. She knows her immediate family. And probably the only other people she would recognize and remember would be, uh; somebody from where she used to get her hair done or s-, there's still a few women left that are alive that she worked with, but she doesn't really, I don't know how she would be at putting names with faces or whatever.

Q:   What was your…

A:   I don't remember her…

Q:   … dad's, what's your dad's name? What was…

A:   Ralph.

Q:   Ralph?

A:   Yeah. I don't recall her saying Michael, but I don't know…

Q:   So there's nobody that she would know as far as you know named Michael?

A:   Michael? It doesn't ring any bells.

Q:   It should.

A:   I don't know.

Q:   I'm, I'm just asking. So she didn't call anybody in the family Michael?

A:   No, there's, I'm trying to think. There's no Michaels in our family.

Statement of William Rainsberger          DP130153345          Page 16 of 28

Q:    Okay.  She still have any brothers and sisters alive then that you you're…

A:    Yep.

Q:    Do they still visit her?

A:    No, she has a, a brother and a sister that live in Ohio. And she has a sister that lives in Daytona Beach, Florida. And their two, my mom's too feeble to make it to either place and their too feeble to make it to visit her.

Q:    Right.

A:    We were going to go over and visit in Ohio, but my mom's been so weak. I mean she had trouble walking, walking.

Q:    Uh-huh.

A:    You know fifty feet would be a challenge for her.

Q:    Then your mom didn't have any guns or anything in the residence, did she?

A:    No.

Q:    Did, uh; you or your brother own any guns?

A:    I have a handgun.  It's, uh; It's in my dresser drawer.  It's not even loaded.

Q:    What kind of gun is that?

A:    It's Taurus 357 magnum.

Q:    Okay.  Does your brother have any guns at all?

A:    I don't think so.  He would have mentioned something when he moved in.

Q:    Okay. So that's the only gun you have is a Taurus .357?

A:    Yep.

Q:    Do you have a gun permit or do you just keep it in the house?

A:    It's in the house.  It is a complete.  I used to live downtown and it's just a complete last resort thing we…

Q:    For your house, own protection?

A:    Yeah.

Q:   Okay.

A:   I don't go, I'm not into guns.  I don't go shooting guns.

Q:   Is it a 6-shot?

A:   Yeah, that's a 6...

Q:   When's the last time you saw the gun?  Do you ever...

A:   A couple of days ago.

Q:   Okay.

A:   I've actually thought about whether I should have it or not or... I don't really, uh; when I lived downtown it seemed more pertinent.

Q:   Uh-huh.

A:   I was over there by myself in an area that was kind of new, but I think I worry about things more that never happens.  I can't really imagine where we live now.  I mean it's just, it's like Mayberry.

Q:   Right.

A:   It's that little pocket that...

Q:   Uh-huh, off of 10th Street.

A:   Yeah. Holy Spirit right there kind of stabilizing influence sort of, you know, having that big Catholic church right there.

Q:   Have you ever, how long have you had the gun?

A:   Uh; I got it some time in the 90s.

Q:   So you've had it a long, long time?

A:   Yeah.

Q:   Okay. Did you buy it from a gun store or person or...?

A:   Gun store.

Q:   Okay.

A:   I'm trying to remember which one.

Q:   When's the last time you fired it?

A:      Oh, ages ago. I can't remember.

Q:      So it's not something you normally do, go to the range or kind of shoot it?

A:      No, I, I just have no interest. I have a box of bullets that I'm not even sure if they'd be safe to shoot.

Q:      Go ahead Tom. (Pause) Okay. Got you. Uh; I'm still, still taking the statement. (Pause) Okay. Okay. Yeah, and bring me the key too so I can get back in, if I need to. Alright. Thanks, Tom. Okay. Alright. Alright, bud. Alright, bud. Does your brother have any idea that you have that gun?

A:      Yeah.

Q:      Okay. So he knows about it?

A:      Yeah.

Q:      Uh; but he doesn't have any guns that you know of or ever owned a gun?

A:      I don't think he's ever owned a gun. He was in the army. And I don't think he's ever owned a gun. He was in the army. And I don't think he's ever owned a gun. He's, he's not into them. I'm not into them. My wife is into them.

Q:      Okay.

A:      But, uh...

Q:      Have you ever, when you've gone to visit your mother seen anybody hanging around, suspicious looking or anything that you know of? Anything ever out of the ordinary? Anybody ever gave you cause to believe it was something you should keep an eye on or anything? Or heard of anything...

