

```
1440132.001                              LANDLINE USAGE                                        Page 4
11/29/2013
SCAMP

Run Date:       11/29/2013
Run Time:       19:24:19
Landline Usage
For:            (317)375-7841

Item   ConnDateTime           Originating     Terminating    Elapsed   CIC     Call Code
                              Number          Number         Time

115    11/13/13  07:43:44P    3173757841      3172145618     0:00      2       720
116    11/13/13  07:45:58P    3173757841      3125212233     0:29      4441    110
117    11/13/13  07:48:19P    3173757841      3173120500     0:23              6
118    11/13/13  07:55:19P    3173757841                     0:41              196
119    11/13/13  07:56:57P    3173757841                     0:27              196
120    11/13/13  07:58:25P    3173757841                     0:44              196
121    11/13/13  07:59:55P    3173757841                     0:54              6
122    11/13/13  08:02:00P    3177280000      3173311059     0:42              6
123    11/13/13  08:04:18P    3177280000      3173757841     0:00      9       720
124    11/13/13  08:04:19P    3173757841      3173311059     0:06              6
125    11/13/13  08:04:32P    3177280000      3173757841     0:12      9       720
126    11/13/13  08:06:52P    3173757841      3176794411     0:27              6
127    11/13/13  08:17:15P    3173757841      3173311059     0:31              6
128    11/13/13  08:21:34P    3173757841      3173575791     0:42              6
129    11/13/13  08:22:15P    7657130000      3173757841     0:45      9       720
130    11/13/13  09:07:05A    3173757841      3173311059     1:06              6
131    11/14/13  10:18:50A    3173757841      3172121546     0:38              6
132    11/14/13  10:20:05A    3173757841      3173311059     0:12              6
133    11/14/13  10:51:05A    3177280000      3173757841     0:09      9       720
134    11/14/13  12:58:48P    3172129998      3173757841     0:34      50692   119
135    11/15/13  11:12:31A    3173410000      3173757841     0:06      9       720
136    11/15/13  11:16:35A    3173757841      3173311059     0:27              6
137    11/16/13  08:51:59A    8772370512      3173757841     0:59      2222    119
138    11/16/13  11:08:58A    3179278673      3173757841     0:50      63302   119
139    11/16/13  07:42:50P    3173757841      3173311059     0:33              6
140    11/16/13  07:54:48P    3173757841      3173311059     0:44              6
141    11/17/13  02:04:52A    3173757841      3173311059     1:23              6
142    11/17/13  07:58:12A    3173757841      3173311059     1:26              6
143    11/17/13  10:04:54A    3176794411      3173757841     0:34      90002   119
144    11/17/13  05:12:44P    3173757841      3173311059     4:58              6
145    11/17/13  05:33:48P    3173757841      3173311059     2:00              6
146    11/17/13  05:57:22P    3173757841      3173311059     1:05              6
147    11/18/13  07:53:16A    3173757841      3173311059     0:58              6
148    11/18/13  05:41:45P    3173757841      3173311059     0:26              6
149    11/19/13  10:29:50A    3173410000      3173757841     0:00      9       720
150    11/19/13  03:41:09P    3173757841      3173575791     0:07              6
```

EM                                    AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.