**INDIANAPOLIS-MARION COUNTY FORENSIC SERVICES AGENCY**

CASE NUMBER: DD13533244
DATE: 1-19-13
EXAMINER/TECHNICIAN: Lane
PAGE 8 OF 13

## LABORATORY NOTES

Lower floor apartment - 88 year old female victim, found by adult male sons, door was unlocked when sons arrived, no signs of forced entry.

TV is on - living room, kitchen, dining room, bathroom, bedroom - lights were on -

- drawers open in master bedroom - drawers do not appear to be gone through -
- no prescriptions found -
- purse is missing -
- bathroom is posted - work order from apartment complex on tape in living room for toilet -
- latent lift processing done on all light switches + door knobs in apartment and drawers + drawer knobs in apartment
- kitchen counter around area where over the counter medicines were located