Alright this is a statement being given by Rebecca Rainsberger. The date is 11-20-2013, the time is 1303 hours. The statement is being given to Detective Charles Benner and Detective Tom Tudor presently on the third floor, of the City County Building in the Homicide interview room. The statement is being given in reference to case number DP13153344 which occurred on 11-19-2013 at approximately 1539 hours at 801 North Shortridge Road.

Q. Ma'am, can you state your name, age, and date of birth please?

A. Rebecca Rainsberger, age is 62, date of birth is 09-21-51.

Q. And what's your address and telephone number please?

A. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Q. And your phone number?

A. ▇▇▇▇▇▇▇▇

Q. Okay. Are you employed at this time?

A. No I'm not.

Q. Okay. Alright Miss Rainsberger there was an incident where we were called out to your mother's residence out there at 801 North Shortridge yesterday. Can you tell me what you might know about that incident or can you start off with like when you last saw your mother?

A. I last saw my mother the day before that. I did her laundry and cleaned her apartment, that kind of thing, I was over there Monday morning, so, that was the last time I saw her.

Q. Do you know what time Monday morning?

A. Well it was, I left around noon.

Q. Okay.

A. And then the first I heard of this incident was 4:15 or 4:20 or something on Tuesday afternoon when my brothers called me, texted me, to let me know that there was, that she was hurt and it sounded really serious and that they needed me to do something.

Q. Did somebody call you then or text you? Somebody call you on the phone?

A. My brother called me, I missed the call. One of my brothers called me, I missed the call, they texted me, I mean they kept every couple of minutes following up until they got me yeah.

Q. Okay. And were you at home when you got the call?

A. I was.

Q. Alright. So did somebody take care of her from day to day? Did somebody go over there every day to keep an eye on her?

A. My brother, Bill lives about two blocks from there, two or three blocks and so he was over there. I can't tell you his schedule but he was over there frequently to check on her and to get things for her and to make sure she had what she needed, yeah.

Q. Alright, okay. And did he tell you when he might have seen her last before he found her there?

A. No, I don't know.

Q. So you guys haven't discussed any of that?

A. Uh uh (no).

Q. Alright. How long has your mom lived in that apartment do you know?

A. Almost two years. It was, she has a year lease and it runs out at the end of December of this year so she's been there 23 months I guess.

Q. Okay. Were you guys making plans for her to move somewhere else?

A. It was in the works. We hadn't identified a place. We were looking at assisted living facilities for her, yeah.

Q. Okay. Were you the one that was taking care of that or was Bill?

A. It was kind of jointly, we had each looked at some places and then we'd get together and discuss.

Q. Okay. Was she able to participate in that?

A. She knew that we were planning to have her move somewhere else but she wasn't part of going and looking at places or making a decision yet.

Q. Okay. Did she, your brother said that she had dementia. Was she able to communicate still and everything? Know who you were and all that?

A. Uh huh (yes). Yeah.

Q. Okay.

A. She was on medication. She did have some dementia but she didn't have any real memory problems or any of that. It was managed well with medication. She didn't cook for herself, that kind of thing, so, there were some things that had to be done for her.

Q. And I think Bill was the one that called 911 when he found her that day?

A. That's what I heard, yeah.

Q. And did he tell you what he saw when he went into the apartment?

A. He said, I think the first text I got was that he found her, she was bleeding and he was having her taken to the hospital, that was...

Q. ...so he didn't say where she was bleeding from or anything?

A. No, uh uh (no).

Q. Never did he say anything about it?

A. (NO VERBAL RESPONSE).

Q. When did you first learn about any injuries she might have?

A. I don't know, we texted back and forth and while they were sitting in police cars we texted a couple of times too so I kinda just got the impression that she was, she was hurt, she wasn't responding, she was probably unconscious, she was bleeding somewhere I guess I assumed it would have been her head if she wasn't conscious, but I didn't know, you know, I didn't know anymore than that, just that there was an emergency.

Q. What was her overall health like? I mean she was able to get around?

A. Oh yeah, she's 88 years old. She's a little frail, I mean she wasn't, but yeah she was able to walk around the apartment and go make tea and go to bed and you know all that kind of stuff.

Q. Now how often would you go over to the house?

A. I was over there about every week.

Q. About every week?

A. Yeah. At least once a week.

Q. Okay. And, I mean would you knock on the door, would she know you were coming, would you call her?

A. I would call her the day before to let her know I was coming. And then I would go and knock, I had a key so if she was sleeping or couldn't come to the door or something I would let myself in but usually she let me in.

Q. Looked forward to seeing you come over?

A. Well she expected me, so, and if she heard a knock or thought she heard something in the hall she would look out the peep hole to see if it was somebody at her door, outside her door, so.

