## Affirmation of D. Kim Rossmo

I affirm under penalties for perjury that the statements made in my expert disclosure titled "Tunnel Vision and Confirmation Bias in the Rainsberger Murder Investigation," are true to the best of my knowledge and belief.

February 6, 2017

_____
D. Kim Rossmo