PPS 8.10 Form 1A

# TEXAS STATE UNIVERSITY VITA

## I. Academic/Professional Background

A. Name:  D. Kim Rossmo                          Title:  Professor

B. Educational Background:

| Degree | Year | University | Major | Thesis/Dissertation |
|---|---|---|---|---|
| Ph.D. | 1996 | Simon Fraser University | Criminology | *Geographic Profiling: Target Patterns of Serial Murderers* |
| M.A. | 1988 | Simon Fraser University | Criminology | *Fugitive Migration Patterns* |
| B.A. | 1978 | University of Saskatchewan | Sociology | |

C. University Experience:

| Position | University | Dates |
|---|---|---|
| University Chair in Criminology | Texas State University | 2008-present |
| Mitte Endowed Chair in Criminology | Texas State University | 2007-2008 |
| Director, Center for Geospatial Intelligence and Investigation | Texas State University | 2004-present |
| Research Professor | Texas State University | 2003-present |
| Associate Scholar | Institute for Canadian Urban Research Studies | 2004-present |
| Visiting Professor | University of Houston-Downtown | 2000-present |
| Adjunct Professor | Simon Fraser University | 1996-present |
| Sessional Instructor | Simon Fraser University | 1988-1995 |
| Sessional Instructor | Douglas College | 1989 |
| Teaching Assistant | Simon Fraser University | 1985 |
| Research Assistant | University of Saskatchewan | 1974 |

D. Relevant Professional Experience:

| Position | Entity | Dates |
|---|---|---|
| Management Consultant | Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) | 2003-2005 |
| Director of Research | Police Foundation | 2001-2003 |

Detective Inspector                     Vancouver Police Department                     1978-2001

E. Other Professional Credentials:

Full Fellow, International Criminal Investigative Analysis Fellowship (2002).

Police Studies Certificate Program. (1991). Justice Institute of British Columbia, Vancouver, BC.

Police Advanced Certificate of Education, Levels 1 to 4. (1989). Justice Institute of British Columbia, Vancouver, BC.

Certificates in General and Advanced Police Studies. (1983). Canadian Police College. Ottawa, ON.

Peace Officers General Training Program, Block V. (1982). Justice Institute of British Columbia, Vancouver, BC.


## II. Teaching

B. Courses Taught:

*Environmental Criminology* (doctorate level), Texas State University

*Investigations* (master's level), Texas State University

*Geographic Profiling Analysis I: The Geography of Crime*, Texas State University

*Geographic Profiling Analysis II: Rigel Analyst*, Texas State University

*Serial Murder*, Texas State University

*Administration of Justice*, Texas State University

*Forensic Behavioral Science*, British Columbia Institute of Technology

*Phenomenon of Serial Murder*, Simon Fraser University

*Law Enforcement Administration and Planning*, Simon Fraser University

*Introduction to Policing*, Simon Fraser University


C. Graduate Theses/Dissertations, Honors Theses, or Exit Committees:

Rothstein, S. J. (in progress). *Burglary in San Antonio*. Doctoral dissertation, Texas State University, San Marcos, TX.  Committee member.

Smith, B. (ABD). *Offender decision-making: The influence of drugs and alcohol*. Doctoral dissertation, Texas State University, San Marcos, TX.  Supervisor.

Sisak, T. J. (2016). *Patterns in geospatial behavior during the preparatory phase of terrorist attacks*. Doctoral dissertation, Henley-Putnam University, San Jose, CA.  Committee member.

Adams, W. (2015). *Geographic patterns of motor vehicle theft in Houston, Texas*. Doctoral dissertation, Texas State University, San Marcos, TX.  Committee member.

Caballero, M. (2015). *The combined effect of facilities on the spatial distribution of street robbery: A conjunctive analysis*. Master's thesis, Texas State University, San Marcos, TX. Committee member.

Kringen, J. A. (2014). *Validating a Bayesian model for linking serial crimes through simulation*. Doctoral dissertation, Texas State University, San Marcos, TX.  Supervisor.

Engeling, S. J. (2013). *Investigative decision-making: What factors contribute to detectives' decisions to arrest?* Master's thesis, Texas State University, San Marcos, TX.  Committee member.

Pearce, M. (2013). *An awkward silence: Missing and murdered vulnerable women and the Canadian justice system*. Doctorate of law thesis, University of Ottawa, Ottawa, ON. External examiner.

Bailey, J. (2011). *A global survey of transnational criminal entities and international law enforcement organizations' interdiction against human trafficking*. Master's thesis, Texas State University, San Marcos, TX.  Committee member.

Hom, P. A. (2010). *Examining the reliability of confessions*. Master's thesis, Texas State University, San Marcos, TX.  Committee member.

Eagan, M. (2007). *Crime analysis of motor vehicle burglaries on two central Texas university campuses*. Master's professional paper, Texas State University, San Marcos, TX. Committee member.

McCarthy, T. (2007). *The utility of* modus operandi*: Identifying burglars from how, why, where and when they commit their offences*. Doctoral thesis, Charles Sturt University, Wagga Wagga, NSW, Australia.  External examiner.

Beauregard, E. (2005). *Processus de prédation des agresseurs sexuels sériels: Une approche du choix rationnel*. Doctoral dissertation, Université de Montréal, Montréal, QC.  Committee member.

Jenion, M. L. (2003). *A Multi-level analysis of graffiti: The City of Surrey's "VISION" tag*. Master's thesis, Simon Fraser University, Burnaby, BC.  Committee member.

Kocsis, R. N. (2000*). The development of criminal psychological profiling techniques*. Doctoral dissertation, The University of New England, Armidale, Australia.  External examiner.

Buckley, J. B. (1996). *Public transit and crime: A routine activities/ecological approach*. Master's thesis, Simon Fraser University, Burnaby, BC.  External examiner.

D. Courses Prepared and Curriculum Development:

*Policing*, Texas State University

*Environmental Criminology*, Texas State University

*Geographic Profiling Analysis I: The Geography of Crime,* Texas State University

*Geographic Profiling Analysis II: Rigel Analyst,* Texas State University

*Serial Murder,* Texas State University

*Forensic Behavioural Science*, British Columbia Institute of Technology

*Phenomenon of Serial Murder,* Simon Fraser University

*Urban Crime, Municipal Policing: Planning Issues in the 1990s*, Centre for Human Settlements/School of Community and Regional Planning, University of British Columbia

*Police Studies Series*, Simon Fraser University and Justice Institute of British Columbia

*Problem-Oriented Policing Program*, Justice Institute of British Columbia

*Introduction to Policing (distance learning course)*, Simon Fraser University

## III. Scholarly/Creative

A. Works in Print (including works accepted, forthcoming, in press)

1. Books

a. Scholarly Monographs:

Estaville, L. E., Egan, K., & Rossmo, D. K. (2013). *Texas crime atlas*. San Marcos, TX: Texas State Center for the Study of the Southwest.

Rossmo, D. K. (2009). *Criminal investigative failures.* Boca Raton, FL: Taylor & Francis.

Rossmo, D. K. (2007). *Geographic profiling* (M. Lee, Trans.). Beijing: Chinese Public Security University Press. (Original work published 2000).

Rossmo, D. K. (2002). *Geographic profiling* (S. Watanabe, K. Watanabe, M. Suzuki, & T. Shimada, Trans.). Kyoto: Kitaohji Shobo. (Original work published 2000).

Rossmo, D. K. (2000). *Geographic profiling*. Boca Raton, FL: CRC Press.

d. Chapters in Books:

Rossmo, D. K., & Rombouts, S. (2017). Geographic profiling. In R. Wortley & M. Townsley (Eds.), *Environmental criminology and crime analysis* (2nd ed.) (pp. 162-179). Abingdon, Oxfordshire: Routledge.

Rossmo, D. K. (2017). Sexual homicide: An exemplar horror crime. In E. Beauregard & M. Martineau, *The sexual murderer: Offender behaviour and implications for practice* (pp. xvii-xviii). Abingdon, Oxfordshire: Routledge.

Rossmo, D. K. (2015). "Rounding up twice the usual number of suspects." In M. Maltz & S. K. Rice (Eds.), *Envisioning criminology: Researchers on research as a process of discovery* (pp. 253-260). New York: Springer.

Rossmo, D. K., & Summers, L. (2015). Routine activity theory in crime investigation. In M. A. Andresen & G. Farrell (Eds.), *The criminal act: The role and influence of routine activity theory* (pp. 19-32). Basingstoke, Hampshire: Palgrave Macmillan.

Summers, L., & Rossmo, D. K. (2015). Aplicaciones prácticas de la teoría de las actividades rutinarias a la investigación criminal. In F. Miró Llinares & J. R. Agustina Sanllehi (Eds.), *Crimen, sociedad, vida: Un homenaje a Marcus Felson* (pp. 173-188). Madrid: Dykinson.

Rossmo, D. K. (2014). Geographic profiling in cold case investigations. In R. Walton (Ed.), *Practical cold case homicide investigations procedure manual* (pp. 303-304). Boca Raton, FL: CRC Press.

Rossmo, D. K. (2013). Geographic profiling. In G. Bruinsma & D. L. Weisburd (Eds.), *Encyclopedia of criminology and criminal justice* (pp. 1934-1942). New York: Springer.

Beauregard, E., Rossmo, D. K., & Proulx, J. (2011). A descriptive model of the hunting process of serial sex offenders: A rational choice approach. In M. Natarajan (Ed.), *Crime opportunity theories: Routine activity, rational choice and their variants*. Surrey, UK: Ashgate.

Rossmo, D. K., Lu, Y., & Fang, T. (2011). Spatial-temporal crime paths. In M. A. Andresen & J. B. Kinney (Eds.), *Patterns, prevention, and geometry of crime* (pp. 16-42). London: Routledge.

Rossmo, D. K. (2009). Geographic profiling in serial rape investigations. In R. R. Hazelwood & A. W. Burgess (Eds.), *Practical aspects of rape investigation: A multidisciplinary approach* (4th ed.). Boca Raton, FL: CRC Press.

Beauregard, E., & Rossmo, D. K. (2008). Geographic profiling and analysis of the hunting process used by serial sex offenders. In M. St-Yves & M. Tanguay (Eds.), *The psychology of criminal investigations: The search for the truth* (pp. 529-554) (J. Miller, Trans.). Toronto: Carswell. (Original work published 2007).

Rossmo, D. K. (2008). Geographic profiling. In M. Strano (Ed.), Manuale di investigazione criminale (pp. 407-417). Rome: International Crime Analysis Association.

Rossmo, D. K. (2008). Place, space, and police investigations: Hunting serial violent criminals. In D. V. Canter & D. Youngs (Eds.), *Principles of geographical offender profiling* (pp. 149-163). Aldershot, Hampshire: Ashgate Publishing.

Rossmo, D. K., & Rombouts, S. (2008). Geographic profiling. In R. Wortley & L. Mazerolle (Eds.), *Environmental criminology and crime analysis* (pp. 136-149). Cullompton, Devon: Willan Publishing.

