UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
TO FILE OVERSIZED SUMMARY JUDGMENT RESPONSE BRIEF**

The Court, having considered the Plaintiff's motion for leave to file a 3.5 page oversized summary judgment response brief, GRANTS that motion and ORDERS that Plaintiff may file an oversized summary judgment response brief up to 39 pages.

Dated: 2/14/17

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:
Service will be made electronically on all ECF-registered counsel of record
via email generated by the Court's ECF system.