UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**Defendant's Unopposed Motion to Extend the Expert Disclosure Deadline**

Defendant, by counsel, respectfully moves the Court for a 30-day extension of the expert disclosure deadline. In support of this motion, Defendant states:

1. The Defendant's expert disclosure is due on or before March 3, 2017. Dkt. 36.

2. The Defendant anticipates disclosing an expert witness in this matter.

3. The Defendant is working to identify an expert witness and reasonably requires an extra 30 days for the expert to complete his or her report.

4. Counsel for Plaintiff does not oppose a 30-day extension of Defendant's expert disclosure deadline.

5. This Motion is made for good cause and is not asserted for purposes of undue delay.

Accordingly, Defendant respectfully requests that his expert disclosure deadline be extended to and including April 3, 2017.

        Respectfully submitted,

        */s/ Kathryn M. Box*
        Kathryn M. Box (31233-49)
        Assistant Corporation Counsel
        Office of Corporation Counsel
        200 East Washington Street, Room 1601
        Indianapolis, Indiana 46204
        Telephone: (317) 327-4055
        Fax: (317) 327-3968
        E-Mail: kathryn.box@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2017, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard Waples
WAPLES & HANGER
410 North Audubon Road
Indianapolis, IN 46219

        */s/ Kathryn M. Box*
        Kathryn M. Box (31233-49)
        Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968