UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**Order on Defendant's Unopposed Motion for Extension of the Expert Disclosure Deadline**

Having heard the Unopposed Motion for Extension of the Expert Disclosure Deadline filed by Defendant, and being duly advised, the Court now finds that said Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant's expert disclosure deadline shall be extended to and including April 3, 2017.

_____            _____
Date                                                                       Judge

Distribution
Counsel of Record (via CM/ECF System)