**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW APPEARANCE**

Kathryn M. Box, the undersigned counsel, and pursuant to Local Rule 83.7(c)(1), moves to withdraw her appearance on behalf of Defendant, Charles Benner. Counsel states in support hereof:

1. Pamela Schneeman of the City of Indianapolis Office of Corporation Counsel is lead counsel and appears for Defendant, Charles Benner.

2. Kathryn M. Box of the City of Indianapolis Office of Corporation Counsel is no longer actively involved in this case and does not wish to directly receive ECF notifications.

3. The withdrawal of Kathryn M. Box will not leave Defendant without legal representation, which thereby waives requirements of Local Rule 83.7(c)(1)-(3).

WHEREFORE, Kathryn M. Box respectfully moves the Court for permission to withdraw her appearance as counsel of record for Defendant, Charles Benner, and for all other relief just and proper in the premises.

Respectfully submitted,

*/s/ Kathryn M. Box*
Kathryn M. Box (31233-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, IN  46204
Telephone:  (317) 327-4055
Fax:  (317) 327-3968
E-Mail: Kathryn.Box@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was electronically filed on this 17th day of February, 2017 using the Court's CM/ECF System, and the following were served via U.S. Mail, first class, postage prepaid on the same day:

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN  46219

/s/ Kathryn M. Box
Kathryn M. Box
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, IN  46204
Phone:  (317) 327-4055