UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW ATTORNEY APPEARANCES**

Comes now Defendant, by counsel, and pursuant to Local Rule 83-7(c) moves to withdraw the appearances of attorneys Lynne D. Hammer and Benjamin J. Church. In support of this motion, Defendant states:

1. Attorney Benjamin J. Church is no longer employed with the City of Indianapolis Office of Corporation Counsel his appearance on behalf of Defendant should, therefore, be withdrawn.

2. Attorney Lynne D. Hammer is still employed with the City of Indianapolis Office of Corporation Counsel, but is no longer handling litigation in federal court. Her appearance on behalf of Defendant should, therefore, be withdrawn, as well.

3. The requirements of Local Rule 83-7(c)(1) – (3) are waived because Defendant is now represented by Pamela G. Schneeman with the City of Indianapolis, Office of Corporation Counsel, and Ms. Schneeman has already entered her appearance on Defendant's behalf.

WHEREFORE, Defendant respectfully moves the Court to withdraw the appearances of Benjamin J. Church and Lynne D. Hammer on his behalf, update the docket in PACER to reflect

the identity of the attorney now handling his defense, for all other relief just and proper in the premises.

                                                Respectfully Submitted,

                                                /s/ *Pamela G. Schneeman*
                                                Pamela G. Schneeman, (18142-53)
                                                Deputy Chief Litigation Counsel
                                                Office of Corporation Counsel
                                                200 East Washington Street, Room 1601
                                                Indianapolis, Indiana   46204
                                                Telephone: (317) 327-4055
                                                Fax: (317) 327-3968
                                                E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, a copy of the foregoing MOTION TO WITHDRAW ATTORNEY APPEARANCES was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219
rwaples@wapleshanger.com

    /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968