UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY APPEARANCES**

The Court, having considered Defendant's Motion to Withdraw Attorney Appearances and being duly advised in the premises, finds that said motion is meritorious and should be granted.

ACCORDINGLY, the appearances of attorney Benjamin J. Church and Lynne D. Hammer for Defendant, Charles Benner, are withdrawn.

IT IS SO ORDERED.

Date: _____            _____
                                 Judge/Magistrate, United States District Court

Copies to:

Electronically registered counsel of record