# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

The Court, having considered counsel's Motion to Withdraw Appearance and being duly advised in the premises, finds that said motion is meritorious and should be granted.

Accordingly, the appearance of Kathryn M. Box, on behalf of Defendant, Charles Benner, is hereby withdrawn.

IT IS SO ORDERED.

_____    _____
Date                         Mark J. Dinsmore
                             United States Magistrate Judge
                             Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system