UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
FINAL WITNESS AND EXHIBIT LISTS**

Comes now Defendant, by counsel, and pursuant to Fed. R. Civ. P. 16(b)(4), Fed. R. Civ. P. 6(b), and Local Rule 6-1(a) moves the Court for an extension of time for both parties to file their Final Witness and Exhibit Lists. In support of this motion, Defendants state:

1. Per the Case Management Plan approved by the Court at Docket No. 12, the parties' Final Witness and Exhibit Lists are to be filed on or before Tuesday, February 21, 2017, which deadline has not yet expired.

2. Both parties reasonably require a short (six day) extension of time through and including Monday, February 27, 2017 to file their Final Witness and Exhibit Lists.

3. Plaintiff reasonably requires the short extension of time because his counsel has been busy preparing for and traveling to attend an oral argument before the Seventh Circuit Court of Appeals that was held on February 21, 2017.

4. Defendant reasonably requires the short extension of time because all of his prior attorneys have withdrawn their appearances. His new attorney entered her appearance as recently as February 21, 2017, and she needs time to familiarize herself with the case before making Defendant's filing.

5.      Both parties have demonstrated "good cause" for the extension of time requested as required by Fed. R. Civ. P. 16(b)(4).

6.      Plaintiff joins in this motion.

WHEREFORE, the parties move the Court to grant them through and including and including Monday, February 27, 2017 to file their Final Witness and Exhibit Lists.

Respectfully Submitted,

 /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2017, a copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME TO FILE FINAL WITNESS AND EXHIBIT LISTS was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN  46219
rwaples@wapleshanger.com

   /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968