UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE FINAL WITNESS AND EXHIBIT LISTS**

The Court, having considered the parties' Joint Motion for Extension of Time to File Final Witness and Exhibit Lists and being duly advised in the premises, finds that the motion should be granted.

Accordingly, the motion is GRANTED. The parties shall have through and including Monday, February 27, 2017, to file their final witness and exhibit list.

IT IS SO ORDERED.

Date: _____

Copies to electronically registered counsel of record via ECF.