UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-103-WTL-MJD |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

The Court, having considered counsel's Motion to Withdraw Appearance and being duly advised, hereby **GRANTS** the motion. The appearance of Kathryn M. Box on behalf of Defendant, Charles Benner is hereby **WITHDRAWN** and terminated.

Dated: 22 FEB 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system