UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY APPEARANCES**

This matter comes before the Court on Defendant's Motion to Withdraw Attorney Appearances. [Dkt. 55.] The Court, being duly advised, hereby **GRANTS** the motion. The appearances of Benjamin J. Church and Lynne D. Hammer for Defendant Charles Benner are hereby **WITHDRAWN** and terminated.

Dated: 22 FEB 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Copies to:

Electronically registered counsel of record