UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter comes before the Court on Defendant's Unopposed Motion to Extend the Expert Disclosure Deadline [Dkt. 52] and the parties' Joint Motion for Extension of Time to File Final Witness and Exhibit Lists [Dkt. 57]. Those motions are set for a telephonic hearing before the Magistrate Judge at **8:30 a.m. (Eastern) on Friday, February 24, 2017**. Counsel shall attend the hearing by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 22 FEB 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.