UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:16-cv-00103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**MINUTE ENTRY FOR FEBRURARY 24, 2017**
**HEARING ON MOTIONS TO EXTEND CASE MANAGEMENT DEADLINES**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for a hearing on Defendant's motion to enlarge the Defendant's expert disclosure deadline [Dkt. 52] and the parties' joint motion to enlarge the deadline to file their final witness and exhibit lists [Dkt. 57]. The Court heard argument from the parties with regard to the motions and hereby orders as follows:

A. Defendant's motion to enlarge the Defendant's expert disclosure deadline [Dkt. 52] is hereby **GRANTED IN PART** and **DENIED IN PART**. The time for Defendant to disclose the identity of one expert witness and provide the report required by Fed. R. Civ. P. 26(a)(2) is hereby enlarged to and including March 24, 2017; Defendant is to deliver the expert report to counsel for Plaintiff by either hand delivery or electronic transmission with telephonic confirmation of receipt, so that the expert's report and any related documentation is received by counsel for Plaintiff by **no later than 3:00 p.m. (Eastern) on Friday, March 24, 2017**. Should counsel for Plaintiff serve any written discovery relating to Defendant's expert, Defendant shall respond thereto by

the later of March 31, 2017 or fourteen (14) date after the date of service. Counsel for Plaintiff is authorized to serve such discovery by electronic means with telephonic confirmation of receipt.

B. The parties' joint motion to enlarge the deadline to file their final witness and exhibit lists [Dkt. 57] is hereby **GRANTED**. All parties shall file and serve their final witness and exhibit lists on or before **February 27, 2017**. This list should reflect the specific potential witnesses the party may call at trial. It is not sufficient for a party to simply incorporate by reference "any witness listed in discovery" or such general statements. The list of final witnesses shall include a brief synopsis of the expected testimony. Defendant is authorized to update his final witness and exhibit list on or before March 24, 2017 by identifying only the additional expert witness to be disclosed by that date.

SO ORDERED.

Dated: 24 FEB 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.