UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| PLAINTIFF, ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| DEFENDANT. ) | |

**PLAINTIFF'S FINAL WITNESS LIST**

Plaintiff, by counsel, pursuant to the Court's Case Management Plan, submits his Final Witness List:

1. William Rainsberger. Mr. Rainsberger has knowledge about his false arrest and malicious prosecution and damages.

2. Robert Rainsberger, 7155 E. 21st Street, Apt 5, Indianapolis, IN 46219 (317) 357-5791. Mr. Rainsberger has knowledge about the false arrest and malicious prosecution of his brother and plaintiff's damages.

3. Rebecca Rainsberger, 6 Hermitage Road, Greenville, S.C. 29615 (317) 679-4411. Ms. Rainsberger has knowledge about the false arrest and malicious prosecution of her brother and plaintiff's damages.

4. Mari Bilger, 221 S. Vine Street, Plainfield, IN 46168. (317) 710-7604. Ms. Bilger has knowledge about the false arrest and malicious prosecution of William Rainsberger and plaintiff's damages.

5. David Hennessy, Attorney at Law, 424 East Wabash Street, Indianapolis, IN 46204, (317)

636-6160. Mr. Hennessy has knowledge about the false arrest and malicious prosecution of William Rainsberger and plaintiff's damages. Mr. Hennessy will also offer opinions as expressed in Plaintiff's Expert Witness Disclosure and in his affidavit submitted on summary judgment.

6. Chad Christensen, CC Investigations, 1 N. Meridian Street, Ste 600, Indianapolis, IN 46204. 317-910-4905. Mr. Christensen will testify about his work on the criminal case, including photographs and videos taken at the Kroger grocery store.

7. Kim Rossmo. Dr. Rossmo will testify consistent with his report provided in Plaintiff's Expert Witness Disclosure.

8. Delbert Pickens, 5223 Brendon Park Drive, Indianapolis, Indiana. Knowledge of his attempted delivery of meal to Mrs. Rainsberger on Nov. 19, 2013.

9. Karen Pittman, 801 N. Shortridge Road, Apt. D3, Indianapolis, Indiana. Has knowledge of criminal activity in Jeffersonian Apartment complex and attack upon her.

10. Kenneth Stanley, 801 N. Shortridge Road, Indianapolis, Indiana. Has knowledge of criminal activity in Jefferson Apartment complex around time Mrs. Rainsberger was attacked.

11. Anita Battee, 801 N. Shortridge, Indianapolis, Indiana. Has knowledge of criminal activity in apartment complex.

12. Maria Karnes, Jeffersonian Apartments, Indianapolis, Indiana. Has knowledge of criminal activity in apartment complex.

13. Tiara Battee, 801 N. Shortridge Road, Indianapolis, Indiana. Has knowledge of criminal activity in Jefferson Apartment complex around time Mrs. Rainsberger was attacked.

14. Jennifer Lane, Marion County Forensic Services Agency. Has knowledge of her work on the investigation into Ruth Rainsberger's murder.

15. Benjamin Bierce, Bierce Associates, Bargarsville, IN 317-527-1446. Former IMPD Det. Bierce has knowledge about this investigation into cell phone data in the criminal case.

16. Dr. Eric Streib, Eskenazi Hospital, 720 Eskenazi Ave., 3rd Floor Surgery Clinic, Indianapolis, IN 46202, 317.880.6540. Dr. Steib will testify regarding his treatment of Mrs. Rainsberger on Nov. 19, 2013 and the nature of her injuries.

17. David Rainsberger, Canton, Ohio. Knowledge of Bill Rainsberger and relationship with his mother.

18. Ruthanne Rainsberger, Canton, Ohio. Knowledge of Bill Rainsberger and relationship with his mother.

19. Amie Birch, Danville, Indiana. David. Knowledge of Bill Rainsberger and relationship with his mother.

20. Steve Darling, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

21. Debby Darling, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

22. Brad Knapp, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

23. Nadine Murphy, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

24. Barb Coulter, Indianapolis, Indiana. Knowledge of Bill Rainsberger and relationship with

his mother.

25. Bill Laker, Trafalgar, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

26. Sharon Ogan, Trafalgar, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

27. Linda Fletcher, Schererville, Indiana. Knowledge of Bill Rainsberger and relationship with his mother.

28. Witnesses identified in discovery

29. Witnesses listed by the State and the defense in State of Indiana v. William Rainsberger

                Respectfully submitted,

Dated: February 27, 2017　　　　　　/s/ Richard A. Waples
                                      Richard A. Waples
                                      Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 27, 2017, this document was filed electronically and the following counsel of record will have access to the document pursuant to the Court's electronic fling system:

> Pamela G. Schneeman: Pamela.Schneeman@indy.gov
> Donald E. Morgan: donald.morgan@indy.gov
> Office of Corporation Counsel
> 200 East Washington Street, Room 1601
> Indianapolis, Indiana 46204
>
> /s/  Richard A.Waples
> Richard A. Waples
> Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com