UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| PLAINTIFF, | ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**PLAINTIFF'S FINAL EXHIBIT LIST**

Plaintiff, by counsel, pursuant to the Court's Case Management Plan, submits his Final Exhibit list:

1. Affidavit of Probable Cause, Dec. 6, 2013

2. Affidavit of Probable Cause, May 22, 2014

3. Information for Murder Charge, May 22, 2014

4. Criminal Case Dismissal Motion and Order, July 7, 2015

5. Kroger videos and still frame photographs

6. 911 Calls

7. Ruth Rainsberger's jacket

8. Blanket found on Ruth Rainsberger's head

9. DNA Test Results showing unidentified male's DNA found on Ruth Rainsberger's jacket and blanket

10. DNA Test Results excluding Bill Rainsberger from Ruth Rainsberger's jacket and blanket

11. Telephone Records

12. Photographs of Apartment

13. Crime scene photographs and videos

14. Aerial photograph of Apartment complex

15. William Rainsberger Statement, Nov. 19, 2013

16. William Rainsberger Statement, Nov. 20, 2013

17. Robert Rainsberger Statement, Nov. 19, 2013

18. Rebecca Rainsberger Statement, Nov. 20, 2013

19. CV of Kim Rossmo

20. Ruth Rainsberger's AT&T Land line Records

21. William Rainsberger's Processed Cell Phone Records

22. William Rainsberger's Processed Cell Phone Records Map

23. Robert Rainsberger's Processed Cell Phone Records

24. Robert Rainsberger Processed Cell Phone Records Map

25. Fed. R. Evid. 1006 Summary of William and Robert Rainsberger Cell Phone Data

26. Email from Charles Benner to Amelia Basham, March 20, 2014

27. Text messages between Robert Rainsberger and William Rainsberger's cellphones, Nov. 19, 2013, screenshots

28. Chart of Nov. 19, 2013 text messages between William and Robert Rainsberger with time entries

29. Robert Rainsberger's text message to Becky and Bill Rainsberger, Nov. 19, 2013, screenshot

30. Rebecca Rainsberger's text message to Bill and Robert, Nov. 19, 2013, screenshot

31. Kroger Checkout Receipt, Nov. 18, 2013, 5:57 p.m.

32. Forensic Services Agency Note, 11-19-2013

33. Property Room Voucher, Buccal Swab from William Rainsberger, 12-4-13 (Bates 585)

34. Request for Analysis, MCFSA, 11-26-13 (Bates 586)

35. Request for Analysis, MCFSA, 11-26-13 (Bates 587)

36. Translucent Tupperware container and photographs of same

37. Crime Scene Photo of translucent Tupperware in Ruth Rainsberger's home

38. Lab Exam Report, DNA Report (Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report)

39. Lab Exam Report, DNA Report (highlighted) (Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report)

40. Any demonstrative exhibits used by Expert Witness Kim Rossmo

41. Color-coded copy of Det. Benner's Probable Cause Affidavit prepared by Expert Witness Kim Rossmo (contained in Expert Disclosure)

42. Criminal Defense Related Expenses and accounting of same

43. Reports and Case Reports of Criminal Activity in area surrounding Jeffersonian Apartments, including Case Report 13-0134242 regarding attack on Karen Pittman, Oct. 7, 2013; Case Report 12-0129145 regarding attack on Theresa Spears; Case Report 13-0129807 regarding a theft; Case Report 12-0129145; Case Report DP-140067672; Case Report 13-0148862; and, and the other Case Reports identified in the criminal case and produced by defendant to plaintiff

44. Law Enforcement Police Reports, CAD/Dispatch Search Results, 1/1/2013 to 7/23/2014 for 801 N. Shortridge Road, Indianapolis, IN

45. Rainsberger Family photographs

46. Exhibits submitted by the parties on summary judgment

47. Exhibits identified and relied upon by Kim Rossmo in his Expert Witness Report

48. Exhibits identified in discovery and listed as exhibits in State of Indiana v. William Rainsberger

                                                Respectfully submitted,

Dated: February 27, 2017                    */s/ Richard A. Waples*
                                                Richard A. Waples
                                                Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 27, 2017, this document was filed electronically and the following counsel of record will have access to the document pursuant to the Court's electronic fling system:

>Pamela G. Schneeman: Pamela.Schneeman@indy.gov
>Donald E. Morgan: donald.morgan@indy.gov
>Office of Corporation Counsel
>200 East Washington Street, Room 1601
>Indianapolis, Indiana 46204

>*/s/ Richard A.Waples*
>Richard A. Waples
>Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com