UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Case No.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER,   ) | |
| ) | |
| Defendant.   ) | |

## DEFENDANT'S FINAL WITNESS AND EXHIBIT LIST

Comes now Defendant Charles Benner, by counsel, and files his Final Witness List and Exhibit List.

## WITNESSES

1. Defendant, Detective Charles Benner

   Detective Benner will testify about his investigation of the murder of Ruth Rainsberger and why he determined that there was probable cause to arrest Plaintiff for her murder. His testimony is expected to be consistent with the Probable Cause Affidavit at Dkt. No. 43-1, his deposition testimony at Dkt. No. 43-5, and his Affidavit at Dkt. No. 43-8.

2. Detective Thomas Tudor

   Detective Tudor will testify about his observations of the Ruth Rainsberger crime scene and his assistance with the murder investigation.

3. Officer Jordan Lewis

   Officer Lewis will testify about his observations of the Ruth Rainsberger crime scene and his assistance with the murder investigation.

4. Officer Michael Price

Officer Price will testify about his observations at the crime scene and the statements that Plaintiff made to him regarding Ruth Rainsberger's death. His testimony is expected to be consistent with his deposition testimony at Dkt. No. 43-10.

5. Carl Wooldridge

Indianapolis Fire Department Firefighter/Paramedic, Carl Wooldridge, will testify about the statements that Plaintiff made to him and his observations of the Ruth Rainsberger crime scene. His testimony is expected to be consistent with his Affidavit and the attachment thereto at Dkt. No. 43-4.

6. Jennifer Lane

Form Crime Scene Specialist Jennifer Lane with the Marion County Forensic Services Agency will testify about her observations of the Ruth Rainsberger crime scene and her analysis of the crime scene evidence. Her testimony is expected to be consistent with her Affidavit and the attachment thereto at Dkt. No. 43-6.

7. Benjamin Bierce

Former IMPD Detective Benjamin Bierce will testify about what he did to assist with the investigation of Ruth Rainsberger's murder and the phone records that he gathered. His testimony is expected to be consistent with his Affidavit at Dkt. No. 43-19.

8. Bruce Henry, Mark Brown, or other records keeper

Mr. Henry, Mr. Brown, or another records keeper may be called to authenticate documents contained in Detective Benner's personnel file.

9. Delbert Pickens

Meals on Wheels Driver Delbert Pickens is expected to testify about his routine with respect to delivering meals to Ruth Rainsberger and what he did, saw, and heard when he went to deliver her meal on November 19, 2013.

10. Pam Pulliam

    Kroger Loss Prevention Specialist Pam Pulliam will testify regarding her store's video cameras, the Indianapolis Metropolitan Police Department's request for Kroger's surveillance video, and the video depicting Plaintiff. Her testimony is expected to be consistent with her deposition testimony at Dkt. No. 43-11.

11. Kevin Walker

    Kevin Walker is expected to testify about who he saw entering and leaving Ruth Ranisberger's apartment and when. He is also expected to testify about what he saw and heard on the date of November 19, 2013.

12. Damon Thomas

    Damon Thomas is expected to testify about who he saw entering and leaving Ruth Rainsberger's apartment and when. He is also expected to testify about what he saw and heard on the date of November 19, 2013.

13. Plaintiff, William Rainsberger

    Defendant anticipates that Plaintiff will testify on his own behalf in his case in-chief and that Defendant will have an opportunity to cross-examine him, but Defendant reserves the right to call Plaintiff as a witness in Defendant's case-in chief regarding Plaintiff's allegations in this lawsuit, his actions on November 19, 2013, his cooperation with the investigation of Ruth Rainsberger's murder, and his claimed damages.

14. Robert Rainsberger

    Defendant anticipates that Plaintiff will call Robert Rainsberger as a witness in his case-in-chief and that Defendant will have an opportunity to cross-examine him, but Defendant reserves the right to call Robert Rainsberger as a witness in Defendant's case-in chief regarding his observations and actions on November 19, 2013, his cooperation with the investigation of Ruth Rainsberger's murder, and Plaintiff's claimed damages.

15. Rebecca Rainsberger

    Defendant anticipates that Plaintiff will call Rebecca Rainsberger as a witness in his own case in-chief and that Defendant will have an opportunity to cross-examine

3

her, but Defendant reserves the right to call Rebecca Rainsberger as a witness in Defendant's case-in chief regarding her cooperation with the investigation of Ruth Rainsberger's murder and Plaintiff's claimed damages.

