UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF SERVICE OF EXPERT DISCLOSURE**

Charles Benner ("Defendant"), by counsel, hereby notifies the Court that he has served Plaintiff with his Rule 26(a)(2)(C) expert report on this date.

Respectfully Submitted,

 /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2017, a copy of the foregoing DEFENDANT'S NOTICE OF SERVICE OF EXPERT DISCLOSURE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Richard A. Waples**
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219
rwaples@wapleshanger.com

  /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968