UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| PLAINTIFF, ) | CAUSE NO. 1:16-cv-103-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| DEFENDANT. ) | |

### PLAINTIFF'S SUBMISSION OF SUBSEQUENT AUTHORITY

Plaintiff, by counsel, submits as supplemental authority on the pending motion for summary judgment the recent U. S. Supreme Court decision in *Manuel v. City of Joliet*, 2017 U.S. LEXIS 2021 (U.S. Mar. 21, 2017). The Seventh Circuit's decision in this case was discussed by the parties in their summary judgment submissions, as well as the fact that the Supreme Court had granted certiorari of the case. In *Manuel*, the Court held:

> Nothing in the nature of the legal proceeding establishing probable cause makes a difference for purposes of the Fourth Amendment: Whatever its precise form, if the proceeding is tainted—as here, by fabricated evidence—and the result is that probable cause is lacking, then the ensuing pretrial detention violates the confined person's Fourth Amendment rights, for all the reasons we have stated.

*Manuel*, 2017 U.S. LEXIS 2021 at *15. Accordingly, "For that reason, and contrary to the Seventh Circuit's view, Manuel stated a Fourth Amendment claim when he sought relief not merely for his (pre-legal-process) arrest, but also for his (post-legal-process) pretrial detention. *Id* at *14.

The decision is attached.

                                      Respectfully submitted,

Dated: March 27, 2017                                */s/ Richard A. Waples*
                                                                  Richard A. Waples
                                                                  Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

      The undersigned certifies that on March 27, 2017 this document was filed electronically and the following counsel of record will have access to the document pursuant to the Court's electronic fling system:

                             Donald Morgan       donald.morgan@indy.gov

                             Pamela Schneeman    Pamela.Schneeman@indy.gov

                             Office of Corporation Counsel
                             200 East Washington Street, Room 1601
                             Indianapolis, Indiana 46204

                                           */s/ Richard A.Waples*
                                           Richard A. Waples
                                           Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com