UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00103-WTL-MJD |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**
**SETTLEMENT CONFERENCE**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is scheduled for a settlement conference on **Friday, July 28, 2017 at 1:00 p.m. (Eastern)**, in Room 257, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana, before Magistrate Judge Mark J. Dinsmore.

**Unless excused by order of the court, clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel.** This requires the presence of each party, or the authorized representative of each corporate, governmental, or other organizational entity. Any legal entity and/or any insurance company that is a party, or is contractually required to defend or indemnify any party, in whole or in part, must have a fully authorized settlement representative present at the conference. That representative must have final settlement authority to commit the company to pay, in the representative's own discretion, the amount of plaintiff's most recent demand, or in the case of the representative of an insurance company that is not a party, the total amount within any

policy limits, if such amount is lower than the plaintiff's most recent demand.[1]  The purpose of this requirement is to have in attendance a representative who has the authority to exercise discretion to settle the case during the settlement conference without consulting someone else who is not present.

**No other persons are permitted to attend the settlement conference without leave of court.**

On or before **July 26, 2017**, the parties may, but need not, submit (not file) supplemental confidential settlement statements if they wish to do so; any such statements should be submitted via email to MJDinsmore@insd.uscourts.gov.

The parties should endeavor if possible to exchange updated settlement demands and responses prior to the settlement conference; however, the Court does not establish a deadline for so doing.

The parties are instructed to jointly prepare and submit (not file) a revised draft settlement agreement, noting any disagreement by the parties, only in the event changes are required to the draft agreement previously submitted.   Any revised draft settlement agreement should be emailed to the Magistrate Judge in Word format at MJDinsmore@insd.uscourts.gov no later than **July 26, 2017**.

A request to vacate or continue the settlement conference must be made by motion filed

---

[1]  A representative of a corporate party or an insurance company who has any predetermined limits upon the extent of their authority to resolve this matter fails to satisfy this requirement.  The purpose of this requirement is to ensure that each legal entity and insurance company participating in the proceeding has present a representative who can listen to the arguments and other discussion which take place during the settlement conference and make a full and independent determination regarding the appropriate settlement value of the case without reference to any person or group of persons not present at the settlement conference and who can articulate the reasons for such determination to the Court based upon their sole and independent judgment.

with the court **on or before July 24, 2017**, except in exigent circumstances. These motions will be granted only for good cause.

Failure to comply with any of the provisions in this Order may result in sanctions.

SO ORDERED.

Dated: 21 JUL 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.