UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO VACATE JULY 28 SETTLEMENT CONFERENCE**

Charles Benner ("Defendant"), by counsel, hereby moves the Court to vacate the July 28 settlement conference. In support of this motion, he states:

1. On July 18, 2017, the Court denied Defendant's summary judgment motion. In doing so, it found that Defendant was not entitled to qualified immunity.

2. Seventy-two hours later, the Court issued a scheduling order setting the case for a settlement conference to be held on Friday, July 28, 2017.

3. The Court's scheduling order permitted Defendant one business day to move to vacate or continue the July 28 conference. This motion is filed within that time limitation.

4. Defendant requests that the July 28 conference be vacated.

5. First, Defendant will be taking an immediate appeal from the Court's qualified-immunity denial under the collateral order doctrine and the authority of *Mitchell v. Forsyth*, 472 U.S. 511 (1985).

6. Because Defendant believes the Court's qualified immunity denial presents an important legal question requiring the Seventh Circuit's clarification, he does not anticipate offering any money to settle this case at this time.

7.     Moreover, the Office of Corporation Counsel's recent experience suggests the Seventh Circuit is likely to schedule this case for appellate mediation before briefing on the appeal begins, further lessening the need for a settlement conference before the appeal.

8.     The same lawyers representing the parties in this case are also counsel of record for the parties in *Gerald Cole v. James Perry, et al.*, Cause No. 1:16-cv-03081-WTL-TAB. Several weeks ago, the parties in *Cole* agreed that Cole would depose Perry and Detective John Maloney on July 28, 2017.

9.     It would be a better and more productive use of July 28, 2017 to proceed with the previously scheduled depositions in the *Cole* case than to appear for a settlement conference in this case.

10.    Defendant believes a settlement conference would be far more productive after this case is remanded back to the Court for further proceedings (if Defendant's appeal does not fully resolve the merits).

WHEREFORE, Defendant respectfully moves that the Court vacate the July 28, 2017 settlement conference.

Respectfully Submitted,

  /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2017, a copy of the foregoing DEFENDANT'S MOTION TO VACATE JULY 28 SETTLEMENT CONFERENCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Richard A. Waples**
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219
rwaples@wapleshanger.com

    /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968