UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE**
**JULY 28 SETTLEMENT CONFERENCE**

The Court, having considered Defendant's Motion to Vacate the July 28 Settlement Conference and being duly advised in the premises, finds the motion meritorious and that it should be granted.

Accordingly, Defendant's motion is GRANTED. The July 28, 2017 settlement conference is VACATED.

IT IS SO ORDERED.

Date: _____

Copies to:

Electronically registered counsel of record via ECF