UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Charles Benner appeals to the United States Court of Appeals for the Seventh Circuit from the order denying him qualified immunity entered on July 18, 2017 at Docket Number 73.

Respectfully Submitted,

/s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, a copy of the foregoing DEFENDANT'S NOTICE OF APPEAL was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Rd.
Indianapolis, IN  46219
rwaples@wapleshanger.com

  /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968