UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO STAY CASE PENDING APPEAL

Defendant Charles Benner files this Motion to Stay Case Pending Appeal and states:

1. On July 26, 2017, Defendant filed his Notice of Appeal from the Court's order denying him qualified immunity.

2. Defendant's immediate appeal of the denial of qualified immunity is permitted under the collateral order doctrine and the authority of *Mitchell v. Forsyth*, 472 U.S. 511.

3. A *Forsyth* appeal divests the district court of jurisdiction to require the appealing defendant to appear for trial and engage in other burdensome pretrial proceedings. *Apostol v. Gallion, et al.*, 870 F.2d 1335, 1338 (7th Cir. 1989) ("[A] proper Forsyth appeal divests the district court of jurisdiction . . . to require appealing defendants to appear for trial."); *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.")

4. Indeed, when a *Forsyth* appeal is taken, "[i]t makes no sense for trial to go forward while the court of appeals cogitates on whether there should be one." *Apostol*, 870 F.2d at 1338.

5. Because Defendant's Notice of Appeal divests the Court of jurisdiction, the Court

should vacate all pending dates and deadlines and stay the case pending resolution of Defendant's appeal.

WHEREFORE, Defendant moves the Court to vacate all pending dates and deadlines and stay this case pending resolution of his appeal.

Respectfully Submitted,

  /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2017, a copy of the foregoing DEFENDANT'S MOTION TO STAY CASE PENDING APPEAL was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANGER
410 N. Audubon Rd.
Indianapolis, IN  46219
rwaples@wapleshanger.com

    /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968