UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER STAYING CASE PENDING APPEAL</u>**

The Court, having considered Defendant Charles Benner's Motion to Stay Case Pending Appeal and being duly advised in the premises, finds that this case must be stayed pending resolution of the *Forsyth* appeal.

Accordingly, Defendant's motion is GRANTED. All pending dates and deadlines are VACATED, including: (a) the July 28, 2017 settlement conference; (b) the August 10, 2017 final pretrial conference; and (c) the September 11, 2017 trial setting. New dates will be established, if necessary, after the appeal is resolved.

IT IS SO ORDERED.

Date: _____

Copies to:

Electronically registered counsel of record via ECF