UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) |

## APPELLANT CHARLES BENNER'S DOCKETING STATEMENT

Detective Charles Benner submits this docketing statement under Federal Rule of Appellate Procedure 3 and Seventh Circuit Rule 3(c).

1. **Statement of District Court Jurisdiction.** William Rainsberger brings his claims against Detective Benner under 42 U.S.C. § 1983, alleging a violation of his Fourth and Fourteenth Amendment rights. Accordingly, the District Court has federal question jurisdiction under 28 U.S.C. § 1331.

2. **Statement of Appellate Jurisdiction.** The District Court denied summary judgment on Detective Benner's request for qualified immunity in an order dated July 18, 2017. Dkt. 73. No motions that would toll the time for appealing that order have been filed, and Detective Benner filed his notice of appeal and paid the required filing fees on July 26, 2017. The Seventh Circuit Court of Appeals has jurisdiction over Detective Benner's immediate appeal under 28 U.S.C. § 1291 and the collateral order doctrine because (a) the District Court's summary-judgment order denied qualified immunity, (b) that qualified immunity determination conclusively decided a disputed question that is separate from the merits, (c) the qualified immunity denial is effectively unreviewable on appeal from the final judgment, and (d) Detective Benner's appeal will accept

those facts assumed by the district court, supplemented as appropriate only by undisputed facts presented to the District Court. *Cf. Mitchell v. Forsyth*, 472 U.S. 511, 525-30 (1985); *Washington v. Haupert*, 481 F.3d 543, 549 n.2 (7th Cir. 2007).

3. **Prior or Related Appellate Proceedings.** There have been no prior or related appellate proceedings in this case.

4. **Official Capacity Claims.** Rainsberger is not pursuing any official capacity claims.

                Respectfully Submitted,

                /s/ *Donald E. Morgan*
                Donald E. Morgan
                Chief Litigation Counsel
                Office of Corporation Counsel
                200 East Washington Street, Room 1601
                Indianapolis, Indiana   46204
                Telephone: (317) 327-4055
                Fax: (317) 327-3968
                E-Mail: donald.morgan@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2017, a copy of the foregoing DOCKETING STATEMENT was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Richard A. Waples
>WAPLES & HANGER
>410 N. Audubon Rd.
>Indianapolis, IN  46219
>rwaples@wapleshanger.com

>  /s/ *Donald E. Morgan*
> Donald E. Morgan
> Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968