UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING DEFENDANT'S MOTION TO VACATE
### JULY 28 SETTLEMENT CONFERENCE

This matter comes before the Court on Defendant's Motion to Vacate the July 28 Settlement Conference. [Dkt. 75.] The Court, being duly advised, hereby **GRANTS** Defendant's Motion and **VACATES** the settlement conference currently scheduled for July 28, 2017.

SO ORDERED.

Dated: 27 JUL 2017

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Copies to:

Electronically registered counsel of record via ECF