UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) ) |

## JOINT DESIGNATION OF RECORD FOR USE ON APPEAL

Under Southern District of Indiana Local Rule 76-1 and Seventh Circuit Rule 10, William Rainsberger and Detective Charles Benner jointly designate the items highlighted in Exhibit A to be included in the record for use in the appeal docketed as *William Rainsberger v. Charles Benner*, No. 17-2521. Where manually filed exhibits are highlighted, the parties respectfully request that the manually filed exhibits be provided to the Court of Appeals.

Respectfully submitted,

*/s/ Richard A. Waples (with permission)*
Richard A. Waples
WAPLES & HANGER
410 North Audubon Road
Indianapolis, IN 46219
rwaples@wapleshanger.com
Telephone: (317) 357-0903
Fax: (317) 357-0275

*/s/ Donald E. Morgan*
Donald E. Morgan
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, IN 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
donald.morgan@indy.gov

# Exhibit A

CM/ECF LIVE                                                                 Page 1 of 9
Case 1:16-cv-00103-TWP-MJD   Document 84   Filed 08/09/17   Page 3 of 12 PageID #: 1576
Case 1:16-cv-00103-WTL-MJD   Document 78   Filed 07/26/17   Page 1 of 9 PageID #: 1518

# *** PUBLIC DOCKET ***

APPEAL,CMP

## U.S. District Court
### Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:16-cv-00103-WTL-MJD

| | |
|---|---|
| RAINSBERGER v. BENNER | Date Filed: 01/12/2016 |
| Assigned to: Judge William T. Lawrence | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Mark J. Dinsmore | Nature of Suit: 440 Civil Rights: Other |
| Cause: 28:1331 Federal Question: Other Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**WILLIAM RAINSBERGER**       represented by   **Richard A. Waples**
WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN 46219
(317)357-0903
Fax: (317)357-0275
Email: rwaples@wapleshanger.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHARLES BENNER**       represented by   **Donald Eugene Morgan**
OFFICE OF CORPORATION
COUNSEL
CITY OF INDIANAPOLIS
200 E. Washington Street
Suite 1601
Indianapolis, IN 46204
317-327-4081
Fax: 317-237-3968
Email: donald.morgan@indy.gov
*ATTORNEY TO BE NOTICED*

**Pamela G. Schneeman**
OFFICE OF CORPORATION
COUNSEL
CITY OF INDIANAPOLIS
200 E. Washington Street
Suite 1601
Indianapolis, IN 46204

CM/ECF LIVE  Page 2 of 9
Case 1:16-cv-00103-TWP-MJD Document 84 Filed 08/08/17 Page 4 of 12 PageID #: 1577
Case 1:16-cv-00103-WTL-MJD Document 78 Filed 07/26/17 Page 42 of 49 PageID #: 1519

(317) 327-4055  
Fax: (317) 327-3968  
Email: pamela.schneeman@indy.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2016 | 1 | COMPLAINT *against CHARLES BENNER* against WILLIAM RAINSBERGER, filed by WILLIAM RAINSBERGER. (Filing fee $400, receipt number 0756-3736498) (Attachments: # 1 Civil Cover Sheet, # 2 appearance, # 3 Proposed Summons)(Waples, Richard) (Entered: 01/12/2016) |
| 01/13/2016 | 2 | Summons Issued as to CHARLES BENNER. (MEH) (Entered: 01/13/2016) |
| 01/13/2016 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (MEH) (Entered: 01/13/2016) |
| 01/23/2016 | 4 | RETURN of Service by CMRRR, filed by WILLIAM RAINSBERGER. CHARLES BENNER served on 1/19/2016. (Attachments: # 1 Receipt Cert Mail Card, Return Receipt)(Waples, Richard) (Entered: 01/23/2016) |
| 02/04/2016 | 5 | NOTICE of Appearance by Benjamin J. Church on behalf of Defendant CHARLES BENNER. (Church, Benjamin) (Entered: 02/04/2016) |
| 02/04/2016 | 6 | NOTICE of Parties' First Extension of Time, filed by Defendant CHARLES BENNER. (Church, Benjamin) (Entered: 02/04/2016) |
| 02/05/2016 | 7 | SCHEDULING ORDER: Initial Pretrial Conference set for 3/15/2016 01:50 PM in room #257, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Magistrate Judge Mark J. Dinsmore. The parties shall file a proposed Case Management Plan ("CMP") no fewer than seven days before the pretrial conference (see Order for additional information). Signed by Magistrate Judge Mark J. Dinsmore on 2/5/2016.(SWM) (Entered: 02/08/2016) |
| 02/08/2016 | 8 | NOTICE of Appearance by Lynne Denise Hammer on behalf of Defendant CHARLES BENNER. (Hammer, Lynne) (Entered: 02/08/2016) |
| 03/07/2016 | 9 | CASE MANAGEMENT PLAN TENDERED, filed by Plaintiff WILLIAM RAINSBERGER . (Waples, Richard) (Entered: 03/07/2016) |
| 03/08/2016 | 10 | ANSWER to 1 Complaint *AND AFFIRMATIVE DEFENSES*, filed by CHARLES BENNER.(Hammer, Lynne) (Entered: 03/08/2016) |
| 03/15/2016 | 11 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Initial Pretrial Conference held on 3/15/2016. The Court will approve the Case Management Plan, by separate order, with the changes to which the parties have agreed. Settlement Conference set for 9/27/2016 at 09:00 AM in room #257, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Magistrate Judge Mark J. Dinsmore. Status |

