UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE

Comes now attorney Pamela G. Schneeman and pursuant to Local Rule 83-7(c) moves the Court to permit her to withdraw her appearance on behalf of Charles Benner ("Defendant"). In support hereof she states:

1. Ms. Schneeman is leaving her employment with the City of Indianapolis Office of Corporation Counsel on November 3, 2017 and will not be representing Defendant after that date.

2. At least one other lawyer with the City of Indianapolis Office of Corporation Counsel has already entered an appearance in this case and will continue to represent Defendant. The provisions of Local Rule 83-7(2) through (3) do not, therefore, apply.

WHEREFORE, Ms. Schneeman respectfully moves the Court to permit her to withdraw her appearance on behalf of Defendant effective November 3, 2017 and for all other relief just and proper in the premises.

Respectfully Submitted,

 /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Pamela.Schneeman@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2017, a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219
rwaples@wapleshanger.com

Donald E. Morgan
Office of Corporation Counsel
200 E. Washington St., Ste. 1601
Indianapolis, IN 46204
Donald.morgan@indy.gov

 /s/ *Pamela G. Schneeman*
Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968