UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

The Court, having considered counsel's Motion to Withdraw Appearance and being duly advised in the premises, finds that it is meritorious. Accordingly, the motion is GRANTED.

The appearance of Pamela G. Schneeman on behalf of Defendant is withdrawn effective November 3, 2017.

IT IS SO ORDERED.

Date: _____        _____
                            JUDGE, United States District Court

Copies to:

Electronically registered counsel of record