UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES BENNER, )<br>)<br>Defendant. ) | Case No.: 1:16-cv-103-WTL-MJD |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

This matter comes before the Court on counsel's Motion to Withdraw Appearance, [Dkt. 86.] The Court, being duly advised, hereby **GRANTS** the Motion. The appearance of Pamela G. Schneeman on behalf of Defendant is **WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated: 2 NOV 2017

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.