# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE TO TRANSMIT RECORD ON APPEAL

November 27, 2017

| No. 17-2521 | WILLIAM RAINSBERGER,<br>Plaintiff - Appellee<br><br>v.<br><br>CHARLES BENNER,<br>Defendant - Appellant |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-00103-WTL-MJD<br>Southern District of Indiana, Indianapolis Division<br>District Judge William T. Lawrence | |

Pursuant to Circuit Rule 11(b), the record is to be transmitted to this court immediately for use in the decision in the above named cause. Do not send the Exhibits unless the court specifically requests them.

form name: **c7_NoticeTransROA**(form ID: **116**)