UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00103-WTL-MJD |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY**

On August 3, 2017, the Court granted Defendant's Motion to Stay Case Pending Appeal Dkt. 83, finding that this case must be stayed pending resolution of the *Forsyth* appeal. The Court now directs the Clerk to **administratively close** this matter. This matter will be reopened upon the motion of any party after the appeal is resolved.

SO ORDERED.

Dated: 3/1/18

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.