**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk and all parties of record:

I, Anne C. Harrigan, am admitted to practice in this Court and appear for the following Defendant: Charles Benner.

Respectfully submitted,

/s/ Anne C. Harrigan
Anne C. Harrigan (23601-64)
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: anne.harrigan@indy.gov

## CERTIFICATE OF SERVICE

I certify that this document was electronically filed on September 20, 2018. The same day, the following e-filing users were served electronically:

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN 46219
rwaples@wapleshanger.com

/s/ Anne C. Harrigan_____
Anne C. Harrigan (23601-64)
Deputy Chief Litigation Counsel