

# UNITED STATES DISTRICT COURT
## Southern District of Indiana

**Laura A. Briggs, Clerk of Court**

| | | | |
|---|---|---|---|
| Birch Bayh Federal Building & U.S. Courthouse, Room 105 46 East Ohio Street Indianapolis, IN 46204 (317) 229-3700 | U.S. Courthouse, Room 104 921 Ohio Street Terre Haute, IN 47807 (812) 231-1840 | Winfield K. Denton Federal Building & U. S. Courthouse, Room 304 101 NW Martin Luther King Blvd. Evansville, IN 47708 (812) 434-6410 | Lee H. Hamilton Federal Building & U.S. Courthouse, Room 210 121 West Spring Street New Albany, IN 47150 (812) 542-4510 |

December 14, 2018

Gino J. Agnello, Clerk
Attn: Sylvester Kuziora
United States Court of Appeals
219 South Dearborn St, #2722
Chicago, IL  60604


RE:     WILLIAM RAINSBERGER v. CHARLES BENNER
        USCA  No.  17-2521
        USDC  No.  1:16-cv-00103-WTL-MJD


Dear Mr. Agnello:

Enclosed, please find 6 CD's, sent per your telephone request on December 14, 2018.




Sincerely,
Laura A. Briggs,
Clerk of Court

By Maggie Twigg, Deputy Clerk
812-542-4510