UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cause No. 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

### ENTRY FOLLOWING MANDATE

A mandate from the Seventh Circuit was entered in this case on February 7, 2019; neither party has complied with Local Rule 16-2, which provides:

> Within 21 days after the court receives a case remanded by the court of appeals for further proceedings or that is transferred from another district, each party must file a statement of position as to what action the court should take in the case.

**Within seven days of the date of this Entry**, each party shall file the requisite statement, which shall set forth the party's position regarding what remains to be completed before this case is tried and when they believe the case should be set for trial.

**The Clerk is directed to reopen this case**.

SO ORDERED: 3/1/2019

*William T. Lawrence*

Hon. William T. Lawrence, Senior Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification