**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **WILLIAM RAINSBERGER,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | **CAUSE NO. 1:16-cv-103-WTL-MJD** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHARLES BENNER,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**PLAINTIFF'S POST INTERLOCUTORY APPEAL NOTICE**

Plaintiff, by counsel, pursuant to the Local Rule 16-2 and this Court's March 1, 2019 order (Dkt. 97), submits the following:

1. This case is ready for the setting of dates for a final pretrial conference and jury trial.

2. There are no motions presently pending before the Court.

3. The one original CMP deadline set to follow the original filing of summary judgment and to occur prior to trial was a date for parties to file any objections to expected expert trial testimony. Dkt. 12, p. 3 (CMP, Sect. III H).

4. The original date for the filing of such Daubert motions was May 5, 2017, approximately four months before the parties expected the case to be ready for trial in September, 2017. *Id.*, Dkt. 12, p. 5 (CMP, Sect. VI). This date needs to be reset.

5. The parties previously anticipated the trial would take four days. Dkt. 12, p. 5 (CMP, Sect. VI).

6. Plaintiff's undersigned counsel has trial dates and commitments in other cases on the following dates and would not be available to try this case on the following 2019 dates:

May 9; June 10-14; Sept. 9-13; Oct. 21-24; and, Nov. 25-29. The two weeks immediately proceeding these dates are also unavailable as counsel needs to prepare for these trial dates.

7. With the considerations above, Plaintiff and his counsel would be ready to try the case to a jury at the Court's earliest opportunity.

Respectfully submitted,

Dated: March 7, 2019

*/s/ Richard A. Waples*
Richard A. Waples
Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 7, 2019, this document was filed electronically and the following counsel of record will have access to the document pursuant to the Court's electronic fling system:

Donald E. Morgan: donald.morgan@indy.gov
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204

*/s/ Richard A.Waples*
Richard A. Waples
Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com