UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-00103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter is set for a telephonic status conference on **Wednesday, March 13, 2019 at 11:30 a.m. (Eastern)**. The purpose of the conference is to discuss case status and reestablish any necessary pretrial deadlines. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

SO ORDERED.

Dated:  7 MAR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.