UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S POST INTERLOCUTORY APPEAL NOTICE**

Defendant, Charles Benner, by counsel, pursuant to the Local Rule 16-2 and this Court's Order [Dkt. 97], submits the following:

1. This case is for the most part prepared to be set for pre-trial filings, a final pretrial conference, and jury trial.

2. There are no motions currently pending before the Court. However, Detective Benner anticipates filing an objection regarding expert testimony being offered. As the Court observed in its summary-judgment order, "many of Benner's arguments regarding the opinions in the expert report appear to be well-taken, and William should carefully review the applicable law when deciding whether to offer the expert's testimony at trial." Dkt. 73 at 14. As of now, it appears that Rainsberger still has Dr. Kim Rossmo on his final witness list, and Dr. Rossmo's report is on his final exhibit list. *See* Dkts. 64-65.

3. The Case Management Plan originally provided a date for the parties to file objections to any expected expert testimony. [Dkt 12, Sect. III H]. Given the Court's expressed concerns about the admissibility of Dr. Rossmo's evidence, Detective Benner

respectfully requests that the Court set a new deadline allowing the parties and the Court to dispose of those objections in an orderly manner (rather than through oral objections and argument during the course of trial).

4. Based on Plaintiff's Notice [Dkt. 98], it would appear that Plaintiff is in agreement with, and also seeks, the resetting of this deadline.

5. Defense counsel has trials scheduled on the following dates for the remainder of 2019: 6/18-6/20, 8/20-8/21, 10/21-10/23, and 11/4-11/6. Counsel would respectfully request these dates, as well as the two weeks prior to each be avoided to allow counsel to prepare for trial in these other matters.

Respectfully submitted,

/s/ *Anne C. Harrigan*
Anne C. Harrigan
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: Anne.Harrigan@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2019, a copy of the foregoing served by electronic filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN  46219

                                                         __/s/ Anne C. Harrigan_____
                                                         Anne C. Harrigan, #23601-64

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968