UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING CONTINUANCE OF TELEPHONIC CONFERENCE

This matter having come before the Court on the Defendant Charles Benner's Motion to Continue Telephonic Conference, and the Court being duly advised in the premises, finds that said motion should be GRANTED.

WHEREFORE, IT IS ORDERED, that the telephonic status conference scheduled for March 13, 2019 be continued. It is reset for on or after March 21, 2019 to the following date: _____.

Date: _____                    _____

　　　　　　　　　　　　　　　　　　　　　Judge / Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all counsel of record via CM/ECF