UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TELEPHONIC STATUS CONFERENCE

Defendant, Charles Benner, by counsel, states the following:

1. This case has been set for telephonic status conference on March 13, 2019. [Dkt. 99].

2. The undersigned counsel will be out of the country March 11, 2019- March 20, 2019 on a previously booked vacation.

3. The telephonic conference is to reestablish pretrial deadlines and trial deadlines, and the undersigned believes it would be more expedient to have her participate than another lawyer cover the conference, since the undersigned's calendar will be important to request establishing those dates.

4. The Defendant would respectfully request that this telephonic status conference be reset on or after March 21st.

5. The Defendant has conferred with the Plaintiff's counsel, Rich Waples, and he does not object to this Motion.

6. This Motion is not intended to cause delay to the proceedings, but to ensure proper representation.

Respectfully submitted,

*/s/ Anne C. Harrigan*_____
Anne C. Harrigan
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Anne.Harrigan@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2019, a copy of the foregoing served by electronic filing. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN 46219

*/s/ Anne C. Harrigan*_____
Anne C. Harrigan, #23601-64

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968