UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-cv-00103-WTL-MJD |
| CHARLES BENNER, | ) ) ) |
| Defendant. | ) ) |

**AMENDED SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

This matter comes before the Court on Defendant's Unopposed Motion to Continue Telephonic Status Conference. [Dkt. 101.] The Court, being duly advised, hereby **GRANTS** the motion. The Telephonic Status Conference currently scheduled for March 13, 2019 at 11:30 a.m. is hereby **CONTINUED** to **Thursday, March 21, 2019 at 2:30 p.m. (Eastern)**. All other requirements of the Court's order dated March 7, 2019 [Dkt. 99] remain in effect.

SO ORDERED.

Dated:  11 MAR 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.