# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:16-cv-103-WTL-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXCUSE DEFENDANT CHARLES BENNER FROM ATTENDING THE SETTLEMENT CONFERENCE

Comes now the Defendant, Charles Benner, by counsel, and moves the Court to excuse him from attending the April 22, 2019 settlement conference. In support hereof, he states as follows:

1. This case is set for a settlement conference before the Honorable Mark Dinsmore on Monday, April 22, 2019 at 9:00 a.m.

2. Defendant Charles Benner is an employee of the Indianapolis Metropolitan Police Department who, at all times relevant to the claims asserted in the lawsuit, was acting within the scope and course of his employment and under the color of the law.

3. Defendant Benner does not and will not have any separate settlement authority.

4. Defendant Benner has a scheduled training on Monday, April 22nd.

5. A high ranking official with the Indianapolis Metropolitan Police Department with authority to negotiate and settle this case will attend the April 29, 2019 settlement conference.

6. Counsel for Defendant Perkins have discussed this Motion with Plaintiff's counsel, Rich Waples, who has no objection to this Motion.

WHEREFORE, Defendant Benner respectfully requests that the Court excuse them from attending the April 22, 2019 settlement conference.

Respectfully submitted,

/s/ *Anne C. Harrigan*_____
Anne C. Harrigan, #23601-64
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Anne.Harrigan@indy.gov