**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

WILLIAM RAINSBERGER,             )
                                            )
      Plaintiff,              )
                                            )
      v.                       )   CASE NO.:  1:16-cv-103-WTL-MJD
                                            )
CHARLES BENNER,               )
                                            )
        Defendant.        )

**<u>ORDER ON DEFENDANT'S MOTION TO EXCUSE CLIENT FROM</u>**

**<u>SETTLEMENT CONFERENCE</u>**

This matter having come before the Court on the *Defendant's Motion to Excuse Client from Settlement Conference,* and the Court being duly advised in the premises, finds that said Motion should be GRANTED.

WHEREFORE, Defendant Charles Benner is excused from attending the April 22, 2019 settlement conference. IT IS SO ORDERED.

Date: _____               _____

                                                 Magistrate Mark J. Dinsmore
                                                 United States District Court
                                                 Southern District of Indiana

Distribution to all counsel of record via CM/ECF