UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-cv-00103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on Defendant's Motion to Excuse Defendant Charles Benner from Attending the Settlement Conference. [Dkt. 106.] The motion requests leave for a high-ranking official with the Indianapolis Metropolitan Police Department to represent Defendant at the April 22, 2019 settlement conference. That motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant Charles Benner is excused from attending the settlement conference, so long as the following conditions are satisfied: (1) Defendant Charles Benner must be represented at the settlement conference by an individual, other than his counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 105 at 2 & n.1]; (2) an individual must be present for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendant Charles Benner, which individual may be counsel of record for Defendant; and (3) Defendant Charles Benner must be available by telephone during the course of the settlement conference in the event his participation in the conference is deemed necessary by the Magistrate

Judge. In the event Defendant Charles Benner cannot or will not comply with the above stated conditions, then Defendant's motion is denied.

SO ORDERED.

Dated: 18 APR 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.