# UNITED STATES DISTRICT COURT
## Southern District of Indiana

| | |
|---|---|
| WILLIAM RAINSBERGER          Plaintiff(s), | ) ) ) |
| vs. | ) CASE NO. 1:16–cv–00103–WTL–MJD ) |
| CHARLES BENNER          Defendant(s) | ) ) |

## ORDER REASSIGNING CASE

Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40–1(f) of the Southern District of Indiana, the Clerk is directed to randomly reassign this case to District Judge . Upon completion of the reassignment the Clerk will notify the parties in the case of the newly assigned Judge.

DATE: April 26, 2019                    s/  Judge William T. Lawrence
                                                             United States District Court
                                                             Southern District of Indiana