## UNITED STATES DISTRICT COURT

### Southern District of Indiana

*Laura A. Briggs*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

April 26, 2019

Re: RAINSBERGER v. BENNER
Cause Number: 1:16–cv–00103–TWP–MJD

TO ALL COUNSEL OF RECORD:

     Pursuant to Title 28 U.S.C. §455, the above matter was reassigned from the docket of Judge William T. Lawrence to the docket of Judge Tanya Walton Pratt on April 26, 2019. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:16–cv–00103–TWP–MJD should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court

By: s/Ruth Olive
Ruth Olive, Deputy Clerk