UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-00103-TWP-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

MOTION TO WITHDRAW APPEARANCE OF COUNSEL

I, Donald E. Morgan, respectfully move this Court under Local Rule 83-7(c) for permission to withdraw my appearance on behalf of Charles Benner (the "Defendant"). In support hereof:

1. I will be transitioning into a different position with the Consolidated City of Indianapolis and Marion County where, with very few exceptions, I will not have direct responsibility for litigation;

2. The Office of Corporation Counsel has served as the Defendant's counsel in this lawsuit since February 4, 2016; and

3. At least one other lawyer with the Office of Corporation Counsel—Anne C. Harrigan—has already entered an appearance in this case and will continue to represent the Defendant. The provisions of Local Rule 83-7(c)(2) through (c)(3) therefore do not apply.

WHEREFORE, I respectfully move the Court for permission to withdraw my appearance on behalf of the Defendant, effective May 3, 2019.

- 2 -

Respectfully submitted,

**OFFICE OF CORPORATION COUNSEL**

*/s/ Donald E. Morgan*
Donald E. Morgan (30776-49)
Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
317.327.4055 (T)
317.327.3698 (F)
donald.morgan@indy.gov