- 2 -

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-00103-TWP-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

This case is before the Court on Donald E. Morgan's motion to withdraw his appearance. The Court, being duly advised, now GRANTS that motion. Donald E. Morgan's appearance on behalf of the Defendant, Charles Benner, is hereby terminated, effective immediately.

SO ORDERED.


Date: _____     _____
                                  U.S. Judge, Southern District of Indiana

Distribution:

All counsel of record via CM/ECF