UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-00103-TWP-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION TO WITHDRAW APPEARANCE**

This case is before the Court on Donald E. Morgan's motion to withdraw his appearance. The Court, being duly advised, now GRANTS that motion. Donald E. Morgan's appearance on behalf of the Defendant, Charles Benner, is hereby terminated, effective immediately.

SO ORDERED.

Date: 5/7/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF