UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.:  1:16-cv-103-TWP-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY**

Defendant, Officer Charles Benner, by counsel Anne C. Harrigan, moves to exclude testimony from two of Plaintiff's listed expert witnesses, and exclude one expert's report and one expert's affidavit. In support of this Motion, Defendant states as follows:

1. On January 12, 2016, Plaintiff William Rainsberger filed his complaint against Detective Charles Benner of the Indianapolis Metropolitan Police Department;

2. Plaintiff William Rainsberger was arrested for the murder of his mother following the submission of a Probable Cause Affidavit drafted by Detective Benner on May 22, 2014;

3. Plaintiff's complaint alleges Detective Benner lacked probable cause to arrest Plaintiff, and that the Probable Cause Affidavit contained omissions of exculpatory evidence and fabrication of inculpatory evidence;

4. Plaintiff served expert disclosures on January 30, 2016, in accordance with the Court's Case Management Plan. The disclosure listed two expert witnesses: Dr. Kim Rossmo and Attorney David Hennessy. Dr. Rossmo has authored a report [Dkt 50-31], and Mr. Hennessy submitted an Addidavit. [Dkt 50-29];

5. Dr. Kim Rossmo's opinions contained in his report and consistent with his deposition do not meet the admissibility requirements of 702 and 704(b). Additionally, the opinions do not survive a 403 balancing test, and should not be admitted.

6. For the same reasons, Dr. Kim Rossmo's testimony should be excluded at trial.

7. Mr. Hennessy's Affidavit contains opinions that are legal conclusions and run afoul of 704(b), and should not be admitted. His testimony should be excluded from trial.

8. Defendant's Brief in Support of this motion is attached.

WHEREFORE, Defendant respectfully requests that the Court exclude testimony and reports from Plaintiff's disclosed experts consistent with this Motion and Brief Supporting this motion and for all other relief as is just and proper under the circumstances.

Respectfully Submitted,

/s/ *Anne C. Harrigan*
Anne C. Harrigan 23601-64
Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
Email: anne.harrigan@indy.gov