UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| PLAINTIFF, | )   CAUSE NO. 1:16-cv-00103-TWP-MJD |
| | ) |
| v. | ) |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO EXLUDE EXPERT TESTIMONY**

Plaintiff, by counsel, respectfully moves the Court for a seven (7) day extension of his time to respond to Defendant's Motion to Exclude Expert Testimony. In support of this motion, the parties state:

1. Defendant, Charles Benner, by counsel, filed a Motion to Exclude Expert Testimony on July 1, 2019. Dkt. 115.

2. Plaintiff's response to this motion is due July 15, 2019.

3. Plaintiff has other commitments in other cases that interfere with responding to this motion within the existing timeline.

4. An extension has not been previously requested before, and the requested extension is only one week.

5. This extension will not interfere with the January 27, 2020 trial date. Dkt. 113.

6. Counsel for Defendant, Charles Benner, Anne Harrigan, was contacted on July 11, 2019 and has no objections to Plaintiff's motion.

7. This motion is made for good cause and is not asserted for purposes of undue delay.

Accordingly, Plaintiff respectfully requests that his response time be extended by seven (7) days to July 22, 2019.

Respectfully submitted,

Dated: July 11, 2019

*/s/ Richard A. Waples*
Richard A. Waples
Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

CERTIFICATE OF SERVICE

The undersigned certifies that on July 11, 2019, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Traci Marie Cosby at Traci.Cosby@indy.gov
Anne Celeste Harrigan at anne.harrigan@indy.gov

Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204

/s/ Richard A. Waples
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com