# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER,            ) | |
|                                                               ) | |
|             PLAINTIFF,                    ) | CAUSE NO. 1:16-cv-00103-TWP-MJD |
|                                                               ) | |
| CHARLES BENNER,                    ) | |
|                                                               ) | |
|             DEFENDANT.                ) | |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY

The Court, having considered the Plaintiff's Motion to Extend Time to Respond to Defendant's Motion to Exclude Expert Testimony, GRANTS that motion, extends Plaintiff's time to respond to Defendant's Motion to Exclude Expert Testimony to July 22, 2019

Date: _ _____

_____
United States Magistrate Judge
Southern District of Indiana

Distribution to Counsel of record via CM/ECF