UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER,    ) | |
| ) | |
| PLAINTIFF,    ) | CAUSE NO. 1:16-cv-00103-TWP-MJD |
| ) | |
| ) | |
| ) | |
| CHARLES BENNER,    ) | |
| ) | |
| DEFENDANT.    ) | |

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY**

The Court, having considered the Plaintiff's Motion to Extend Time to Respond to Defendant's Motion to Exclude Expert Testimony, GRANTS that motion, extends Plaintiff's time to respond to Defendant's Motion to Exclude Expert Testimony to July 22, 2019

Date: 7/12/2019

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to Counsel of record via CM/ECF