UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER           ) | |
|     PLAINTIFF,           ) | CAUSE NO. 1:16-cv-103-TWP-MJD |
|                                  ) | |
| v.                                          ) | |
| CHARLES BENNER,             ) | |
|     DEFENDANT.         ) | |

**PLAINTIFF' DESIGNATION OF EVIDENCE IN RESPONSE
TO DEFENDANT'S MOTION TO EXCLUDE EXPERT TESTIMONY**

Plaintiff, by counsel, designates the following evidence in response to Defendant's Motion to Exclude Expert Testimony:

1. Dr. Kim Rossmo Updated CV
2. Defendant's Expert Disclosure

Plaintiff additionally references in his responsive memorandum the following previously filed evidence upon which he also relies but does not again submit:

- Dkt. 50-4 Bail Testimony of Charles Benner, July 17, 2014
- Dkt. 50-6 Affidavit of Probable Cause, May 22, 2014
- Dkt. 50-9 Civil Deposition of Charles Benner, September 27, 2016
- Dkt. 50-29, Affidavit of David Hennessy

                                          Respectfully submitted,

Dated: July 22, 2019                          */s/ Richard A. Waples*
                                                    Richard A. Waples
                                                    Attorney for Plaintiff

WAPLES & HANGER
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

CERTIFICATE OF SERVICE

The undersigned certified that on July 22, 2019, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system:

Anne C. Harrigan at anne.harrigan@indy.gov
Traci Marie Cosby at traci.cosby@indy.gov

Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204

/s/ Richard A. Waples
Richard A. Waples

WAPLES & HANGER
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com