UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:16-cv-103-WTL-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S EXPERT DISCLOSURE

Comes now Defendant, Charles Benner, by counsel, and, pursuant to Fed. R. Civ. P. 26(a)(2)(C) discloses the following expert witness:

> Detective Sergeant Leslie VanBuskirk
> Indianapolis Metropolitan Police Department
> 50 N. Alabama St.
> Indianapolis, IN 46204

Detective Sergeant VanBuskirk is an employee of the City of Indianapolis. She may be contacted through Defendant's counsel of record at the Office of Corporation Counsel, 200 E. Washington St., Room 1601, Indianapolis, IN 46204.

Detective Sergeant VanBuskirk is a 1983 graduate of Western Michigan University with a Bachelor's of Science degree in Criminal Justice. She is also a 1983 graduate of the Kalamazoo Regional Police Training Academy in Kalamazoo, Michigan. She was a police officer with the Three Rivers Police Department in Michigan from November 1983 through July 1985. She received additional training in law enforcement when she joined the Indianapolis Police Department, now the Indianapolis Metropolitan Police Department, in 1986. She completed her training to work as a detective in 1988, and she completed additional, specialized training to work as a homicide detective in 1990, 1992, 1993, and 1995. She has over 28 years

PLAINTIFF'S EXHIBIT 2

of experience investigating homicides during which time she has been assigned 163 homicide investigations and has assisted in hundreds of others. She has supervised the IMPD's Homicide Unit for the last 15 years. She helped develop the curriculum taught at the IMPD Training Academy for the homicide block. She also helped develop the curriculum taught at the IMPD Training Academy on Crime Scene Management. She has taught and/or contributed to a number of other courses relating to homicide investigations. Her additional training, credentials, and accolades are listed on her resume (attached hereto).

Detective Sergeant VanBuskirk directly supervised Detective Benner for six or seven of the years that he worked in the Homicide Unit and was Detective Benner's supervisor during the time he investigated Ruth Rainsberger's homicide. She has knowledge of Detective Benner's training as a homicide detective and provided some of his training herself.

Detective Sergeant VanBuskirk has not prepared a Rule 26(a)(2)(B) expert report in this case because she is not retained or specially employed to provide expert testimony. Detective Benner does not plan to ask Detective Sergeant VanBuskirk to offer opinion testimony about whether the Probable Cause Affidavit at issue in this litigation complied with the Fourth Amendment. Detective Sergeant VanBuskirk does, however, have expertise in the investigation of homicides, knowledge of the training that IMPD homicide detectives receive on subjects relevant to this litigation, and a command, based on her years of experience as a homicide detective and a supervisor of homicide detectives, of homicide investigations and probable cause affidavit writing. Accordingly, Detective Benner intends to rely on Detective Sergeant VanBuskirk to testify about the training that IMPD homicide detectives, including himself, receive on the subjects of: (1) "tunnel vision" and "confirmation bias;" (2) the concept of probable cause, including its definition; (3) probable cause affidavits, including what they are

and their purpose; (4) the facts, evidence, and other information included in a probable cause affidavit, including why not every item of evidence discovered during an investigation is included in a probable cause affidavit; (5) circumstantial evidence, including what it is, why it is considered by homicide detectives, and why it may be included in a probable cause affidavit; (6) the importance and necessity of a homicide detective's exercise of critical thinking, logic, sound judgment, and discretion in both conducting investigations and drafting probable cause affidavits; (7) the interviewing of witnesses and other persons who potentially have knowledge of facts relevant to a homicide investigation, including why interviews are conducted, the types of information that can be gathered during such interviews, and interview techniques; (8) how and why polygraph examinations are used in homicide investigations; and (9) the process of drafting probable cause affidavits, including the review of probable cause affidavits with supervisors and screening prosecutors before their filing with the court.

                                                        Respectfully Submitted,

                                            Pamela G. Schneeman, (18142-53)
                                            Deputy Chief Litigation Counsel
                                            Office of Corporation Counsel
                                            200 East Washington Street, Room 1601
                                            Indianapolis, Indiana  46204
                                            Telephone: (317) 327-4055
                                            Fax: (317) 327-3968
                                            E-Mail: Pamela.Schneeman@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2017, a copy of the foregoing DEFENDANTS' EXPERT DISCLOSURE served both by U.S. Mail and electronically.

Richard A. Waples
WAPLES & HANER
410 N. Audubon Road
Indianapolis, IN 46219
rwaples@wapleshanger.com

Pamela G. Schneeman, (18142-53)
Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968

4

*Resume*

# Detective Sergeant Leslie A. VanBuskirk

Indianapolis Metropolitan Police Department

50 N. Alabama St.

Indianapolis, IN  46204

(317) 327-3475

Leslie.VanBuskirk@Indy.gov

# Detective Sergeant Leslie A. VanBuskirk

*Introduction*

Detective Sergeant Leslie A. VanBuskirk has been an officer with the Indianapolis Metropolitan Police Department (formerly Indianapolis Police Department) since January 1986. She is currently assigned to the Homicide Unit, Criminal Investigation Division.

