# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 1:16-cv-103-TWP-MJD |
| ) | |
| CHARLES BENNER, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW APPEARANCE

Attorney Traci Marie Cosby, pursuant to Local Rule 83-7(c), moves the Court to permit her to withdraw her appearance on behalf of the Defendant. In support, hereof she states:

1. At least one other lawyer with the City of Indianapolis Office of Corporation Counsel has already entered an appearance in this case and will continue to represent Defendant. The provisions of Local Rule 83-7(2) through (3) do not, therefore, apply.

WHEREFORE, Ms. Cosby respectfully moves the Court to permit her to withdraw her appearance on behalf of Defendant, and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ *Traci M. Cosby*
Traci Marie Cosby (31003-49)
Deputy Chief Litigation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: Traci.Cosby@indy.gov

2

## CERTIFICATE OF SERVICE

I certify that this document was electronically filed on October 30, 2019. The same day, the following e-filing users were served electronically:

> Richard A. Waples
> WAPLES & HANER
> 410 N. Audubon Road
> Indianapolis, IN 46219
> rwaples@wapleshanger.com

        /s/ *Traci M. Cosby*
        Traci Marie Cosby (31003-49)
        Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: traci.cosby@indy.gov