**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )  CASE NO.:  1:16-cv-103-TWP-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
|    Defendant. | ) |

**<u>ORDER ON MOTION TO WITHDRAW APPEARANCE</u>**

This matter having come before the Court on Defendant Charles Benner's Motion to

Withdraw Appearance and the Court being duly advised in the premises, finds that said motion

should be GRANTED.

WHEREFORE, IT IS ORDERED, that Attorney's Traci Marie Cosby's appearance in

this matter shall be withdrawn.

Date: _____              _____

                                           Judge / Magistrate Judge
                                           United States District Court
                                           Southern District of Indiana

Distribution to all counsel of record via CM/ECF