**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|       v. | )   CASE NO.:  1:16-cv-103-TWP-MJD |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
|       Defendant. | ) |

**<u>ORDER ON MOTION TO WITHDRAW APPEARANCE</u>**

This matter having come before the Court on Defendant Charles Benner's Motion to

Withdraw Appearance and the Court being duly advised in the premises, finds that said motion

should be GRANTED.

WHEREFORE, IT IS ORDERED, that Attorney's Traci Marie Cosby's appearance in

this matter shall be withdrawn.

Date: 11/20/2019

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF