UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| PLAINTIFF, | ) CAUSE NO. 1:16-cv-103-TWP-MJD |
| | ) |
| v. | ) |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE A STIPULATION OF DISMISSAL**

Plaintiff, by counsel, respectfully moves the Court for a thirty (30) day extension of time to file a Stipulation of Dismissal. In support of this motion, Plaintiff states:

1. The parties have reached a resolution in the above matter.

2. The Court instructed Plaintiff to file a motion to dismiss and proposed order or a stipulation of dismissal. Dkt. 127, December 2, 2019.

3. The parties have agreed upon the terms of and executed the settlement documents and all that is left is for payment to be issued.

4. Defendant has advised they require an additional three to four weeks to process and transmit payment.

5. A thirty (30) day extension of time to file a stipulation of dismissal would allow Plaintiff and Defendant to finish resolving the above matter.

6. This deadline has not been previously extended.

7. Counsel for Defendant was contacted on January 9, 2019 and has no objection to this motion.

8. This motion is made for good cause and is not asserted for purposes of undue delay.

Accordingly, Plaintiff respectfully requests that his time to file a Stipulation of Dismissal be extended by thirty (30) days.

                                                  Respectfully submitted,

Dated: January 9, 2020                                *Richard A. Waples*
                                                               Richard A. Waples
                                                               Attorney for Plaintiff

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, Indiana 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 9, 2020, this document was filed electronically. Notice and a copy of this document will be available to the following counsel of record through the court's electronic filing system:

    Anne Celeste Harrigan at anne.harrigan@indy.gov
    Adam Scott Willfond at adam.willfond@indy.gov

    Office of Corporation Counsel
    200 East Washington Street, Room 1601
    Indianapolis, Indiana 46204

                                   *Richard A. Waples*
                                   Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com