UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM RAINSBERGER, | ) |
| | ) |
| PLAINTIFF, | ) CAUSE NO. 1:16-cv-103-TWP-MJD |
| | ) |
| v. | ) |
| | ) |
| CHARLES BENNER, | ) |
| | ) |
| DEFENDANT. | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE A STIPULATION OF DISMISSAL**

The Court, having considered the Plaintiff's Unopposed Motion for Extension of Time to File a Stipulation of Dismissal by thirty (30) days, GRANTS that motion and ORDERS that the parties have until February 7, 2020 to file a Stipulation of Dismissal.

Date: _____    _____
United States Magistrate Judge
Southern District of Indiana

Distribution to Counsel of record via CM/ECF