UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WILLIAM RAINSBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16-cv-00103-TWP-MJD |
| | ) | |
| CHARLES BENNER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File a Stipulation of Dismissal [Dkt. 128.] On December 2, 2019, the Court issued an order directing the parties to file for a dismissal within thirty days thereof. [Dkt. 127.] Pursuant to the Court's order, the parties should have filed to dismiss this matter on or before January 2, 2020 (January 1, 2020 being a court holiday), or Plaintiff should have filed the instant motion to extend the dismissal deadline three business days prior thereto, on or before December 26, 2019. Plaintiff's motion [Dkt. 128] does not even acknowledge the untimely nature of the motion, much less seek to demonstrate excusable neglect sufficient to establish why the Court should overlook the parties' failures to either file for a dismissal by the existing deadline or file a timely motion to extend the dismissal deadline. Therefore, the motion is **DENIED**. However, the Court, *sua sponte*, hereby enlarges the deadline for the parties to file dismissal of this matter to on or before **February 7, 2020**. **No further enlargement of this deadline is anticipated.**

SO ORDERED.

Dated: 13 JAN 2020

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.