A:      I never, I never saw anyone that I was so worried about that I would have my mom stay with me or I would stay with her. There are a lot of people through, because people cut through going to, uh; they go, there, there's a gate to the Catholic church there. There's people that come through that way. There's people that go to, uh; down towards Eastgate and Eastgate used to be before what's her name took it over. It used to be, uh; kind of a homeless camp. Uh; I have seen people that, you know, it's like, uh; it kind of look a little rough, but I don't want to, I don't know. I'd say ¾ of those people are black and I don't want to be a racist and think oh, that person looks suspicious, you know, when it's probably a...

Q:      Right.

A:     You know a second year med student or something for all I know. And that, to me white people looks just as (Inaudible) as black people if they're dressed a certain way.

Q:     Right. So when you went there today did anything look out of the ordinary from the outside of the door? Did it seem like there was any forced entry or did anything look...

A:     No.

Q:     ... strange to you?

A:     No, it was, it was, let me think. Huh-uh. No, it was like, uh; I remember her door wasn't locked. The laundry room door was open. I don't remember anything else being out of the ordinary. I...

Q:·    When you, when you walk through the apartment did anything look like it was out of place? Was anything moved, touched that you could tell?

A:     Uh; the, uh; I seen drawers were opened and, uh; she's got a chest of drawers thing and when I saw that that's pretty much when I, uh; just decided to walk out and wait outside the apartment and I didn't look any further. I didn't, I, other than just looking to see if I heard somebody in there or if the window was broken in. I didn't look in the second bedroom. I didn't even look in the bathroom. Somebody said there was like, uh; a lot of water in the bathroom. I'm still wondering what that is, but that's kind of the least of my worries right now.

Q:     Okay. Uh; does he have her own set of keys to the apartment, your mom?

A:     Yeah, somewhere.  Uh; there should be in the, the, she's she had a hard time keeping keys and stuff like her mailbox key or Laundry room key or the main key or like when she had car keys I got her, I think it was at Goodwill or something. I get this green plate. And I said, okay, put your keys in there. Put everything in there. And so there's; somewhere in her apartment, either in the second bedroom on top of the bookcase or I think that's where it was just kind of a discolored green plate that has wherever her keys are. 'Cause she never used her keys. She hasn't used her keys in probably, I don't know the year anyway, because if she went anywhere she would go with me or my sister, but we never; she's probably only been out of the apartment a handful of days this year. And probably much of that was when she was, she came over to my house and stayed there for a few days so.

Q:     Alright. Does she have any kind of a purse or anything that she kept near her when she was in the living room there?

A:    Yeah, she had a, uh; purses, black, patent leather, oh, not patent leather, Shiny black leather with like, uh; stitching in it, like, I don't know how to, anyway it was about that big, about that big and, uh; it's got like stitching in it, like to make it look kind of alligator-y. It's black, shiny leather. It's crammed full most of the time. And as far as I know it should be in her... she kept it in her, uh; clothes closet on the floor...

Q:    In her...

A:    ... on the left.

Q:    In her bedroom?

A:    Bedroom. That's where he always kept it.

Q:    Alright.

A:    'Cause...

Q:    You know what she kept in the purse?

A:    She had, uh; a, uh; beige like coin purse or not coin purse; a little beige thing that you put credit cards and money in and she had like a thing for, uh; it was a little bigger than that. It was for makeup and she had, I don't know if her checkbook was in there or not. No, her checkbook wasn't in there because I just heard checks. She used to keep it in there and then I'd have to go find her purse. And call them and, and lipstick and so...

Q:    So then she had credit cards then, active credit cards?

A:    I think so.

Q:    Would they have been in her purse?

A:    It should be in that beige, uh; I don't know how to describe this thing. It's, it's... it's a little coin purse, but with a fold thing in it for credit...

Q:    Right.

A:    ... cards and, and driver's license and stuff. It should be in there. I don't know if they're still active, because she hasn't used her credit card for a while and I don't know if we...

Q:    Do you know what kind of credit card she had, Visa or Master Card? Will there be paperwork somewhere in the apartment?

A:    Yeah. It's been so long since she used them.

Q:    So you don't know if it was any credit cards on her behalf at all?

A:   No.

Q:   Okay.

A:   No, she, she, she used to, that's been there for a couple of three years ago, but, uh; she's take me out to lunch or something, 'cause I had went and got all of her groceries or at, you know, moved her or whatever. And she had a Visa card and I can't remember the, the brand or whatever you call it. And it might have been through the credit union. And she had, I think she had over, uh; a Target, uh; a department store card. I can't remember what it was.

Q:   So she had a few credit cards. She would have had a state ID card?

A:   Uh; that's all I know.

Q:   I'm just trying to see that if somebody went into the apartment and took her purse is there anything in there that they would try to use?

A:   Credit card.

Q:   Well, so they, they could try to use them?