Q. Would she unlock that door for somebody she didn't know?



A. I don't know.

Q. Did she tell you that she would always check to see who was out there?

A. She always looked out the peep hole to see.

Q. Did she ever mention letting anybody in that she didn't know?

A. Uh uh (no). Not to me.

Q. Did she always keep the door locked? I mean was she capable of locking the door herself?

A. Yeah she always locked, there was a knob and just a little flip thing on the knob...

Q. ...dead bolt on the door?

A. And then there was a dead bolt and she locked both of them.

Q. Okay. So it's not something you would have to do from the outside when you left? The dead bolt, she could do it herself from the inside?

A. I usually did it from the outside when I left, but she could do it. She would lock it back, because generally, she got Meals on Wheels at lunch and generally they would come while I was there and so I would, I knew that she, when they left she would lock the door and the dead bolt.

Q. Did Bill tell you whether or not the door was locked or unlocked when he found her?

A. I think he said it was open.

Q. The door was wide open or it was just unlocked?

A. I don't know, he said open, I don't know what that meant.

Q. Okay.

A. Honestly we haven't really talked very much about, the only thing I've asked him was whether it looked like somebody tossed the place.

Q. And what did he say to that?

A. And he said, I mean I don't think at the time that's what he was looking for but he said the bureau drawers in the bedroom were pulled out, so it looked like maybe somebody had been looking through things, he said.



Q. Right. Are you sure that it was Monday that you were at the apartment?

A. Yeah.

Q. And not Tuesday? You weren't there yesterday at all?

A. No I wasn't there yesterday at all.

Q. Okay. Does either of your brothers have emotional problems or anything like that?

A. No, not that I'm aware of, no. I mean never have.

Q. Okay. Have you ever seen these, this notebook before, the writing on that?

A. (NO VERBAL RESPONSE).

Q. Or do you know whose writing that is?

A. (NO VERBAL RESPONSE).

Q. Does this look like somebody's writing that you would know?

A. I don't know, that's pretty strange. No, I mean, (INAUDIBLE) I was looking at my brother's notebook, that he's got a list of things to do in, but I don't know if that's his writing. I've never seen his writing, or anybody's writing. It's not hers, I can tell you that.

Q. Right, okay. Alright.

A. But either one of my brothers I wouldn't know.

Q. Okay. What's your mom's financial situation? Does she have money?

A. She's got, I just looked into this recently because we've been looking at, I'm an accountant, (INAUDIBLE) sort of a thing called Net Track, and because we've been looking at assisted living facilities I was curious about what her resources would be so she has probably $90,000 in savings, most of it in 401k's, all of it in a credit union, and then, well between savings and checking. She gets a small pension, she's a civil service retiree and she gets a little bit of social security on my dad's record and that's about it.

Q. Okay. Does she keep any money or anything in the house that you know of? Or have anything valuable?

A. You know, there's nothing that I would consider valuable, I mean she had her silver and her china from when she got married a billion years ago and you know that's not valuable. No jewelry or anything like that. She probably had I would guess under $100 in cash in the house.

Q. Do you know where she would keep the cash?

A. Well she kept her purse on the dresser in the bedroom...

Q. ...what did the purse look like?

A. Black, black, and usually it was open, and it usually sat on top of the dresser. Some how she felt secure in knowing her purse was right there and I dusted it every week so I remember it.

Q. Did it have a handle on it?

A. Uh huh (yes).

Q. Okay.

A. And she had in the little eating area there was a box and like a chair with a box and some papers and stuff on it that were like bank statements and things like that, just kind of stacked up and in that box was probably $60 or $70 in cash. I don't know why it was there but I knew it was there, so I just left it there.

Q. Alright. So she didn't really go out much on her own?

A. She didn't go out at all. She stopped driving when she moved there. We were happy to take her anywhere she wanted to go but she didn't, kind of over the couple of years that she was there she just kind of quit going anywhere. Other than like she was coming to my house for Thanksgiving but that sort of thing but she had a hard time getting around. She has scoliosis and it was hard for her to walk and so it was tough for her to get around. Bill did all of her shopping for her and that kind of thing.

Statement of Rebecca Rainsberger   DP13153344   Page 5 of 12

Q. Okay. Has she ever mentioned anything suspicious to her? Anybody knocking on the door? Anybody trying to get in? She say anything out of the ordinary that she might have mentioned to you guys? Something that scared her?