Rossmo, D. K., & Velarde, L. (2008). Geographic profiling analysis: Principles, methods, and applications. In S. Chainey & L. Tompson (Eds.), *Crime mapping case studies: Practice and research* (pp. 35-43). Chichester: John Wiley & Sons.

Beauregard, E., & Rossmo, D. K. (2007). Profilage géographique et analyse des tactiques de chasse chez les agresseurs sexuels sériels. In M. St-Yves & M. Tanguay (Eds.), *Psychologie de l'enquête criminelle: La recherche de la vérité* (pp. 577-605). Cowansville, Québec: Les Éditions Yvon Blais.

Rossmo, D. K. (2006). Geographic profiling in cold case investigations. In R. Walton (Ed.), *Cold case homicides: Practical investigative techniques* (pp. 537-560). Boca Raton, FL: CRC Press.

Rossmo, D. K. (2005). The deadlier of the species. In H. Scott, *The female serial murderer: A sociological study of homicide and the "gentler sex"* (pp. i-iii). Lewiston, NY: Edwin Mellen Press.

Rossmo, D. K., Laverty, I., & Moore, B. (2005). Geographic profiling for serial crime investigation. In F. Wang (Ed.), *Geographic information systems and crime analysis* (pp. 102-117). Hershey, PA: Idea Group Publishing.

Rossmo, D. K. (2005). Geographical profiling. In M. Strano & R. Bruzzone (Eds.), *Psychological criminal profiling: Manuale operativo* (chap. 4). Florence: Societa Editrice Europea.

Rossmo, D. K. (2004). Geographic profiling. In Q. C. Thurman & J. Zhao (Eds.), *Contemporary policing: Controversies, challenges, and solutions* (pp. 274-284). Los Angeles: Roxbury Publishing.

Rossmo, D. K. (2004). Geographic profiling as problem solving for serial crime. In Q. C. Thurman & J. D. Jamieson (Eds.), *Police problem solving* (pp. 121-131). Cincinnati: Anderson Publishing.

Rossmo, D. K. (2004). Geographic profiling update. In J. H. Campbell & D. DeNevi (Eds.), *Profilers: Leading investigators take you inside the criminal mind* (pp. 291-312). Amherst, NY: Prometheus Books.

Rossmo, D. K., & Fisher, D. K. (2004). Problem solving prostitution in a problem neighborhood. In Q. C. Thurman & J. D. Jamieson (Eds.), *Police problem solving* (pp. 87-96). Cincinnati: Anderson Publishing.

Rossmo, D. K. (2003). Maps, technology, and the search for treasure. In M. R. Leipnik & D. P. Albert (Eds.), *GIS in law enforcement: Implementation issues and case studies* (pp. xii-xiv). London: Taylor & Francis.

Holmes, R. M., & Rossmo, D. K. (2002). Geography, profiling, and predatory criminals. In R. M. Holmes & S. T. Holmes, *Profiling violent crimes: An investigative tool* (3rd ed.) (pp. 208-222). Thousand Oaks, CA: Sage.

Rossmo, D. K. (1997). Geographic profiling. In J. L. Jackson & D. A. Bekerian (Eds.), *Offender profiling: Theory, research and practice* (Japanese translation).

Rossmo, D. K. (1997). Geographic profiling. In J. L. Jackson & D. A. Bekerian (Eds.), *Offender profiling: Theory, research and practice* (pp. 159-175). Chichester: John Wiley & Sons.

Rossmo, D. K. (1997). Place, space, and police investigations: Hunting serial violent criminals. In D. V. Canter & L. J. Alison (Eds.), *Criminal detection and the psychology of crime* (pp. 507-525). Aldershot, Hants: Ashgate Publishing.

Rossmo, D. K. (1996). Targeting victims: Serial killers and the urban environment. In T. O'Reilly-Fleming (Ed.), *Serial and mass murder: Theory, research and policy* (pp. 133-153). Toronto: Canadian Scholars' Press.

Rossmo, D. K. (1995). Multivariate spatial profiles as a tool in crime investigation. In C. R. Block, M. Dabdoub, & S. Fregly (Eds.), *Crime analysis through computer mapping* (pp. 65-97). Washington, DC: Police Executive Research Forum.

Rossmo, D. K. (1995). Place, space, and police investigations: Hunting serial violent criminals. In J. E. Eck & D. L. Weisburd (Eds.), *Crime and place: Crime prevention studies, Vol. 4* (pp. 217-235). Monsey, NY: Criminal Justice Press.

Rossmo, D. K. (1995). Strategic crime patterning: Problem-Oriented policing and displacement. In C. R. Block, M. Dabdoub, & S. Fregly (Eds.), *Crime analysis through computer mapping* (pp. 1-14). Washington, DC: Police Executive Research Forum.

Saville, G. J., & Rossmo, D. K. (1995). 'Striking a balance': Lessons from problem-oriented policing in British Columbia. In K. M. Hazlehurst (Ed.), *Perceptions of justice: Issues in indigenous and community empowerment* (pp. 119-141). Aldershot, England: Avebury.

2. Articles

a. Refereed Journal Articles:

Rossmo, D. K. (2016). Bernoulli, Darwin, and Sagan: The probability of life on other planets. *International Journal of Astrobiology*. doi: 10.1017/S1473550416000148.

Hauge, M. V., Stevenson, M. D., Rossmo, D. K., & Le Comber, S. C. (2016). Tagging Banksy: Using geographic profiling to investigate a modern art mystery. *Journal of Spatial Science*, *61*, 185-190.

Schmitz, P., Cooper, A., de Jong, T., & Rossmo, D. K. (2015). Mapping criminal activity space. *Journal of Intelligence & Analysis*, *22*(3), 67-94.

Ackerman, J. M., & Rossmo, D. K. (2015). How far to travel? A multilevel analysis of the residence-to-crime distance. *Journal of Quantitative Criminology*, *31*, 237-262.

Demers, S., & Rossmo, D. K. (2015). Simpson's paradox in Canadian police clearance rates. *Canadian Journal of Criminology and Criminal Justice*, *57*, 424-434.

LePard, D., Demers, S., Langan, C., & Rossmo, D. K. (2015). Challenges in serial murder investigations involving missing persons. *Police Practice and Research*, *16*, 328-340.

Rossmo, D. K., & Summers, L. (2015). El perfil geográfico en la investigación criminal. *International E-journal of Criminal Sciences*, *9*, art. 3.

Rossmo, D. K. (2016). Case rethinking: A protocol for reviewing criminal investigations. *Police Practice and Research*, *17*, 212-228.

Rossmo, D. K. (2014). Commentary on: DeLisi M. An empirical study of rape in the context of multiple murder. *Journal of Forensic Sciences*, *59*, 571.

Rossmo, D. K., Lutermann, H., Stevenson, M. D., & Le Comber, S. C. (2014). Geographic profiling in Nazi Berlin: Fact and fiction. *Geospatial Intelligence Review*, *12*(2), 44-57.

Verity, R., Stevenson, M. D., Rossmo, D. K., Nichols, R. A., & Le Comber, S. C. (2014). Spatial targeting of infectious disease control: identifying multiple, unknown sources. *Methods in Ecology and Evolution*, *5*, 647-655.

Rossmo, D. K. (2012). Recent developments in geographic profiling. *Policing: A Journal of Policy and Practice*, *6*, 144-150.

Stevenson, M. D., Rossmo, D. K., Knell, R. J., & Le Comber, S. C. (2012). Geographic profiling as a novel spatial tool for targeting the control of invasive species. *Ecography*, *35*, 704-715.

Le Comber, S. C., Rossmo, D. K., Hassan, A. N., Fuller, D. O., & Beier, J. C. (2011). Geographic profiling as a novel spatial tool for targeting infectious disease control. *International Journal of Health Geographics*, *10*, 35-42.

Rossmo, D. K. (2011). Evaluating geographic profiling. *Crime Mapping: A Journal of Research and Practice*, *3*, 42-65.

Rossmo, D. K. (2011). A reality response to Bridges' "A structured geospatial analytic method and pedagogy for the intelligence community." *IALEIA Journal*, *20*(1), 91-106.

Rossmo, D. K., & Harries, K. D. (2011). The geospatial structure of terrorist cells. *Justice Quarterly*, *28*, 221-248.

Beauregard, E., Rebocho, M. F., & Rossmo, D. K. (2010). Target selection patterns in rape. *Journal of Investigative Psychology and Offender Profiling*, *7*, 137-152.

Blair, J. P., & Rossmo, D. K. (2010). Evidence in context: Bayes' theorem and investigations. *Police Quarterly*, *13*, 123-135.

Martin, R. A., Rossmo, D. K., & Hammerschlag, N. (2009). Hunting patterns and geographic profiling of white shark predation. *Journal of Zoology*, *279*, 111-118.

Raine, N. E., Rossmo, D. K., & Le Comber, S. C. (2009). Geographic profiling applied to testing models of bumble-bee foraging. *Journal of the Royal Society Interface*, *6*, 307-319.

Rossmo, D. K., Thurman, Q. C., Jamieson, J. D., & Egan, K. (2008). Geographic patterns and profiling of illegal crossings of the southern U.S. border. *Security Journal*, *21*, 29-57.

Beauregard, E., Proulx, J., Rossmo, D. K., Leclerc, B., & Allaire, J.-F. (2007). Script analysis of the hunting process of serial sex offenders. *Criminal Justice and Behavior*, *34*, 1069-1084.

Beauregard, E., Rossmo, D. K., & Proulx, J. (2007). A descriptive model of the hunting process of serial sex offenders: A rational choice approach. *Journal of Family Violence*, *22*, 449-463.

Le Comber, S. C., Nicholls, B., Rossmo, D. K., & Racey, P. A. (2006). Geographic profiling and animal foraging. *Journal of Theoretical Biology*, *240*, 233-240.

Rossmo, D. K. (2006). Criminal investigative failures: Avoiding the pitfalls (Part two). *FBI Law Enforcement Bulletin*, *75*(10), 12-19.

Rossmo, D. K. (2006). Criminal investigative failures: Avoiding the pitfalls. *FBI Law Enforcement Bulletin*, *75*(9), 1-8.

Rossmo, D. K. (2005). Geographic heuristics or shortcuts to failure?: Response to Snook et al. *Applied Cognitive Psychology*, *19*, 651-654.

Rossmo, D. K. (2005). Geographical profiling. *Forze civili: Dialogo cultura per la legalita* [Official Review of the Italian Police Officers Association], *3*(1), 13-16.

Rossmo, D. K. (1994). A primer on criminal geographic targeting. *IALEIA Journal*, *9*(1), 1-12.

Rossmo, D. K. (1993). Target patterns of serial murderers: A methodological model. *American Journal of Criminal Justice*, *17*(2), 1-21.

Rossmo, D. K., & Saville, G. J. (1991). Policing Challenge 2000: Riding the winds of change. *Canadian Journal of Criminology*, *33*, 543-549.