16. Any witness necessary for impeachment or rebuttal; and

17. Any witnesses necessary to authenticate or refute the authenticity or admissibility of documents or exhibits.

## **EXHIBITS**

1. Affidavit for Probable Cause dated May 22, 2014 (filed at Dkt. No. 43-1);

2. Certified Copy of Marion County Sheriff's Office Audio Records Log with corresponding Event History Detail (or "CAD") for Case No. PD13153344 and 911/dispatch/law enforcement radio communications audio produced to Plaintiff as Exhibit B to Benner's Interrogatory Responses (manually filed as "Exhibit 3" to Dkt. No. 42);

3. Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report, LAB13-076923 (filed at Dkt. No. 43-7);

4. Photos (manually filed as "Exhibit 9" at Dkt. No. 42);

5. Kroger Video Surveillance – Camera 30 (manually filed as "Exhibit 12" at Dkt. No. 42)

6. Kroger Video Surveillance – Camera 30 – Still Photos (at Dkt. No. 43-13);

7. Kroger Video Surveillance – Camera 7 (manually filed as "Exhibit 14" at Dkt. No. 42);

8. Kroger Receipt – November 19, 2013 (at Dkt. No. 43-15);

9. Kroger Plus Card Records (filed at Dkt. No. 43-16);

10. Kroger Video Surveillance – Camera 29 (manually filed as "Exhibit 17" at Dkt. No. 42);

11. Kroger Video Surveillance -- Camera 44 (manually filed as "Exhibit 18" at Dkt. No. 42);

12. Robert Rainsberger's Phone Records – Original CDR (filed at Dkt. No. 43-19, PageID# 252);

13. Robert Rainsberger's Phone Records – Results (filed at Dkt. No. 43-19, PageID# 260);

14. Ruth Rainsberger's Phone Records (filed at Dkt. No. 43-20);

15. Email – December 9, 2013 (Filed at Dkt. No.43-21);

16. Email – July 23, 2014 (filed at Dkt. No. 43-22);

17. Any document contained in Detective Benner's homicide investigation file relating to the murder of Ruth Rainsberger (produced to Plaintiff as Exhibit H to Benner's responses to Plaintiff's discovery);

18. Concise Officer History for Officer Charles Clifford Benner, Jr. (printed June 30, 2016) (produced to Plaintiff as Exhibit C to Benner's responses to Plaintiff's discovery);

19. Indianapolis Metropolitan Police Department Personnel Files/Discipline (printed May 4, 2016) (produced to Plaintiff as Exhibit F to Benner's responses to Plaintiff's discovery at Bate Stamp No. 68);

20. Indianapolis Metropolitan Police Department Personnel Files/Commendations-Letters of Appreciation-Awards (printed May 4, 2016) (produced to Plaintiff as Exhibit F to Benner's responses to Plaintiff's discovery at Bate Stamp Nos. 69 – 72);

21. Inter-Department Communications, Certificates of Achievement, Award Nomination Forms, letters of commendation, and the like (produced to Plaintiff as Exhibit F to Benner's responses to Plaintiff's discovery at Bate Stamp Nos. 73 – 140);

22. Information charging William Rainsberger with Murder dated May 22, 2014 (produced to Plaintiff as part of Exhibit H to Benner's responses to Plaintiff's discovery at Bate Stamp Nos. 239 – 240);

23. One or more maps, aerial views, sketches, diagrams, photos, Google Street view images and/or Google Street view video, or other visual depictions of the locations relevant to Plaintiff's claims in this action, including but not limited to the sketch produced to Plaintiff as Exhibit H to Benner's responses to Plaintiff's discovery at Bate Stamp No. 570;

24. Defendant's anticipated expert report;

25. Any documents filed in this case by any party, including all pleadings, motions, and exhibits thereto; and

26. Any document necessary for purposes of impeachment or rebuttal.

        Respectfully Submitted,

        */s/ Donald E. Morgan*_____
        Donald E. Morgan, No. 300776-49
        OFFICE OF CORPORATION COUNSEL
        200 East Washington Street, Room 1601
        Indianapolis, Indiana   46204
        Telephone: (317) 327-4055
        Fax: (317) 327-3968
        E-Mail: Donald.Morgan@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2017, a copy of the foregoing DEFENDANT'S FINAL WITNESS AND EXHBIT LIST was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219
rwaples@wapleshanger.com

               */s/ Donald E. Morgan*_____
               Donald E. Morgan
               Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968