CM/ECF LIVE　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 3 of 9
Case 1:16-cv-00103-TWP-MJD Document 84 Filed 08/09/17 Page 5 of 12 PageID #: 1578
Case 1:16-cv-00103-WTL-MJD Document 78 Filed 07/26/17 Page 43 of 49 PageID #: 1520

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Conference set for 5/13/2016 at 10:30 AM in Telephonic before Magistrate Judge Mark J. Dinsmore. *see order for additional information* Signed by Magistrate Judge Mark J. Dinsmore. (NLR) (Entered: 03/15/2016)                                                                                                                                                                                                          |
| 03/15/2016 | 12 | ORDER: CASE MANAGEMENT PLAN APPROVED AS AMENDED. Dispositive Motions due by 12/23/2016. Discovery due by 11/23/2016. Signed by Magistrate Judge Mark J. Dinsmore on 3/15/2016.(SWM) (Entered: 03/15/2016)                                                                                                                                                                                                                 |
| 03/21/2016 | 13 | SCHEDULING ORDER: Jury Trial set for 9/11/2017 at 9:00 AM in room #202, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge William T. Lawrence. Final Pretrial Conference set for 8/10/2017 at 10:00 AM in room #202, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Judge William T. Lawrence. (DW) (Entered: 03/21/2016)                                        |
| 03/21/2016 | 14 | TRIAL PROCEDURES AND PRACTICES before Judge William T. Lawrence. (DW) (Entered: 03/21/2016)                                                                                                                                                                                                                                                                                                                              |
| 04/12/2016 | 15 | NOTICE of Service of Initial Disclosures , filed by Defendant CHARLES BENNER. (Hammer, Lynne) (Entered: 04/12/2016)                                                                                                                                                                                                                                                                                                       |
| 04/12/2016 | 16 | NOTICE of Service of Initial Disclosures , filed by Plaintiff WILLIAM RAINSBERGER. (Waples, Richard) (Entered: 04/12/2016)                                                                                                                                                                                                                                                                                                |
| 04/12/2016 | 17 | Witness List *Preliminary*, filed by Plaintiff WILLIAM RAINSBERGER. (Waples, Richard) (Entered: 04/12/2016)                                                                                                                                                                                                                                                                                                               |
| 04/12/2016 | 18 | Exhibit List *Preliminary*, filed by Plaintiff WILLIAM RAINSBERGER. (Waples, Richard) (Entered: 04/12/2016)                                                                                                                                                                                                                                                                                                               |
| 04/22/2016 | 19 | Witness List *Preliminary*, filed by Defendant CHARLES BENNER, Exhibit List *Preliminary*, filed by Defendant CHARLES BENNER. (Hammer, Lynne) (Entered: 04/22/2016)                                                                                                                                                                                                                                                       |
| 04/22/2016 | 20 | Witness List *Preliminary*, filed by Defendant CHARLES BENNER. (Hammer, Lynne) (Entered: 04/22/2016)                                                                                                                                                                                                                                                                                                                      |
| 05/13/2016 | 22 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 5/13/2016. The parties discussed the status of and future plans for discovery. Telephonic Status Conference set for 7/7/2016 at 1:00 PM (Eastern Time) before Magistrate Judge Mark J. Dinsmore. *See order for additional information.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 05/13/2016) |
| 07/06/2016 | 24 | NOTICE of Appearance by Kathryn M. Box on behalf of Defendant CHARLES BENNER. (Box, Kathryn) (Entered: 07/06/2016)                                                                                                                                                                                                                                                                                                        |
| 07/12/2016 | 25 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 7/7/2016. The parties discussed the status of and future plans for discovery. Telephonic Status Conference set for 8/26/2016 at 3:40 PM (Eastern Time) before Magistrate Judge Mark J. Dinsmore. In addition, the September 27, 2016 Settlement                                                           |