Detective Sergeant Leslie A. VanBuskirk has been assigned 163 homicide investigations in her career and has assisted in hundreds of other homicide investigations. She was the lead investigator in numerous homicide investigations in which the death penalty has been sought including "The McCormick's Creek Murder" (1995), "The Hamilton Street Murders" (2006), "The South Parker Avenue Murders" (2014), as well as assisting in the investigation of "The Hovey Street Murders" (2008).

Detective Sergeant Leslie A. VanBuskirk was an instructor for the homicide class, "Managing Multiple Victims", presented by the Indiana Homicide, Violent Crime and Investigator's Association, Greenfield, IN (November 15, 2013)

Detective Sergeant Leslie A. VanBuskirk is an original member of the Critical Incident Response Team (CIRT) established in 1989. Her responsibilities include investigating officer involved shootings as well as any incident deemed critical by the Chief of Police.

Detective Sergeant Leslie A. VanBuskirk gave a case presentation to the FBI Academy Behavioral Scientists Homicide Unit, Quantico, Virginia (November 23-34, 1993).

Detective Sergeant Leslie A. VanBuskirk contributed material and was acknowledged by Vernon Geberth, "Practical Homicide Investigation", Third Edition (1996).

Detective Sergeant Leslie A. VanBuskirk received the Medal of Merit in December 2006 and June of 2008. She was awarded Detective of the Month in January 2002, October 2003 and June 2006

Detective Sergeant Leslie A. VanBuskirk was nominated for ERB Investigative Division Criminal Investigations Officer of the Year in 2003 and was the recipient of the ERB Investigative Division Criminal Investigations Officer of the Year in 2005.

Detective Sergeant Leslie A. VanBuskirk was nominated in 2003 and 2004 for the Fire, Police and Deputy Sheriff's Award: Investigations.

Detective Sergeant Leslie A. VanBuskirk has received Letters of Commendations from the Marion County Prosecutor's Officer from Deputy Prosecutor Mark Massa (1998) and Deputy Prosecutor Diane Marger Moore (1998) as well as Mayoral Commendations in 1998, 2001 and 2008.

2

Detective Sergeant Leslie A. VanBuskirk received Unit Citations in 1999, 2001 and 2008.

Detective Sergeant Leslie A. VanBuskirk received Letters of Appreciation for assisting with homicide investigations from Beech Grove Police Department, Beech Grove, IN (2000), Handcock County Sheriff's Department, Greenfield, IN (2002), and Belmont County Sheriff's Department, St. Clairsville, Ohio (2002).

Detective Sergeant Leslie A. VanBuskirk has earned her degree in Criminal Justice BS from Western Michigan University in May of 1983.

## Law Enforcement Experience

| | |
|---|---|
| 02/20/2002 to Present | Homicide Unit Supervisor, Criminal Investigation Division, Homicide Unit<br>Indianapolis Metropolitan Police Department |
| 10/01/1989 to 02/20/2002 | Homicide Investigator, Criminal Investigation Division, Homicide Unit<br>Indianapolis Police Department |
| 04/01/1989 to 10/01/1989 | Homicide General Detective, Criminal Investigations Division: Homicide/Robbery Branch<br>Indianapolis Police Department |
| 02/20/1989 to 04/01/1989 | District Detective, North District<br>Indianapolis Police Department |
| 04/18/1988 to 02/20/1989 | Field Training Officer, Operations Division, North District, Indianapolis Police Department |
| 05/22/1987 to 08/25/1988 | Operations Division, North District, Patrol Officer and Evidence Technician<br>Indianapolis Police Department |
| 05/22/1986 to 05/22/1987 | Probationary Officer, North District<br>Indianapolis Police Department |
| 01/13/1986 to 05/22/1986 | Recruit Trainee, Office of the Chief, Training Academy<br>Indianapolis Police Department |

Detective Sergeant Leslie A. VanBuskirk graduated Kalamazoo Regional Police Training Academy, Kalamazoo, Michigan, in May, 13, 1983. She was a police officer with Three Rivers Police Department from November 1983 – July 1985.

3

## Special Police Training

| Date | Training |
|---|---|
| 03/17/2017 | Carfentanil Awareness 2017 Online Course |
| 02/02/2017 | Sudden Infant Death Syndrome Continuing Education<br>Police One E-Learning |
| 09/25/2016 | Electronic Search Warrant Procedure<br>Online Course |
| 10/03/2015 | Miranda and Interrogation<br>IMPD Training Academy |
| 08/05/2015 | National Integrated Ballistics Information Network (NIBIN)<br>Gun Crime Intelligence<br>IMPD Training Academy |
| 11/13/2014 | DPS Frontline Leadership Training<br>IMPD Training Academy |
| 05/15/2014 | Strangulation: Detection and Intervention<br>IMPD Training Academy |
| 04/10/2012 | Search and Seizure/Interview and Interrogation<br>IMPD Training Academy |
| 07/14/2011 | Performance Appraisal Overview – Sergeants and Lieutenants<br>IMPD Training Academy |
| 07/27/2010 | Performance Appraisal Training – Supervisors<br>IMPD Training Academy |
| 07/08/2010 | Advanced Interview and Interrogation Techniques<br>IMPD Training Academy |
| 04/23/2010 | Career and Leadership Development – Women's Leadership Conference, Indianapolis, IN |
| 03/08/2010 | Disciplinary Process and Sexual Harassment<br>IMPD Training Academy |
| 06/17/2008 | Sergeants Leadership Training<br>IMPD Training Academy |
| 02/19/2008 | Supervisors' Specials, Discipline, and Ethics Training<br>IMPD Training Academy |