A:   Yeah. And I, I don't know if they're still good or not, because I can't remember what's been activated or how, you know, are they good for two years or three years.

Q:   But you haven't gotten any statements recently or anything from a credit card company…

A:   Huh-uh.

Q:   … that you owed money?

A:   No.

Q:   Okay.

A:   So I don't think they've been used. Well, they certainly, they haven't been used by her. And then I don't have, under the authority to use them on my behalf. Did, no executor can do anything on their own behalf. So like I couldn't take her card and go, you know, buy myself dinner or whatever without, I guess I'd could, but there'd be a family squabble, and involved family squabble. Uh; I, she didn't even use those, 'cause there was a couple of days in April, the first couple of days of the flood, uh; she stayed in a hotel, but I paid for that. And then she just paid me by check. Uh, so I would expect that there are one or two credit cards in the…

Q:     And she has checkbooks in the apartment too, right?

A:     The checkbooks...

Q:     In that box the...

A:     There's a, there's a...

Q:     There's a cardboard box...

A:     Seems like a hell of a system, but if going through the flood there's a cardboard box setting on a Tupperware container, setting on a chair in a cardboard box; I think is her checkbook and all her blank checks. And that's what I get out every month, uh; and write checks from. And then in that Tupperware container is just a bunch of, gosh, it's like bills and, uh; kind of, uh; renter's insurance policy and just stuff that needs to be added on to the j-...

Q:     Do you know what bank or checking account is through?

A:     Uh; finance center, federal credit union under whatever they're called now. It's the one out at, uh; just west of Fort Harrison. It's like at 56th and, uh; Franklin. It was the Finance Center.

Q:     56th and Franklin?

A:     And she'll...Finance Center Credit Union.

Q:     Okay. That's where all of her checks go through?

A:     Yeah.

Q:     Alright.

A:     Yeah, she (Inaudible).

Q:     Do you have the checkbook or do you just...

A:     No.

Q:     You just, you just go over there and write the check while you're there?

A:     Or at least...

Q:     And do everything there?

A:     Yeah.

Q:     Okay. Alright.

A:    I don't have…

Q:    Are there more empty checkbooks in the box?

A:    Empty and…

Q:    Like they have been used?

A:    Yeah.

Q:    They do?

A:    Yeah.

Q:    Okay.

A:    I ordered a bunch of checks that's back when she had, oh, I thinks he had the utilities all in her name and stuff like that. And then that go to be a complete mess, 'cause she, she's gradually lost mental power so that in the last five years or so one of the things that got to be very strange was her reliably being able to pay her bills.

Q:    Okay.

A:    'Cause we used to tell her you got to pay your bills and you got to take your pills. And she couldn't do either one of them very well. So that's why I want to make sure she takes her pills and then I, I just said, uh; heck with it. I can't keep up with, you know, 'cause she, she would go two months without paying her electric bill and it just got to be ; it's more of a pain in the butt for me than just putting it in my name and then charging her back.

Q:    Okay. Has your, has your mom ever said anything recently about anybody coming to visit that she didn't know that actually came in to the apartment or asked if they could come in or anything like that?

A:    I wouldn't say recently, it was probably… (Interruption: ringtone) uh; go ahead if you need to.

Q:    Okay. That's just a message.

A:    Uh; every once in a while she'll mention that somebody comes to the door and wants something (Inaudible).

Q:    But she wouldn't let them in though?

A:    No.

Q:    Okay.

A:    To the best of my knowledge she never let anybody in. It was maybe a month ago she mentioned somebody came to the door wanting something or other, but, you know, I...

Q:    Did she actually get up and look through the peep hole at them or did she just say, just didn't answer the door?

A:    The problem is, is she; she opens the door to see who's there.

Q:    Oh, she does?

A:    She can't, uh; I don't think she can even reach the peep hole.

Q:    Okay.

A:    Uh...

Q:    So if somebody knocks on the door she might open it to see who it is?

A:    Yeah, because that's, her lunch comes. So she's used to just opening the door, 'cause...

Q:    Does it come every day on Meals On Wheels?

A:    Monday through Friday.

Q:    So...

A:    And it's the same guy that she can't see, she had somewhat limited vision to begin with.   Uh...

Q:    So Meals On Wheels should have been there today?

A:    Meals On Wheels; yeah. Yeah, they're very reliable. It's the same guy. I don't know...

Q:    Did you see anything in there like Meals On Wheels have been delivered, 'cause she would have to let them in, right?

A:    Sh-, yeah, she has to let them in.

Q:    You didn't see anything in there, did you? Like the empty containers from...

A:    I didn't spend any more time and it took me to get out of here. And then...

Q:    But you didn't notice anything like that?