A. Uh uh (no).

Q. So she seemed normal Monday when you were there?

A. Uh huh (yes).

Q. And nothing was wrong? She was getting around okay?

A. (NO VERBAL RESPONSE).

Q. When is the last time you talked to her in person, seeing her in person?

A. Monday.

Q. Monday?

A. Uh huh (yes).

Q. Okay you didn't call after that?

A. No. I didn't talk with her after that.

Q. Okay.

A. Monday there was supposed to be a plumber there; you knew that right?

Q. Right.

A. Okay.

Q. Did she have other siblings of her own, out of state or something?

A. She has a brother and two sisters, all out of state.

Q. And they're still living?

A. Uh huh (yes).

Q. Do you know how to get in touch with them? Or have you already been in touch with them?

A. I have not. My brother has it on his list, so. We haven't actually gotten together to...

Q. ...right. So does he have their contact information then?

A. Uh huh (yes).

Q. Does he have it with him do you know?

A. I don't know.

Q. Does he have their numbers in his phone or anything?

A. I don't know.

Q. Okay. Because I'd probably like to, need to talk to them too.

A. Yeah I would, please don't talk to them before he does.

Q. Oh I won't, yeah.

A. Because they're all older than she is.

Q. He made reference to that and we don't have to tell them what happened. We won't tell them. I mean he had some reservation last night about even telling them himself about what happened.

A. Yeah, he's real worried about how they'll respond because none of them are real healthy but none of them are really sick and you know, they're just really old, so, yeah.

Q. Yeah, they don't have to know. And we're certainly not going to tell them.

A. Well yeah but they would wonder why the police were calling about her.

Q. Well it's just a Death Investigation, its normal procedure.

A. Oh, okay.

Q. Yeah that happens.

A. Well they don't know, as far as I know he hasn't talked with them yet, so.

Q. Okay. Did they ever talk to her on the phone or anything?

A. They did once in a while. They're all hard of hearing so I think it got difficult but they did stay in touch on the phone, and in fact in our house she had like in this big chair she sat in there was a phone and there was a list of phone numbers for each of the three of us and then her...

Q. ...oh is that what that list is there?

A. Yeah.

Q. Okay. Any grandchildren?

A. I have a daughter yeah.

Q. Okay. Any other grandchildren?

A. Uh uh (no).

Q. Would she have great-grandchildren I guess?

A. Yeah my daughter has a daughter.

Q. Okay.

A. That's it.

Q. Okay. So your two brothers don't have any children?

A. Uh uh (no).

Q. Okay. How often would she go over there?

A. To where?

Q. Your...

A. ...rarely.

Q. Rarely?

A. Yeah. Generally she only saw my daughter and my grand-daughter like at my house on holidays usually. My daughter lives in

Q. Indiana?

A. Uh huh (yes).

Q. Okay. So really the only people visiting her are you and Bill?

A. My brothers, yeah.

Q. And Robert?

A. Uh huh (yes).

Q. Okay. What kind of car does Robert have? Do you know?

A. No I don't know, he's gone through a couple. I think it's some kind of Lincoln.

Q. Okay and your other brother?

A. Has some kind of Honda.

Q. What kind of car do you drive?

A. A Mini.

Q. A what?

A. A Mini Cooper.

Q. Oh one of our partners has one of those. One of those small cars?

A. Yeah.

Q. Okay. Mini Cooper. Alright, we're in kind of a strange position when it comes to a case like this because you know the only thing that we have when we start an investigation is the family, you know what I mean? If you've ever watched any of the first 48 and all those homicide shows,

what we have to do is eliminate the family as possible suspects before we even move out to the rest of the world, you know what I mean? That's why we're questioning you three.

A. Because I have to admit it seems to me like who ever really did this is probably just out there somewhere.

Q. Well I mean we can't assume that, you know what I'm saying? That's why we have to talk to...

A. ...yeah I know that too...

Q. ...you mean out there mentally?

A. No, out there...

Q. ...she means out there, that's not somebody in the family?

A. Nobody's looking for them.

Q. Well the thing of it is we have to have, we have to start somewhere.

A. Yeah.

Q. I mean we have to start somewhere.

A. I got it...

Q. ...and you know I've done homicides over 16 years. Most people who are homicide victims know who killed them, to be honest with you.

A. Well yeah.

Q. And we're not saying you guys have any involvement. Before we can get out there we have to make sure, so in other words every homicide investigation starts with family and normally they go yeah, here, what do you want me to do.

A. Okay.

Q. Yeah I mean what is it you need so you can get on? But they all start right there.

A. Okay.

Q. And the reason being is like I said, most victims that we deal with, I've done this over 16 years, they know who killed them. Either family or friends, mostly friends or somebody else. But that's why we're down here. And I stayed at the scene, crime lab did the scene, you know they swab for DNA, prints, we treated it, though she hadn't passed yet we treated it as a homicide scene because we were told that probably it was non-survivorable wound, so we still have the apartment secured. We'll probably go out there again today but we'll get that released to you just as soon as we can.