PPS 8.10 Form 1A

Taylor, B., Brooks, J., Phanidis, J., & Rossmo, D. K. (1991). Services for Vancouver street youth: An integrated delivery model. *Journal of Child and Youth Care*, *6*(3), 49-61.

Rossmo, D. K., & Routledge, R. (1990). Estimating the size of criminal populations. *Journal of Quantitative Criminology*, *6*, 293-314.


b. Non-refereed Articles:

Rossmo, D. K. (2017). The fine print of journal reviewing. *The Criminologist*, *42*(1), 8. Reprinted with additions in *The Western Criminologist* (2017, Spring).

Rossmo, D. K. (2015). Science and advocacy: Mixing oil and water. *The Criminologist*, *40*(6), 7-8.

Rossmo, D. K. (2015). Short and sweet: A call for concise journal articles. *The Criminologist*, *40*(2), 8-10.

Rossmo, D. K. (2010). Criminal investigative failures. *RCMP Gazette*, *72*(1), 30-31.

Rossmo, D. K. (2009, October). Failures in criminal investigation. *The Police Chief*, pp. 54-66.

Rossmo, D. K., & Filer, S. (2005). Analysis versus guesswork: The case for professional geographic profiling. *Blue Line Magazine*, *17*(7), 24-25.

Rossmo, D. K., Filer, S., & Sesely, C. (2005). Geographic profiling debate – round four: The big problem with Bennell, Snook and Taylor's research. *Blue Line Magazine*, *17*(9), 28-29.

Rossmo, D. K., & Boba, R. (2002). Crime analysis challenge. *Crime Mapping News*, *4*(1), 12-13.

Rossmo, D. K., & Davies, A. (2001). Stealth predator patterns. *Crime Mapping News*, *3*(4), 6-7.

Rossmo, D. K. (1999, March). Geographic profiling system helps catch criminals. *GeoWorld*, p. 41.

Fleming, Z., & Rossmo, D. K. (1996). Optimizing patrol resources: Vancouver's 4/11 team model. *RCMP Gazette*, *58*(6), 2-9.

Boyd, N., & Rossmo, D. K. (1994, February). David Milgaard, the Supreme Court and Section 690: A wrongful conviction revisited. *Canadian Lawyer*, pp. 28-29, 32.

Rossmo, D. K., & Fisher, D. K. (1993). Problem-Oriented policing: A cooperative approach in Mount Pleasant, Vancouver. *RCMP Gazette*, *55*(1), 1-9.

Rossmo, D. K. (1991). After the use of deadly force: What you should be aware of. *Blue Line Magazine*, *3*(4), 19-20.


3. Conference Proceedings

a. Refereed Conference Proceedings:

Rossmo, D. K. (1993). Geographic profiling: Locating serial killers. In D. Zahm & P. F. Cromwell (Eds.), *Proceedings of the International Seminar on Environmental Criminology and Crime Analysis* (pp. 14-29). Coral Gables, FL: Florida Criminal Justice Executive Institute.

PPS 8.10 Form 1A

Rossmo, D. K. (1993). Multivariate spatial profiles as a tool in crime investigation. In C. R. Block & M. Dabdoub (Eds.), *Workshop on crime analysis through computer mapping; Proceedings: 1993* (pp. 89-126). Chicago: Illinois Criminal Justice Information Authority.

Rossmo, D. K. (1993). Strategic crime patterning: Problem-Oriented policing and displacement. In C. R. Block & M. Dabdoub (Eds.), *Workshop on crime analysis through computer mapping; Proceedings: 1993* (pp. 5-20). Chicago: Illinois Criminal Justice Information Authority.


5. Reports:

Rossmo, D. K. (2012). *Missing ship search:* SS Central America. Final report submitted to the Space and Naval Warfare Systems Command, North Charleston, SC.

Rossmo, D. K., Allen, J., Kringen, A. L., & Velarde, L. (2012). *Spatial-temporal incident linkage analysis*. Final report submitted to the Space and Naval Warfare Systems Command, North Charleston, SC.

Rossmo, D. K., Harries, K., Allen, J., & Hom, P. A. (2012). *Geoprofiling of terrorist cell structures: Madrid 11-M Bombings – Geography*. Final report submitted to the Space and Naval Warfare Systems Command, North Charleston, SC.

Rossmo, D. K. (2009). *Criminal hunting paths: An analysis of the spatial behavior of recidivists*. Final report submitted to the Bureau of Justice Assistance, Office of Justice Programs.

Rossmo, D. K. (2008). *Geographic profiling in counterterrorism: Data and feasibility study*. Final report submitted to the Intelligence Advanced Research Projects Activity, Washington, DC.

Rossmo, D. K. (2008). *Geographic profiling for military applications*. Final report submitted to the Topographic Engineering Center, Department of the Army, Fort Belvoir, VA.

Rossmo, D. K., & Egan, K. (2007). *Illegal U.S. land border crossings by American citizens*. Bureau of Justice Assistance, Office of Justice Programs.

Brown, R. O., Rossmo, D. K., Sisak, T., Trahern, R., Jarret, J., & Hanson, J. (2005). *Geographic profiling military capabilities*. Final report submitted to the Topographic Engineering Center, Department of the Army, Fort Belvoir, VA.

Rossmo, D. K. (2005). *An evaluation of NIJ's evaluation methodology for geographic profiling software*. Retrieved March 8, 2007 from the World Wide Web: http://www.ojp.usdoj.gov/nij/maps/gp.html.

Rossmo, D. K. (2005). *Geographic profiling for military applications: Report on software evaluation*. Final report submitted to the National Technology Alliance, Rosslyn, VA.

Rossmo, D. K., Thurman, Q. C., & Jamieson, J. D. (2005). *Geographic patterns and profiling of illegal crossings of the southern U.S. border*. Office of Science and Technology, National Institute of Justice (NIJ).

Rossmo, D. K., Davies, A., & Patrick, M. (2004). *Exploring the geo-demographic and distance relationships between stranger rapists and their offences* (Special Interest Series: Paper 16). London: Research, Development and Statistics Directorate, Home Office.

Hotel, C., & Rossmo, D. K. (1993). Creating a safer Vancouver: Safer City Task Force questionnaire results. In *Safer City Task Force: Final report* (pp. 349-376). Vancouver: City of Vancouver.

Boyd, N., & Rossmo, D. K. (1992). *Milgaard v. The Queen: Finding justice – Problems and process*. Burnaby, BC: Criminology Research Centre, Simon Fraser University.


6. Book Reviews:

Rossmo, D. K. (2006). [Review of *Policing illegal drug markets: Geographic approaches to crime reduction*]. *Canadian Journal of Criminology and Criminal Justice*, *48*(6), 943.

Rossmo, D. K. (1993). [Review of *Violence and public anxiety: A Canadian case*]. *Culture*, *13*(2), 109-110.


7. Other Works in Print:

Rossmo, D. K. (2014, Winter). Finding patterns in spatial data. *Up front* (pp. 44-45). Toronto: PwC Canada.

Rossmo, D. K. (2005). Geographic profiling. In *The Serial Murder Symposium: Collected Readings*. Quantico, VA: National Center for the Analysis of Violent Crime: Quantico, VA.

Rossmo, D. K. (2004). A day in the life: Geographic profiler. In C. H. Wecht, *Crime scene investigation: Crack the case with real-life experts*. Pleasantville, NY: Reader's Digest Association.

Rossmo, D. K. (2003). Geographic profiling. In E. W. Hickey (Ed.), *Encyclopedia of murder and violent crime* (pp. 205-209). Thousand Oaks, CA: Sage.

Rossmo, D. K. (1995). *Geographic profiling: Target patterns of serial murderers*. Unpublished doctoral dissertation, Simon Fraser University, Burnaby, BC.

Rossmo, D. K. (1995, Summer). Geographic profiling and violent predatory crime. *BCCPA News*, p. 5.

Rossmo, D. K. (1994, Fall). STAC tools: The Crime Site Probability Program. *STAC News*, pp. 9, 14.

Rossmo, D. K., & Saville, G. J. (1992). Policing Challenge 2000: Riding the winds of change. *Canadian Police Association Yearbook 1991*, *3*(50), 65-72.

Rossmo, D. K. (1989). The Bo Diddley Syndrome. $MC^2$, *22*(8), 25-26.

Rossmo, D. K. (1987). *Fugitive migration patterns*. Unpublished master's thesis, Simon Fraser University, Burnaby, BC.


B. Works not in Print

1. Papers Presented at Professional Meetings:

PPS 8.10 Form 1A

Rossmo, D. K. (2016, November). *Sentinel events and criminal investigative failures*. Paper presented at the meeting of the American Society of Criminology, New Orleans, LA.

Summers, L., & Rossmo, D. K. (2016, June). *Situational decision-making of vehicle burglars: Prevention and displacement*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Münster, Germany.

Rossmo, D. K. (2016, April). *Criminal investigative failures: Enquiry, evidence, and errors*. Paper presented at the Symposium on Wrongful Convictions and Criminal Investigative Failures, Ting Forum on Justice Policy, Vancouver, BC.

Rossmo, D. K. (2016, March). *The logic of evidence in a criminal investigation*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Denver, CO.

Rossmo, D. K. (2016, February). *Preventing wrongful convictions: A Bayesian approach to evidence evaluation*. Paper presented at the meeting of the Western Society of Criminology, Vancouver, BC.

Rossmo, D. K., & Summers, L. (2016, January). *Spatial displacement and offender decision-making*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Chennai, India.

Rossmo, D. K. (2015, November). Geographic profiling of serial crime. Paper presented at the IV Seminario Internacional de Investigación Criminal, Valladolid, Spain.

Rossmo, D. K., & Summers, L. (2015, November). *Offender decision-making and spatial displacement*. Paper presented at the meeting of the American Society of Criminology, Washington, DC.

Smith, B., & Rossmo, D. K. (2015, November). *Offender decision-making and displacement: The influence of drugs and alcohol*. Paper presented at the meeting of the American Society of Criminology, Washington, DC.

Rossmo, D. K. (2015, June). *The Gestapo and geographic profiling in Nazi Berlin*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Christchurch, New Zealand.

Rossmo, D. K., & Summers, L. (2015, June). *El perfil geográfico en la investigación criminal*. Paper presented at the II Symposium of Criminological Research (II Simposio de Investigación Criminológica), Albacete, Spain.

Rossmo, D. K. (2015, March). *The wrongful convictions of Jack the Ripper*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Orlando, FL.

Rossmo, D. K., & Le Comber, S. (2015, February). *Geographic profiling in Nazi Berlin*. Paper presented at the meeting of the Western Society of Criminology, Phoenix, AZ.

Rossmo, D. K. (2014, November). *The logic of a criminal investigation*. Paper presented at the meeting of the American Society of Criminology, San Francisco, CA.

Rossmo, D. K., & Summers, L. (2014, June). *Growth of criminal hunting areas*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Kerkrade, The Netherlands.

Rossmo, D. K. (2014, May). *Case rethinking*. Paper presented at the meeting of the International Criminal Investigative Analysis Fellowship, Quantico, VA.