CM/ECF LIVE  Page 4 of 9
Case 1:16-cv-00103-TWP-MJD Document 84 Filed 08/09/17 Page 6 of 12 PageID #: 1579
Case 1:16-cv-00103-WTL-MJD Document 78 Filed 07/26/17 Page 4 of 9 PageID #: 1521

| | | |
|---|---|---|
| | | Conference is hereby CONTINUED 10/7/2016 at 1:00 PM (Eastern Time). All other requirements of the Court's March 15, 2016 order scheduling the settlement conference [Dkt. 11 at 1-5] remain in effect. *See order for additional information.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 07/13/2016) |
| 08/26/2016 | 27 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 8/26/2016. The parties discussed the status of and future plans for discovery. The parties confirmed they will be ready for the upcoming settlement conference. The conference was concluded without further order. Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 08/29/2016) |
| 09/01/2016 | 28 | Unopposed MOTION *to Excuse Defendant Charles Benner from Attending the Settlement Conference*, filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order)(Box, Kathryn) (Entered: 09/01/2016) |
| 09/02/2016 | 29 | ORDER granting 28 Motion to excuse Defendant Benner from attending the settlement conference. Signed by Magistrate Judge Mark J. Dinsmore on 9/2/2016. (CBU) (Entered: 09/06/2016) |
| 10/07/2016 | 30 | NOTICE of Appearance by Daniel Bowman on behalf of Defendant CHARLES BENNER. (Bowman, Daniel) (Entered: 10/07/2016) |
| 10/07/2016 | 31 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Settlement Conference held on 10/7/2016. Settlement was not achieved. Telephonic Status Conference set for 3/10/2017 at 1:30 PM (Eastern Time) before Magistrate Judge Mark J. Dinsmore. *See order for additional information.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 10/07/2016) |
| 11/18/2016 | 32 | Unopposed MOTION for Extension of Time to , filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order)(Box, Kathryn) (Entered: 11/18/2016) |
| 11/22/2016 | 33 | SCHEDULING ORDER: Telephonic Status Conference set for 11/23/2016 at 9:30 AM (Eastern Time) to discuss Defendant's Unopposed Motion seeking a 30-day extension of the dispositive motion, liability discovery, and expert disclosure deadlines. [Dkt. 32 .] Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. Signed by Magistrate Judge Mark J. Dinsmore on 11/22/2016.(GD) (Entered: 11/22/2016) |
| 11/22/2016 | 35 | NOTICE of Withdrawal of Appearance by *Daniel Bowman* on behalf of CHARLES BENNER (Bowman, Daniel) (Entered: 11/22/2016) |
| 11/23/2016 | 36 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 11/23/2016. Defendant's motion 32 to enlarge certain deadlines GRANTED IN PART and DENIED IN PART. The approved Case Management Plan 12 amended as follows: II. |