| | |
|---|---|
| 02/19/2008 | Sudden Infant Death Syndrome and Human Trafficking<br>IMPD Training Academy |
| 07/24/2006 | FEMA National Response Plan<br>Indianapolis Police Department Training Academy |
| 10/14/2005 | FEMA National Incident Management System<br>Indianapolis Police Department Training Academy |
| 10/10/2005 | Suicide Bombing Incidents<br>Indianapolis Police Department Training Academy |
| 04/12/2005 to 04/13/2005 | Weapons of Mass Destruction Incident Complexities: Protective Measures, Response Actions, and Standardized Awareness |
| 11/01/04 | Interview and Interrogation<br>Indianapolis Police Department Training Academy |
| 09/15/2003 | Child Abduction/Amber Alert and Police Ethics<br>Indianapolis Police Department Training Academy |
| 04/24/2003 | Anti-Terrorism Awareness and Understanding Mental Illness and Behavioral Disorders<br>Indianapolis Police Department Training Academy |
| 10/16/2002 | Police Suicide: Effects and Prevention and Incident Response to Terrorist Bombings<br>Indianapolis Police Department Training Academy |
| 03/21/2002 | Critical Incident Command<br>Indianapolis Police Department Training Academy |
| 03/14/2002 to 03/18/2002 | New Sergeant Training 2002<br>Indianapolis Police Department Training Academy |
| 10/24/2000 to 10/26/2000 | Norfolk Southern Police Department and CSX Transportation Railroad Police: Grade Crossing Collision Investigation Class, Indianapolis, IN |
| 03/20/2000 to 03/26/2000 | Computer Voice Stress Analysis |
| 10/20/1998 | Nuclear, Biological and Chemical Terrorism<br>Indianapolis Police Department Training Academy |

5

| | |
|---|---|
| 04/14/1997 | Training Project on Family Violence<br>Indianapolis Police Department Training Academy |
| 01/22/1996 | Medicolegal Training: Death Investigation<br>Indianapolis, IN |
| 08/07/1995 | Sudden Infant Death Syndrome Training<br>Indianapolis Police Department Training Academy |
| 04/17/1995 to 04/18/1995 | Homicide Investigation<br>Indianapolis Police Department Training Academy |
| 05/23/1994 to 05/25/1994 | Criminal and Psychological Personality Profiling<br>Indianapolis, IN |
| 06/23/1993 | Inside the Criminal Mind<br>Indianapolis, IN |
| 02/10/1992 to 02/15/1993 | Advanced Investigation School: Homicide and Rape Profiling, Santa Rosa, CA |
| 02/08/1991 | Interview and Interrogation School<br>Indianapolis Police Department Training Academy |
| 11/28/1990 | John Milner Interview and Interrogation School<br>Indianapolis Police Department Training Academy |
| 10/27/1990 to 10/31/1990 | 2nd International Homicide Investigators Association Symposium, Kansas City, Mo |
| 02/06/1990 to 02/08/1990 | Practical Homicide Investigators Association Symposium<br>Indianapolis, IN |
| 08/10/1989 to 08/11/1989 | Interview and Interrogation Techniques<br>Speedway, IN |
| 02/17/1988 to 02/26/1988 | Detective Training<br>Indianapolis Police Department Training Academy |
| 08/22/1988 to 08/25/1988 | Field Training Officer Workshop<br>Indianapolis Police Department Training Academy |
| 09/01/1986 to 09/03/1986 | Evidence Technician Course<br>Indianapolis Police Department Training Academy |

# Recent Trials and Depositions

*Seals & Spivey v. Dunn, et all.,* Cause Number 1:16-cv-1378-TWP-MJD (2017)

PD12175465 *State of Indiana v. Dowdy* (2016)
PD15113075 *State of Indiana v. Kathy Lyles* (2016)

DP13110322 & 0367 *State of Indiana v Jones* (2015)
PD15065349 *State of Indiana v. King* (2015)

DP120109981 *State of Indiana v. Beasley & Beasley* (2014)

DP090119750 *State of Indiana v. Courtney Long and James Sublet* (2013)
DP120051753 *State if Indiana v. Carter* (2013)
DP120128060 *State of Indiana v. Lee, Lee, and Young (2013)*