A:      I didn't, I didn't see anything.  Usually, comes Monday through Friday, somewhere around 11:00, give or take the same guy and, you know, in between 10:30 and 11:30, I guess, uh; it's the same guy and he bring the food and then my mom would either eat it or she'll just set it aside or she'll put it in the fridge.  'Cause sometimes it's not something she wants or she's not hungry, but she… as far as I know she cannot see out of the peep hole.  And I've asked for another peep hole, but, uh; my mother also has very bad vision.  So she, she can see more or less okay out of her left eye and I think her right eye she… it's like pretty bad, so.

Q:      But if… okay.  Hello.  Yeah.  Okay.  No, no, that's good.  Appreciate it.  You just bring it back here and I'll have Crime Lab come by here.  Alright, appreciate it.  Thank you.  Bye.  Alright.  You…

A:      Sir, I've tried to think of anything else that could possibly help.  I, I…  I'm sorry, I don't…

Q:      That's alright.

A:      I know there were people around there and I know my mom mentioned maybe a month ago somebody came to the door wanting something or the other, but that's pretty vague.  I mean, I think there was…

Q:      So…

A:      It was unusual for someone to live alone who is that feeble there, 'cause that is not an assisted living or overly placed…

Q:      Which is why you went and checked on her today, correct?

A:      Right.

Q:      Alright.

A:      It was a place that was, you thought was clean and respectable and well taken care of and for the amount of square feet it, it wa s a pretty good deal.  It's like $692.00 per month.  At that pay he can water…

Q:      Okay.

A:      … (Inaudible).  I'll take her (Inaudible)…

Q:      Hum.  Did, well, did your mom, was your mom able to say anything when you went there today?  Did you try to talk to her at all?

A:      No, God, no!

Q:      Did you try to talk to her?

Statement of William Rainsberger          DP130153345          Page 26 of 28

A:     Uh-huh. I said, 'Mom! Mom!' And, uh; she was breathing. I, when I got there, uh; when I opened the door I couldn't figure out what was going on. She was laying on her left side with the, with that blanket thing, pretty much covering her head and her shoulders. And I, I nudged her on the, I'm... I'm at the front door. I'm coming in; she's laying about there I nudged her on the leg. I said, 'Mom! Mom!' And I just heard her breathing.

Q:     Was she laying face down or on her back or could you tell?

A:     She was laying on her left side for the most part.

Q:     Okay.

A:     And she had, uh; well, that blanket, the green or blue or whatever, well, that federation blanket was covering her, most of her head and shoulder. And then I couldn't figure out what was going on. I didn't know if she fell and hit her head or broke her hip or had a stroke. And then I walked around and saw all the blood. And I basically freaked out and I called 911, but I didn't, the only... I didn't touch her except when I touched her leg. 'Cause I looked at that blanket that was on her head. And I don't know what was going on there, but it looked like somebody had hit her in the head with a lead pipe or something. I don't know. And I'll be damned if I was going to touch that, 'cause, you know, well, that's the only thing like keeping her from bleeding. So, uh; I don't' know, but she, she was just breathing real raspy; regularly, but very like, "Ahhh! Ughh!"; like that.

Q:     Okay. Then how is it that your brother ended up over there?

A:     Uh; I called him right, I... I can't remember who... I texted him at; because he was at the house. He's not working today, 'cause the (Inaudible) work dries up when it's cold. And, uh; I, I texted him at 3:44. I said get over here. And that's when, uh; I didn't text him right away, 'cause, uh; the fire department came and I had to calm down and, and; I thought, well, I don't know what he's going to do when he's here, but at least he can keep me company or...

Q:     Right.

A:     ... or and he needs to know what's going on anyway.

Q:     Okay.

A:     So, yeah, he came over, uh...

Q:     Did he go into the apartment at all?

A:     Nope.

Q:     Were the police already there when he got there?

A:     Huh-uh.

Q:     Or the ambulance?

A:     The, uh; fire department came and they went in.  And then the ambulance came and I think there might have been one patrol car there by the time he got there, but he was out in front.  And we were just, I mean, we didn't even hardly talk.  I told him what was going on and we just kind of sat around, really.  There was nothing we could do.

Q:     Okay.

A:     There was… I don't know.  I just needed, I needed him to know and I needed moral support at the moment.  Uh; 'cause I was, I couldn't understand what happened.

Q:     Alright.  Uh; is there anything else you can think of that I haven't asked you about in reference to what happened today?

A:     I can't think of anything.

Q:     Okay.  Has this statement been given truthfully?

A:     Yes.

Q:     Alright.  Alright.  This is the end of the statement being given by William Rainsberger.  The time is now 1918 hours.


END OF STATEMENT

alr
IMPD
02/04/2014