A. Okay. I'm just wanting, because if somebody took credit cards or that kind of thing it would be my stuff.

Q. What kind of cards did she have?

A.  She didn't have a car.

Q.  No, credit cards.

A.  Oh cards, you know she had like a department store card, and I think a debit card, and I don't remember. I ran a credit report for her recently, like a couple, three months ago just to make, because I do that just to check her credit once in a while to make sure there's no weirdness on it and so I have that, I printed that out, I have that at home and you know maybe some kind of like a Visa card or a Master-card or something in there, maybe a department store card or two.

Q.  Now you being an accountant, do you help with I mean financial, with her paying her rent, or is this your brother?

A.  No my brother does it. He writes her checks and he, writes the checks. The utilities are all sent to him I think and he pays them and he buys her groceries and whatever expenses she has during the month and then they settle up at the end of the month. He keeps his receipts and they settle up at the end of the month. And he makes sure the rent's paid and stuff.

Q.  Okay. I guess the only other thing I would have, can you read just a little bit of that and kind of give us your opinion.

A.  Can I read that?

Q.  Just give us your opinion of what you think that, whatever this person is trying to say?

A.  Exoneration? I thought it was saying execution, forbearance, really I don't know what that is. That sounds legal to me but I don't know what it means, finding a way to forget without giving up our principles is often no easy task in quotes okay, exoneration, wiping the slate entirely clean and destroying the relationship to the full state of innocence it had? I don't know, it sounds like, my brother is kind of a deep thinker. If you think that's, I don't know again that that's, did you find this at her house?

Q.  Which brother are you talking about?

A.  Bill, he's kind of, yeah, I mean I don't, well I may be too but he doesn't say anything about it, so.

Q.  Right.

A.  My brothers and I are six and eleven years apart and they're a lot closer than I am to either one of them...

Q.  ...right...

A.  ...so, there's a lot of things I couldn't tell you but I trust them completely so I don't, that's why I don't recognize the writing, so if this is one of their...

Q.  ...so you really wouldn't think for a second that they would have anything to do with what happened to your mother?

A.  I wouldn't. I would be, no I mean that's kind of why I'm saying this person's still out there, that's why that's (INAUDIBLE) a neighbor in the building or a friend of somebody who went in there or you know that kind of, I look at other kinds of people, not my brothers.

Statement of Rebecca Rainsberger                DP13153344                              Page 10 of 12

Q. Yeah and like I say it stated in here the person is truly sorry, takes full responsibility, no excuses, asks forgiveness, gives confidence and no more bad acts. I mean the writing is...

A. ...sounds almost religious, I mean...

Q. ...yeah, it's just a weird writing.

A. I don't know.

Q. I'm not saying...

A. ...I think a lot of people write weird stuff, I don't know.

Q. I don't write anything.

A. (Laughing). I'll never write anything down again.

Q. No I mean it's just unusual.

A. Thinking out loud or something, yeah I don't know, I don't know what that would be about.

Q. Okay.

A. But I can't, yeah, you could have found it on the street for all I know. It doesn't really mean anything to me.

Q. Okay. Anything else you can think of?

Q. No I don't have anything else.

Q. Anything else you can think of about what might have happened that we didn't ask you? Or something that's on your mind about what happened?

A. I don't know, you know I guess I just, I'm sure there are neighbors, or the plumber, or the, you know other repairmen, other workmen who knew that there was an old lady in there by herself and might have some stuff around and that's how I, the track I think about, just go in there, I don't know why they would club her on the head, I don't know, that part to me is just incomprehensible, but.

Q. Who said that she was conked on the head?

A. The doctor. There was brain damage, that's what I understood from what they told us. Why, is that not true?

Q. Did one of the doctors tell Robert that she had been shot? Did he say anything to you about that?

A. Apparently when he was in a police car and talked with the doctor, there was somehow the idea of a gunshot was mentioned but when I was at the hospital, when I got to the hospital, they told me that, or maybe it was the detective I talked to last night, he told me that they didn't think that was it because it didn't appear to be that kind of injury.

Q. Did Bill say anything about your mom being covered up or anything when she...

Statement of Rebecca Rainsberger        DP13153344        Page 11 of 12

A.   ...he said she was, she had, she always sat there with like a blanket on either side of her in this chair and he said one of them was over her, yeah.

Q.   Okay. Did your mom have any tools of any sort in the house?

A.   Oh yeah, kind of here and there, they weren't in any organized fashion but there were you know a hammer, I don't know about wrenches. I know it was a hammer because I hung up pictures with it.

Q.   Where was the hammer kept at?

A.   Oh you know, you saw the house, was anything kept anywhere? It was probably, in that spare bedroom there's a desk and it was probably in a drawer in the desk. And if not it was in a drawer in the kitchen, so.

Q.   Okay. No I don't have nothing else.

Q.   Anything else ma'am?

A.   You called me? No.

Q.   Alright this is the end of the statement being given by Rebecca Rainsberger. The time is now 1328 hours.

END OF STATEMENT

KLM

IMPD

01-17-2014