Rossmo, D. K. (2014, May). *Geographic profiling program update*. Paper presented at the meeting of the International Criminal Investigative Analysis Fellowship, Quantico, VA.

Rossmo, D. K. (2014, May). *Linkage analysis*. Paper presented at the meeting of the International Criminal Investigative Analysis Fellowship, Quantico, VA.

Rossmo, D. K., & Summers, L. (2014, February). *Routine activity theory in crime investigation*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Philadelphia, PA.

LePard, D., Demers, S., Langan, C., & Rossmo, D. K. (2014, February). *Challenges in serial murder investigations involving missing persons*. Paper presented at the meeting of the Western Society of Criminology, Honolulu, HI.

Rossmo, D. K. (2014, February). *Criminal case rethinking*. Paper presented at the meeting of the Western Society of Criminology, Honolulu, HI.

Rossmo, D. K. (2013, November). *Collaborative research with law enforcement: Advances and benefits for research and practice*. Roundtable discussant at the meeting of the American Society of Criminology, Atlanta, GA.

Rossmo, D. K., & Summers, L. (2013, November). *Spatial-temporal evolution of criminal hunting areas*. Paper presented at the meeting of the American Society of Criminology, Atlanta, GA.

LePard, D., Demers, S., Langan, C., & Rossmo, D. K. (2013, August). *Challenges in serial murder investigations involving missing persons*. Paper presented at the International Police Executive Symposium, Budapest, Hungary.

Rossmo, D. K. (2013, June). *Geographic profiling*. Paper presented at the post-ECCA Conference, Philadelphia, PA.

Rossmo, D. K. (2013, June). *The Vancouver Missing Women/Pig Farm Serial Murder Case: A situational crime prevention analysis of a failed police investigation*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Philadelphia, PA.

Rossmo, D. K., Allen, J., & Summers, L. (2013, March). *"Connecting the dots": Spatial and temporal linkage factors in serial murder*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

Rossmo, D. K., & Kringen, A. L. (2013, February). *Serial murder and rape crime journeys*. Paper presented at the conference of the Western Society of Criminology, Berkeley, CA.

Rossmo, D. K. (2012, November). *Investigative errors*. Presentation and roundtable discussant (Homicide and major crime investigation: New insights and future challenges) at the meeting of the American Society of Criminology, Chicago, IL.

Rossmo, D. K., Kringen, A. L., & Allen, J. (2012, November). *Spatial and temporal patterns in serial crime*. Paper presented at the meeting of the American Society of Criminology, Chicago, IL.

Rossmo, D. K., & Stubbins, D. (2012, September). *The role of profiling in preventing criminal investigative failures: The good, the bad, and the ugly*. Paper presented at the meeting of the International Criminal Investigative Analysis Fellowship, Forsyth, GA.

Rossmo, D. K., & Kringen, A. L. (2012, June). *Spatial and temporal patterns in serial crime*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Stavern, Norway.

Rossmo, D. K., & Filipuzzi, N. (2012, February). *An environmental criminology analysis of a prison halfway house location*. Paper presented at the conference of the Western Society of Criminology, Newport Beach, CA.

Otín del Castillo, J. M., Rossmo, D. K., & Summers, L. (2011, November). *Análisis de vinculación y perfiles geográficos: Un estudio de caso sobre robos de domicilio seriales en Zaragoza* [*Crime linkage and geographic profiling: A case study of serial residential burglary in Saragossa*]. Paper presented at the II Seminario Internacional de Investigación Criminal, Valladolid, Spain.

Rossmo, D. K. (2011, November). *Criminal investigative analysis: A discussion of emerging issues.* Roundtable discussant at the meeting of the American Society of Criminology, Washington, DC.

Rossmo, D. K., Harries, K., & Allen, J. (2011, November). *The terror of place: Geoprofiling and the Madrid Train Bombings*. Paper presented at the meeting of the American Society of Criminology, Washington, DC.

Rossmo, D. K., Allen, J., & Hom, P. (2011, October). *The geography of terrorism and the Madrid Train Bombings*. Paper presented at the NIJ Crime Mapping Research Conference, Miami, FL.

Rossmo, D. K., Harries, K., Allen, J., & Stafford, M. (2011, July). *The geography of terrorism and the Madrid Train Bombings*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Durban, South Africa.

Rossmo, D. K. (2011, March). *Criminal investigative failures in the Missing Women/Pig Farm Serial Murder Case*. Paper presented at the meeting of the Academy of Criminal Justice Science, Toronto, ON.

Rossmo, D. K. (2011, February). *An analysis of the criminal investigative failure of the Missing Women/Pig Farm Serial Murder Case*. Paper presented at the conference of the Western Society of Criminology, Vancouver, BC.

Rossmo, D. K. (2010, November). *The deconstruction of a crime journey*. Paper presented at the meeting of the American Society of Criminology, San Francisco, CA.

Rossmo, D. K. (2010, October). *Criminal investigative failures and the Missing Women/Pig Farm serial murder case*. Paper presented at the meeting of the Southwestern Association of Criminal Justice, Little Rock, AR.

Rossmo, D. K. (2010, July). *Geographic profiling: Border security and counterterrorism*. Paper presented at the post-ECCA Conference, Brisbane, Australia.

Rossmo, D. K. (2010, July). *Military applications of environmental criminology and crime analysis*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Brisbane, Australia.

Rossmo, D. K. (2010, June). *The Chandra Levy Case: A failure in homicide investigation*. Paper presented at the meeting of the Homicide Research Working Group, Baltimore, MD.

PPS 8.10 Form 1A

Fang, T., Lu, Y., Rossmo, D. K., Blair, P. (2010, April). *Recidivism route analysis with GPS data: A case study*. Paper presented at the meeting of the Association of American Geographers, Washington, DC.

Rossmo, D. K. (2009, November). *Probability errors in criminal investigative failures*. Paper presented at the meeting of the American Society of Criminology, Philadelphia, PA.

Rossmo, D. K., & Carreon, J. (2009, October). *Geospatial patterns of reported cryptid sightings in East Texas*. Paper presented at the meeting of the Southwestern Association of Criminal Justice, Laredo, TX.

Rossmo, D. K., & Harries, K. (2009, August). *The geospatial structure of terrorist cells*. Paper presented at the NIJ Crime Mapping Research Conference, New Orleans, LA.

Rossmo, D. K., Lu, Y., & Blair, J. P. (2009, August). *An analysis of criminal search paths using GPS track data*. Paper presented at the NIJ Crime Mapping Research Conference, New Orleans, LA.

Rossmo, D. K. (2009, July). *Criminal hunting paths – An analysis of offender GPS track data*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Brasilia, Brazil.

Rossmo, D. K. (2009, July). *Geographic profiling*. Paper presented at the pre-ECCA Conference, Brasilia, Brazil.

Rossmo, D. K. (2009, March). *Criminal investigative failures*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Boston, MA.

Rossmo, D. K. (2009, February). *The geospatial structure of urban terrorist cells*. Paper presented at the conference of the Western Society of Criminology, San Diego, CA.

Rossmo, D. K. (2008, November). *Criminal investigative failures*. Paper presented at the meeting of the American Society of Criminology, St. Louis, MO.

Rossmo, D. K. (2008, October). *Geospatial patterns of terrorist cells*. Paper presented at the meeting of the Southwestern Association of Criminal Justice, Denver, CO.

Rossmo, D. K., Harries, K., McGarrell, E., & Thurman, Q. (2008, July). *The geospatial structure of terrorist cells*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Anchorage, AK.

Rossmo, D. K., Harries, K., McGarrell, E., Teymur, S., & Thurman, Q. (2008, March). *The geospatial structure of terrorist cells*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Izmir, Turkey.

Rossmo, D. K., Pollock, J., & Blair, J. P. (2008, March). *Criminal hunting paths: An analysis of spatial behavior of recidivists*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Cincinnati, OH.

Rossmo, D. K., & Pagaling-Hagan, S. (2008, February). *The Zodiac Killer Case: Historic profiling of an unsolved serial murder mystery*. Paper presented at the meeting of the Western Society of Criminology, Sacramento, CA.

Rossmo, D. K., & Thurman, Q. C. (2007, October). *The geospatial structure of terrorism*. Paper presented at the meeting of the Southwestern Academy of Criminal Justice, Corpus Christi, TX.

Rossmo, D. K. (2007, July). *Using geographic profiling for volume crime detection*. Paper presented at the pre-ECCA Conference, London, UK.

Rossmo, D. K., Hammerschlag, N., & Martin, R. A. (2007, July). *Environmental criminology and optimal foraging models: Spatial analysis and geographic profiling of white shark predation*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, London, UK.

Rossmo, D. K. (2007, June). *Geographic profiling of stranger murder*. Paper presented at the International Congress on Law and Mental Health, Padua, Italy.

Rossmo, D. K., Harries, K., McGarrell, E., & Thurman, Q. C. (2007, June). *The geography of terrorist attacks in Turkey*. Paper presented at the Conference on Democracy and Global Security, Istanbul, Turkey.

Rossmo, D. K. (2007, May). *Geographic profiling: Recent developments in property crime investigation*. Paper presented at UK National Crime Mapping Conference, London, UK.

Rossmo, D. K. (2007, April). *Geographic patterns of illegal crossings of the southern U.S. border*. Paper presented at the Symposium on Illegal Immigration, Crime, and Public Policy, Phoenix, AZ.

Rossmo, D. K. (2007, March). *The error in error distance: Some conceptual and analytic problems in crime mapping*. Paper presented at the NIJ Crime Mapping Research Conference, Pittsburgh, PA.

Rossmo, D. K. (2007, March). *Illegal border crossings by American citizens*. Paper presented at the NIJ Crime Mapping Research Conference, Pittsburgh, PA.

Rossmo, D. K., Thurman, Q. C., & Jamison, J. D. (2007, March). *Border control policy: Population, permeability, and displacement*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Seattle, WA.

Schmitz, P. M. U., Rossmo, D. K., de Jong, T., & Cooper, A. (2007, March). *Determining criminal activity space using mobile phone technology*. Paper presented at the NIJ Crime Mapping Research Conference, Pittsburgh, PA.

Rossmo, D. K. (2007, February). *A meta-analysis of journey-to-crime research*. Paper presented at the conference of the Western Society of Criminology, Scottsdale, AZ.

Rossmo, D. K. (2006, November). *Geographic patterns and profiling of illegal crossings of the southern U.S. border*. Paper presented at the meeting of the American Society of Criminology, Los Angeles, CA.

Martin, R. A., Rossmo, D. K., & Hammerschlag, N. (2006, July). *Geographic profiling of white shark predation*. Paper presented at the meeting of the American Elasmobranch Association, New Orleans, LA.

Rossmo, D. K., Thurman, Q. C., & Jamison, J. D. (2006, July). *Geographic profiling of illegal land border crossings: Final results*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Vancouver, BC.