| | | |
|---|---|---|
| | | Jurisdiction and Statement of Claims C. On or before 12/23/2016, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based. IV. Discovery and Dispositive Motions B. Dispositive Motions due by 1/6/2017. Discovery due by 12/21/2016. All other requirements of the approved Case Management Plan 12 remain in effect. Telephonic Status Conference on 3/10/2017 31 remains on calendar as scheduled. *See order for additional deadlines and information.* Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 11/28/2016) |
| 12/22/2016 | 37 | Statement *of Defenses* by CHARLES BENNER. (Box, Kathryn) (Entered: 12/22/2016) |
| 12/23/2016 | 38 | Statement *of Claims for Trial* by WILLIAM RAINSBERGER. (Waples, Richard) (Entered: 12/23/2016) |
| 01/03/2017 | 39 | MOTION for Extension of Time to January 13, 2017 *to File a Dispositive Motion*, filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order)(Box, Kathryn) (Entered: 01/03/2017) |
| 01/04/2017 | 40 | ORDER granting Defendant's 39 Motion to enlarge dispositive motion deadline. Dispositive motions due by 1/13/2017. Signed by Magistrate Judge Mark J. Dinsmore on 1/4/2017.(SWM) (Entered: 01/04/2017) |
| 01/13/2017 | 41 | MOTION for Summary Judgment , filed by Defendant CHARLES BENNER. (Box, Kathryn) (Entered: 01/13/2017) |
| 01/13/2017 | 42 | NOTICE *of Manual Filing*, filed by Defendant CHARLES BENNER (Box, Kathryn) (Entered: 01/13/2017) |
| 01/13/2017 | 43 | Designation of Evidence re 41 MOTION for Summary Judgment , filed by Defendant CHARLES BENNER. (Attachments: # 1 Exhibit 1- Affidavit for Probable Cause, # 2 Exhibit 2- William Rainsberger Deposition Excerpts, # 3 Exhibit 3- Manually filed, # 4 Exhibit 4- Affidavit of Carl Wooldridge, # 5 Exhibit 5- Deposition of Charles Benner, # 6 Exhibit 6- Tape Deposition of Jennifer Lane, # 7 Exhibit 7- Laboratory Examination Report, # 8 Exhibit 8- Affidavit of Charles Benner, # 9 Exhibit 9- Manually Filed, # 10 Exhibit 10- Interview, # 11 Exhibit 11- Taped Deposition of Pamela Pullium, # 12 Exhibit 12- Manually Filed, # 13 Exhibit 13- Photographs, # 14 Exhibit 14- Manually Filed, # 15 Exhibit 15- Electronic Journal File, # 16 Exhibit 16- Transaction Journal, # 17 Exhibit 17- Manually Filed, # 18 Exhibit 18- Manually Filed, # 19 Exhibit 19- Affidavit of Benjamin Bierce, # 20 Exhibit 20- Landline Usage, # 21 Exhibit 21-Email, # 22 Exhibit 22- Email, # 23 Exhibit 23- Robert Rainsberger Deposition excerpt)(Box, Kathryn) (Entered: 01/13/2017) |
| 01/13/2017 | 44 | BRIEF/MEMORANDUM in Support re 41 MOTION for Summary Judgment , filed by Defendant CHARLES BENNER. (Box, Kathryn) (Entered: 01/13/2017) |
| | | |

CM/ECF LIVE — Page 6 of 9
Case 1:16-cv-00103-TWP-MJD Document 84 Filed 08/08/17 Page 8 of 12 PageID #: 1531
Case 1:16-cv-00103-WTL-MJD Document 78 Filed 07/26/17 Page 46 of 49 PageID #: 1523