Rossmo, D. K. (2006, February). *Criminal investigative failures*. Keynote luncheon speech, Western Society of Criminology, Seattle, WA.

Rossmo, D. K. (2006, February). *Illegal border crossing population estimation*. Paper presented at the conference of the Western Society of Criminology, Seattle, WA.

Beauregard, E., Proulx, J., & Rossmo, D. K. (2005, December). *An investigation of scripts of the hunting process in serial sex offenders: Implications for geographic profiling*. Paper presented at the meeting of the 8th International Investigative Psychology Seminar, London, UK.

Beauregard, E., Leclerc, B., Rossmo, K., & Proulx, J. (2005, November). *A script analysis of patterns in the hunting process of serial sex offenders*. Paper presented at the meeting of the American Society of Criminology, Toronto, ON.

Rossmo, D. K. (2005, November). *A journey-to-crime meta-analysis*. Paper presented at the meeting of the American Society of Criminology, Toronto, ON.

Beauregard, E., Rossmo, D. K., & Proulx, J. (2005, October). *A descriptive model of the hunting strategies of serial sex offenders: A rational choice approach* (*Modèle descriptif des tactiques de chasse des agresseurs sexuels sériels: Une approche de choix rationnel*). Paper presented at the 3rd International Francophone Meeting on Sexual Aggression, October, Hull, QC.

Rossmo, D. K., & Thurman, Q. C. (2005, September). *Geographic patterns and profiling of illegal land border crossings*. Paper presented at the Crime Mapping Research Conference, Savannah, GA.

Rossmo, D. K., Thurman, Q. C., & Jamison, J. D. (2005, July). *Geographic patterns and profiling of illegal land border crossings*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Santiago, Chile.

Rossmo, D. K., & Thurman, Q. C. (2005, June). *Geographic patterns and profiling of illegal land border crossings*. Paper presented at the Conference on Democracy and Global Security, Istanbul, Turkey.

Rossmo, D. K. (2005, March). *New developments in geographical profiling*. Paper presented at The Role of Psychology in Criminal Investigation – International Conference, Rome, Italy.

Rossmo, D. K., Jamieson, J. D., & Thurman, Q. C. (2005, February). *Geographic patterns and profiling of illegal land border crossings*. Paper presented at the conference of the Western Society of Criminology, Honolulu, HI.

Quinet, K., & Rossmo, D. K. (2004, November). *Estimating missing persons as serial murder victims*. Paper presented at the meeting of the American Society of Criminology, Atlanta, GA.

Rossmo, D. K., & Leahy, S. (2004, November). *Using research to assist the police investigation of serious crime*. Paper presented at the meeting of the American Society of Criminology, Atlanta, GA.

Rossmo, D. K., & Quinet, K. (2004, November). *Spatial and temporal patterns of serial murder in the United States*. Paper presented at the meeting of the American Society of Criminology, Atlanta, GA.

Rossmo, D. K., Thurman, Q. C., & Jamison, J. D. (2004, October). *Geographic patterns and profiling of illegal crossings of the Texas border*. Paper presented at the meeting of the Southwestern Academy of Criminal Justice, Houston, TX.

Rossmo, D. K. (2004, April). *Criminal investigative failures*. Paper presented at the NIJ Crime Mapping Research Conference, Boston, MA.

Rossmo, D. K. (2004, March). *The geo-demographics of stranger rape*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Las Vegas, NV.

Rossmo, D. K. (2004, February). *The who and where of stranger rape: Using geo-demographics in offender profiling*. Paper presented at the conference of the Western Society of Criminology, Long Beach, CA.

Rossmo, D. K. (2003, August). *Geographic profiling of predatory violent and sexual crime*. Paper presented at the XIII World Congress of the International Society for Criminology, Rio de Janeiro, Brazil.

Rossmo, D. K. (2003, June). *Some reflections on the journey to crime*. Paper presented at the Seminar on Environmental Criminology and Crime Analysis, Cincinnati, OH.

Rossmo, D. K. (2003, February). *Stealth predator early warning methods updated: The Pig Farm serial murder case*. Paper presented at the conference of the Western Society of Criminology, Vancouver, BC.

Rossmo, D. K. (2002, December). *Geographic profiling*. Paper presented at the National Conference of State Legislatures, Washington, DC.

Rossmo, D. K. (2002, November). *Stranger rape and geo-demographics*. Paper presented at the meeting of the American Society of Criminology, Chicago, IL.

Rossmo, D. K. (2001, November). *Evaluation of geographic profiling search strategies*. Paper presented at the meeting of the American Society of Criminology, Atlanta, GA.

Rossmo, D. K. (2001, June). *An empirical evaluation of the geographic profiling program*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Liverpool, UK.

Rossmo, D. K. (2001, February). *Beyond "Round up the usual suspects": Geographic profiling, suspect prioritization, and forensic science*. Paper presented at the meeting of the American Academy of Forensic Sciences, Seattle, WA.

Rossmo, D. K. (2001, February). *Geographic profiling, crime location sets, and child murder*. Paper presented at the conference of the Western Society of Criminology, Portland, OR.

Cooper, A. K., Schmitz, P. M. U., Byleveld, P., & Rossmo, D. K. (2000, December). *Using GIS and digital aerial photography to assist in the conviction of a serial killer*. Paper presented at the meeting of the Crime Mapping Research Center, San Diego, CA.

Rossmo, D. K. (2000, November). *Routine activities and foraging theory: The influence of motivation on size of criminal hunting area*. Paper presented at the meeting of the American Society of Criminology, San Francisco, CA.

Rossmo, D. K., Davies, A., & Warraker, B. (2000, July). *Beyond "Round up the usual suspects": Behavioural science, physical evidence, and suspect prioritization in Operation Lynx*. Paper presented at the meeting of the Forensic Science Services, York, UK.

Rossmo, D. K. (2000, June). *Geographic profiling and crime parsing*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Perth, Australia.

Boyd, N., & Rossmo, D. K. (2000, February). *A wrongful murder conviction: The relevance of geographic profiling*. Paper presented at the conference of the Western Society of Criminology, Kona, HI.

PPS 8.10 Form 1A

Rossmo, D. K. (2000, February). *Charting a course through graduate school*. Paper presented at the conference of the Western Society of Criminology, Kona, HI.

Rossmo, D. K. (1999, December). *Environmental criminology: Criminal investigative praxis*. Paper presented at the meeting of the Crime Mapping Research Center, Orlando, FL.

Moore, B. J., & Rossmo, D. K. (1999, November). *Geographic profiling*. Paper presented at the meeting of the American Society of Criminology, Toronto, ON.

Rossmo, D. K. (1999, June). *Geographic profiling in cases of extended serial rape*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Pretoria, South Africa.

Rossmo, D. K. (1999, February). *Clues in crime maps: The Manhattan East Side Rapist*. Paper presented at the conference of the Western Society of Criminology, Oakland, CA.

Rossmo, D. K. (1998, December). *Case studies in geographic profiling*. Paper presented at the meeting of the Crime Mapping Research Center, Arlington, VA.

Rossmo, D. K., & Baeza, J. J. (1998, November). *The Upper East Side Serial Rapist: A case study in geographic profiling*. Paper presented at the meeting of the American Society of Criminology, Washington, DC.

Rossmo, D. K. (1998, June). *Estimating criminal population sizes with capture-recapture analysis*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Barcelona, Spain.

Rossmo, D. K. (1998, February). *Criminal predators, victims, and mean streets*. Paper presented at the conference of the Western Society of Criminology, Newport Beach, CA.

Rossmo, D. K. (1997, November). *"Murder Alley": The ecology of dangerous places*. Paper presented at the meeting of the American Society of Criminology, San Diego, CA.

Rossmo, D. K. (1997, November). *Rigel: The new geographic profiling software*. Paper presented at the meeting of the American Society of Criminology, San Diego, CA.

Rossmo, D. K. (1997, October). *Geographic profiling*. Paper presented at the meeting of the Crime Mapping Research Center, Denver, CO.

Rossmo, D. K. (1997, June). *GIS and police investigation: From data to knowledge*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Oslo, Norway.

Rossmo, D. K. (1997, February). Paper presented at the conference of the Western Society of Criminology, Honolulu, HI.

Rossmo, D. K. (1996, November). *Spatial patterns of journeys to crime*. Paper presented at the meeting of the American Society of Criminology, Chicago, IL.

Rossmo, D. K. (1996, September). *Geographic profiling*. Paper presented at the meeting of the International Investigative Psychology Seminar, Liverpool, UK.

Rossmo, D. K. (1996, July). *Probability surfaces and the geography profiling of serial killers*. Paper presented at the Third International Conference on Forensic Statistics, Edinburgh, UK.

Rossmo, D. K. (1996, February). *Learning, displacement, and the geography of serial murder*. Paper presented at the conference of the Western Society of Criminology, Sonoma, CA.

Rossmo, D. K. (1995, November). *Raptors, stalkers, and trappers: Hunting styles of serial killers*. Paper presented at the meeting of the American Society of Criminology, Boston, MA.

Rossmo, D. K. (1995, February). *Hunting patterns of serial violent offenders*. Paper presented at the conference of the Western Society of Criminology, San Diego, CA.

Rossmo, D. K. (1995, July). *Human raptors: Criminal hunting behaviour and crime site choice*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Cambridge, UK.

Rossmo, D. K. (1994, November). *Cognitive maps and geographic fingerprints of serial criminals*. Paper presented at the meeting of the American Society of Criminology, Miami, FL.

Rossmo, D. K. (1994, September). *Geographic profiling and investigative information management*. Paper presented at the meeting of the International Investigative Psychology Seminar, Liverpool, UK.

Rossmo, D. K. (1994, June). *Geographic profiling*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Newark, NJ.

Rossmo, D. K. (1994, March). *Investigative geographic profiling: Validity, reliability, and utility*. Paper presented at the meeting of the Academy of Criminal Justice Sciences, Chicago, IL.

Rossmo, D. K. (1993, October). *Beyond the crime scene tape: Analyzing geographic clues*. Paper presented at the meeting of the American Society of Criminology, Phoenix, AZ.

Rossmo, D. K. (1993, August). *Multivariate spatial profiles as a tool in crime investigation*. Paper presented at the Workshop on Crime Analysis Through Computer Mapping, Chicago, IL.

Rossmo, D. K. (1993, August). *Strategic crime patterning: Problem-Oriented policing and displacement*. Paper presented at the Workshop on Crime Analysis Through Computer Mapping, Chicago, IL.

Rossmo, D. K. (1993, May). *Geographic profiling: Locating serial killers*. Paper presented at the International Seminar on Environmental Criminology and Crime Analysis, Miami, FL.

Boyd, N., & Rossmo, D. K. (1993, February). *Interpreting homicide patterns*. Paper presented at the conference of the Western Society of Criminology, Berkeley, CA.

Rossmo, D. K. (1992, November). *Chaos theory and criminology*. Paper presented at the meeting of the American Society of Criminology, New Orleans, LA.

Rossmo, D. K. (1992, November). *Target patterns of serial murderers*. American Society of Criminology meeting, New Orleans, LA.