| | | |
|---|---|---|
| 01/17/2017 | 45 | Receipt of Six CDs re 42 NOTICE *of Manual Filing*, filed by Defendant CHARLES BENNER (Box, Kathryn) (BRR) (Entered: 01/17/2017) |
| 02/07/2017 | 46 | MOTION for Extension of Time to File Response to February 13, 2017 re 41 MOTION for Summary Judgment , filed by Plaintiff WILLIAM RAINSBERGER. (Attachments: # 1 Text of Proposed Order)(Waples, Richard) (Entered: 02/07/2017) |
| 02/09/2017 | 47 | ORDER granting Plaintiff's 46 Motion for Extension of Time to File Response to 2/13/2017 re 41 MOTION for Summary Judgment . Signed by Magistrate Judge Mark J. Dinsmore on 2/9/2017. (SWM) (Entered: 02/10/2017) |
| 02/13/2017 | 48 | MOTION for Leave to File *over-sized summary judgment response brief*, filed by Plaintiff WILLIAM RAINSBERGER. (Attachments: # 1 Text of Proposed Order)(Waples, Richard) (Entered: 02/13/2017) |
| 02/13/2017 | 49 | RESPONSE in Opposition re 41 MOTION for Summary Judgment *Memorandum*, filed by Plaintiff WILLIAM RAINSBERGER. (Waples, Richard) (Entered: 02/13/2017) |
| 02/13/2017 | 50 | Designation of Evidence re 44 Brief/Memorandum in Support *of Plaintiff's Response to Defendant's Motion for Summary Judgment*, filed by Plaintiff WILLIAM RAINSBERGER. (Attachments: # 1 Exhibit Email from Charles Benner to Amelia Basham, March 20, 2014, # 2 Exhibit Deposition of Michael Price, Sept. 8, 2014, # 3 Exhibit Criminal Deposition of Charles Benner, Nov. 25, 2014, # 4 Exhibit Bail Testimony of Charles Benner, July 17, 2014, # 5 Exhibit Information for Murder Charge, May 22, 2014, # 6 Exhibit Affidavit of Probable Cause, May 22, 2014, # 7 Exhibit Deposition of Carl Wooldridge, Sept. 8, 2014, # 8 Exhibit Affidavit of Probable Cause, Dec. 6, 2013, # 9 Exhibit Civil Deposition of Charles Benner, September 27, 2016, # 10 Exhibit William Rainsberger Statement, Nov. 20, 2013, # 11 Exhibit Robert Rainsberger Statement, Nov. 19, 2013, # 12 Exhibit Mari Bilger Deposition, Dec. 20, 2016, # 13 Exhibit Robert Rainsberger Deposition, Dec. 20, 2016, # 14 Exhibit Criminal Case Dismissal Motion and Order, July 7, 2015, # 15 Exhibit William Rainsberger Affidavit, # 16 Exhibit Deposition of Dr. Eric Streib, March 27, 2015, # 17 Exhibit William Rainsberger Deposition Errata, # 18 Exhibit William Rainsberger Deposition, # 19 Exhibit Robert Rainsbergers Processed Cell Phone Records Map, # 20 Exhibit Robert Rainsbergers Processed Cell Phone Records, # 21 Exhibit William Rainsbergers Processed Cell Phone Records Map, # 22 Exhibit William Rainsbergers Processed Cell Phone Records, # 23 Exhibit Manuel v. City of Joliet, Transcript of Oral Arg., # 24 Exhibit William Rainsberger Statement, Nov. 19, 2013, # 25 Exhibit Ruth Rainsbergers AT&T Land line Records, # 26 Exhibit Forensic Services Agency Note, 11-19-2013, # 27 Exhibit Rebecca Rainsberger Statement, Nov. 20, 2013., # 28 Exhibit Deposition of Jennifer Lane, Sept. 8, 2014, # 29 Exhibit Affidavit of David Hennessy, # 30 Exhibit Affirmation of Kim Rossmo, # 31 Exhibit Expert Disclosure of Kim Rossmo (Rossmo Report), # 32 Exhibit CV of Kim Rossmo, # 33 Exhibit Lab Exam Report, DNA Report (highlighted) |

CM/ECF LIVE Page 7 of 9
Case 1:16-cv-00103-TWP-MJD Document 84 Filed 08/08/17 Page 9 of 12 PageID #: 1532
Case 1:16-cv-00103-WTL-MJD Document 78 Filed 07/26/17 Page 47 of 49 PageID #: 1524