Rossmo, D. K. (1992, April). *Targeting victims: Serial killers and the urban environment*. Paper presented at the First International Conference on Serial and Mass Murder: Theory, Research and Policy, Windsor, ON.

Glackman, W., & Rossmo, D. K. (1991, November). *Job perceptions in a policing organization*. Paper presented at the meeting of the American Society of Criminology, San Francisco, CA.

Rossmo, D. K. (1991, February). *Police predatory range and criminal migration*. Paper presented at the conference of the Western Society of Criminology, Berkeley, CA.

Rossmo, D. K. (1991). *Geographic profiling in arson investigation*. B.C. Fire Investigation Seminar, Victoria, BC.

Rossmo, D. K. (1991). *Privatization in policing*. Western Negotiators Conference, Vancouver, BC.

Rossmo, D. K. (1990, November). *The future of policing*. Police: Challenge 2000 Conference, Vancouver, BC.

Rossmo, D. K. (1990, November). *Fugitive migration patterns: An application of the destination-specific gravity model*. Paper presented at the meeting of the American Society of Criminology, Baltimore, MD.

Rossmo, D. K. (1990, March). *The impact of space on urban crime: Vancouver's Skid Row*. Paper presented at the meeting of the Canadian Association of Geographers, Vancouver, BC.


2. Invited Talks, Lectures, and Presentations (post-Texas State University employment only):

Department of Biology, Texas State University (San Marcos, TX; November 2016)

The Anti Graffiti Symposium (Coquitlam, BC; October 2016).

Texas Criminal Defense Lawyers Association Annual Forensics Seminar (Houston, TX; October 2016).

People's Public Security University of China (Beijing, China; September 2016)

TAMIU (Laredo, TX; April 2016)

8th Amendment Project Death Penalty Conference (New Orleans, LA; October 2015).

Hays County Sheriff's Citizen's Alumni Association (San Marcos, TX; September 2015).

Policia de Investigaciones, Santa Fe Province (Rosario, Argentina; September 2015).

XXVIII National Congress of General Attorneys, keynote speaker (Santa Fe, Argentina; September 2015).

International Association of Chiefs of Police (IACP), Police Investigative Operations Committee meeting (Miami Beach, FL; June 2015).

Texas State Retired Faculty & Staff Association (San Marcos, TX; June 2015).

San Marcos Police Department Award Ceremonies (San Marcos, TX; May 2015).

Indiana Public Defender Council Forensics Seminar (Indianapolis, IN; December 2014).

Arizona Homicide Investigator's Association Conference (Las Vegas, NV; October 2014).

Rossmo, D. K., & Le Comber, S. (2014, June). *The serial killer formula*. The Times Cheltenham Science Festival, Cheltenham, UK.

*True crime, true detectives, real failures: What can go wrong in a criminal investigation*. Mary Thomas Marshall University Lecture, Sul Ross State University (Alpine, TX; April 2014).

*The Camm triple murder case: Logic versus rhetoric*. University Lecture, Texas State University (San Marcos, TX; April 2014).

California State University, Long Beach Foundation (Irvine, CA; 2013, 2012, 2008, 2007, 2006, 2005).

*Classrooms, computers, and crime scenes*. Aboriginal Criminal Justice Series, Simon Fraser Student Society and The First Nations Student Association (Vancouver, BC; October 2013).

Simon Fraser University-Vancouver Police Department Judo Club. (Burnaby, BC; October 2013).

Vancouver Police Department, Beat Team. (Vancouver, BC; October 2013).

Texas Department of Public Safety (Austin, TX; May 2013).

Texas Department of Insurance Fraud Conference (Austin, TX; February 2013).

Illinois Coroners and Medical Examiners Association (Chicago, IL; November 2012).

Texas Criminal Defense Lawyers Association Annual Forensics Seminar (Dallas, TX; October 2012).

Universidade Fernando Pessoa (Porto, Portugal; July 2012).

Testified at the Missing Women Commission of Inquiry (Vancouver, BC; January and May 2012).

*The scene of the crime*. University Lecture, Texas State University (San Marcos, TX; April 2012).

Boulder Police Department (Boulder, CO; 2012, 2005, 2004).

Texas State University, International Faculty Reception (San Marcos, TX; November 2011).

Austin Regional Intelligence Center (ARIC) (Austin, TX; September 2011).

Austin/Travis County Health Department (Austin, TX; August 2011).

Kansas Bureau of Investigation (Topeka, KS; January 2011).

Texas State Development Foundation Board of Directors annual meeting (San Marcos, TX; October 2010).

ESRI European Conference, with The Netherlands Ministry of Defence (Delft, The Netherlands; September 2010).

Colorado Association of Sex Crimes Investigators (Snowmass, CO; September 2010).

California Police Officers Association (Los Angeles, CA; May 2010).

Danish National Police, Organized Crime Unit, and Danish Security and Intelligence Service (Copenhagen, Denmark; April 2010).

Instituto Superior da Maia (Porto, Portugal; April 2010).

University of Texas-Austin, Geography Department (Austin, TX; April 2010).

Oklahoma State Bureau of Investigation (Edmond, OK; March 2010).

The Netherlands Ministry of Defence (Epe, The Netherlands, March 2010).

Vancouver Police Department, Major Crimes Section (Vancouver, BC; February 2010).

PPS 8.10 Form 1A

Minnesota Department of Public Safety, Bureau of Criminal Apprehension (Minneapolis, MN; January 2010).

Police Academy, Justice Institute of British Columbia (New Westminster, BC; October 2009).

Simon Fraser University, School of Criminology (Burnaby, BC; October 2009).

Wrongful Convictions Expert Panel, International Association of Chiefs of Police (IACP) Annual Meeting (Denver, CO; October 2009).

Association of State Criminal Investigative Agencies (Albuquerque, NM; September 2009).

American Psychological Association (APA), invited plenary speaker (Toronto, ON; August 2009).

International Association of Chiefs of Police (IACP), Police Investigative Operations Committee meeting (Pittsburg, PA; June 2009).

Texas State University (San Marcos, TX; April 2009).

Human Predator III Workshop (Edmonton, AB; January 2009).

University of Texas-Austin, Mathematics Department (Austin, TX; October 2008).

John E. Reid and Associates (Oak Brook, IL; October 2008).

California Crime and Intelligence Analysts Association (CCIAA) annual meeting (Pleasanton, CA; September 2008).

International Crime Science Conference (London, UK; July 2008).

National Summer Institute (NIS) for Statistical & GIS Analysis of Crime & Justice Data, GIS guest speaker, University of Regina (Regina, SK; June 2008).

Radford University (Radford, VA; March 2008).

*Mathematics in criminal investigations: Profiling and probability*, University of Texas-Austin, Mathematics Department, Saturday Morning Math Group (Austin, TX; December 2007).

California Association of Crime Laboratory Directors (Sacramento, CA; November 2007).

International Association of Law Enforcement Intelligence Analysts (IALEIA) Annual Meeting (Vancouver, BC; April 2007).

Georgia Bureau of Investigation (Forsyth, GA; March 2007).

Mount Royal College (Calgary, AB; February 2007).

Plano Police Department (Plano, TX; January 2007).

Los Angeles Police Department (Los Angeles, CA; December 2006).

Texas State University, Psychology Association (San Marcos, TX; April 2004, November 2006).

California Crime and Intelligence Analysis Association (CCIAA) Annual Meeting (Bakersfield, CA; October 2006).

International Association of Chiefs of Police (IACP) Annual Meeting (Boston, MA; October 2006).

Chinese Ministry of State Security University (Beijing, Hangzhou, and Shanghai, China; September 2006).

International Association of Women Police (IAWP) Conference (Saskatoon, SK; September 2006).

GIS Guest Speaker, National Summer Institute (NIS) for Statistical & GIS Analysis of Crime & Justice Data, University of Regina (Regina, SK; June 2006).

Texas GIS Forum, University of Texas (Austin, TX; May 2006).

Testified at the Commission of Inquiry Into the Wrongful Conviction of David Milgaard (Saskatoon, SK; April 2006).

Metropolitan Police Department (Washington, DC; March 2006).

Texas State University, Anthropology Department, Body Recovery Conference (San Marcos, TX; March 2006).

Geographic Profiling in Geospatial Intelligence and Homeland Security: Border Issues (Washington, DC; February 2006).

Geographic Profiling in Geospatial Intelligence and Homeland Security: Insurgency (Washington, DC; February 2006).

Texas State University, Computer Science Department (San Marcos, TX; January 2006).

Canadian Information Processing Society (CIPS) (Edmonton, AB; November 2005).

Sterling Prize acceptance speech (Vancouver, BC; October 2005).

Presentation to the Texas Rangers in-service training course (Austin, TX; September 2005).

Invited participant for the Federal Bureau of Investigation's *Serial Murder Symposium* (San Antonio, TX; August 2005).

International Association of Chiefs of Police (IACP), Police Investigative Operations Committee meeting (Austin, TX; June 2005).

National Summer Institute (NIS) for Statistical & GIS Analysis of Crime & Justice Data, GIS guest speaker, University of Regina (Regina, SK, June 2005).

Mid-America Regional Crime Analysis Network (MARCAN) (Overland Park, KS; June 2005).

Presentation on current research interests to the faculty and graduate students of the Université de Montréal, École de criminologie (Montréal, QC; June 2005).

Grayson County College Forensic Conference (Denison, TX; April 2005).

Wichita State University (Wichita, KS; April 2005).

Army Topographical Engineering Center (TEC) (Fort Belvoir, VA; March 2005).

Cattaneo Castellanza University (Milan, Italy; March 2005).

International Crime Analysis Association Investigative Psychology Conference (Rome, Italy; March 2005).

International Crime Analysis Association Investigative Psychology Training Course (Rome, Italy; March 2005).

California Robbery Investigators Association Conference (Las Vegas, NV; February 2005).

International Association of Chief of Police (Los Angeles, CA; November 2004).

PPS 8.10 Form 1A

Police Academy, Justice Institute of British Columbia (New Westminster, BC; November 2004).

State University of New York Sullivan County Community College (Liberty, NY; November 2004).

University of Virginia Psychology Department (Charlottesville, VA; October 2004).

Arizona Association of Crime Analysts (Phoenix, AZ; September 2004).

California Crime and Intelligence Analysts Association (Sacramento, CA; September 2004).

International Criminal Investigative Analysis Fellowship (San Antonio, TX; September 2004).

Texas Association of Crime and Intelligence Analysts (El Paso, TX; August 2004).

International Association of Chiefs of Police (IACP), Police Investigative Operations Committee meeting (Monterey, CA; June 2004).

Forensics Department, British Columbia Institute of Technology (Vancouver, BC; June 2004).

Invited participant for the National Institute of Justice/Federal Bureau of Investigation/American Psychology Association meeting on *The nature and influence of intuition in law enforcement: Integration of theory and practice* (Arlington, VA; June 2004).