| | | |
|---|---|---|
| | | (Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report), # 34 Exhibit Lab Exam Report, DNA Report (Indianapolis-Marion County Forensic Services Agency Laboratory Examination Report))(Waples, Richard) (Entered: 02/13/2017) |
| 02/14/2017 | 51 | ORDER - granting 48 Motion for Leave to File. Plaintiff may file an oversized summary judgment response brief up to 39 pages. Signed by Judge William T. Lawrence on 2/14/2017. (BRR) (Entered: 02/14/2017) |
| 02/17/2017 | 52 | Unopposed MOTION for Extension of Time to April 3, 2017 *to Serve Expert Disclosures*, filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order)(Box, Kathryn) (Entered: 02/17/2017) |
| 02/17/2017 | 53 | MOTION to Withdraw Attorney Appearance *of Kathryn M. Box*, filed by Defendant CHARLES BENNER. (Box, Kathryn) (Entered: 02/17/2017) |
| 02/21/2017 | 54 | NOTICE of Appearance by Pamela G. Schneeman on behalf of Defendant CHARLES BENNER. (Schneeman, Pamela) (Entered: 02/21/2017) |
| 02/21/2017 | 55 | MOTION to Withdraw Attorney Appearance *of Lynne D. Hammer and Benjamin J. Church*, filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order)(Schneeman, Pamela) (Entered: 02/21/2017) |
| 02/21/2017 | 56 | Submission of Proposed Order , re 53 MOTION to Withdraw Attorney Appearance *of Kathryn M. Box*, filed by Defendant CHARLES BENNER. (Box, Kathryn) (Entered: 02/21/2017) |
| 02/21/2017 | 57 | Joint MOTION for Extension of Time to February 27, 2017 *to File Final Witness and Exhibit List*, filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order)(Schneeman, Pamela) (Entered: 02/21/2017) |
| 02/22/2017 | 58 | ORDER granting 53 Motion to Withdraw Attorney Appearance. Attorney Kathryn M. Box withdrawn. Signed by Magistrate Judge Mark J. Dinsmore on 2/22/2017. (SWM) (Entered: 02/22/2017) |
| 02/22/2017 | 59 | ORDER granting 55 Motion to Withdraw Attorney Appearance. Attorney Benjamin J. Church and Lynne Denise Hammer withdrawn. Signed by Magistrate Judge Mark J. Dinsmore on 2/22/2017. (SWM) (Entered: 02/22/2017) |
| 02/22/2017 | 60 | SCHEDULING ORDER: This matter comes before the Court on Defendant's Unopposed Motion to Extend the Expert Disclosure Deadline [Dkt. 52] and the parties' Joint Motion for Extension of Time to File Final Witness and Exhibit Lists [Dkt. 57]. Those motions are set for a telephonic hearing before the Magistrate Judge at 8:30 a.m. (Eastern) on Friday, February 24, 2017. Counsel shall attend the hearing by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system. Signed by Magistrate Judge Mark J. Dinsmore on 2/22/2017.(SWM) (Entered: 02/22/2017) |
| | | |

CM/ECF LIVE — Page 8 of 9
Case 1:16-cv-00103-TWP-MJD Document 84 Filed 07/26/17 Page 10 of 12 PageID #: 1583
Case 1:16-cv-00103-TWP-MJD Document 76 Filed 07/26/17 Page 48 of 49 PageID #: 1525