National Technology Alliance, Rosettex, Pentagon J3DDIO, and National Geospatial-Intelligence Agency personnel (Arlington, VA; June 2004).

The 100 Club of Central Texas banquet keynote speech (Austin, TX; May 2004).

*Stranger violent crime investigation*. TCLEOSE accredited training seminar for South Central Texas law enforcement agencies (San Marcos, TX, February 2004).

University of Texas College of Engineering (Austin, TX; February 2004).

FBI Major Crime Training Seminar (Baton Rouge, LA; December 2003).

Alberta Crown Attorney's Association Meeting (Banff, AB; September 2003).

Greater Austin Crime Commission (Austin, TX; August 2003).


3. Consultancies:

Geographic profiling assistance for major crime investigations provided to international and national police agencies (2003-present).

A&E *The Eleven* documentary (2016).

Royal Canadian Mounted Police Multi-Disciplinary Multi-Agency Missing Persons Investigative Initiative, Chilliwack, BC (2014).

Report on confirmation bias in the David Camm murder case (2013).

Review of Stevens police investigation in Fredericksburg, Texas (2013).

Missing Persons Investigations report. (2012). British Columbia Missing Women Commission of Inquiry. Vancouver, BC.

Recognized by the British Columbia Missing Women Commission of Inquiry as an expert in "serial murder and criminal investigations" (2012).

Case review of the John Jerome White wrongful conviction for the Georgia Bureau of Investigation (2010).

Cold case review of the 1975 Sheryl Norris homicide for the San Marcos, Texas, Police Department (2010).

Sunalta/Scarboro Community Associations Halfway House Location Evaluation. (2007). Calgary, AB.

Zodiac Killer geographic profile. (2007). Phoenix/Paramount Pictures. San Francisco, CA.

Case review of the Benjamin LaGuer conviction for State Representative Ellen Story, House of Representatives, Commonwealth of Massachusetts (2005).

Recognized in the Superior Court of Ontario as an expert in "the geography of crime, the hunting patterns of serial offenders, and appropriate investigative strategies" (1997).

Community policing project. (1994). Policing in British Columbia Commission of Inquiry. Vancouver, BC.

Independent review of the David Milgaard murder conviction. (1992). Saskatoon, SK.

Japan-Canada comparative community policing research project. (1991). Nagoya, Japan.

Project Eclipse, criminal investigative case conference analyzing unsolved prostitute murders in Vancouver and Victoria; first such conference in Canada. (1991). Vancouver, BC.

Kelowna crime prevention research project (1990) Kelowna, BC.


4. Workshops

Rossmo, D. K. (2012, March). *Geographic profiling*. Workshop presented at the meeting of the Academy of Criminal Justice Science, New York, NY.

Rossmo, D. K. (2010, February). *Geographic profiling*. Workshop presented at the meeting of the Academy of Criminal Justice Science, San Diego, CA.

*Predictive Policing Symposium*. (2009). National Institute of Justice. Los Angeles, CA.

Rossmo, D. K. (2007, March). *Criminal investigative failures*. Presented at the Alpha Phi Sigma meeting, Academy of Criminal Justice Sciences, Seattle, WA.

*Workshop on Police Intuition and Decision Making: The Nature and Influence of Intuition in Law Enforcement: Integration of Theory and Practice*. (2004). National Institute of Justice. Washington, DC.

Rossmo, D. K. (2003, March). *Geographic profiling*. Presented at the Alpha Phi Sigma meeting, Academy of Criminal Justice Sciences, Boston, MA.

*Workshop on the Crime Mapping Research Center*. (1997). National Institute of Justice. Washington, DC.

*Network Analysis: An Accelerated Introduction*. (2008). ICPSR. University of Michigan, Ann Arbor, MI.  Attendee.

PPS 8.10 Form 1A

5. Other Works not in Print:

a. Works submitted or under review

Rossmo, D. K. (2017). Geoprofiling serial sex murder. In J. Proulx & E. Beauregard (Eds.), *International handbook on sexual homicide*. Abingdon, Oxfordshire: Routledge.

Rossmo, D. K. (2017). Geoprofiling terrorism. In G. Bruinsma & S. Johnson (Eds.), *The Oxford handbook of environmental criminology* (chap. 34). Oxford: Oxford University Press.

Rossmo, D. K. (2017). Geographic profiling in cold cases. In R. H. Walton (Ed.), *Cold case homicides: Practical investigative techniques* (2nd ed.) (pp. 557-580). Boca Raton, FL: CRC Press.

Papini, A., Rossmo, D. K., Le Comber, S. C., Verity, R., Stevenson, M., & Santosuosso, U. (conditional acceptance). The use of jackknifing for the evaluation of geographic profiling reliability. *Ecological Informatics*.

Kringen, J. A., Rossmo, D. K., & Elink-Schuurman-Laura, K. D. (in revision). Serial murder *modus operandi*: Behaviors relevant to crime linkage.

Eck, J. E., & Rossmo, D. K. (in preparation). *Predicting policing and Bayes*.


6. Other:

Consulted, interviewed, and/or showcased in numerous media and entertainment outlets, including (post-Texas State University employment only):

*Zodiac* movie DVD. (2007). Paramount Pictures. Geographic profile of the murders.

Criminal Minds. (2005, November). *L.D.S.K.* (Episode #6). CBS Television.

Numb3rs. (2005, January 23). *Once in a lifetime*. CBS Television.

Slade, M. (2005). *Swastika*. New York: Penguin.

Dateline. (2004). *Detective story*. NBC Television.

Gerritsen, T. (2004). *Body double*. New York: Ballantine Books.

*The Shield*. (2004).

Japanese television documentary. (2003, October).

*D.C. Sniper: 23 Days of Fear*. (2003, October). USA Network.

The Eleventh Hour. (2003, May). *Hall of Mirrors* (Episode #113). Alliance Atlantis/CTV Television.

Patterson, J. (2003). *The big bad wolf*. New York: Warner Books.

A&E

ABC 20/20

Aftonbladet (Sweden)

Al Jazeera English

AM1040 (Vancouver, BC)

AQ (Simon Fraser University Alumni Magazine)

Associated Press

Atlantis Productions

PPS 8.10 Form 1A

Austin American-Statesman

The Australian

Australian Broadcasting Corporation (ABC) Radio

Bangalore Mirror

BBC

BBC Outlook

BCIT Broadcast Centre (Vancouver, BC)

*Bloody Work* documentary

Bloomberg News

Blue Eyes Television (Germany)

Blue Line Magazine

Calcalist (Israel)

Canadian Press

CBC

CBC radio news

CBS 19 (Charlottesville, VA)

CKLW (Windsor, ON)

CKNW (Vancouver, BC)

CNN International

Corpus Christi Caller Times

CTV

CTV W5

Daily Mail

Dallas Morning News

Dateline NBC

De Limburger (The Netherlands)

Discovery Channel

The Economist

*The Exhibition* documentary, Jove Productions

FiveThirtyEight (ESPN)

Force Four Entertainment

Fox 9 (Austin)

GeoWorld

Globe and Mail

Gloucester Echo

History Detectives, PBS

Il Tempo (Italy)

International Journal of Criminology and Criminal Profiling

ITV (United Kingdom)

Journal de Montréal

PPS 8.10 Form 1A

KEYE TV (Austin)

KSAT (San Antonio)

KTSW FM (Texas State University)

Law and Order

Le Monde

London Sunday Times

Maclean's

National Post

National Public Radio (NPR)

New Scientist

New York Times

New Zealand Radio

Nightline ABC

OMNI 10 Television (Surrey, BC)

Partners in Motion/Harmony Entertainment

P.M. Magazin (Germany)

Popular Science

Public Broadcasting Service (PBS)

Xploration Station Earth 2050

Radio Télévision Suisse

Reader's Digest (Canada/International)

Reader's Digest (US)

Regina Leader-Post

San Antonio Express-News

San Marcos Daily Record

San Marcos Mercury

Saskatoon Star-Phoenix

Shaw TV (Vancouver, BC)

Sunday Times

Swedish National Radio

Telegraph

Texas State University Star

The Times

TV Guide

USA Today

Vancouver Georgia Straight

Vancouver Province

Vancouver Sun

Washington Post

Welt der Wunder

Wired magazine (US and UK)


C. Grants and Contracts

1. Funded External Grants and Contracts:

*Case deconstruction of criminal investigative failures*. Principal investigator. National Institute of Justice (NIJ), for $389,690.

*Offender Decision-Making: Decision Trees and Displacement*. Principal investigator. National Institute of Justice (NIJ), for $377,528.

*Military Applications of Geographic Profiling*. Principal investigator. U.S. Marine Corps, for $1,520,000 ($1,300,000 to Texas State University).

*GeoProfiling and Polyagent Prediction (GP³)*. Office of Naval Research (ONR), for $660,000 ($101,250 to Texas State University).

*Criminal Hunting Paths: An Analysis of the Spatial Behavior of Recidivists*. Principal investigator. Bureau of Justice Assistance (BJA), for $149,758.

*Illegal U.S. Land Border Crossings by American Citizens*. Principal investigator. Bureau of Justice Assistance (BJA), Office of Justice Programs, for $49,588.

*Geographic Profiling in Counterterrorism #2*. Principal investigator. Intelligence Advanced Research Projects Activity (IARPA), for $179,001.

*Geographic Profiling for Military Applications*. Principal investigator. Army Topographic Engineering Center (TEC), for $455,000.

*Geographic Profiling in Counterterrorism #1*. Principal investigator. Disruptive Technology Office (DTO), for $400,048.

*Geographic Patterns and Profiling of Illegal Crossings of the Southern U.S. Border*. Principal investigator. National Institute of Justice (NIJ), Office of Science and Technology, for $250,000.

*Exploring the Geo-Demographic Relationship Between Stranger Rapists and their Offences*. Principal investigator. United Kingdom Home Office, for $108,061 (£57,108).


2. Submitted, but not Funded, External Grants and Contracts:

*Geospatial mapping of arbovirus-infected mosquitoes and patients to delimit hotspot treatments*. BAA for Advanced and Innovative Solutions to Improve Public Health. Centers for Disease Control and Prevention (CDC). In partnership with SpringStar Inc., for $520,000.

*Geoprofiling cyber-attacks*. BAA for Technology Evolutions for Signal Intelligence Operations (Predictive Analytics – Behavior modeling and advanced algorithms). SPAWAR Systems Center Atlantic. In partnership with Scientific Research Corporation, for $1,800,000.

*Geoprofiling maritime piracy*. BAA for Technology Evolutions for Signal Intelligence Operations (Predictive Analytics – Behavior modeling and advanced algorithms). SPAWAR Systems Center Atlantic. In partnership with Scientific Research Corporation, for $2,000,000.

PPS 8.10 Form 1A

*Geographic Patterns of Illegal Border Crossing in Texas*. Exceptional Item Request for State Legislative Appropriation, for $2,370,000.

*Military Applications of Geographic Profiling*. FY2012 Congressional Appropriations Request, for $971,190.