| | | |
|---|---|---|
| 02/23/2017 | 62 | NOTICE of Appearance by Donald Eugene Morgan on behalf of Defendant CHARLES BENNER. (Morgan, Donald) (Entered: 02/23/2017) |
| 02/24/2017 | 63 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: This matter came before the Court for a hearing on Defendant's motion to enlarge the Defendant's expert disclosure deadline [Dkt. 52 ] and the parties' joint motion to enlarge the deadline to file their final witness and exhibit lists [Dkt. 57 ]. The Court heard argument from the parties with regard to the motions and hereby orders as follows: Defendant's motion to enlarge the Defendant's expert disclosure deadline [Dkt. 52 ] is hereby GRANTED IN PART and DENIED IN PART. The parties' joint motion to enlarge the deadline to file their final witness and exhibit lists [Dkt. 57 ] is hereby GRANTED. All parties shall file and serve their final witness and exhibit lists on or before February 27, 2017. (See Entry.) Signed by Magistrate Judge Mark J. Dinsmore. (BRR) (Entered: 02/24/2017) |
| 02/27/2017 | 64 | Witness List *Final*, filed by Plaintiff WILLIAM RAINSBERGER. (Waples, Richard) (Entered: 02/27/2017) |
| 02/27/2017 | 65 | Exhibit List *Final*, filed by Plaintiff WILLIAM RAINSBERGER. (Waples, Richard) (Entered: 02/27/2017) |
| 02/27/2017 | 66 | REPLY in Support of Motion re 41 MOTION for Summary Judgment , filed by Defendant CHARLES BENNER. (Morgan, Donald) (Entered: 02/27/2017) |
| 02/27/2017 | 67 | Exhibit List *Final*, filed by Defendant CHARLES BENNER, Witness List *Final*, filed by Defendant CHARLES BENNER. (Morgan, Donald) (Entered: 02/27/2017) |
| 03/10/2017 | 69 | MINUTE ORDER for proceedings held before Magistrate Judge Mark J. Dinsmore: Telephonic Status Conference held on 3/10/2017. The parties discussed the status of and future plans for discovery. The conference was concluded without further order. Signed by Magistrate Judge Mark J. Dinsmore. (GD) (Entered: 03/10/2017) |
| 03/24/2017 | 70 | Exhibit List *Final*, filed by Defendant CHARLES BENNER, Witness List *Amended Final*, filed by Defendant CHARLES BENNER. (Schneeman, Pamela) (Entered: 03/24/2017) |
| 03/24/2017 | 71 | NOTICE *of Service of Expert Disclosure*, filed by Defendant CHARLES BENNER (Schneeman, Pamela) (Entered: 03/24/2017) |
| 03/27/2017 | 72 | Submission *of Supplemental Authority on Summary Judgment Motion*, filed by Plaintiff WILLIAM RAINSBERGER. (Attachments: # 1 Exhibit Manuel v. City of Joliet)(Waples, Richard) (Entered: 03/27/2017) |
| 07/18/2017 | 73 | ORDER denying 41 Motion for Summary Judgment. This cause remains set for trial on September 11, 2017. The final pretrial conference will be held on August 10, 2017. The parties are reminded of their pretrial filing obligations set forth in section VIII of the case management plan Dkt. No. 12 . In addition, the parties shall confer and file a joint issue instruction at least one |

| | | |
|---|---|---|
| | | week prior to the final pretrial conference. The issue instruction serves as the Court's brief introduction of the case to the jury; it is read to the jury during voir dire and is included in the Court's preliminary instructions. It needs to inform the jury who the parties are and what the case is about. It is the Court's practice to require the parties to agree to a joint issue instruction; it is not acceptable for each side to propose one. Signed by Judge William T. Lawrence on 7/18/2017. (JDC) (Entered: 07/18/2017) |
| 07/21/2017 | 74 | SCHEDULING ORDER: Settlement Conference set for 7/28/2017 01:00 PM (Eastern Time) in room #257, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before Magistrate Judge Mark J. Dinsmore. On or before July 26, 2017, the parties may, but need not, submit (not file) supplemental confidential settlement statements if they wish to do so; any such statements should be submitted via email to MJDinsmore@insd.uscourts.gov. See Order for additional information. Signed by Magistrate Judge Mark J. Dinsmore on 7/21/2017.(SWM) (Entered: 07/21/2017) |
| 07/24/2017 | 75 | MOTION to Vacate *July 28 Settlement Conference*, filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order) (Schneeman, Pamela) (Entered: 07/24/2017) |
| 07/26/2017 | 76 | NOTICE OF APPEAL as to 73 Order on Motion for Summary Judgment, filed by Defendant CHARLES BENNER. (Filing fee $505, receipt number 0756-4462073) (Schneeman, Pamela) (Entered: 07/26/2017) |
| 07/26/2017 | 77 | MOTION to Stay *Case Pending Appeal*, filed by Defendant CHARLES BENNER. (Attachments: # 1 Text of Proposed Order)(Schneeman, Pamela) (Entered: 07/26/2017) |

**Case #: 1:16-cv-00103-WTL-MJD**

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, a copy of the foregoing designation was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Richard A. Waples
    WAPLES & HANER
    410 N. Audubon Road
    Indianapolis, IN  46219
    rwaples@wapleshanger.com

    */s/ Donald E. Morgan*
    Donald E. Morgan
    Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968