*National Institute of Justice Information and Geospatial Technologies Center of Excellence*. Teaming agreement with International Biometric Group, for $100,000 to Texas State University.

*National Institute of Justice Criminal Justice Technology Information and Sensor Systems Center of Excellence*. Teaming agreement with International Biometric Group, for $100,000 to Texas State University.

*Geographic profiling methods as a new spatial tool for targeting the control of infectious diseases*. National Science Foundation under the Ecology of Infectious Diseases, for $864,538 to Texas State University.

*The Application of Geographic Crime Series Linkage Analysis to High-Volume Crime DNA Evidence*. Submitted to the National Institute of Justice (NIJ) for $192,000. Two submissions.

*The Geography of Texas Land and Border Security*. Submitted to the State of Texas, for $1,180,000.

*Geospatial Crime Analysis Profiling*. Submitted to Joint Improvised Explosives Devices Defeat Organization (JIEDDO).

*Geographic Crime Series Linkage Analysis*. Concept paper accepted and proposal submitted to the National Institute of Justice (NIJ) Solicitation for Geospatial Technology, for $249,128.

*Simulated Generation of IED Geospatial Data Using Human Actors*. White paper submitted to the Office of Naval Research, for $490,000.

*Criminal Hunting Patterns: Modeling the Spatial Behavior of Recidivists*. Proposal submitted to the Bureau of Justice Assistance (BJA), Edward Byrne Memorial Discretionary Grants Program, for $149,951.

*Predictive Models for Improvised Explosive Device Countermeasures* (partner with Rice Analytics Development, St. Louis, MO). Small Business Innovation Research Program (SBIR) proposal submitted for predictive modeling and simulations tools that can be used to plan improvised explosives devices (IED) countermeasures. Acquisition Program, Joint Improvised Explosives Devices Defeat Organization (JIEDDO).

*Mapping violent crime migration in the aftermath of Hurricane Katrina*. Collaboration on a concept paper submitted to the Office of Justice Programs (OJP).

*Terrorism Target Patterns*. Quad chart submitted under the Combating Terrorism Technology Support Office (CTTSO), Technical Support Working Group (TSWG), Broad Agency Announcement, in the Investigative Support and Forensics focus area, for $250,000.

*Predictive Modeling of Mass Grave Sites*. Proposal submitted to the Social Sciences and Humanities Research Council of Canada.

*Criminal Hunting Paths: An Analysis of the Spatial Behavior of Recidivists in the Florida EMPACT Program*. Proposal submitted under the Solicitation for Crime and Justice Research, National Institute of Justice (NIJ).

*Detecting the Dynamics of Drug Offenses through Analyzing the Spatial Patterns of Drug and Property Crime in Texas* (collaborator with Principal Investigator Yongmei Lu, Geography Department). Proposal submitted under the Solicitation for Concept Papers, Drugs and Crime Research and Evaluation, National Institute of Justice (NIJ).

*Geospatial and Network Analysis of Terrorism*. Part of a proposal written with Michigan State University as lead for the Department of Homeland Security's Broad Agency Announcement for a Center of Excellence for Behavioral and Social Research on Terrorism and Counter-Terrorism. Selected as finalist but not awarded.

*Major Collaborative Research Initiative*. Social Sciences and Humanities Research Council of Canada (collaborator with Simon Fraser University's School of Criminology as lead).

*Geographic Planning Patterns of Foreign Terrorist Cells*. Proposal submitted under the Office of Research and Evaluation 2002 Solicitation for Investigator-Initiated Research National Institute of Justice (NIJ), for $298,969.

*Eyewitness Error Patterns in Vehicle License Number Identification*. Proposal submitted under the Office of Science and Technology Solicitation, National Institute of Justice (NIJ), for $298,575.

*Reports from the Field: Community Policing Innovation*. Proposal submitted under an Office of Community Oriented Policing Services Solicitation (COPS), for $499,642.


D. Fellowships, Awards, Honors:

College of Applied Arts 2015 Presidential Distinction Award for Excellence in Scholarly/Creative Activities, Texas State University.

The Ronald V. Clarke ECCA Award, for fundamental contributions to environmental criminology and crime analysis (2015).

Justice Institute of British Columbia Distinguished Alumnus Award (2010).

100 Alumni of Influence, College of Arts and Sciences, University of Saskatchewan (2009).

Nominee for the Stockholm Prize in Criminology (2006).

Evan Hardy Collegiate Institute Wall of Fame for Scholarship and Professional Service (2006).

Sterling Prize, Simon Fraser University (2005).

Listed as one of the greatest British Columbians by *BC Almanac* (2005).

Listed as one of 100 "Notable Saskatchewanians" for Saskatchewan's centennial by the province's two major newspapers (2005).

Recognized by *Maclean's* as one of the defining innovators in Canadian history (2004).

U.S. Library of Congress requested examples of geographic profile maps for their Geography and Map Division Collection (2003).

*idea*City invitee (Toronto, ON; 2003).

Research listed as one of the most important ideas of the year in *The New York Times Magazine* (2001).

Governor General of Canada Police Exemplary Service Medal (2000).

Outstanding Alumni of the Year Award for Professional Achievement, Simon Fraser University (1999).

IACP Webber Seavey Finalist Award (1999).

Recognized by *BC Business* as one of British Columbia's top innovators (1999).

Fellow, Western Society of Criminology (1998).

Nominee for Simon Fraser University Dean of Art's Graduate Studies Convocation Medal (1996).

Police Commendations:  Chief Constable's (1995), Superintendent's (1989), Inspector's (1990, 1985, 1981).

Simon Fraser University President's Research Grant Stipend (1985).

Saskatchewan Provincial Government Scholarship (1973).

Canadian Olympiad National Mathematics Contest, 6th prize (1973).


## IV. Service

A. Institutional

1. University:

Council of Funded Research, Texas State University (2010-present).

University Consortium for Geographic Information Science, alternative delegate (2009-present).

OCIR/Formosa Plastic Professorship Selection Committee (2011, 2014).

Department of Geography Academic Program Review team (2008).

Prepared faculty tenure and promotion reviews for the following universities:

> Queen Mary College, University of London; London, United Kingdom
> University of Huddersfield; Huddersfield, United Kingdom
> Temple University; Philadelphia, Pennsylvania
> Simon Fraser University; Vancouver, British Columbia, Canada
> University of Louisville
> University of Texas, Dallas; Dallas, Texas.
> University of Houston-Clear Lake; Houston, Texas
> Texas State University; San Marcos, Texas

3. Department/School:

Doctoral Executive Committee (2009-present).

MCJS Graduate Program Committee (2009-2011).

Doctoral Program Review Committee (2014-2015).

PPS 8.10 Form 1A

New faculty hire search committee, one assistant and two senior positions (2016).

New faculty hire search committee, one associate position (2015).

New faculty hire search committee, two senior positions (2010).

Mentored and financially supported Texas State University doctoral research assistants and graduate research assistants on grant projects.


B. Professional:

Editorial board member for the journals:

> *International Criminal Justice Review* (2015-present)
> *Criminology, Criminal Justice, Law & Society* (2013-present)
> *Journal of Intelligence & Analysis* (2012-present)
> *Policing: An International Journal* (2011-present)
> *Homicide Studies* (1997-present)
> *Investigative Psychology and Offender Profiling* (2007-2010)

Peer reviews for scholarly journals, including:

> *Applied Cognitive Psychology*
> *Applied Geography*
> *Archaeometry*
> *Australian and New Zealand Journal of Criminology*
> *Behavioral Sciences & the Law*
> *Biological Invasions*
> *Canadian Journal of Family Law*
> *Canadian Society of Forensic Science Journal*
> *Crime Mapping: A Journal of Research and Practice*
> *Crime Patterns and Analysis*
> *Crime Science*
> *Criminal Justice and Behavior*
> *Criminology*
> *Environment and Planning A*
> *Homicide Studies*
> *Human Organization*
> *International Criminal Justice Review*
> *International Journal of Astrobiology*
> *International Journal of Geographical Information Science*
> *International Journal of Law, Crime and Justice*
> *International Journal of Offender Therapy and Comparative Criminology*
> *International Journal of Police Science and Management*

PPS 8.10 Form 1A

*Journal of Criminal Justice*
*Journal of Environmental Psychology*
*Journal of Experimental Criminology*
*Journal of Intelligence & Analysis*
*Journal of Investigative Psychology and Offender Profiling*
*Journal of Quantitative Criminology*
*Journal of Research in Crime and Delinquency*
*Journal of the Royal Society Interface*
*Justice Quarterly*
*National Science Foundation*
*Police Practice and Research*
*Police Quarterly*
*Policing: A Journal of Policy and Practice*
*Policing: An International Journal of Police Strategies & Management*
*Professional Geographer*
*Quarterly Journal of Experimental Psychology*
*Security Journal*
*Sexual Abuse: A Journal of Research and Treatment*
*Social Problems*
*Social Science Computing Review*
*Terrorism and Political Violence*

Peer reviews for book publishers, including:

Cambridge University Press
CRC Press
Criminal Justice Press
McGraw Hill Publishers
Mellen Press
Oxford University Press
Roxbury Publishing
Wadsworth Publishing

Peer reviews for government organizations, including:

European Union OISIN II Programme
National Institute of Justice (NIJ), U.S. Department of Justice
National Research Foundation, South Africa
Royal Canadian Mounted Police
Social Science Humanities Research Council of Canada
South Africa National Research Foundation
United Kingdom Economic and Social Research Council (ESRC)

PPS 8.10 Form 1A

Program Advisory Committee, Tactical Criminal Analysis/Intelligence Analysis program, Justice Institute of British Columbia

C. Community:

Commissioner, Austin Public Safety Commission (2009-present; Chair from 2013-2016)

Member of the Austin/Travis County Hate Crimes Task Force (2014-2016)

Member of the Austin South Lamar Neighborhood Association (2007-present)

Member of the Vancouver Interministerial Street Children's Committee (1987-1992)

D. Service Honors and Awards:

Ten-Year Service Award, Texas State University (2013).

F. Organizations:

2. Professional

Academy of Criminal Justice Sciences (2003-present)

American Society of Criminology (1989-present)

Canadian Association of Violent Crime Analysts, Vice President (1997-2002)

Canadian Police Association, Executive Vice President and Chief Financial Officer (1995-1997)

Homicide Research Working Group (1996-present)

International Association of Chiefs of Police (IACP), Police Investigative Operations Committee (1997-present)

International Association of Crime Analysts (1997-2010)

International Association of Law Enforcement Intelligence Analysts (1999-present)

International Criminal Investigative Analysis Fellowship (2000-present) Vice President Geographic Profiling Division (2014-present)

South Carolina Research Authority Integrated Solutions Group Advisory Board (2004-2009)

Vancouver Police Union, Vice President and Director (1988-1994)

Research advisor, British Columbia Federation of Police Officers (1994-1997)

Western Society of Criminology (1991-present), Executive Counselor (1999-2002)

POST certified in California

TCLEOS certified in Texas

Updated 6/2012